From: Clifford Rotbert <clifford.rotbert@gmail.com>
Date: Mon, Sep 9, 2024 at 1:48 PM
To: Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>, Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>
Cc: Eliza Chung <echung@legal-aid.org>

Hi Ms. Kahn:

Ms. Garcia Ramirez asked me to write to you regarding her case., She understood from her attorney Eliza Chung of Legal Aid that it is resolved.

She spoke to Prestige Management, the landlord's agent, who said that Section 8 is paying current rent, but not the bank rent from the court case.

Can you update us if Section 8 will be paying the back rent as well?

Thank you


On Mon, Apr 1, 2024 at 10:35 AM Clifford Rotbert <clifford.rotbert@gmail.com> wrote:
Okay, thank you.

She said she has been paying $425.20 since her lease renewed on February 1, 2024.

But she will go by your email here, $334 per month through April's payment, then $390 per month beginning May 1, 2024.



**From:** Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>
**Sent:** Monday, March 18, 2024 10:18:16 AM
**To:** Clifford Rotbert <clifford.rotbert@gmail.com>
**Cc:** Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>; Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>
**Subject:** RE: FW: [EXTERNAL] Re: Section 8 Recipient - 14-Day Notice Leonarda Garcia Ramirez 151 W 123rd St, Apt. 6C, New York,

Good morning,

Thank you for forwarding the consent form. Ms. Ramirez's share of the rent is $334.00 until May 1, 2024. Starting May 1, 2024, her share of the rent is $390.00 based on an annual recertification reveiw. Ms. Ramirez is required to pay her share of the rent to the landlord. A subpoena was served on HPD by Ms. Ramirez's attorney to appear in Housing Court on April 1, 2024. At that time, HPD will provide an update on the record which is being reviewed.

Thank you,

Leslie Kahn

**Leslie Kahn**, Esq. | Director, Legal Support Unit
Division of Tenant and Owner Resources
NYC Housing Preservation & Development • Housing Access and Stability
100 Gold St., Rm 4Q-2 | New York, NY 10038
kahnl@hpd.nyc.gov | 212-863-5587

----------
From: Clifford Rotbert <clifford.rotbert@gmail.com>
Date: Wed, Sep 11, 2024 at 1:09 PM
To: <DTRLSU@hpd.nyc.gov>

See below and attached court document.

Can you please provide an update as to when the back rent will be paid on this case?

Thank you

---------- Forwarded message ---------
From: **Clifford Rotbert** <clifford.rotbert@gmail.com>
Date: Mon, Sep 9, 2024 at 1:48 PM
Subject: Leonarda Garcia Ramirez 151 W 123rd St, Apt. 6C, New York, NY
To: Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>, Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>
Cc: Eliza Chung <echung@legal-aid.org>

Hi Ms. Kahn:

Ms. Garcia Ramirez asked me to write to you regarding her case., She understood from her attorney Eliza Chung of Legal Aid that it is resolved.

She spoke to Prestige Management, the landlord's agent, who said that Section 8 is paying current rent, but not the back rent from the court case.

Can you update us if Section 8 will be paying the back rent as well?

Thank you

----------
From: Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>

2

Date: Wed, Sep 11, 2024 at 1:28 PM
To: Clifford Rotbert <clifford.rotbert@gmail.com>
Cc: Eliza Chung <echung@legal-aid.org>, Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>

Good Afternoon, Mr. Rotbert,

HPD has updated their consent to release form.

Please complete the updated consent form to receive updates on the tenant's subsidy.

Thank You

**From:** Clifford Rotbert <clifford.rotbert@gmail.com>
**Sent:** Monday, September 9, 2024 1:48 PM
**To:** Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>; Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>; Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>
**Cc:** Eliza Chung <echung@legal-aid.org>
**Subject:** [EXTERNAL] Leonarda Garcia Ramirez 151 W 123rd St, Apt. 6C, New York,NY

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

----------
From: **Clifford Rotbert** <clifford.rotbert@gmail.com>
Date: Wed, Sep 11, 2024 at 1:28 PM
To: Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>
Cc: Eliza Chung <echung@legal-aid.org>, Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>

Will do, thank you.

