**NYC**
Department of
Housing Preservation
& Development
nyc.gov/hpd

Office of Neighborhood Strategies
Division of Tenant Resources
100 Gold Street
New York, NY 10038

0000336



Sunday, March 03, 2024

**Leonarda Garcia Ramirez**
**151 West 123 Street**
**Apt. 6C**
**New York, NY  10027**

## RENT BREAKDOWN LETTER

Dear **Leonarda Garcia Ramirez:**

The Department of Housing Preservation and Development (HPD) has processed an update to your Housing Choice Voucher (HCV) housing rental assistance which resulted in the rent breakdown below. **This Annual Reexamination is effective Wednesday, May 01, 2024.** *This notice supersedes all Rent Breakdown Notices you may have received prior to the date of this notice.*

If you previously received a Notice of Subsidy Termination and are either waiting for an informal hearing or a decision from your informal hearing, receiving this letter does **not** mean your termination has been reversed. You will be notified of the decision from your informal hearing in a separate notice. If you do not attend the informal hearing, you will be automatically terminated from the rental assistance program.

| | |
|---|---|
| **Contract Rent:** | $902.08 |
| **Tenant Share:** | $390.00 |
| **HPD Share:** | $512.08 |

**Tenant Share of Rent:** HPD calculated your share of the rent based on the information you provided and independent sources were used to verify that information. Your landlord will be informed of these new amounts and the effective date of the change. If you have been paying more than your share of the rent since the effective date of this change, please contact your landlord to reconcile your account.

**Household Composition:** You must notify HPD of any changes to the household members listed on this notice within 30 days.

**Household income:** If there are any changes in your household income during the year you must report the change at your next annual recertification. You may also choose to notify HPD of any decreases in your household income before your next annual recertification so that your share of the rent may be adjusted.

**Customer Service:** If you have any questions or need assistance understanding this letter in a language other than English, please call the Client Services unit at (917) 286-4300.

If you disagree with how HPD calculated your rent share, please write us within 30 days and include a copy of this letter. Your letter may be submitted to DTRAI@hpd.nyc.gov, faxed to (212) 863-5299 or mailed to the attention of Tenant Resources at 100 Gold Street, NY, NY 10038.

Sincerely,

Jacqueline Solomon
Rental Assistance Specialist

cc: Landlord



428491



**Department of Housing Preservation & Development**
nyc.gov/hpd

Office of Neighborhood Strategies
Division of Tenant Resources
100 Gold Street
New York, NY 10038

**Household Composition:**

| **Full Name** |
| --- |
| Leonarda Garcia Ramirez |
| Jesus Suero Garcia |
| Gabriela Suero Garcia |
| Gabriel Suero Garcia |

428491