

## Payment History for: "Leonarda Ramirez".

| Property Address | Amount | LLC/Association | Description |
|---|---|---|---|
| Date: 12/29/2024 12:36:09 PM EST - Confirmation #: A2412291236_ZV6HA5 - Total: $390.00 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $390.00 | ARTHUR RANSOME 151W123 | Balance as of January |
| Date: 11/30/2024 2:45:55 PM EST - Confirmation #: A2411301445_UZ8OY8 - Total: $390.00 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $390.00 | ARTHUR RANSOME 151W123 | Balance as of December |
| Date: 10/30/2024 7:36:03 PM EST - Confirmation #: A2410301936_TF6QR0 - Total: $390.00 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $390.00 | ARTHUR RANSOME 151W123 | Balance as of November |
| Date: 10/1/2024 8:43:35 AM EST - Confirmation #: A2410010843_NQ3GK2 - Total: $390.00 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $390.00 | ARTHUR RANSOME 151W123 | Balance as of October |
| Date: 8/29/2024 8:23:31 AM EST - Confirmation #: A2408290823_TM5XS3 - Total: $390.00 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $390.00 | ARTHUR RANSOME 151W123 | Balance as of September |
| Date: 7/29/2024 8:44:31 AM EST - Confirmation #: A2407290844_NV8IG0 - Total: $390.00 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $390.00 | ARTHUR RANSOME 151W123 | Balance as of August |
| Date: 6/25/2024 8:03:18 PM EST - Confirmation #: A2406252003_MF7KK7 - Total: $390.00 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $390.00 | ARTHUR RANSOME 151W123 | Balance as of July |
| Date: 6/1/2024 7:26:12 AM EST - Confirmation #: A2406010726_OE1IQ5 - Total: $390.00 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $390.00 | ARTHUR RANSOME 151W123 | Balance as of June |



## Payment History for: "Leonarda Ramirez".

| Property Address | Amount | LLC/Association | Description |
|---|---|---|---|
| Date: 4/27/2024 10:52:29 PM EST  - Confirmation #: A2404272252_RN9PS8  - Total: $390.00 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $390.00 | ARTHUR RANSOME 151W123 | Balance as of May |
| Date: 3/27/2024 11:57:12 AM EST  - Confirmation #: A2403271157_UJ7KA5  - Total: $334.00 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $334.00 | ARTHUR RANSOME 151W123 | Balance as of April |
| Date: 2/25/2024 7:56:08 PM EST  - Confirmation #: A2402251956_QK2NP9  - Total: $425.20 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $425.20 | ARTHUR RANSOME 151W123 | Balance as of March |
| Date: 1/31/2024 4:20:10 PM EST  - Confirmation #: A2401311620_KE9AL9  - Total: $425.20 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $425.20 | ARTHUR RANSOME 151W123 | Balance as of February |
| Date: 12/29/2023 6:37:49 PM EST  - Confirmation #: A2312291837_OF6TG1  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of January |
| Date: 12/2/2023 10:59:08 AM EST  - Confirmation #: A2312021059_ND1SI6  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of December |
| Date: 10/31/2023 4:25:13 AM EST  - Confirmation #: A2310310425_WS6PM1  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of November |
| Date: 9/30/2023 9:09:59 PM EST  - Confirmation #: A2309302109_BD4FY0  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of October |

# Payment History for: "Leonarda Ramirez".

| Property Address | Amount | LLC/Association | Description |
| --- | --- | --- | --- |
| Date: 8/31/2023 8:16:01 AM EST  - Confirmation #: A2308310816_CD4AT8  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of September |
| Date: 7/28/2023 9:25:12 AM EST  - Confirmation #: A2307280925_DN1IN0  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of August |
| Date: 7/1/2023 2:08:21 PM EST  - Confirmation #: A2307011408_JV9JI6  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of July |
| Date: 6/3/2023 5:27:13 PM EST  - Confirmation #: A2306031727_RP7BR5  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of June |
| Date: 5/1/2023 8:00:29 AM EST  - Confirmation #: A2305010800_DD4HI1  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of May |
| Date: 4/2/2023 9:30:45 AM EST  - Confirmation #: A2304020930_GX6RA4  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of April |
| Date: 2/27/2023 8:28:22 AM EST  - Confirmation #: A2302270828_YI8RM8  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of March |
| Date: 1/29/2023 8:14:40 PM EST  - Confirmation #: A2301292014_UN9GN7  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of February |



## Payment History for: "Leonarda Ramirez".

| Property Address | Amount | LLC/Association | Description |
|---|---|---|---|
| Date: 12/30/2022 9:11:47 AM EST  - Confirmation #: A2212300911_OR6EY9  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of January |
| Date: 12/3/2022 12:15:28 PM EST  - Confirmation #: A2212031215_WU3DN9  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of December |
| Date: 10/30/2022 8:20:06 PM EST  - Confirmation #: A2210302020_IY6OW3  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of November |
| Date: 10/1/2022 4:01:42 PM EST  - Confirmation #: A2210011601_XR8IV5  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of October |
| Date: 9/2/2022 8:40:16 AM EST  - Confirmation #: A2209020840_JG6FX5  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of September |
| Date: 7/28/2022 10:57:56 AM EST  - Confirmation #: A2207281057_ZB5PA1  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of August |
| Date: 6/29/2022 9:18:15 AM EST  - Confirmation #: A2206290918_UE3RH2  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of July |
| Date: 5/30/2022 4:23:19 PM EST  - Confirmation #: A2205301623_RW1RB4  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of June |

## Payment History for: "Leonarda Ramirez".

| Property Address | Amount | LLC/Association | Description |
|---|---|---|---|
| Date: 4/29/2022 1:31:36 PM EST  - Confirmation #: A2204291331_UL8ES7  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of May |
| Date: 3/31/2022 10:58:41 AM EST  - Confirmation #: A2203311058_MG8YC0  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of April |
| Date: 3/2/2022 10:18:01 AM EST  - Confirmation #: A2203021018_CF6WQ0  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of March |
| Date: 1/31/2022 10:06:40 PM EST  - Confirmation #: A2201312206_JC5YM1  - Total: $398.62 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $398.62 | ARTHUR RANSOME 151W123 | Balance as of February |
| Date: 1/4/2022 11:29:39 AM EST  - Confirmation #: A2201041129_MK3RP4  - Total: $375.04 | | | |
| 151 W 123RD Street, #6C, NEW YORK, NY | $375.04 | ARTHUR RANSOME 151W123 | Balance as of January |