**Department of Housing Preservation & Development**

Office of Neighborhood Strategies
Division of Tenant Resources
100 Gold Street
New York, N.Y. 10038

**HOUSING QUALITY STANDARDS (HQS)**
**NOTICE OF LANDLORD NON-COMPLIANCE**
**ABATEMENT OF SECTION 8 HOUSING ASSISTANCE PAYMENTS (HAP)**

Friday, May 20, 2022

Effective date of HAP Abatement: 5/1/2022

Leonarda Garcia Ramirez
151 West 123 Street, 6C
New York, NY 10027

Dear Leonarda Garcia Ramirez:

HPD is required by federal regulations to abate (withhold) Housing Assistance Payments (HAP) if HPD has not verified that HQS failure item(s) have been corrected by the specified correction period. Your apartment failed an HQS inspection on 3/4/2022 and your landlord has not verified that corrections have been made. The HAP abatement is effective 5/1/2022. Your landlord has been notified of this HAP abatement.

This abatement action is due to the reason checked below.

☑ The landlord did not submit certification documents for the repairs of all HQS failure items by the correction deadline given on the Notice of Violation(s)/HQS Failure(s).

☐ The landlord did not submit sufficient documentation to address failures related to lead based paint hazard by the correction deadline given on the Notice of HQS Failure(s).

☐ HPD received certification documents stating the HQS failure item(s) were repaired. However, a verification inspection of the unit referenced above or public area conducted on  indicated that failure item(s) had not been repaired.

☐ HPD conducted a re-inspection of the HQS failure items on . Corrections to the failure items were not made.

☐ HAP for the above referenced unit is in abatement and an inspection on  confirmed that one or more failure items identified in the unit or public area still exists. The abatement effective 5/1/2022 remains in effect.

☐ As per federal regulations, HPD attempted to inspect the heating system/equipment on  and  and access was not provided.

*1378404810004*
*1378404810004*

Printed on paper containing 30% post-consumer material.

**NYC Department of Housing Preservation & Development**

Office of Neighborhood Strategies
Division of Tenant Resources
100 Gold Street
New York, N.Y. 10038

During the abatement period, HPD will not pay the Housing Assistance Payment portion of the contract rent. Federal regulations prohibit the owner from suing tenants for non-payment of HPD's portion of the contract rent. However, you must continue to pay your share of the contract rent. Failure to do so could result in the termination of your rental subsidy and denial of any move request. Per federal regulations, HPD is required to terminate HAP contracts for units that have been in abatement for more than 180 days.

If your apartment has been in failure status for 90 days due to landlord caused failures, you may be eligible to request a move voucher. If your unit failed for an emergency failure item, you may be eligible to move immediately. You can request a move voucher by contacting Client Services at (917) 286-4300. You should not move out of your apartment without prior written approval from HPD. Doing so may result in the termination of your rental subsidy.

For inquiries regarding your Section 8 subsidy, please call the Section 8 Housing Quality Standards Unit at (917) 286-4300.

Sincerely,

Lance Ware
HQS Specialist

Printed on paper containing 30% post-consumer material.

*13784048100004*
*13784048100004*