CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART G
-----------------------------------------------------------x
ARTHUR RANSOME HOUSES LP,                          :

               Petitioner (Landlord),          :

    -against-                                            :    **L&T Index No. 308781-23/NY**

LEONARDA GARCIA,                                   :

            Respondent (Tenant).          :    **NOTICE OF APPEARANCE**

Address of the Subject Premises:                   :
151 West 123rd Street. Apartment 6C
New York, NY 10027                                 :
-----------------------------------------------------------x

    **PLEASE TAKE NOTICE** that LEONARDA GARCIA-RAMIREZ hereby appears in

this proceeding by her attorney, Twyla Carter, Attorney-in-Chief, The Legal Aid Society, Eliza

Chung, Of Counsel, and demand that you serve all papers in this proceeding upon the undersigned

at the address stated below.

Dated: New York, New York
      June 20, 2023

                           Respectfully submitted,

                           Eliza Chung. Of Counsel
                           Twyla Carter, Attorney-in-Chief
                           The Legal Aid Society
                           Harlem Community Law Office
                           2090 Adam Clayton Powell, Jr. Blvd, 3rd Fl.
                           New York, New York 10027
                           (347) 213-0179
                           echung@legal-aid.org
                           *Attorneys for Respondent*

To:    SDL Heiberger LLP
        205 East 42nd Street. 6th Floor
        New York. NY 10017
        (917) 351-1335
        info@sdkhlaw.com

L&T Index No. 308781-23/NY
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART G

ARTHUR RANSOME HOUSES LP,

        Petitioner (Landlord),

   -against-

LEONARDA GARCIA,

        Respondent (Tenant).

## NOTICE OF APPEARANCE

Signature (Rule 130-1.1-a)

Eliza Chung, Of Counsel
Twyla Carter, Attorney-in-Chief
The Legal Aid Society, Civil Practice
Harlem Community Law Office
2090 Adam Clayton Powell, Jr. Blvd, 3rd Fl.
New York, New York 10027
(347) 213-0179
echung@legal-aid.org
*Attorneys for Respondent*

To:    SDL Heiberger LLP
       205 East 42nd Street. 6th Floor
       New York. NY 10017
       (917) 351-1335
       info@sdkhlaw.com