**CIVIL COURT OF THE CITY OF NEW YORK**
County of New York
Date July 17, 2023  Part G

Arthur Ransome House LP
Petitioner(s),

against

Leonada Garcia
Respondent(s)

2 attorney stip
#13

Index No. L&T: 308781-23/NY
Page 1 of 1
Hon. Ofshtein

**STIPULATION OF SETTLEMENT**
The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner | | | | |
| Respondent 1 | | | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

The above captioned proceeding is hereby adjourned to August 31, 2023 at 9:30AM for the parties to engage in motion practice.
1. Petitioner's opposition to Respondent's motion due August 7, 2023.
2. Respondent's reply due August 18, 2023.
3. Petitioner to repair HPD violations listed on the HPD outside and paragraph 14 of Respondent's Proposed Verified Amended Answer annexed as Exhibit D in Respondent's motion
4. Access provided 8/27/2023, 8/28/2023, 8/29/2023, from 9AM-5PM, workers to arrive by 11:00AM
5. Respondent to subpoena HPD section 8.
6. Rent Ledger Provided
7 Parties reserve all rights and defenses.

Attorney for Petitioner
and Scott Kleinberg LLP

Eliza Chung, of Counsel
The Legal Aid Society
Attorney for Respondent

CIV-LT-30 page 1(Revised 4/07)