CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART G

------------------------------------------------------------x

ARTHUR RANSOME HOUSES LP,                          :

                    Petitioner (Landlord),     :     **L&T Index No. 308781-23/NY**

    -against-                                        :

LEONARDA GARCIA,                                   :     **JUDICIAL SUBPOENA**
                                                         **DUCES TECUM AND**
                Respondent (Tenant).       :     **AD TESTIFICANDUM**

Address of the Subject Premises:                   :     **CASE IS ON THE CALENDAR:**
151 West 123rd Street, Apartment 6C                      *August 31, 2023*
New York, NY 10027                                 :

------------------------------------------------------------x

TO:    NYC Department of Housing Preservation and Development
        100 Gold Street
        New York, NY 10038

**GREETINGS: WE COMMAND YOU,** that all business and excuses being laid aside, you
appear and attend before one of the judges of the Civil Court of the City of New York,
County of New York, at **Part G, Room 581,** of said court to be held at the courthouse at
**111 Centre Street, New York, New York, at 9:30 a.m. on the 31st day of August,
2023,** and at any recessed or adjourned date thereafter, to give testimony in this action on
the part of respondent Cassandra Jacobs.

    **AND WE FURTHER COMMAND THAT YOU** bring with you and produce, at the
time and place aforementioned, original or certified copies of the following documents
pertaining to the case of:

                LEONARDA GARCIA
                Tenant-participant in Section 8 Program
                151 West 123rd Street, Apartment 6C
                New York, NY 10027

a.    Copies of all checks and/or vouchers (front and back) issued for shelter payments
       from **January 1, 2014 to the present** on Leonarda Garcia's behalf at the above-
       referenced apartment;

b.    Copies of all contracts between HPD Section 8 and the landlord to pay a rental
       subsidy for Leonarda Garcia, at the above-referenced addressee, from **January 1,
       2014 to the present;**

c.  Copies of any and all certifications for eligibility for Section 8 housing assistance, annual reexaminations, and housing quality standards completed from **January 1, 2014 to present** on Leonarda Garcia's behalf for the above-referenced apartment;

d.  Copies of any and all notices regarding housing quality standards sent to the landlord from **January 1, 2014 to present** on Leonarda Garcia's behalf for the above referenced apartment; and,

e.  Any other documents which you have in your custody and/or control pertaining to shelter payments made by or on behalf of Leonarda Garcia from **January 1, 2014 to present** at the above referenced address.

Failure to comply with this subpoena is punishable as a contempt of court, and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

It is hereby ORDERED that the subpoena fee is waived.

WITNESS, Honorable _____, one of the Judges of said court, at 111 Centre Street, New York, New York on the ____ day of August 2023.

Dated:  August ____, 2023
New York, New York

SO ORDERED:

_____
HOUSING COURT JUDGE

Respectfully Submitted,
THE LEGAL AID SOCIETY

_____
By:  Eliza Chung, Of Counsel
2090 Adam Clayton Powell, Jr. Blvd., 3rd Floor
New York, New York 100027
Tel.: (347) 213-0179
EChung@legal-aid.org
*Attorneys for Respondent*

Pursuant to CLPR §2303(a), copy to:

SDK Heiberger LLP
205 East 42nd Street, 6th Floor
New York, NY 10017
(917) 351-1335
info@sdkhlaw.com
*Attorneys for Petitioner*

2

FILED: NEW YORK CIVIL COURT - L&T 08/02/2023 06:08 PM INDEX NO. LT-308781-23/NY
NYSCEF DOC. NO. 18 RECEIVED NYSCEF: 08/02/2023

Case 1:25-cv-08489    Document 1-12    Filed 10/14/25    Page 3 of 3

**L&T Index No. 308781-23/NY**
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART G

ARTHUR RANSOME HOUSES LP,

      Petitioner-Landlord,

      -against-

LEONARDA GARCIA
151 West 123rd Street, Apartment 6C
New York, NY 10027

      Respondent-Tenant.

## JUDICIAL SUBPOENA DUCES TECUM AND AD TESTIFICANDUM
Signature (Rule 130-1.1-a)

           Eliza Chung, Of Counsel
           Twyla Carter, Attorney-in-Chief
           The Legal Aid Society
           Harlem Community Law Office
           2090 Adam Clayton Powell, Jr. Blvd, 3rd Fl.
           New York, New York 10027
           (347) 213-0179
           Echung@legal-aid.org
           *Attorneys for Respondent*

To:    SDK Heiberger LLP
       205 East 42nd Street, 6th Floor
       New York, NY 10017
       (917) 351-1335
       info@sdkhlaw.com
       *Attorneys for Petitioner*

       NYC Department of Housing Preservation and Development
       100 Gold Street
       New York, NY 10038

3