**CIVIL COURT OF THE CITY OF NEW YORK**
County of New York
Date: September 26, 2025     Part G

Arthur Ransome Houses L.P.
    Petitioner(s),
against
Leonarda Garcia
    Respondent(s)

Index No. L&T: 308791-25/NY
Page 1 of 1
Hon. Epstein

2 attorneys
#25,26 on calendar

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|---|
| Petitioner | | | | | |
| Respondent 1 | | | | | |
| Respondent 2 | | | | | |
| Respondent 3 | | | | | |

The above-captioned proceeding is hereby adjourned for Petitioner to complete repairs and cure the subject premises' HPD violations. Proceeding is adjourned to 12/07/23 at 9:30 A.M.

1. Petitioner to inspect and repair the HPD violations associated with the subject premises as required by law. Respondent to provide access on: October 19, 2023; October 20, 2023; and October 23, 2023. Access shall be from 9:00 AM to 5:00 PM. Workers to arrive by 11:00 AM. Repair to be made within 30 days of initial access.

2. HPD appeared in court on September 26, 2025 with court file and Rent Breakdown letter indicating that the contract rent is $902.08 per month and that HPD Section 8 ceased payments due to a failed HQS inspection.

3. Petitioner provided ledger

Attorney for Petitioner

Eliza Chung, of Counsel
The Legal Aid Society
Attorneys for Respondent

CIV-LT-30 page 1(Revised 4/07)