CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART G
-------------------------------------------------------------x
ARTHUR RANSOME HOUSES LP,

                Petitioner (Landlord),

-against-

LEONARDA GARCIA,

                Respondent (Tenant).

Address of the Subject Premises:
151 West 123rd Street, Apartment 6C
New York, NY 10027
-------------------------------------------------------------x

L&T Index No. 308781-23/NY

STIPULATION

So Ordered: _____
                J.H.C.

The above-captioned proceeding is hereby pre-adjourned from December 7, 2023 to February 2, 2024 at 9:30 AM for Petitioner to complete repairs and cure the subject premises' HPD violations.

1. Petitioner to inspect and repair the HPD violations and lack of heat as required by law. Respondent to provide access on December 11, 2023, December 12, 2023, and December 13, 2023. Access shall be from 9:00 AM to 5:00 PM. Workers to arrive by 11:00 AM. Repairs to be made within 30 days of initial access.

Dated: New York, New York

      December ___, 2023

_____
Daniel Garcia Tejada, Esq.
SDK Heiberger
205 East 42nd Street, 6th Fl.
New York, New York 10017
(646) 220-4947
dtejada@sdkhlaw.com

_____
Eliza Chung, of Counsel
The Legal Aid Society, HCLO
2090 7th Avenue, 3rd Floor
New York, NY 10027
(347) 213-0179
echung@legal-aid.org