**CIVIL COURT OF THE CITY OF NEW YORK**

County of New York
Date February 2, 2024   Part G

Arthur Ransome House LP

Petitioner(s),

against

Leonardo Garcia

Respondent(s)

Index No. L&T: [LT-308781-23/NY]
Page 1 of 1
Hon. Ofshtein

2 Attorneys
#4 on 38 Calendar

**STIPULATION OF SETTLEMENT**

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|---|
| Petitioner | | ⊗ | | | |
| Respondent 1 | | | ✓ | | |
| Respondent 2 | | | | | |
| Respondent 3 | | | | | |

[ELEANORA OFSHTEIN, JUDGE, HOUSING COURT stamp]

1. The parties agree to adjourn the proceeding to April 1st, 2024 at 9:30am for Petitioner to make the repairs as required in the December 7, 2023 so-ordered stipulation. Paragraph 1 ("One") of that stipulation remains in full force and effect.

2. Respondent's counsel represents that should Petitioner fail to complete the repairs by February 19, 2024, Respondent will file a motion for contempt based on the terms of the December 7, 2023 so-ordered stipulation to compel repairs, to which Petitioner reserves all its defenses.

3. Respondent agrees to additional access dates on February 6, 2024; February 7, 2024 to allow Petitioner to comply with the December 7, 2023 so-ordered stipulation. Access shall be from 9AM-5PM. Workers to arrive by 11AM. Parties to coordinate additional access dates as needed.

Ryan Saxton, Esq.
SB Herzberger
Attorney for Petitioner

Eliza Chung, of Counsel
The Legal Aid Society
Attorney for Respondent

CIV-LT-30 page 1 (Revised 4/07)