CIVIL COURT OF THE CITY OF NEW YORK

County of: New York
Date: 4/1/24
Part: G

Index No. L&T: 308781/23
Page 1 of 6
Hon. Gonzalez

**STIPULATION OF SETTLEMENT / Discontinuance**

Arthur Ransome Houses LP, Petitioner(s),
against
Leonarda Garcia, Respondent(s)

3/25
2 Atty

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner: Counsel, SKHH | | ✓ | | |
| Respondent 1: Counsel | | ✓ | | |
| Respondent 2: | | | | |
| Respondent 3: | | | | |

- The parties stipulate that this matter is hereby discontinued without prejudice.

- Petition is hereby satisfied.

- Section 8 appeared and confirmed that they have resumed payments.

- Respondent's motion is hereby withdrawn.

X _____
Attorney for Petitioner
SKHH LLP

X _____
Attorney for Respondent
by: Eliza Chung, of Counsel
The Legal Aid Society

CIV-LT-30 page 1 (Revised 4/07)