ARTHUR RANSOME HOUSES LP

Index #:

# AFFIDAVIT OF *Conspicuous* SERVICE

Faisal Taher
Lic # 2124107
New York

State of New York, County of Queens ss:

I **Faisal Taher** Being duly sworn, deposes and says that deponent is not party to this proceeding, is over 18 years of age and resides in New York, New York

That on **September 20, 2024** at **10:27 AM**

At the property sought to be recovered at: **151 WEST 123 STREET NEW YORK NY 10027**   Apt# **6C**

The: **NOTICE AND/OR REQUEST TO COMMENCE EVICTION PROCEEDINGS**

Was served on: **LEONARDA GARCIA**

☐ Personal service on Individual: Individually served the within-named person with true copy(ies) of the paper(s) aforementioned.

☐ Deponent was unable to serve:

Additional respondents by personal delivery but by gaining admittance to said property and delivering and leaving a true copy thereof for each respondent personally with aforementioned respondent who was willing to accept same and was of suitable age and discretion who thereat ...thereby completing service to all respondents.

☐ Suitable age person: substitute served by delivering thereat a true copy for each respondent personally with ' ' , a person of suitable age and discretion, who was willing to receive same and who at said property.

☒ Posted on door: By affixing a true copy thereof for each respondent on a conspicuous part to wit: the entrance door of said property, the tenant(s)/occupant(s) place of business. premises is recipients *dwelling* within state. Deponent was unable to find respondent(s) or to find a person of suitable age and discretion who *resided* thereat during either of the two service attempts made on the following dates...

Prior Attempt Made On: **September 19, 2024** at: **07:02 PM**
Second Attempt Made On: **September 20, 2024** at: **10:27 AM**

Approx. Description: Sex:    Skin color:    Age:    Height:    Weight:    Hair:
other identifying features / comments:

☒ State of New York, County of Queens, being duly sworn and says that I am not a party to this action and I am over 18 years of age.
On **September 21, 2024** I mailed a true copy to each respondent of the above mentioned notification properly enclosed, addressed, and mailed in postpaid envelopes by regular first class and certified mail **(marked personal and confidential)** within New York State to each respondent at the address sought to be recovered which is respondents residence or corporate respondent(s) principal office or principal place of business.

Additional copies mailed regular and certified to:
DIRECTOR OF RENT SUBSIDIES   100 GOLD STREET   NEW YORK   NY   10038

Faisal Taher
Lic # 2124107
New York

Sworn to before me on:
September 21, 2024

Yasodra Seenarine
Notary Public State of New York
No. 01SE6163476
Qualified in Queens County Commission expiration 03/26/27

SP

A&M ACCUSERVICE INC
LIC# 2033461
2444 78TH STREET FL 1
EAST ELMHURST, NY, 11370