## NOTICE AND/OR REQUEST
## TO COMMENCE EVICTION PROCEEDINGS

**TO:** LEONARDA GARCIA  **HPD #** _____

151 WEST 123 STREET  **6C**

NEW YORK, NY 10027

**PLEASE TAKE NOTICE,** that you are justly indebted and required to pay the Landlord of the above described premises the sum of $ **11,712.91** for rent of said premises through **May-24**

A COPY OF RENT HISTORY ANNEXED HERETO FOR THE PERIOD OF  **SEE BREAKDOWN**

**PLEASE TAKE FURTHER NOTICE,** that you are required to pay said sum within thirty (30) working days from the service of this Notice or to give up possession of the premises to the Landlord.

**PLEASE TAKE FURTHER NOTICE,** that in the event you fail to comply fully with this Notice the Landlord will commence legal proceedings to collect this sum and/or recover possession of the premises. If legal proceedings are commenced you have the right to be represented by an attorney and may raise any defense recognized under law.

**XXXXXXX**   Regulations of the Department of Housing and Urban Development and/or New York Department of Housing Preservation and Development are applicable to this apartment unit and you are afforded opportunity to discusss the proposed termination of tenancy with the landlord within thirty (30) days from the date notice is served upon you.

PLEASE NOTE THAT THIS THIRTY (30) DAY PERIOD DOES NOT ENLARGE OR EFFECT YOUR OBLIGATION TO COMPLY WITH THE PAYMENT DEMANDED HEREUNDER WITHIN THE PREVIOUSLY NOTED THIRTY (30) DAY TIME PERIOD.

**Petitioners Address:**   ARTHUR RANSOME HOUSES LP   **Landlord**

**By:** _____

SKH Heiberger, LLP
Eric H. Kahan

cc: Director of Rent Subsidies    228 East 45th Street, 14th Floor
    100 Gold Street                New York, New York 10017
    New York, NY 10038             (917)351-1335

