# ARTHUR RANSOME 151W123

c/o Prestige Management Inc.
1200 Zegra Avenue
Bronx, NY 10462

**S T A T E M E N T**

| Date |
|---|
| 03/28/2025 |

LEONARDA GARCIA
151 W 123RD Street, #6C
NEW YORK, NY 10027

| Date | Unit | Code | Description | Charges | Credits | Amount due |
|---|---|---|---|---|---|---|
| 12/01/2024 | 6C | | Rent | 481.20 | 0.00 | 481.20 |
| 12/01/2023 | 6C | | Rent | 966.70 | 0.00 | 966.70 |
| 11/01/2024 | 6C | | Rent | 481.20 | 0.00 | 481.20 |
| 11/01/2023 | 6C | | Rent | 966.70 | 0.00 | 966.70 |
| 10/01/2024 | 6C | | Rent | 481.20 | 0.00 | 481.20 |
| 10/01/2023 | 6C | | Rent | 966.70 | 0.00 | 966.70 |
| 09/01/2024 | 6C | | Rent | 481.20 | 0.00 | 481.20 |
| 09/01/2023 | 6C | | Rent | 943.66 | 0.00 | 943.66 |
| 08/01/2024 | 6C | | Rent | 481.20 | 0.00 | 481.20 |
| 07/01/2024 | 6C | | Rent | 481.20 | 0.00 | 481.20 |
| 06/01/2024 | 6C | | Rent | 481.20 | 0.00 | 481.20 |
| 05/01/2024 | 6C | | Rent | 481.20 | 0.00 | 481.20 |
| 05/01/2022 | 6C | | Adj Db-Subsidy | 92.08 | 0.00 | 92.08 |
| 04/01/2025 | 6C | | Rent | 1,025.06 | 0.00 | 1,025.06 |
| 04/01/2025 | 6C | | Sec. 8 | -512.08 | 0.00 | -512.08 |
| 04/01/2024 | 6C | | Rent | 425.20 | 0.00 | 425.20 |
| 03/01/2025 | 6C | | Rent | 512.98 | 0.00 | 512.98 |
| 03/01/2024 | 6C | | Rent | 425.20 | 0.00 | 425.20 |
| 02/01/2025 | 6C | | Rent | 512.98 | 0.00 | 512.98 |

**ARTHUR RANSOME 151W123**

c/o Prestige Management Inc.
1200 Zegra Avenue
Bronx, NY 10462

**S T A T E M E N T**

| Date |
|---|
| 03/28/2025 |

LEONARDA GARCIA
151 W 123RD Street, #6C
NEW YORK, NY 10027

| Date | Unit | Code | Description | Charges | Credits | Amount due |
|---|---|---|---|---|---|---|
| 02/01/2024 | 6C | | Rent | 797.39 | 0.00 | 797.39 |
| 01/01/2025 | 6C | | Rent | 481.20 | 0.00 | 481.20 |
| 01/01/2025 | 6C | | Security Depos | 31.78 | 0.00 | 31.78 |
| 01/01/2024 | 6C | | Rent | 966.70 | 0.00 | 966.70 |
| 01/01/2024 | 6C | | Security Depos | 26.58 | 0.00 | 26.58 |

**BALANCE DUE** $12,478.43