### SPERBER KAHAN LAW GROUP PLLC
### 228 EAST 45TH STREET
### 14THTH FLOOR
### NEW YORK, 10017
### TEL. (917) 351-1335

CREDITOR:  ARTHUR RANSOME HOUSES LP          Date: 04/08/2025

AMOUNT OWED: **$12478.43**

LEONARDA GARCIA
151 WEST 123 STREET, APT: 6-C
NEW YORK, NY 10027

THIS LAW OFFICE HAS BEEN RETAINED TO COLLECT THE ABOVE-REFERENCED RENT ARREARS.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT THE DEBT, OR PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU AND WILL MAIL A COPY OF THE VERIFICATION OR JUDGMENT TO YOU.

UPON YOUR WRITTEN REQUEST SENT WITHIN 30 DAYS OF YOUR RECEIPT OF THIS NOTICE THIS OFFICE WILL PROVIDE THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF DIFFERENT FROM THE CURRENT CREDITOR.

THE 30 DAY OPPORTUNITY TO DISPUTE THE DEBT, AS SET FORTH ABOVE, IS SEPARATE FROM ANY RESPONSE THAT YOU ARE REQUIRED TO MAKE OR ANY ACTION YOU ARE REQUIRED TO TAKE WITH RESPECT TO ANY RESPONSE TO ANY LEGAL NOTICES YOU RECEIVE WITHIN THE TIME FRAME SET FORTH IN THOSE NOTICES.

ACCORDING TO THE CREDITOR, AS OF THE DATE OF THIS LETTER YOU OWE $12478.43 TO THE ABOVE NAMED CREDITOR.

ANY RECENT PAYMENT(S) WHICH YOU MAY HAVE MADE TOWARDS YOUR RENT ARREARS MAY NOT BE REFLECTED IN THE AMOUNT SET FORTH HEREIN DUE TO BOOKKEEPING TIME REQUIREMENTS. ANY SUCH PAYMENTS MADE BY YOU WILL BE CONSIDERED VALID BY THIS LAW OFFICE AND THE AMOUNT SET FORTH HEREIN WILL BE ADJUSTED TO REFLECT THOSE PAYMENTS. IF YOU HAVE MADE PAYMENT IN FULL IN REGARD TO THE AMOUNT SET FORTH HEREIN, THEN PLEASE DISREGARD THIS NOTICE.

### SEE REVERSE SIDE FOR FURTHER IMPORTANT INFORMATION.

PR22 -02 -6-C

DEBT COLLECTORS, IN ACCORDANCE WITH THE Fair Debt Collection Practices Act. 15 U.S.C. §1692 et seq., ARE PROHIBITED FROM ENGAGING IN ABUSIVE, DECEPTIVE AND UNFAIR DEBT COLLECTION EFFORTS, INCLUDING BUT NOT LIMITED TO:

A) THE USE OF THREAT OF VIOLENCE;

B) THE USE OF OBSCENE OR PROFANCE LANGUAGE; AND

C) REPEATED PHONE CALLS MADE WITH THE INTENT TO ANNOY, ABUSE OR HARASS.

IF A CREDITOR OR DEBT COLLECTOR RECEIVED A MONEY JUDGMENT AGAINST YOU IN COURT, STATE AND FEDERAL LAWS MAY PREVENT THE FOLLOWING TYPES OF INCOME FROM BEING TAKEN TO PAY THE DEBT:

1. SUPPLEMENTAL SECURITY INCOME (SSI);
2. SOCIAL SECURITY;
3. PUBLIC ASSISTANCE (WELFARE);
4. SPOUSAL SUPPORT, MAINTENANCE (ALIMONY) OR CHILD SUPPORT;
5. UNEMPLOYMENT BENEFITS;
6. DISABILITY BENEFITS;
7. WORKERS' COMPENSATION BENEFITS;
8. PUBLIC OR PRIVATE PENSIONS;
9. VETERANS' BENEFITS;
10. FEDERAL STUDENT LOANS, FEDERAL STUDENT GRANTS, AND FEDERAL WORK STUDY FUNDS; AND
11. NINETY PERCENT OF YOUR WAGES OR SALARY EARNED IN THE LAST SIXTY DAYS.

LEONARDA GARCIA
151 WEST 123 STREET, APT: 6-C
NEW YORK, NY 10027

PR22 -02 -6-C

DEBT COLLECTORS, IN ACCORDANCE WITH THE Fair Debt Collection Practices Act. 15 U.S.C. §1692 et seq., ARE PROHIBITED FROM ENGAGING IN ABUSIVE, DECEPTIVE AND UNFAIR DEBT COLLECTION EFFORTS, INCLUDING BUT NOT LIMITED TO:

A) THE USE OF THREAT OF VIOLENCE;

B) THE USE OF OBSCENE OR PROFANCE LANGUAGE; AND

C) REPEATED PHONE CALLS MADE WITH THE INTENT TO ANNOY, ABUSE OR HARASS.

IF A CREDITOR OR DEBT COLLECTOR RECEIVED A MONEY JUDGMENT AGAINST YOU IN COURT, STATE AND FEDERAL LAWS MAY PREVENT THE FOLLOWING TYPES OF INCOME FROM BEING TAKEN TO PAY THE DEBT:

1. SUPPLEMENTAL SECURITY INCOME (SSI);
2. SOCIAL SECURITY;
3. PUBLIC ASSISTANCE (WELFARE);
4. SPOUSAL SUPPORT, MAINTENANCE (ALIMONY) OR CHILD SUPPORT;
5. UNEMPLOYMENT BENEFITS;
6. DISABILITY BENEFITS;
7. WORKERS' COMPENSATION BENEFITS;
8. PUBLIC OR PRIVATE PENSIONS;
9. VETERANS' BENEFITS;
10. FEDERAL STUDENT LOANS, FEDERAL STUDENT GRANTS, AND FEDERAL WORK STUDY FUNDS; AND
11. NINETY PERCENT OF YOUR WAGES OR SALARY EARNED IN THE LAST SIXTY DAYS.

LEONARDA GARCIA
151 WEST 123 STREET, APT: 6-C
NEW YORK, NY 10027

PR22 -02 -6-C