ARTHUR RANSOME HOUSES, LP.
c/o PRESTIGE MANAGEMENT, INC
1776 Eastchester Road - Suite 210
Bronx, NY 10461

4050000028    PRESORT PBPS001 <B>

058-151W123-6C
LEONARDA GARCIA
151 WEST 123RD STREET UNIT 6C
NEW YORK NY 10027-5697

**Account No:** 058-151W123-6C

| Includes Payments Received As Of |
|---|
| 6/20/2025 |

| Name |
|---|

LEONARDA GARCIA
151 WEST 123RD STREET
Unit 6C
NEW YORK, NY 10027

| DATE | ITEM | CURRENT | BALANCE |
|---|---|---|---|
|  | PREVIOUS BALANCE |  | 12,724.39 |
| 07/01/25 | Rent | 1,025.06 |  |
| 07/01/25 | Sec. 8 | -512.08 |  |
|  | Sub-Totals | 512.98 | 13,237.37 |
|  | **Amount Due:** |  | **$13,237.37** |

GO GREEN. PAY ONLINE. GO TO WWW.PRESTIGEMGT.COM

---

Please detach the remittance slip below and return it with your payment.

**REMITTANCE**

LEONARDA GARCIA
151 WEST 123RD STREET
Unit 6C
NEW YORK, NY 10027

Please make checks payable to ARTHUR RANSOME HOUSES, LP. and mail to:

**AMOUNT ENCLOSED**

**Please write your Account number on your check.**

STATEMENT DATE    6/20/2025
**Account No.** 058-151W123-6C

**DUE DATE**       07/1/25
**BALANCE DUE**    $13,237.37

ARTHUR RANSOME HOUSES, LP.
c/o PRESTIGE MANAGEMENT, INC
P.O. BOX 319
EMERSON, NJ 07630

0 003 0009700182000040 001323737 070125 1

Page 1 of 2