**Attorney(s):** Law Offices of Ahmad Keshavarz
**Index #:** 1:25-cv-08489-JGK
**Purchased/Filed:** October 16, 2025
**State of:** New York
**Court:** U.S. District
**County/District:** Southern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Leonarda Garcia

Plaintiff(s)

against

Sperber Kahan Law Group PLLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY      )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 45 Yrs
Weight: 200 Lbs   Height: 6'2"   Gender: Male   Race: White
Hair color: Gray   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **October 24, 2025**, at **3:00 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUMMONS IN A CIVIL ACTION & COMPLAINT**

on

**Sperber Kahan Law Group PLLC**

the Defendant in this action, by delivering to and leaving with **Alexander Jones** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm on **October 24, 2025**, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X_____
Robert Guyette

**Invoice·Work Order #** 2543309
**Attorney File #** Garcia vs Sperber

ATTORNEY(S): Law Offices of Ahmad Keshavarz
INDEX #: 1:25-cv-08489-JGK
PURCHASED/FILED: October 16, 2025
STATE OF: NEW YORK
COURT: U.S. District
COUNTY/DISTRICT: Southern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Leonarda Garcia

Plaintiff(s)

against

Sperber Kahan Law Group PLLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 45 Yrs
Weight: 200 Lbs   Height: 6'2"   Gender: Male   Race: White
Hair color: Gray   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **October 24, 2025**, at **3:00 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUMMONS IN A CIVIL ACTION & COMPLAINT**

on

**Arthur Ransome Houses LP**

the Defendant in this action, by delivering to and leaving with **Alexander Jones** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **PARTNERSHIP LAW §121-109(A) (LP'S)**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm on **OCTOBER 24, 2025**, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X _____
ROBERT GUYETTE

Invoice-Work Order # 2543311
Attorney File # **Garcia vs Sperber**

**ATTORNEY(S)** : Law Offices of Ahmad Keshavarz
**INDEX #** : 1:25-cv-08489-JGK
**PURCHASED/FILED** : October 16, 2025
**STATE OF** : NEW YORK
**COURT** : U.S. District
**COUNTY/DISTRICT** : Southern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Leonarda Garcia

Plaintiff(s)

against

Sperber Kahan Law Group PLLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 Yrs

Weight: 200 Lbs   Height: 6'2"   Gender: Male   Race: White

Hair color: Gray   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **October 24, 2025**, at **3:00 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUMMONS IN A CIVIL ACTION & COMPLAINT**

on

**Prestige Management, Inc.**

the Defendant in this action, by delivering to and leaving with **Alexander Jones** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm on **OCTOBER 24, 2025**, under penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an action or proceeding in a court of law.

X_____
ROBERT GUYETTE

**Invoice·Work Order #** 2543312
**Attorney File #** Garcia vs Sperber