```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

| | |
|---|---|
| LEONARDA GARCIA, | 25-cv-8489(JGK) |
| Plaintiff, | ORDER |
| - against - | |
| ERIC H. KAHAN, ET AL., | |
| Defendants. | |

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was November 14, 2025. To date, no answer has been filed.

The time for the defendants to answer or respond to the complaint is extended to **December 2, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by **November 25, 2025.**

SO ORDERED.

Dated:   New York, New York
         November 18, 2025

_____
John G. Koeltl
United States District Judge