UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**LEONARDA GARCIA,**

                                        Case No.: 1:25-cv-08489-JGK

                **Plaintiff,**

      -against-

**ERIC H. KAHAN, SPERBER KAHAN LAW
GROUP PLLC, ARTHUR RANSOME
HOUSES LP, and PRESTIGE
MANAGEMENT, INC.,**

                **Defendants.**
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on November 24, 2025, pursuant to the Court's order of November 18, 2025, I served a copy of the court's November 18, 2025 Order by first-class mail on Defendants Eric H. Kahan, Sperber Kahan Law Group PLLC, Arthur Ransome Houses LP, and Prestige Management, Inc., at the following addresses: Eric H. Kahan at 55 Shingle House Road, Millwood, NY 10546; Sperber Kahan Law Group PLLC at 228 East 45th Street, 14th Floor, New York, NY 10017; Arthur Ransome Houses LP at 1776 Eastchester Road, Suite 210, Bronx, NY 10461 c/o Prestige Management; and Prestige Management, Inc. at 1776 Eastchester Road, Suite 210, Bronx, NY 10461.

      I certify under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       November 24, 2025

                                                                   /s/ Kevin Gartland
                                                                  _____
                                                                  Kevin Gartland
                                                                 Law Office of Ahmad Keshavarz
                                                                16 Court St., 26th Floor
                                                                Brooklyn, NY 11241-1026