

www.SKLawPLLC.com
P: (917) 351-1335

228 East 45th Street, 14th Floor, New York, New York 10017

**Partners:** Steven B. Sperber
Eric H. Kahan
Ross Gilmore
Anna Zhou
Alex Kotz

**Associates:** Helen Kim
Dane Marrow
Daniel Garcia-Tejada
Jake Sperber
Paul Croce

December 1, 2025

<u>*Via PACER (electronic filing)*</u>

Honorable John G. Koeltl
United States District Cour Judge
United States District Court
South District of New York

      Re:    REQUEST FOR EXTENSION OF TIME TO ANSWER

      *Leonarda Garcia v. Eric H Kahan et al  25-cv-8489 (JGK)*

Dear Judge Koeltl,

      Please be advised that I am writing to request an extension of time to answer the Complaint in the above-referenced matter.  I respectfully request an extension of thirty (30) days for myself and my co-defendant law firm, Sperber Kahan Law Group LLC, to answer.

      Please note that the first time any documentation was sent to me with respect to the Complaint in this matter was filed against me in this matter was when I received a letter post marked November 24, 2025, at my home on November 25, 2025, when I came for the Thanksgiving holiday.  There was no prior attempt to serve me or notify me at my home or at my place of business even though Plaintiff and/or Plaintiff's counsel clearly has both my home address and my business address

      I reviewed the affidavits of service filed on PACER as document number 5 and there clearly is no affidavit indicating any attempt at service was made on my personally at my place of business or at my home where I received the envelope post marked November 24, 2025, which contained only a copy of the November 18, 2025, order of the Court directing that an answer be filed by December 2, 2025.  I also received a similar envelope post marked November 24, 2025, when I returned to my office today directed to the attention of my law firm which also contained only a copy of the November 18, 2025, order.  To date, I was never served, nor did Plaintiff even attempt to serve me with the Complaint.  I also note that our law office never received a copy of a complaint from New York State Secretary of State's office.

      My firm and I do not intend to raise lack of service as a defense.  However, we do need and respectfully request additional time to answer as we just learned about this matter.  We have

**SPERBER KAHAN LAW GROUP PLLC**

December 1, 2025
Page | 2

notified our carrier, and we anticipate that our carrier will be arranging for counsel to appear on behalf of both my law office and me.

 Please note that we have not made any prior requests for an extension of time answer.

 Further, please note that I am simultaneously sending this correspondence to Plaintiff's counsel in the hope that counsel will consent to the extension of time to answer requested.

 I greatly appreciate the Court's consideration.

       Very truly yours,

       **SPERBER KAHAN LAW GROUP PLLC**

       By: *Eric Kahan*
         **ERIC H. KAHAN**

cc: *Via Email:*
  *The Law Office of Ahmad Keshavarz*
  *Ahmad@NewYorkConsumerAttorney.com*