IN THE NY DISTRICT COURT OF NASSAU COUNTY, FIRST DISTRICT

| | | |
|---|---|---|
| **Leonarda Garcia** | Plaintiff/Petitioner | Hearing Date: <br> INDEX NO:    **1:25-cv-08489-JGK** <br> Index Date:    **10/16/2025** |
| vs. | | DECLARATION OF NON-SERVICE OF: |
| **Eric h. Kahan; et al** | Defendant/Respondent | **SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL; SUPPORTING DOCUMENTS** |

Received by **Stanley McNichols Jr**, on the **31st day of October, 2025 at 2:28 PM** to be served upon **Eric H. Kahan** at **228 E 45th St Fl 14S, New York, New York County, NY 10017**.

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **Eric H. Kahan** at the address of: **228 E 45th St Fl 14S, New York, NY 10017** and was unable to effect service for the following reasons:

**11/3/2025 1:27 PM: I spoke with an individual who identified themselves as the front desk security and they stated service not permitted.  Commercial building serving individuals are not allowed at this building denied by front desk security.**

I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Executed on __11/09/2025__.

*[signature: SM]*

**Stanley McNichols Jr, Reg. # 2129968-DCWP, NYC DCWP, NY**
ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/26
147 Prince St, Suite 4-6, Brooklyn, NY 11201