

**SPERBER KAHAN**
LAW GROUP PLLC

www.SKLawPLLC.com
P: (917) 351-1335

228 East 45th Street, 14th Floor, New York, New York 10017

| **Partners:** | Steven B. Sperber<br>Eric H. Kahan<br>Ross Gilmore<br>Anna Zhou<br>Alex Kotz | **Associates:** | Helen Kim<br>Dane Marrow<br>Daniel Garcia-Tejada<br>Jake Sperber<br>Paul Croce |
|---|---|---|---|

December 1, 2025

<u>**Via PACER (electronic filing)**</u>
Honorable John G. Koeltl
United States District Cour Judge
United States District Court Southern District of New York

        Re:    **AGREEMENT FOR EXTENSION OF TIME TO ANSWER**

        *Leonarda Garcia v. Eric H Kahan et al 25-cv-8489 (JGK)*

Dear Judge Koeltl,

    Please be advised that I am writing to withdraw my request for an extension of time to answer the Complaint in the above-referenced matter which was filed earlier today.

    The request or motion is withdrawn because counsel for the Plaintiff and I have agreed to an extension of time for both Sperber Kahan Law Group PLLC and I to file an answer to the Complaint by January 16, 2026. Therefore, we respectfully request that the Court grant an extension to answer by January 16, 2026. Defendant, Eric Kahan, hereby waives objections to the absence of a summons or of service of the Summons and Complaint, but reserves all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action.

    Counsel for Plaintiff has agreed as indicated below.

    We greatly appreciate the Court's consideration.

                                                  Very truly yours,

                                                 SPERBER KAHAN LAW GROUP PLLC

                                               By:_____
                                                       ERIC H. KAHAN

*Agreed:*

/s/ Ahmad Keshavarz
_____
**The Law Office of Ahmad Keshavarz**
**By: Ahmad Keshavarz**