UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Leonarda Garcia

      **Plaintiff(s),**

   **- against -**

Sperber Kahan Law Group PLLC et al.

      **Defendant(s),**

------------------------------------------------------------X

1:25 Civ. 08489 (JGK)

**CLERK'S CERTIFICATE OF DEFAULT**

  **I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on October 14, 2025 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Arthur Ransome Houses L.P. **by personally serving** Alexander Jones, authorized agent at New York Office of the Secretary, *and proof of service was therefore filed on* October 24, 2025*, Doc. #(s)* 5.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

    _____, 20___

              **TAMMI M. HELLWIG**
               **Clerk of Court**

             **By:** _____
                **Deputy Clerk**