UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Leonarda Garcia

      **Plaintiff(s),**

    1:25 Civ. 08489 (JGK)

**- against -**

    **CLERK'S CERTIFICATE OF DEFAULT**

Sperber Kahan Law Group PLLC et al.

      **Defendant(s),**
-------------------------------------------------------------X

  **I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on October 14, 2025 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Prestige Management, Inc. **by personally serving** Alexander Jones, authorized agent at New York Office of the Secretary, *and proof of service was therefore filed on* October 24, 2025, **Doc. #(s)** 5.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

    _____, 20\_\_       **TAMMI M. HELLWIG**
                        **Clerk of Court**

              **By:** _____
                 **Deputy Clerk**