UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

**LEONARDA GARCIA,**

                                                                   **Plaintiff,**

        -against-

**SPERBER KAHAN LAW GROUP PLLC,
ERIC H. KAHAN, ARTHUR RANSOME
HOUSES L.P., and PRESTIGE
MANAGEMENT, INC.,**

                             **Defendants.**

Case No.: 1:25-cv-08489-JGK

-------------------------------------------------------------------X

**DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT OF ARTHUR RANSOME HOUSES L.P.**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF KINGS      )

I, Ahmad Keshavarz, hereby declares as follows:

1. I am a member of the Bar of this Court and am a partner at the Law Office of Ahmad Keshavarz, which serves as attorney for plaintiff in the above-entitled action, and I am familiar with all the facts and circumstances in this action.

2. Jurisdiction of the subject matter of this action is based on federal question jurisdiction pursuant to the FDCPA, 15 USC § 1692 *et seq.*, over Defendants Sperber Kahan Law Group PLLC and Eric H. Kahan.

3. The court has supplemental jurisdiction over Defendants Arthur Ransome Houses L.P. and Prestige Management, Inc. pursuant to 28 U.S.C. § 1367 as the state law claims against said defendant share a common nucleus of operative facts with the federal claim against Defendants Sperber Kahan Law Group, LLC and Eric H. Kahan, and are so related as to form part of the case or controversy under Article III of the United States constitution.

4. Defendant Arthur Ransome Houses L.P. is indebted to plaintiff for violations of N.Y. General Business Law § 349 and gross negligence, as delineated in the Original Complaint [DE 1].

5. This action was commenced on October 14, 2025 by the filing of the summons and complaint. [DE 1]. A copy of the summons and complaint was served on the defendant Arthur Ransome Houses L.P. on October 24, 2025 by personal service on Alexander Jones, who is of suitable age and discretion and authorized agent at the New York Office of the Secretary of State, [DE 5]. Proof of service by the Process Server was filed on October 24, 2025. [DE 5]. Defendant Arthur Ransome Houses, L.P. has not answered the complaint or

1

moved to dismiss and the time for the Defendant to do so has expired.

WHEREFORE, plaintiff Leonarda Garcia requests that the default of Defendant Arthur Ransome Houses, L.P. be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: Brooklyn, New York
       December 15, 2025

/s/ *Ahmad Keshavarz*
_____
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:    (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com