UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

**LEONARDA GARCIA,**

                               **Plaintiff,**

    -against-

**SPERBER KAHAN LAW GROUP, PLLC,
ERIC H. KAHAN, ARTHUR RANSOME
HOUSES L.P., and PRESTIGE
MANAGEMENT, INC.,**

                             **Defendants.**

Case No.: 1:25-cv-08489-JGK

-------------------------------------------------------------------X

**REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT ARTHUR RANSOME HOUSES L.P.**

TO:    Tammi Hellwig
         Clerk of Court
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendant Arthur Ransome Houses L.P. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
          December 15, 2025

                                       Respectfully submitted,

                                       /s/ *Ahmad Keshavarz*

                                       By: _____
                                       Ahmad Keshavarz
                                       The Law Office of Ahmad Keshavarz
                                       16 Court St., 26th Floor
                                       Brooklyn, NY 11241-1026
                                       Phone: (718) 522-7900
                                       Fax:   (877) 496-7809
                                       Email: ahmad@NewYorkConsumerAttorney.com