UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

**LEONARDA GARCIA,**

                            **Plaintiff,**

    -against-

**SPERBER KAHAN LAW GROUP, PLLC,
ERIC H. KAHAN, ARTHUR RANSOME
HOUSES L.P., and PRESTIGE
MANAGEMENT, INC.,**

                          **Defendants.**

-------------------------------------------------------------------X

Case No.: 1:25-cv-08489-JGK

**REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT PRESTIGE MANAGEMENT, INC.**

TO:    Tammi Hellwig
          Clerk of Court
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendant Prestige Management, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
           December 15, 2025

                                      Respectfully submitted,

                                      /s/ *Ahmad Keshavarz*

                                      By: _____
                                      Ahmad Keshavarz
                                      The Law Office of Ahmad Keshavarz
                                      16 Court St., 26th Floor
                                      Brooklyn, NY 11241-1026
                                      Phone: (718) 522-7900
                                      Fax:   (877) 496-7809
                                      Email: ahmad@NewYorkConsumerAttorney.com