UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Leonarda Garcia

                           **Plaintiff(s),**

                    1:25 Civ. 08489 (JGK)

           **- against -**

                  **CLERK'S CERTIFICATE OF DEFAULT**

Sperber Kahan Law Group PLLC et al.

                           **Defendant(s),**
-------------------------------------------------------------X

        **I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on October 14, 2025 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Arthur Ransome Houses L.P. **by personally serving** Alexander Jones, authorized agent at New York Office of the Secretary , *and proof of service was therefore filed on* October 24, 2025 *, Doc. #(s)* 5 .

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

               , 20\_\_\_

                                        **TAMMI M. HELLWIG**
                                          **Clerk of Court**

                                   **By:** _____
                                            **Deputy Clerk**