UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Leonarda Garcia

                    **Plaintiff(s),**

                    **- against -**

Sperber Kahan Law Group PLLC et al.

                    **Defendant(s),**
------------------------------------------------------------X

1:25 Civ. 08489 (JGK)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 14, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Prestige Management, Inc. by personally serving Alexander Jones, authorized agent at New York Office of the Secretary, and proof of service was therefore filed on October 24, 2025, Doc. #(s) 5.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

            _____, 20\_\_\_

                                                    **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                          **By:** _____
                                                     **Deputy Clerk**