UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

**LEONARDA GARCIA,**

                                  **Case No.: 1:25-cv-08489-JGK**

                    **Plaintiff,**

     -against-

**SPERBER KAHAN LAW GROUP, PLLC,
ERIC H. KAHAN, ARTHUR RANSOME
HOUSES L.P., and PRESTIGE
MANAGEMENT, INC.,**

                    **Defendants.**

----------------------------------------------------------------X

### REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT PRESTIGE MANAGEMENT, INC.

TO:    Tammi Hellwig
           Clerk of Court
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendant Prestige Management, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
           December 17, 2025

                                              Respectfully submitted,

                                              /s/ *Ahmad Keshavarz*

                                              By: _____
                                              Ahmad Keshavarz
                                              The Law Office of Ahmad Keshavarz
                                              16 Court St., 26th Floor
                                              Brooklyn, NY 11241-1026
                                              Phone: (718) 522-7900
                                              Fax:   (877) 496-7809
                                              Email: ahmad@NewYorkConsumerAttorney.com