```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

LEONARDA GARCIA,                           25-cv-8489 (JGK)

               Plaintiff,          ORDER

    - against -

ERIC H. KAHAN, ET AL.,

              Defendants.
------------------------------------------------------

**JOHN G. KOELTL**, District Judge:

    On November 18, 2025, the Court extended the time for the defendants to answer or respond to the complaint until December 2, 2025. ECF No. 7. On December 1, 2025, two defendants — Eric Kahan and Sperber Kahan Law Group PLLC — requested that the Court extend their time to answer until January 2, 2026, ECF No. 10, and the Court granted that request, ECF No. 13. Later that same day, Eric Kahan and Sperber Kahan Law Group PLLC informed the Court that they were waiving service and stipulated, with the plaintiff's consent, that they would answer the complaint by January 16, 2026. ECF No. 12. To date, the remaining defendants — Arthur Ransome Houses LP and Prestige Management, Inc. — have neither answered the complaint nor sought an extension of time to answer.

    The time for all of the defendants to respond to the complaint is extended to **January 16, 2026.** If any defendant fails to respond to the complaint by that date, the plaintiff may file a proposed order to show cause for a default judgment against that defendant in accordance with the Local Rules and this Court's

Individual Practices by **January 23, 2026.** If the plaintiff fails to move for a default judgment against any defendant who has not responded to the complaint against that defendant by that date, the case may be dismissed without prejudice against that defendant for failure to prosecute.

The plaintiff should serve a copy of this Order on Arthur Ransome Houses LP and Prestige Management, Inc., and file proof of service on the docket by **December 24, 2025.**

**SO ORDERED.**

**Dated:**    New York, New York
             December 17, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge