UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LEONARDA GARCIA,

                Plaintiff,

   -against-

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSE LP, and
PRESTIGE MANAGEMENT, INC.,

                Defendants.
-------------------------------------------------------X

Case No. 1:25-cv-8489 (JGK)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Adam M. Marshall of Kaufman Dolowich LLP hereby enters his appearance as counsel for the Defendants Eric H. Kahan and Sperber Kahan Law Group PLLC in the above-captioned action. Please forward copies of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
         December 29, 2025

                                **KAUFMAN DOLOWICH LLP**

                    By:   /s/ Adam M. Marshall
                            Adam M. Marshall, Esq.
                            135 Crossways Park Drive, Suite 201
                            Woodbury, New York 11797
                            (516) 681-1100
                            amarshall@kaufmandolowich.com

To: All counsel via ECF