UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LEONARDA GARCIA,

               Plaintiff,

  -against-

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSE LP, and
PRESTIGE MANAGEMENT, INC.,

               Defendants.
------------------------------------------------------X

Case No. 1:25-cv-8489 (JGK)

**<u>RULE 7.1 STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sperber Kahan Law Group PLLC ("SKLG") certifies that SKLG has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: Woodbury, New York
       January 16, 2026

                              **KAUFMAN DOLOWICH LLP**

By: _____
      Brett A. Scher, Esq.
      Adam M. Marshall, Esq.
      *Attorneys for Defendants*
      *Eric H. Kahan*
      *and Sperber Kahan Law Group PLLC*
      135 Crossway Park Drive, Suite 201
      Woodbury, New York 11797
      (516) 681-1100

To: All Counsel via ECF