UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LEONARDA GARCIA,

                Plaintiff,

        – against –

SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSES LP,
PRESTIGE MANAGEMENT INC., and
ERIC H. KAHAN

                Defendants.
-------------------------------------------------------------------X

Case No.: 1:25-cv-08489

      **PLEASE TAKE NOTICE** that Asher Kest, Esq., of Furman Kornfeld & Brennan LLP, hereby appears as an attorney of record for Defendant Prestige Management Inc. in the above-captioned matter. Undersigned counsel hereby certifies that he is admitted to practice in this Court.

Dated: January 22, 2026
       New York, New York

                          **FURMAN KORNFELD & BRENNAN LLP**

            By:    /s/ Asher Kest

                   Asher Kest, Esq.
                   *Attorneys for Defendant*
                   *Prestige Management Inc.*
                   88 Pine Street, 32nd Floor
                   New York, NY 10005
                   T:    (212) 867-4100
                   Email: <akest@fkblaw.com>

TO: *All Parties via ECF*