UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRIT OF NEW YORK
------------------------------------------------------------------ X
LEONARDA GARCIA,                                : Case No.: 1:25-cv-08489
                                                :
                Plaintiff,                    :
                                                : **NOTICE OF**
    -against-                                : **APPEARANCE**
                                                :
SPERBER KAHAN LAW GROUP PLLC, ARTHUR             :
RANSOME HOUSES, LP, PRESTIGE MANAGEMENT          :
INC., and ERIC H. KAHAN,                         :
                                                :
                Defendants.                    :
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Rachel Aghassi, Esq. of FURMAN KORNFELD & BRENNAN LLP, 88 Pine Street, 32nd Floor, New York, New York 10005, hereby appears in this action on behalf of Defendant, PRESTIGE MANAGEMENT, INC., in the above-captioned matter and is admitted in this court.

Dated: January 26, 2026
       New York, New York

                                        Respectfully Submitted,

                                        **FURMAN KORNFELD & BRENNAN LLP**

                By:    /s/ Rachel Aghassi
                         Rachel Aghassi, Esq.
                         *Attorneys for Defendant*
                         PRESTIGE MANAGEMENT, INC.
                         88 Pine Street – 32nd Floor
                         New York, New York 10005
                         Tel: (212) 867-4100
                         FKB File No.: 313.064