

**Furman Kornfeld & Brennan LLP**

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

January 22, 2026

**VIA ECF Filing**
Hon. Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Garcia v. Kahan, et al.*
      Civil Case No.:    25-cv-08489-JGK
      FKB File No.:      314

Dear Judge Koeltl:

Our firm has just been retained to represent defendant Prestige Management, Inc. ("Defendant" or "Prestige") in the above-referenced matter. We write to request a 30-day extension of time to respond to the Complaint. Defendant was previously ordered to respond to the Complaint by January 16, 2025.

Defendant has not requested any previous adjournments. Plaintiff has consented to this request. Thank you for your consideration of this request.

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

Asher Kest

cc:   All Counsel of Record – *via ECF*

APPLICATION GRANTED
SO ORDERED

1/24/26

John G. Koeltl, U.S.D.J.