UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEONARDA GARCIA,

                Plaintiff(s)

                25 civ 8489 (JGK)

      -against-

ERIC H. KAHAN, et al.,

                Defendant(s).
------------------------------------------------------------X

## ORDER

The Court has received the plaintiff's letter dated February 2, 2026.

The Court will discuss the correspondence during the conference scheduled for Tuesday, February 10, 2026, at 4:00pm.

**SO ORDERED.**

                                                /s/ John G. Koeltl
                                                **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           February 4, 2026