UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LEONARDA GARCIA,

                      Plaintiff,

  -against-

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSE LP, and
PRESTIGE MANAGEMENT, INC.,

                      Defendants.
-------------------------------------------------------X

Case No. 1:25-cv-8489 (JGK)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that BRETT A. SCHER, ESQ. hereby appears as counsel to defendants Eric H. Kahan ("Kahan") and Sperber Kahan Law Group PLLC ("SKLG") (collectively, the "Attorney Defendants") in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
        February 5, 2026

**KAUFMAN DOLOWICH LLP**

By: _____
     Brett A. Scher, Esq.
     Adam M. Marshall, Esq.
     *Attorneys for Defendants*
     *Eric H. Kahan*
     *and Sperber Kahan Law Group PLLC*
     135 Crossway Park Drive, Suite 201
     Woodbury, New York 11797
     (516) 681-1100