UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEONARDA GARCIA,

                              Plaintiff,

   -against-

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSES LP, and
PRESTIGE MANAGEMENT, INC.,

                             Defendants.
------------------------------------------------------------x

Civil Action No. 1:25-cv-08489-JGK

## JOINT RULE 26(F) REPORT

Pursuant to Fed. R. Civ. P. 16, the Parties submit to this Joint Rule 26(f) Report.

The parties have considered and conferred as to the matters raised in Rule 26(f), and have stipulated to the following:

1.     The parties jointly propose the attached scheduling order.

2.     Initial disclosures shall be served by February 24, 2026.

3.     The Parties have put a litigation hold on all documents relevant or arguably relevant to the claims and defenses in this case, including electronic records (e.g. emails) and audio recordings, if any.

4.     The parties will notify the Court by May 8, 2026 whether the believe ADR would be would be useful for purposes of settlement, and if so, whether they would like a referral to the Magistrate Judge for a settlement conference, a referral to the Southern District of New York Mediation program, or whether they would like to use a private mediator.

**AGREED:**

1

**The Law Offices of Ahmad Keshavarz**
**Counsel for Plaintiff**

By: **/s/ Ahmad Keshavarz** Date: **February 10, 2026**
       Ahmad Keshavarz

**AGREED:**

**Adam Marshall**
**Kaufman Dolowich LLP**
**Attorneys for Defendants Sperber Kahan Law Group PLLC and Eric H. Kahan, Esq.**

By: **/s/ Adam Marshall** Date: **February 10, 2026**
       Adam Marshall

**AGREED:**

**Asher Kest**
**Furman Kornfeld & Brennan LLP**
**Attorneys for Defendant Prestige Management, Inc.**

By: **/s/ Asher Kest** Date: **February 10, 2026**
       Asher Kest