UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LEONARDA GARCIA,

                          Plaintiff,

        - against -

ERIC H. KAHAN, ET AL.,

                          Defendants.
_____

|                          25-cv-8489 (JGK)

                          ORDER OF REFERENCE
                          TO A MAGISTRATE JUDGE


JOHN G. KOELTL, District Judge:

        The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

_X_  General Pretrial (includes        ___   Consent under 28 U.S.C.
scheduling, discovery, non-            §636(c) for all purposes
dispositive pretrial motions, and      (including trial)
settlement)

___   Motion/Dispute:*                 ___   Consent under 28 U.S.C.
                                       §636(c) for limited purpose
                                       (e.g., dispositive motion,
_____                preliminary injunction)

If referral is for discovery           Purpose: _____
disputes when the District
Judge is unavailable, the time
period of the referral is:             ___   Habeas Corpus

_____

                                       ___   Social Security

___   Settlement*

                                       ___   Dispositive Motion (i.e.,
___   Inquest After Default/Damages    motion requiring a Report and
         Hearing                       Recommendation)

                                              Particular Motion: _____

                                              All such motions: ____

SO ORDERED.

New York, New York
February 10, 2026

                                       John G. Koeltl
                                       United States District Judge

_____
* Do not check if already referred for general pretrial.