UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEONARDA GARCIA,

                    Plaintiff,

       - against -

ERIC H. KAHAN, ET AL.,

                 Defendants.

25-cv-8489 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the plaintiff shall file a proposed order to show cause for a default judgment against the defendant Arthur Ransome Houses LP as to liability only on or before **February 24, 2026.** The defendant Prestige Management, Inc. may file its motion to dismiss on or before **March 4, 2026.** The plaintiff may respond to the motion by **March 25, 2026.** Prestige may reply by **April 5, 2026.**

SO ORDERED.

Dated:    New York, New York
          February 10, 2026

                                   John G. Koeltl
                       United States District Judge