UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

**LEONARDA GARCIA,**

                                          Case No.: 1:25-cv-08489-JGK

                    **Plaintiff,**

      -against-

**ERIC H. KAHAN, SPERBER KAHAN LAW
GROUP PLLC, ARTHUR RANSOME
HOUSES LP, and PRESTIGE
MANAGEMENT, INC.,**

                    **Defendants.**

---------------------------------------------------------------------X

## PROPOSED ORDER TO SHOW CAUSE

      Plaintiff LEONARDA GARCIA, by and through her attorney Ahmad Keshavarz, hereby moves for an Order to Show Cause as to why a default judgment should not be entered against Defendant ARTHUR RANSOME HOUSES LP. The defendants shall respond in writing to this Order to Show Cause for a default judgment by March 13, 2026. If the defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by March 27, 2026.

      The plaintiff shall serve a copy of this Order to Show Cause by mail, both first class and certified mail return receipt requested, by February 27, 2026, and shall file proof of service by ECF by February 27, 2026.

      No personal appearances are required in connection with this Order to Show Cause.

Dated: Brooklyn, New York
        February 24, 2026

                                                          /s/ Ahmad Keshavarz

                                                          _____

                                                          Ahmad Keshavarz
                                                          Law Office of Ahmad Keshavarz
                                                          16 Court St., 26th Floor
                                                          Brooklyn, NY 11241-1026