UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**LEONARDA GARCIA,**

                                Case No.: 1:25-cv-08489-JGK

                **Plaintiff,**

    -against-

**SPERBER KAHAN LAW GROUP PLLC,**
**ERIC H. KAHAN, ARTHUR RANSOME**
**HOUSES L.P., and PRESTIGE**
**MANAGEMENT, INC.,**

                **Defendants.**
-------------------------------------------------------------------X

**DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT OF ARTHUR RANSOME HOUSES L.P.**

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF KINGS       )

I, Ahmad Keshavarz, hereby declares as follows:

1. I am a member of the Bar of this Court and am a partner at the Law Office of Ahmad Keshavarz, which serves as attorney for plaintiff in the above-entitled action, and I am familiar with all the facts and circumstances in this action.

2. Jurisdiction of the subject matter of this action is based on federal question jurisdiction pursuant to the FDCPA, 15 USC § 1692 *et seq.*, over Defendants Sperber Kahan Law Group PLLC and Eric H. Kahan.

3. The court has supplemental jurisdiction over Defendants Arthur Ransome Houses L.P. and Prestige Management, Inc. pursuant to 28 U.S.C. § 1367 as the state law claims against said defendant share a common nucleus of operative facts with the federal claim against Defendants Sperber Kahan Law Group, LLC and Eric H. Kahan, and are so related as to form part of the case or controversy under Article III of the United States constitution.

4. Defendant Arthur Ransome Houses L.P. is indebted to plaintiff for violations of N.Y. General Business Law § 349 and gross negligence, as delineated in the Original Complaint [DE 1].

5. This action was commenced on October 14, 2025 by the filing of the summons and complaint. [DE 1]. A copy of the summons and complaint was served on the defendant Arthur Ransome Houses L.P. on October 24, 2025 by personal service on Alexander Jones, who is of suitable age and discretion and authorized agent at the New York Office of the Secretary of State, [DE 5]. Proof of service by the Process Server was filed on October 24, 2025. [DE 5].

1

6. Pursuant to Your Honor's Scheduling Order of December 18, 2025, Dkt. No. 23, after two Defendants failed to timely appear in this action and Plaintiff obtained certificates of default against those Defendants, Plaintiff served copies of the Scheduling Order on those Defendants, Prestige Management, Inc. and Arthur Ransome Houses L.P., via mail at the addresses registered with the New York Secretary of State, and filed proof of service on the docket. Dkt. No. 24.

7. In response, Defendant Prestige Management, Inc. appeared in this action through counsel on January 22, 2026, after earlier informing Plaintiff's counsel that they would do so. Dkt. No. 28. Defendant Arthur Ransome Houses L.P., however, did not respond.

8. Plaintiff and the answering Defendants attended an Initial Pretrial Conference on February 10, 2026, at which District Judge John G. Koeltl ordered Plaintiff to file an Order to Show Cause for a default judgment against Arthur Ransome Houses L.P. as to liability only by today, February 24, 2026.

9. Defendant Arthur Ransome Houses L.P. still has not answered the complaint or otherwise responded.

10. Defendant Arthur Ransome Houses L.P. is the only Defendant who has not yet appeared in this action.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: Brooklyn, New York
February 24, 2026

/s/ *Ahmad Keshavarz*

_____
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:    (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com