UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

**LEONARDA GARCIA,**

                          Plaintiff,           <u>1:25</u> Civ. <u>08489</u>(JGK)

          - against -                    **DEFAULT JUDGMENT**

**ERIC H. KAHAN, SPERBER KAHAN LAW GROUP PLLC, ARTHUR RANSOME HOUSES LP, and PRESTIGE MANAGEMENT, INC.,**

                          Defendants.
------------------------------------------------------------------ x

This action having been commenced on <u>October 14, 2025</u> by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, <u>Arthur Ransome Houses LP</u>, on <u>October 24, 2025</u> by personal service on <u>Alexander Jones, authorized agent at the Office of the New York Secretary of State</u>, and a proof of service having been filed on <u>October 24, 2025,</u> and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED:  That the plaintiff have judgment against defendant as to liability only, with damages to be determined and apportioned at a later date.

Dated:  New York, New York
        _____

                                                        _____

                                                              U.S.D.J.

                                      This document was entered on the docket on _____.