UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

LEONARDA GARCIA,             Case No. 1:25-cv-08489

           Plaintiff,

- against -             **NOTICE OF MOTION TO DISMISS**

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSES LP, and
PRESTIGE MANAGEMENT, INC.,

           Defendants.
---------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Declaration of Asher Kest, Esq., and the Accompanying Memorandum of Law, Defendant, PRESTIGE MANAGEMENT, INC., hereby moves this Court before the Honorable John G. Koeltl, at the Courthouse located at 500 Pearl St. New York, NY 10007 at the date and time determined by the Court, for an Order to dismiss the amended Complaint (the "Complaint") of Plaintiff Leonarda Garcia, pursuant to Fed. R. Civ. Pro. § 12(b)(6) with prejudice, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       March 4, 2026

                                          FURMAN KORNFELD & BRENNAN LLP

                   By:    /s/ Asher Kest_____
                                Rachel Aghassi, Esq.
                                Asher Kest, Esq.
                                *Attorneys for Defendant*
                                *Prestige Management, Inc.*
                                88 Pine St., 32nd Floor
                                New York, New York 10005
                                Tel:    (212) 867-4100
                                FKB File No.: 314.064