UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

LEONARDA GARCIA,                                                    Case No. 1:25-cv-08489

                    Plaintiff,

      - against -

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSES LP, and
PRESTIGE MANAGEMENT, INC.,

                    Defendants.

-------------------------------------------------------------------------X

      **Asher Kest**, an attorney duly admitted to practice law in the State of New York, declares the following to be true, under penalties of perjury pursuant to 28 U.S.C. § 1746:

      1.    I am associated with the law firm Furman Kornfeld & Brennan LLP, attorneys for Defendant Prestige Management Inc ("Defendant" or "Prestige") in the above referenced matter. As such, I am fully familiar with the facts and circumstances set forth herein based upon review of the file maintained by my office.

      2.    I submit this Declaration in support of Prestige's motion to dismiss the Complaint of Plaintiff Leonarda Garcia "(Plaintiff"), pursuant to Fed. R. Civ. Pro. § 12(b)(6) with prejudice, and for such other and further relief as the Court deems just and proper.

      3.    I affirm under the penalties of perjury that the foregoing is true and correct.

Dated:  New York, New York
          March 4, 2026

                                          Respectfully submitted,

                                          FURMAN KORNFELD & BRENNAN LLP

                          By:    /s/ Asher Kest_____
                                Rachel Aghassi, Esq.

Asher Kest, Esq.
*Attorneys for Defendant*
*Prestige Management, Inc.*
88 Pine St., 32nd Floor
New York, New York 10005
Tel:    (212) 867-4100
FKB File No.: 314.064