# AHMAD KESHAVARZ
*Attorney at Law*

**MEMO ENDORSED**

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

March 25, 2026

**VIA ECF**

District Judge John G. Koeltl
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. SO ORDERED.

Date:    March 26, 2026

*Gary Stein*

**Gary Stein
United States Magistate Judge
Southern District of New York**

> **Re:** **Motion for 1 day extension on filing opposition to DE 44, Defendant Prestige Management Inc.'s Motion to Dismiss, from March 25 to March 26.**
> ***Garcia. v. Sperber Kahan Law Group PLLC, et al.,* 1:25-cv-08489-JGK**

Dear Judge Koeltl:

The undersigned represents Plaintiffs in this action against Defendants Sperber Kahan Law Group PLLC, a debt collection law firm, and a principal Eric Kahan ("the Attorney Defendants"); Arthur Ransome Houses L.P. ("Arthur Ransome"), a landlord which retained, directly or through a servicer, the Attorney Defendants to collect rental arrears against consumers including the Plaintiffs for debts which did not exist either in their entirety or in their alleged forms; and Prestige Management, Inc. ("Prestige"), a real estate management company which managed and oversaw Arthur Ransome's residential portfolio.

On February 11, 2026 the Court set a briefing schedule [DE 41] for Prestige Management, Inc. to file its motion to dismiss by March 4, Plaintiff to file her opposition by March 25, and Prestige to file its Reply by April 5.

Plaintiff requests a one day extension, from March 25 to March 26, to file her Opposition. The reasons for the request are that my associate has been out since March 20; and my office has been exceptionally busy with new clients that required prompt and extensive attention.

A one day extension is not a material delay. Plaintiff would be glad to extend the reply date for as long as counsel for Prestige would like. I would offer to extend their deadline from April 5 to April 10, or whatever other date they would like.

Plaintiff has emailed and left a voicemail for counsel for Prestige seeking consent but have not yet received a response. This is Plaintiff's first extension request. It will not affect any other deadline in this case. I apologize for the delay in filing the application I was hoping not to need to make it.

Sincerely,
/s/
Ahmad Keshavarz

1