# AHMAD KESHAVARZ
*Attorney at Law*

**MEMO ENDORSED**

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

March 26, 2026

**Application granted. Plaintiff shall file her opposition brief to Defendant Prestige Management, Inc.'s motion to dismiss by no later than March 30, 2026. The Court will be disinclined to grant further extensions absent extraordinary circumstances.**

**VIA ECF**

Judge Gary Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

**Date:    March 30, 2026**

SO ORDERED:

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Re:    Second request for extension to file opposition to DE 44, Defendant Prestige Management Inc.'s Motion to Dismiss, from March 26 to March 30.
*Garcia. v. Sperber Kahan Law Group PLLC, et al.,* **1:25-cv-08489-JGK**

Dear Judge Stein:[1]

The undersigned represents Plaintiffs in this action.

On February 11, 2026 the Court set a briefing schedule [DE 41] for Prestige Management, Inc. to file its motion to dismiss by March 4, Plaintiff to file her opposition by March 25, and Prestige to file its Reply by April 5. On March 25, the undersigned requested a one day extension to March 26.

It is with no small amount of embarrassment, that the undersigned requests a second extension to Monday, March 30. The reason for the request is that my associate continues to be out and will not return until Monday March 30, the drafting of the opposition is taking longer than anticipated, and tomorrow, March 27 I am in all day mediation.

I apologize to the Court and to all parties. I will redouble my efforts to make sure this does not happen again.

Plaintiff would be glad to extend the reply date for as long as counsel for Prestige would like. I would offer to extend their deadline from April 5 to April 13, or to whatever other date they would like.

Sincerely,

/s/
Ahmad Keshavarz

---

[1] I directed yesterday's application to Judge Koetl as the briefing schedule was as to a dispositive motion and he had set the initial briefing schedule on February 10 [Dkt. No. 39]. However, Your Honor initially approved the first extension application [Dkt. No. 47], followed later by Judge Koetl [Dkt. No 48, 49]. Given that, and given that the case what been referred to Your Honor for scheduling (as well as other general pretrial matters) [Dkt. No. 40] I am directing this extension application to Your Honor.

1