# A H M A D   K E S H A V A R Z

*Attorney at Law*

---

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

April 1, 2026

**VIA ECF**

Magistrate Judge Gary Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    **Letter Motion for Pre-Motion Conference on Motion to Compel Responses to Unanswered Discovery Demands Due March 15 from Defendant Prestige Management, Inc.**
> ***Garcia v. Sperber Kahan Law Group PLLC, et al.,*** **1:25-cv-08489-JGK**

Dear Judge Stein:

The undersigned represents Plaintiffs in this action against Defendants Sperber Kahan Law Group PLLC, a debt collection law firm, and a principal Eric Kahan ("the Attorney Defendants"); Arthur Ransome Houses L.P. ("Arthur Ransome"), a landlord which retained, directly or through a servicer, the Attorney Defendants to collect rental arrears against consumers including the Plaintiffs for debts which did not exist either in their entirety or in their alleged forms; and Prestige Management, Inc. ("Prestige"), a real estate management company which managed and oversaw Arthur Ransome's residential portfolio. Defendant Arthur Ransome has defaulted.

Plaintiff moves for a pre-motion conference pursuant to Your Honor's Individual Rule II(C)(2), specifically regarding a motion to compel Defendant Prestige to answer Plaintiff's first set of interrogatories and first set of requests for production served on February 13, 2026. *See* **Exhibit A**. The deadline to answer was March 15, 2026. On March 13, 2026, Prestige answered the requests for admission, interposing lengthy objections to many of the demands.

However, the requests for production and interrogatories were not answered, and still have not been answered. Plaintiff moves for a pre-motion conference to compel written responses to her interrogatories and requests for production, and to compel the production of documents responsive to her discovery requests.

The undersigned spoke with counsel for Prestige on March 12, 2026, and had a good discussion regarding our discovery needs, especially regarding amending the complaint, why Arthur Ransome Houses, L.P. had defaulted, and what other landlord entities there may be related to the claims brought by way of the suit. However, as to Prestige's actual responses to the discovery propounded by Plaintiff, the parties are at an impasse, as counsel for Prestige have repeatedly rebuffed or ignored requests for responses and the deadline to serve discovery responses has passed. Numerous attempts by the undersigned to confer both by email and by phone have gone unanswered. *See* **Exhibit B** (email conferral attempts itemizing most important

issues) and **Exhibit C** (records of phone calls to opposing counsels).

The Parties are on a relatively short scheduling order and Plaintiff urgently needs this information, especially given the deadline to amend the complaint is April 11.


Respectfully,
/s/
Ahmad Keshavarz

### Certificate of Conference

I met and conferred with Asher Kest, counsel for Prestige, in good faith to avoid the necessity of obtaining the relief requested in this application without court action, but those attempts have failed.

I spoke with Mr. Kest on March 12 for nineteen minutes, and discussed our respective discovery needs and requests. The deadline for Prestige to answer discovery was March 15. I have attempted to confer with opposing counsel via email (Exhibit B) on the dates listed below about a date certain to get discovery answers, and itemizing the most urgently needed documents. I made calls to the counsels representing Prestige, primarily to Mr. Kest, but also Rachel Aghassi the partner at the firm who has appeared in the case. **Exhibit** C (itemized calls).

Emails:
> March 16,
> March 17,
> March 19,
> March 20, and twice on
> March 23 (twice)

Phone calls.
> March 20, at 2:25 PM and 3:32 PM;
> March 23, at 3:24 PM and 4:53 PM;
> March 24, at 10:07 AM, 10:09 AM, 3:20 PM, and 3:21 PM;
> March 25, at 5:01 PM.


None of the calls were answered. I left messages indicating I was calling to confer on discovery and asking for a prompt return call. None of those calls were returned.


Dated: April 1, 2026
Brooklyn, NY
/s/
Ahmad Keshavarz