10:06

**Asher Kest**
Call History

| | |
|---|---|
| Outgoing Call<br>47 seconds | 3/25/26 · 5:01 PM |
| Outgoing Call<br>52 seconds | 3/24/26 · 3:21 PM |
| Outgoing Call<br>1 minute | 3/24/26 · 3:20 PM |
| Outgoing Call<br>1 minute | 3/24/26 · 10:09 AM |
| Outgoing Call<br>1 minute | 3/24/26 · 10:07 AM |
| Outgoing Call<br>58 seconds | 3/23/26 · 4:53 PM |
| Outgoing Call<br>1 minute | 3/23/26 · 3:24 PM |
| Outgoing Call<br>1 minute | 3/23/26 · 3:22 PM |
| Outgoing Call<br>51 seconds | 3/20/26 · 3:32 PM |
| Outgoing Call<br>1 minute | 3/20/26 · 2:25 PM |

10:07

**Asher Kest**
Call History

| | |
|---|---|
| Outgoing Call<br>1 minute | 3/24/26 · 3:20 PM |
| Outgoing Call<br>1 minute | 3/24/26 · 10:09 AM |
| Outgoing Call<br>1 minute | 3/24/26 · 10:07 AM |
| Outgoing Call<br>58 seconds | 3/23/26 · 4:53 PM |
| Outgoing Call<br>1 minute | 3/23/26 · 3:24 PM |
| Outgoing Call<br>1 minute | 3/23/26 · 3:22 PM |
| Outgoing Call<br>51 seconds | 3/20/26 · 3:32 PM |
| Outgoing Call<br>1 minute | 3/20/26 · 2:25 PM |
| Outgoing Call<br>41 seconds | 3/17/26 · 4:12 PM |
| Outgoing Call<br>19 minutes | 3/12/26 · 3:21 PM |