**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Leonarda Garcia

**Plaintiff(s),**

- against -

Sperber Kahan Law Group PLLC et al.

**Defendant(s),**
-------------------------------------------------------------X

1:25 **Civ.** 08489 (JGK)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

      **I, TAMMI M. HELLWIG, Clerk of the United States District Court for**

**the Southern District of New York**, **do hereby certify that this action was commenced on**

October 14, 2025 **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Arthur Ransome Houses L.P.

**by personally serving** Alexander Jones, authorized agent at New York Office of the Secretary,

*and proof of service was therefore filed on* October 24, 2025 *, Doc. #(s)* 5 .

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

          , 20

              **TAMMI M. HELLWIG**
              **Clerk of Court**

        **By:** _____

              **Deputy Clerk**

SDNY Web 3/2015