**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
**LEONARDA GARCIA,**

                                              **Case No.: 1:25-cv-08489-JGK**

                    **Plaintiff,**

          **-against-**

**SPERBER KAHAN LAW GROUP, PLLC,**
**ERIC H. KAHAN, ARTHUR RANSOME**
**HOUSES L.P., and PRESTIGE**
**MANAGEMENT, INC.,**

                    **Defendants.**
----------------------------------------------------------------------X

### REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT ARTHUR RANSOME HOUSES L.P.

TO:    Tammi Hellwig
       Clerk of Court
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendant Arthur Ransome Houses L.P. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
        April 1, 2026

                              Respectfully submitted,


                                    /s/ *Ahmad Keshavarz*


                              By: _____
                              Ahmad Keshavarz
                              The Law Office of Ahmad Keshavarz
                              16 Court St., 26th Floor
                              Brooklyn, NY 11241-1026
                              Phone: (718) 522-7900
                              Fax:    (877) 496-7809
                              Email: ahmad@NewYorkConsumerAttorney.com