**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

LEONARDA GARCIA,

                                   **Case No.: 1:25-cv-08489-JGK**

                **Plaintiff,**

     -against-

ERIC H. KAHAN, SPERBER KAHAN LAW
GROUP PLLC, ARTHUR RANSOME
HOUSES LP, and PRESTIGE
MANAGEMENT, INC.,

                **Defendants.**

----------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I served a copy of the Proposed Clerk's Certificate of Default, Request for Default, and Affirmation in Support by first-class mail on Defendant Arthur Ransome Houses LP at the following address:

Arthur Ransome Houses L.P.

c/o Prestige Management

1776 Eastchester Road, Suite 210

Bronx, NY 10461

I certify under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       April 1, 2026

                                  /s/ Ahmad Keshavarz

                              _____

                              Ahmad Keshavarz
                              Law Office of Ahmad Keshavarz
                              16 Court St., 26th Floor
                              Brooklyn, NY 11241-1026

1