**FKB** **Furman Kornfeld**
**& Brennan LLP**

88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

April 1, 2026

**VIA ECF**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

*Prestige reply is due April 15, 2026.*

*So ordered*
*[signature]*
*U.S.D.J.*
*4/1/26*

Re:     *Leonarda Garcia v. Eric H. Kahan Law Group PLLC, et al.*
        Docket No.: 25-cv-08489
        FKB File No.: 314.064

Dear Judge Koeltl:

        We represent defendant Prestige Management, Inc. ("Defendant" or "Prestige") in the above referenced action. We write concerning the order entered as Dkt. No. 41, which sets out the briefing schedule for Prestige's motion to dismiss.

        Currently, the briefing schedule on the docket states that "Prestige may reply by April S, 2026," and summarizes "(Motions due by 3/4/2026., Responses due by 3/25/2026, Replies due by 4/5/2026)." The date by which Prestige's reply is due may have been entered incorrectly due to a scrivener's error; at the last conference, the Court granted Prestige until April 15, 2026 to submit a reply, to avoid the due date falling on Passover. Indeed April 5, 2026 is a Sunday.

        We respectfully request that the Court issue an order, or so-order the instant request, correcting the due date for Prestige's reply to April 15, 2026. We thank the Court for Your Honor's attention to this matter.

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

Rachel Aghassi
Asher Kest

CC:     All Counsel of Record (via ECF)