UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x    Civil Action No. 1:25-cv-08489-JGK

LEONARDA GARCIA,

                Plaintiff,                    **NOTICE OF APPEARANCE**

   -against-

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSES LP, and
PRESTIGE MANAGEMENT, INC.,

                Defendants.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Sarah Igarashi, Esq., of FURMAN KORNFELD &

BRENNAN LLP, 88 Pine Street, 32nd Floor, New York, New York 10005, hereby appear as

attorneys of record for Defendant, PRESTIGE MANAGEMENT, INC., in the above-captioned

matter.

Dated: New York, New York
       April 2, 2026

                            Yours, etc.,

                            FURMAN KORNFELD & BRENNAN LLP

                           _____

             By:  Sarah Igarashi, Esq.
                 88 Pine Street, 32nd floor
                 New York, New York 10005
                 (212) 867-4100
                 FKB File No.: 314.064