**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

**LEONARDA GARCIA,**

                                               **Case No.: 1:25-cv-08489-JGK**

                     **Plaintiff,**

         **-against-**

**SPERBER KAHAN LAW GROUP, PLLC,**
**ERIC H. KAHAN, ARTHUR RANSOME**
**HOUSES L.P., and PRESTIGE**
**MANAGEMENT, INC.,**

                         **Defendants.**

---------------------------------------------------------------------X

**REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT ARTHUR**
**RANSOME HOUSES L.P.**

TO:    Tammi Hellwig
        Clerk of Court
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendant Arthur Ransome Houses L.P. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
       April 8, 2026

                         Respectfully submitted,

                           /s/ *Ahmad Keshavarz*

                     By: _____
                     Ahmad Keshavarz
                     The Law Office of Ahmad Keshavarz
                     16 Court St., 26th Floor
                     Brooklyn, NY 11241-1026
                     Phone: (718) 522-7900
                     Fax:    (877) 496-7809
                     Email: ahmad@NewYorkConsumerAttorney.com