**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**LEONARDA GARCIA,**

                                         **Case No.: 1:25-cv-08489-JGK**

                    **Plaintiff,**

        **-against-**

**ERIC H. KAHAN, SPERBER KAHAN LAW**
**GROUP PLLC, ARTHUR RANSOME**
**HOUSES LP, and PRESTIGE**
**MANAGEMENT, INC.,**

                    **Defendants.**
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I served a copy of the Proposed Clerk's Certificate of Default, Request for Default, and Affirmation in Support by first-class mail on Defendant Arthur Ransome Houses LP at the following address:

Arthur Ransome Houses L.P.

c/o Prestige Management

1776 Eastchester Road, Suite 210

Bronx, NY 10461

I certify under penalty of perjury that the foregoing is true and correct.


Dated: Brooklyn, New York
       April 8, 2026


                                       /s/ Ahmad Keshavarz

                                      _____
                                      Ahmad Keshavarz
                                      Law Office of Ahmad Keshavarz
                                      16 Court St., 26th Floor
                                      Brooklyn, NY 11241-1026

1