UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARDA GARCIA.,

                           Plaintiff,

      - against -

ERIC H. KAHAN, ET AL.,

                           Defendants.

25-cv-8489 (JGK)

AMENDED ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above-titled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____  Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

_____

_____  Settlement*

_____  Inquest After Default/Damages Hearing

_____  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

      Purpose: _____

_____  Habeas Corpus

_____  Social Security

_____  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion: 

      All such motions: _____

SO ORDERED.

New York, New York
April 10, 2026

John G. Koeltl
United States District Judge

* Do not check if already referred for general pretrial.