## THE ATTORNEY DEFENDANTS' PRIVILEGE LOG

*Garcia v. Kahan, Case No. 1:25-cv-8489 (JGK)(GS)*

**Abbreviations for Privileges:**
**Attorney-Client Communications (AC)**
**Attorney Work Product (AWP)**
**Anticipation of Litigation (AOL)**

**Abbreviations for Parties:**
**Sperber Kahan Law Group PLLC (SKLG)**
**Eric Kahan (Kahan)**
**SDK Heiberger LLP (SDKH)**
**SKH Heiberger LLP (SKHH)**
**Prestige Management, Inc. (Prestige)**
**Arthur Ransome House LP (Arthur Ransome)**

| Bates Number | Date | Sender/Recipient | Subject / Description | Redacted / Withheld | Privilege |
|---|---|---|---|---|---|
| AD 102 | Assorted | SDKH, SKLG | Case Status & History printout containing law firm notes and billing descriptions of work performed. | Redacted | AWP, AC, AOL |
| AD 103 to 104 | Assorted | SKHH, SKLG | Case Status & History printout containing law firm notes and billing descriptions of work performed. | Redacted | AWP, AC, AOL |
| AD 105 to 106 | 4/7/25 | Prestige, SKLG | Email with subject: Arthur Ransome Case Updates. | Redacted | AC, AOL, unrelated legal matters |
| AD 107 | Undated, attached to 4/7/25 email | Prestige, SKLG | Non-payment matter intake form with information provided by Prestige. | Redacted | AC, AWP, AOL |
| AD 108 to 118 | 4/7/25 | SKLG | Draft certification form and attachments to HPD | Redacted | AC, AWP, AOL |

1