----------

From: **Clifford Rotbert** <clifford.rotbert@gmail.com>
Date: Wed, Sep 11, 2024 at 8:27 PM
To: Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>
Cc: Eliza Chung <echung@legal-aid.org>, Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>

Hi, please see attached completed form.

Thank you!

----------

From: **Sims, Rocio (HPD)** <Simsro@hpd.nyc.gov>
Date: Thu, Sep 12, 2024 at 12:16 PM
To: Clifford Rotbert <clifford.rotbert@gmail.com>
Cc: Eliza Chung <echung@legal-aid.org>, Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>

Good Afternoon, Mr. Rotbert,

The section 8 payments were suspended from **5/1/2022 to 2/19/2024** due to failed HQS inspections.

During the abatement period, the tenant is not responsible for the section 8 portion of the rent and HPD will not pay the back rent.

The landlord's rent increase request was recently denied. The contract rent remains at $902, HPD share is $512 and the tenant's share is $390.

If the landlord or the management office has any questions, that can contact owner services at DTRownerservices@hpd.nyc.gov.

They can also review their accounts by using the owner Portal.

4

HPD's Division of Tenant Resources has released a **New Owner Portal for owners and property managers** of properties with HPD-administered rental subsidies to manage their portfolios. Owners can view HQS inspection schedules and results, payment histories and abatements, online check registers and can download check and other portfolio data. If they have not registered, they can do so at nyc.gov/dtrownerportal.

----------

From: **Clifford Rotbert** <clifford.rotbert@gmail.com>
Date: Thu, Sep 12, 2024 at 12:34 PM
To: Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>
Cc: Eliza Chung <echung@legal-aid.org>, Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>


Okay, thank you.

And just to be very clear for Ms. Garcia Ramirez:

Ms. Garcia Ramirez paid all of HER share of the rent, on time, throughout the entire period when Section 8 was suspended due to the failed HQS inspection.

So you are saying that she is **NOT responsible for the Section 8 portion of the back rent. Is that correct?**

Thanks again!


----------

From: **Sims, Rocio (HPD)** <Simsro@hpd.nyc.gov>
Date: Thu, Sep 12, 2024 at 12:43 PM
To: Clifford Rotbert <clifford.rotbert@gmail.com>
Cc: Eliza Chung <echung@legal-aid.org>, Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>


Yes that's is correct


----------

From: **Kahn, Leslie (HPD)** <kahnl@hpd.nyc.gov>
Date: Thu, Sep 12, 2024 at 12:45 PM
To: Clifford Rotbert <clifford.rotbert@gmail.com>
Cc: Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>, Eliza Chung <echung@legal-aid.org>

Dear Mr. Robert,

Please see page two of the attached abatement notice that Ms. Sims sent. It states the tenant pays their share of the rent only during an abatement period and Federal regulation prohibit the owner from suing tenants for non-payment of HPD's portion of the contract rent. Additional information is in the HPD Housing Choice Voucher Administrative Plan at 8.16 and it can be found at: administrative-plan.pdf (nyc.gov)

> During the abatement period, HPD will not pay the Housing Assistance Payment portion of the contract rent. Federal regulations prohibit the owner from suing tenants for non-payment of HPD's portion of the contract rent. However, you must continue to pay your share of the contract rent. Failure to do so could result in the termination of your rental subsidy and denial of any move request. Per federal regulations, HPD is required to terminate HAP contracts for units that have been in abatement for more than 180 days.

Thank you,

Leslie Kahn

Leslie Kahn, Esq. | Director, Legal Support Unit

Division of Tenant and Owner Resources

NYC Housing Preservation & Development • Housing Access and Stability

100 Gold St., Rm 4Q-2 | New York, NY 10038

kahnl@hpd.nyc.gov | 212-863-5587

PRIVILEGED AND CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person(s) to whom it is addressed and may contain information that is privileged confidential, or otherwise protected from disclosure.  The information contained herein is not to be forwarded, discussed, or otherwise disclosed to anyone other than the persons(s) addressed in this email without the advance written permission of the sender.  Any unauthorized review, use, disclosure or distribution is expressly prohibited. If you are not the intended recipient of this e-mail, please promptly alert the sender by reply e-mail that you received it in error and destroy all copies of the original and any reply message.