1 of 6

Building Number: 151W123  
Unit Number: 6C  
Tenant Ledger  
GARCIA, LEONARDA  
HPD.  
Page 1 Of 3  
Printed: 09/10/24 at 03:05pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | July 2022 | | | | | |
| Opening Balance | | | | | | | | -398.62 |
| 07/01/22 | SYS | BILL | 07/01/22 | Rent | 966.70 | | | 568.08 |
| 07/01/22 | SYS | BILL | 07/01/22 | Sec. 8 | -568.08 | | | 0.00 |
| 05/01/22 | 90653 | ADJ | 07/22/22 | Adj Db-Subsidy | 568.08 | | | 568.08 |
| | 90918 | PAID | 07/29/22 | | | CP_ACH | 398.62 | 169.46 |
| | | | August 2022 | | | | | |
| Opening Balance | | | | | | | | 169.46 |
| 08/01/22 | SYS | BILL | 08/01/22 | Rent | 966.70 | | | 1,136.16 |
| | | | September 2022 | | | | | |
| Opening Balance | | | | | | | | 1,136.16 |
| 09/01/22 | SYS | BILL | 09/01/22 | Rent | 966.70 | | | 2,102.86 |
| | 94471 | PAID | 09/06/22 | | | CP_ACH | 398.62 | 1,704.24 |
| | | | October 2022 | | | | | |
| Opening Balance | | | | | | | | 1,704.24 |
| 10/01/22 | SYS | BILL | 10/01/22 | Rent | 966.70 | | | 2,670.94 |
| | 97121 | PAID | 10/04/22 | | | CP_ACH | 398.62 | 2,272.32 |
| | | | November 2022 | | | | | |
| Opening Balance | | | | | | | | 2,272.32 |
| 11/01/22 | SYS | BILL | 11/01/22 | Rent | 966.70 | | | 3,239.02 |
| | 99804 | PAID | 11/01/22 | | | CP_ACH | 398.62 | 2,840.40 |
| | | | December 2022 | | | | | |
| Opening Balance | | | | | | | | 2,840.40 |
| 12/01/22 | SYS | BILL | 12/01/22 | Rent | 966.70 | | | 3,807.10 |
| | 2825 | PAID | 12/06/22 | | | CP_ACH | 398.62 | 3,408.48 |
| | | | January 2023 | | | | | |
| Opening Balance | | | | | | | | 3,408.48 |
| 01/01/23 | SYS | BILL | 01/01/23 | Rent | 966.70 | | | 4,375.18 |
| | 5090 | PAID | 01/03/23 | | | CP_ACH | 398.62 | 3,976.56 |
| | 7733 | PAID | 01/31/23 | | | CP_ACH | 398.62 | 3,577.94 |
| | | | February 2023 | | | | | |
| Opening Balance | | | | | | | | 3,577.94 |
| 02/01/23 | SYS | BILL | 02/01/23 | Rent | 966.70 | | | 4,544.64 |
| | 10662 | PAID | 02/28/23 | | | CP_ACH | 398.62 | 4,146.02 |
| | | | March 2023 | | | | | |
| Opening Balance | | | | | | | | 4,146.02 |
| 03/01/23 | SYS | BILL | 03/01/23 | Rent | 966.70 | | | 5,112.72 |
| | | | April 2023 | | | | | |
| Opening Balance | | | | | | | | 5,112.72 |
| 04/01/23 | SYS | BILL | 04/01/23 | Rent | 966.70 | | | 6,079.42 |
| | 14316 | PAID | 04/04/23 | | | CP_ACH | 398.62 | 5,680.80 |
| | | | May 2023 | | | | | |
| Opening Balance | | | | | | | | 5,680.80 |
| 05/01/23 | SYS | BILL | 05/01/23 | Rent | 966.70 | | | 6,647.50 |
| | 17224 | PAID | 05/02/23 | | | CP_ACH | 398.62 | 6,248.88 |
| | | | June 2023 | | | | | |
| Opening Balance | | | | | | | | 6,248.88 |
| 06/01/23 | SYS | BILL | 06/01/23 | Rent | 966.70 | | | 7,215.58 |
| | 20408 | PAID | 06/06/23 | | | CP_ACH | 398.62 | 6,816.96 |
| | | | July 2023 | | | | | |
| Opening Balance | | | | | | | | 6,816.96 |
| 07/01/23 | SYS | BILL | 07/01/23 | Rent | 966.70 | | | 7,783.66 |
| | 23099 | PAID | 07/05/23 | | | CP_ACH | 398.62 | 7,385.04 |
| | 25857 | PAID | 07/31/23 | | | CP_ACH | 398.62 | 6,986.42 |
| | | | August 2023 | | | | | |
| Opening Balance | | | | | | | | 6,986.42 |
| 08/01/23 | SYS | BILL | 08/01/23 | Rent | 966.70 | | | 7,953.12 |