**From:** Clifford Rotbert clifford.rotbert@gmail.com
**Sent:** Thursday, September 12, 2024 12:35 PM
**To:** Sims, Rocio (HPD) Simsro@hpd.nyc.gov
**Cc:** Eliza Chung echung@legal-aid.org; Kahn, Leslie (HPD) kahnl@hpd.nyc.gov; Hardt, Lady (HPD) hardtl@hpd.nyc.gov
**Subject:** Re: [EXTERNAL] Leonarda Garcia Ramirez 151 W 123rd St, Apt. 6C, New York,NY

Okay, thank you.

And just to be very clear for Ms. Garcia Ramirez:

Ms. Garcia Ramirez paid all of HER share of the rent, on time, throughout the entire period when Section 8 was suspended due to the failed HQS inspection.

So you are saying that she is **NOT responsible for the Section 8 portion of the back rent. Is that correct?**

Thanks again!

----------
From: **Clifford Rotbert** <clifford.rotbert@gmail.com>
Date: Thu, Sep 12, 2024 at 12:58 PM
To: Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>
Cc: Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>, Eliza Chung <echung@legal-aid.org>

Thank you, Ms. Kahn.

Ms. Garcia Ramirez will be happy to hear this; she was worried, especially since they are still showing this back rent on her monthly bill.

----------
From: **Clifford Rotbert** <clifford.rotbert@gmail.com>
Date: Wed, Sep 25, 2024 at 9:46 AM
To: Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>
Cc: Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>, Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>, Eliza Chung <echung@legal-aid.org>

Hi Ms. Kahn:

Apparently the landlord has not given up on collecting the HPD share of the back rent from this case.

See attached, which Ms. Garcia said was attached to her door this past Monday.

She has always paid her share of the rent on time, and is still up to date. This is from the prior action, which she thought was settled by the court.

I assume this will be followed by another court action. What should she do?

Thanks for your help on this.

On Thu, Sep 12, 2024 at 12:45 PM Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov> wrote:

From: Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>
Date: Thu, Sep 26, 2024 at 11:42 AM
To: Clifford Rotbert <clifford.rotbert@gmail.com>
Cc: Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>, Eliza Chung <echung@legal-aid.org>, Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>, Thach, Johnny <ThachJ@hpd.nyc.gov>

Good Morning,

An email was sent to the management office this morning, informing them that during the abatement period the tenant is not responsible for the section 8 portion.

If there is a petition against the tenant, please subpoena HPD so that we can appear and provide the necessary section 8 records.

Thank You

**Rocio Sims (she/her/hers) | Program Specialist, Legal Support Unit**

Division of Tenant and Owner Resources

NYC Housing Preservation & Development • Housing Access and Stability

100 Gold St, 4Q4C • New York, NY 10038

simsro@hpd.nyc.gov • 212-863-6608 cell-929-475-3891

DTRLSU@hpd.nyc.gov

*We are encouraging all tenants to use and upload documents to NYC DHPD - Division of Tenant Services via email service. Tenants can submit/upload any documentations including PDF's and pictures to the DTR Email at DTRAI@hpd.nyc.gov. Remember to include **full name**

**and address.** For additional information and/r services you may access our website at Section 8 - HPD (nyc.gov)

*New York City Department of Housing Preservation & Development can be served via electronic mail to: ServeHPD@hpd.nyc.gov

*All FOIL requests to HPD should be submitted through NYC OpenRecords (https://a860-openrecords.nyc.gov).

*Owners and property mangers can manage their HPD portfolios using the DTR Portal: www.nyc.gov/dtrportal

*This e-mail and any attachments thereto, is intended only for use by the addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient, please do not disclose, distribute or copy this communication. Please notify the sender that you have received this e-mail in error and delete the original and any copy of the e-mail.

----------
From: **Clifford Rotbert** <clifford.rotbert@gmail.com>
Date: Thu, Sep 26, 2024 at 11:52 AM
To: Sims, Rocio (HPD) <Simsro@hpd.nyc.gov>
Cc: Hardt, Lady (HPD) <hardtl@hpd.nyc.gov>, Eliza Chung <echung@legal-aid.org>, Kahn, Leslie (HPD) <kahnl@hpd.nyc.gov>, Thach, Johnny <ThachJ@hpd.nyc.gov>

Thank you, Ms. Sims.

You guys are great! Leonarda will appreciate it.