Building Number: 151W123　　　　　　Tenant Ledger　　　　　　Page 2 Of 3
Unit Number: 6C　　　　　　　　　　GARCIA, LEONARDA　　　　Printed: 09/10/24 at 03:05pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | September 2023 | | | | | |
| Opening Balance | | | | | | | | 7,953.12 |
| 09/01/23 | SYS | BILL | 09/01/23 | Rent | 966.70 | | | 8,919.82 |
| | 29278 | PAID | 09/01/23 | | | CP_ACH | 398.62 | 8,521.20 |
| | | | October 2023 | | | | | |
| Opening Balance | | | | | | | | 8,521.20 |
| 10/01/23 | SYS | BILL | 10/01/23 | Rent | 966.70 | | | 9,487.90 |
| | 32098 | PAID | 10/03/23 | | | CP_ACH | 398.62 | 9,089.28 |
| | | | November 2023 | | | | | |
| Opening Balance | | | | | | | | 9,089.28 |
| 11/01/23 | SYS | BILL | 11/01/23 | Rent | 966.70 | | | 10,055.98 |
| | 35030 | PAID | 11/01/23 | | | CP_ACH | 398.62 | 9,657.36 |
| | | | December 2023 | | | | | |
| Opening Balance | | | | | | | | 9,657.36 |
| 12/01/23 | SYS | BILL | 12/01/23 | Rent | 966.70 | | | 10,624.06 |
| | 38248 | PAID | 12/05/23 | | | CP_ACH | 398.62 | 10,225.44 |
| | | | January 2024 | | | | | |
| Opening Balance | | | | | | | | 10,225.44 |
| 01/01/24 | SYS | BILL | 01/01/24 | Rent | 966.70 | | | 11,192.14 |
| 01/01/24 | SYS | BILL | 01/01/24 | Security Depos | 26.58 | | | 11,218.72 |
| | 40496 | PAID | 01/03/24 | | | CP_ACH | 398.62 | 10,820.10 |
| | 41608 | PAID | 01/12/24 | | | 8641 | 26.58 | 10,793.52 |
| | | | February 2024 | | | | | |
| Opening Balance | | | | | | | | 10,793.52 |
| 02/01/24 | SYS | BILL | 02/01/24 | Rent | 993.28 | | | 11,786.80 |
| | 43158 | PAID | 02/01/24 | | | CP_ACH | 425.20 | 11,361.60 |
| | 44837 | PAID | 02/27/24 | | | CP_ACH | 425.20 | 10,936.40 |
| | | | March 2024 | | | | | |
| Opening Balance | | | | | | | | 10,936.40 |
| 03/01/24 | SYS | BILL | 03/01/24 | Rent | 993.28 | | | 11,929.68 |
| 03/01/24 | 48730 | ADJ | 03/20/24 | Adj Cr-Subsidy | -568.08 | | | 11,361.60 |
| 02/01/24 | 48730 | ADJ | 03/20/24 | Adj Cr-Subsidy | -195.89 | | | 11,165.71 |
| | 47321 | PAID | 03/28/24 | | | CP_ACH | 334.00 | 10,831.71 |
| | | | April 2024 | | | | | |
| Opening Balance | | | | | | | | 10,831.71 |
| 04/01/24 | SYS | BILL | 04/01/24 | Rent | 993.28 | | | 11,824.99 |
| 04/01/24 | 50979 | ADJ | 04/08/24 | Adj Cr-Subsidy | -568.08 | | | 11,256.91 |
| | 49762 | PAID | 04/30/24 | | | CP_ACH | 390.00 | 10,866.91 |
| | | | May 2024 | | | | | |
| Opening Balance | | | | | | | | 10,866.91 |
| 05/01/24 | SYS | BILL | 05/01/24 | Rent | 993.28 | | | 11,860.19 |
| 05/01/24 | 50982 | ADJ | 05/10/24 | Adj Cr-Subsidy | -512.08 | | | 11,348.11 |
| | | | June 2024 | | | | | |
| Opening Balance | | | | | | | | 11,348.11 |
| 06/01/24 | SYS | BILL | 06/01/24 | Rent | 993.28 | | | 12,341.39 |
| 06/01/24 | SYS | BILL | 06/01/24 | Sec. 8 | -512.08 | | | 11,829.31 |
| | 52550 | PAID | 06/04/24 | | | CP_ACH | 390.00 | 11,439.31 |
| | 54428 | PAID | 06/27/24 | | | CP_ACH | 390.00 | 11,049.31 |
| | | | July 2024 | | | | | |
| Opening Balance | | | | | | | | 11,049.31 |
| 07/01/24 | SYS | BILL | 07/01/24 | Rent | 993.28 | | | 12,042.59 |
| 07/01/24 | SYS | BILL | 07/01/24 | Sec. 8 | -512.08 | | | 11,530.51 |
| | 56783 | PAID | 07/30/24 | | | CP_ACH | 390.00 | 11,140.51 |
| | | | August 2024 | | | | | |
| Opening Balance | | | | | | | | 11,140.51 |
| 08/01/24 | SYS | BILL | 08/01/24 | Rent | 993.28 | | | 12,133.79 |
| 08/01/24 | SYS | BILL | 08/01/24 | Sec. 8 | -512.08 | | | 11,621.71 |

FILED: NEW YORK CIVIL COURT - L&T 11/01/2024 11:14 AM INDEX NO. LT-319223-24/NY
NYSCEF DOC. NO. 3                                                                    RECEIVED NYSCEF: 11/01/2024

| Building Number: 151W123 | Tenant Ledger | Page 3 Of 3 |
| Unit Number: 6C | GARCIA, LEONARDA | Printed: 09/10/24 at 03:05pm |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 59501 | PAID | 08/30/24 | | | CP_ACH | 390.00 | 11,231.71 |
| | | | | September 2024 | | | | |
| Opening Balance | | | | | | | | 11,231.71 |
| 09/01/24 | SYS | BILL | 09/01/24 | Rent | 993.28 | | | 12,224.99 |
| 09/01/24 | SYS | BILL | 09/01/24 | Sec. 8 | -512.08 | | | 11,712.91 |

## NOTICE TO TENANT OF APPLICABILITY OR INAPPLICABILITY OF THE NEW YORK STATE GOOD CAUSE EVICTION LAW

This notice, provided to you pursuant to the requirements of RPL 231-c, RPL 226-c, and the New York State Good Cause Eviction Law (Article 6-A of the Real Property Law), does not constitute legal advice. You may wish to consult a lawyer if you have any questions about your rights under the New York State Good Cause Eviction Law or about this notice.

This notice from your landlord serves to notify you of the applicability of the New York State Good Cause Eviction Law (Article 6-A of the Real Property Law) to your unit/apartment/home and, if applicable, the reason permitted under the New York State Good Cause Eviction Law that your landlord is not renewing your lease. Even if your apartment is not protected by Article 6-A, you may have other rights under other local, state, or federal laws and regulations concerning rents and evictions.

This notice does not vitiate any prior litigation notices or pleading served upon you, nor does this notice revive or reinstate any previously terminated tenancy. The word "tenant" as recited in the notice is solely for identification purposes and not a statement of legal status. No admissions or concessions of an owner right or remedy may be construed from the text or sending of this notice.

1.     IS THIS UNIT SUBJECT TO ARTICLE 6-A OF THE REAL PROPERTY LAW, KNOWN AS THE NEW YORK STATE GOOD CAUSE EVICTION LAW?

    ____YES

    X___NO

2.     IF THE UNIT IS EXEMPT FROM ARTICLE 6-A OF THE REAL PROPERTY LAW, KNOWN AS THE NEW YORK STATE GOOD CAUSE EVICTION LAW, WHY IS IT EXEMPT FROM THAT LAW? (PLEASE MARK ALL APPLICABLE EXEMPTIONS)

    ____Village/Town/City outside of New York City has not adopted good cause eviction under section 213 of the Real Property Law;

_____Unit is owned by a "small landlord," as defined in subdivision 3 of section 211 of the Real Property Law, who owns no more than 10 units for small landlords located in New York City or the number of units established as the maximum amount a "small landlord" can own in the state by a local law of a village, town, or city, other than New York City, adopting the provisions of Article 6-A of the Real Property Law, known as the New York State Good Cause Eviction Law, or no more than 10 units, as applicable.

_____Unit is located in an owner-occupied housing accommodation with no more than 10 units (exemption under subdivision 2 of section 214 of the Real Property Law);

__X__Unit is subject to regulation of rents or evictions pursuant to local, state, or federal law (exemption under subdivision 5 of section 214 of the Real Property Law);

_____Unit must be affordable to tenants at a specific income level pursuant to statute, regulation, restrictive declaration, or pursuant to a regulatory agreement with a local, state, or federal government entity(exemption under subdivision 6 of section 214 of the Real Property Law);

_____Unit is on or within a housing accommodation owned as a condominium or cooperative, or unit is on or within a housing accommodation subject to an offering plan submitted to the office of the attorney general (exemption under subdivision 7 of section 214 of the Real Property Law);

_____Unit is in a housing accommodation that was issued a temporary or permanent certificate of occupancy within the past 30 years (only if building received the certificate on or after January 1st, 2009) (exemption under subdivision 8 of section 214 of the Real Property Law);

_____Unit is a seasonal use dwelling unit under subdivisions 4 and 5 of section 7-108 of the General Obligations Law (exemption under subdivision 9 of section 214 of the Real Property Law);

_____Unit is in a hospital as defined in subdivision 1 of section 2801 of the Public Health Law, continuing care retirement community licensed pursuant to Article 46 or 46-A of the Public