| | |
|---|---|
| **From:** | Ahmad Keshavarz |
| **Sent:** | Wednesday, April 15, 2026 5:29 PM |
| **To:** | Adam M. Marshall |
| **Cc:** | Asher Kest Esq.; Sarah Igarashi Esq.; Rachel Aghassi Esq.; Brett A. Scher; Kevin Gartland |
| **Subject:** | Re: Garcia v. Kahan, et al. |
| **Attachments:** | image001.jpg; image616616.png; image953201.png; image203520.png; image429746.png; image001.jpg; image002.png; Attorney Defendants' Amended Responses to Plaintiff's RFAs (4.15.26).pdf; Attorney Defendants' Privilege Log (4.15.26).pdf |

Adam,

Just left you a message. Please give me a call. Thanks.
**Ahmad Keshavarz**

On Apr 15, 2026, at 5:18 PM, Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

 Thanks Adam.  A couple of things.

1. Can you identify by name the persons in the privilege log.

2. If the answer to RFP 21 and Interrogatory 12, subject to the objections, is the KAHAN does not know and, after reasonable investigation, cannot determine if there were other search persons then if he amends his answers to say that then that is fine.  Will he do so?

Unaware is different than checked and cannot determine.

Thanks
**Ahmad Keshavarz**

On Apr 15, 2026, at 5:10 PM, Adam M. Marshall <amarshall@kaufmandolowich.com> wrote:

All,

Attached please find the Attorney Defendants' amended response to Plaintiff's first requests for admission, covering the specific RFAs raised in your email.

Also attached is the Attorney Defendants' privilege log.

The Attorney Defendants' maintain their objections to Interrogatory No. 12 and RFP No. 21.  Nevertheless, the Attorney Defendants are unaware of any person who would fit the description in those requests.

See everyone in court tomorrow.

Adam

**Adam M. Marshall**
*Attorney At Law*

135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Direct:    516-283-8731
Cell:      516-557-1460
Email:     amarshall@kaufmandolowich.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.
Please consider the environment before printing.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Date:** Tuesday, April 14, 2026 at 4:20 PM
**To:** Asher Kest, Esq. <akest@fkblaw.com>, Sarah Igarashi, Esq. <sigarashi@fkblaw.com>, Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Cc:** Brett A. Scher <bscher@kaufmandolowich.com>, Adam M. Marshall <amarshall@kaufmandolowich.com>, Kevin Gartland <kevin@newyorkconsumerattorney.com>
**Subject:** RE: Garcia - discovery answers from LL Defendants

[EXTERNAL SENDER]
Counsel,

Following up in the items below:

**ATTORNEY DEFENDANTS:**
Adam, to confirm our conversation yestarday (sorry meant to get this email out to you yestarday) Attorney Defendants will amend (or decide not to amend) by Wednesday (4/15) the following:

1.  Providing privilege log.

2.  RFA # 19. We would like amended answer removing the objection and just answers admit or deny the following.

> 9.  The 2025 Certification to HPD was included in the envelope with the 2025 Collection Letter."

2

"**Response:** The Attorney Defendants object to this Request as vague and ambiguous in that it fails to identify the addressee of the alleged "envelope." To the extent that a response is still required, the Request is denied.")

3. Interrogatory # 12 and RFP # 21, as to pattern and practice evidence:

Interrogatory 12: "Identify the persons against whom you have brought or caused to bring non-payment proceedings including the Section 8 Share in the amount alleged to be due." ("**Response:** The Attorney Defendants object to this Interrogatory on the grounds that it exceeds the permissible number of interrogatories (including discrete subparts) allowed under Fed. R. Civ. P. 33(a)(1) and seeks information beyond the scope permitted by Local Civil Rule 33.3(a).")

RFP # 21: "Documents sufficient to identify the persons against whom you have brought or caused to bring non-payment proceedings including the Section 8 Share in the amount alleged to be due." ("**Response:** The Attorney Defendants object to this Request on the grounds that it is vague, ambiguous, argumentative, assumes facts that have not been proven, and seeks documents that irrelevant to the parties' claims and defenses in this action.")

Note the definition item # 26 define of Section 8 Share as:

26. **"Section 8 Share"** means the rental portion the PHA is responsible to pay the landlord pursuant to a tenant's Section 8 participation.

4. Various requests for admission asking whether Attorney Defendants were seeking the Section 8 in the amount they claimed was due in rental arrears lawsuits and letters. There are RFA # 7-14. We need a removal of the objections and a statement of either admit or deny.

7. The Section 8 Share constitutes some of the amount alleged to be owed by Ms. Garcia in the 2023 Lawsuit.
8. The Section 8 Share constitutes some of the amount alleged to be owed by Ms. Garcia in the 2024 Lawsuit.
9. The Section 8 Share constitutes some of the amount alleged to be owed by Ms. Garcia in the 2025 Collection Letter.
10. The Section 8 Share constitutes some of the amount alleged to be owed by Ms. Garcia in the 2025 Collection Letter.
11. The Section 8 Share constitutes some of the amount alleged to be owed by Ms. Garcia in the 2025 Certification to HPD to Ms. Garcia.

12. The Section 8 Share constitutes some of the amount alleged to be owed by Ms. Garcia in the 2025 Billing Statements to Ms. Garcia.
13. The Section 8 Share constitutes all of the amount alleged to be owed by Ms. Garcia in the 2023 Lawsuit.
14. The Section 8 Share constitutes all of the amount alleged to be owed by Ms. Garcia in the 2024 Lawsuit.

## LANDLORD DEFENDANTS

Asher and Rachel, I still have not received a phone call back as to the any discovery issue, including my calls regarding the items below. Upon your receipt of this email please call.

1. Is prestige contending that the attorney defendants are or are not their attorneys?
2. If the answer is no, then will you instruct the attorney defendants to produce unreacted account notes.
3. The request for admission answers are largely a series of objections, which are not appropriate
4. I still need to know when LL will produce discovery answers.

Specifically, items # 1-4 to Attorney Defendants apply equally to Landlord Defendants.

Various requests for admission asking whether Attorney Defendants were seeking the Section 8 in the amount they claimed was due in rental arrears lawsuits and letters. There are RFA # 7-14, and 25 and 26. We need a removal of the objections and a statement of either admit or deny. The objections are without justification.

In response to RFA # 7, 8- you simply object.

> **Response**: Defendant objects to this request on the grounds that it assumes facts and includes terms which are conclusory and/or argumentative. Defendant further objects on the grounds that it seeks admission as to a question of law or legal conclusion. Defendant further objects on the grounds that it is vague and ambiguous and lacking in specificity such that Defendant cannot in good faith respond to the reques

As to RFA # 8 – 19, you object:

> **Response**: Defendant objects to this request on the grounds that it is improper and unduly burdensome since it incorporates documents by reference and cannot be admitted or denied by reference only to facts stated in the request. Defendant further objects on the grounds that it assumes facts and includes terms

4

which are conclusory and/or argumentative. Defendant further objects on the grounds that it seeks admission as to a question of law or legal conclusion. Defendant further objects on the grounds that it is vague and ambiguous and lacking in specificity such that Defendant cannot in good faith respond to the request.

Or

**Response**: Defendant objects to this request on the grounds that it is improper and unduly burdensome since it incorporates documents by reference and cannot be admitted or denied by reference only to facts stated in the request.

Lastly, RFA # 25, 26 are essentially the same as RFA 7-19.

I will file a motion to compel on these issues 4/15 as we have a hearing on 4/16.

Note the individual pratice rules require a party to promptly respond to a request to confer.

Please call me upon your receipt of this email to discuss.

Thank you.

---

**From:** Ahmad Keshavarz
**Sent:** Friday, April 10, 2026 7:30 PM
**To:** Asher Kest, Esq. <akest@fkblaw.com>; Sarah Igarashi, Esq. <sigarashi@fkblaw.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Cc:** Brett A. Scher <bscher@kaufmandolowich.com>; Adam M. Marshall <amarshall@kaufmandolowich.com>
**Subject:** FW: Garcia - discovery answers from LL Defendants

Following up on the string of emails below, I would like to set up a time to confer on Monday to confer regarding discovery. I have left voicemail message on Friday for Rachel and for Asher (2 calls) and have not received a return call. This is in addition to the eleven discovery phone calls I have previously made that have never been returned.

As to LL Defendants:

1. Is prestige contending that the attorney defendants are or are not their attorneys?
2. If the answer is no, then will you instruct the attorney defendants to produce unreacted account notes.
3. The request for admission answers are largely a series of objections, which are not appropriate
4. I still need to know when LL will produce discovery answers.

As to Atty Defendants.

1. I need a privilege log please.

2. Need answers to the pattern and practice discovery demands.
3. Need answers to calculations of amounts alleged due.
4. Some of the request for admissions answers are block objections.

I am free all day Monday. Let me what time works.

I suggest 10:00 AM for LL Defendants.

Thanks.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Thursday, April 9, 2026 1:47 PM
**To:** Asher Kest, Esq. <akest@fkblaw.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>;
Sarah Igarashi, Esq. <sigarashi@fkblaw.com>
**Cc:** Brett A. Scher <bscher@kaufmandolowich.com>; Adam M. Marshall
<amarshall@kaufmandolowich.com>
**Subject:** RE: Garcia v. Kahan, et al.

**[EXTERNAL]** This email originated from outside of **FKB.** Do not click links or open attachments
unless you trust the sender and know the content is safe.

Counsel,

Left a messages and not have not received a return calls. These are the immediate
issues:

1. Do Defendants consent to extension of deadline to move to amend or join new
   parties by 2 weeks given I have not received discovery responses from prestige
   or responses to the various third party subpoenas. I have to file the application
   today, so this is the most important issues.
2. I have been asking for a while now for dates certain for the depositions of
   defendants. Please provide them or I will simply notice depositions. My
   preference of course is the have depositions by agreement. I had previously
   sent a deposition notice to attorney defendants asking for dates and two
   deposition notices to prestige.
3. I am waiting for a privilege log from attorney defendants.
4. Is prestige claiming attorney defendants are their attorneys?
5. When will prestige answer discovery?

Please let me know regarding item # 1 by 5:00 PM today, and as to the other items by
5:00 PM tomorrow.

Sarah, are you going to be lead counsel for Prestige now? If so, can you you give me
your number?

Thanks all..

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email:
ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Monday, March 23, 2026 4:57 PM
**To:** Asher Kest Esq.
**Cc:** Kevin Gartland; Rachel Aghassi Esq.
**Subject:** Re: Garcia - discovery answers from LL Defendants

Just left you a message. Please give me a call. Thanks.

## Ahmad Keshavarz

On Mar 23, 2026, at 4:51 PM, Ahmad Keshavarz
<ahmad@newyorkconsumerattorney.com> wrote:

> We need those documents now in order to amend the
> complaint.  Any reason why your client cannot produce its contract
> today? Tomorrow at the latest? And it could say who its contract is
> with today (certainly by tomorrow).  Same for the account notes.
>
> Prestige is set to be deposed on Thursday.  If we get the
> information below today or tomorrow the. We can adjourn the
> deposition.   Otherwise I will just ask those questions in the
> depostion.
>
> ## Ahmad Keshavarz
>
> On Mar 23, 2026, at 4:28 PM, Ahmad Keshavarz
> <ahmad@newyorkconsumerattorney.com> wrote:
>
> > Thanks Asher. At doctors office with my son.   Do
> > you have the the contract governing prestige? In
> > addition to the contract itself who is the contract
> > with. That is perhaps the most key document I need
> > now.  Please lmk
> >
> > Can call you about 5:15
> >
> > ## Ahmad Keshavarz
> >
> > On Mar 23, 2026, at 4:03 PM, Asher Kest, Esq.
> > <akest@fkblaw.com> wrote:

Ahmad:

Apologies for the delay, I have been in court or mediation almost every day, hence the need for more time to respond to your demands.

Regarding the items below, these are mostly not documents our client would have. Despite calling them "landlord defendants" collectively with Ransome, Prestige is in fact a management agent. That being said, to the extent Prestige has any documents you are seeking, we will of course provide them in response to your demands. Timing wise, we will need until the end of this week to provide Prestige's documents. Regarding the policy, once I am back in the office later today I will redact premium information and send. I hope this addresses your inquiries below, please let me know if there is anything which requires follow up.

Best Regards,
Asher

**Asher Kest, Esq.**
Wall Street Plaza
88 Pine Street, 32nd Floor
New York, NY 10005
Tel:212-867-4100 Ext. 348
Fax:212-867-4118

akest@fkblaw.com
Bio | Linkedin
www.fkblaw.com

CONFIDENTIALITY NOTICE: This email is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately by telephone, and return the original message to us at the above address. Thank you.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Monday, March 23, 2026 12:14 PM
**To:** Asher Kest, Esq. <akest@fkblaw.com>
**Cc:** Kevin Gartland <kevin@newyorkconsumerattorney.com>; Rachel Aghassi, Esq.

<raghassi@fkblaw.com>
**Subject:** RE: Garcia - discovery answers from LL Defendants

[EXTERNAL] This email originated from outside of **FKB.** Do not click links or open attachments unless you trust the sender and know the content is safe.

Asher,

I still have not heard back from you. When will I receiving the discovery responses, most importantly the information listed below?

Ahmad

---

**From:** Ahmad Keshavarz
**Sent:** Friday, March 20, 2026 3:53 PM
**To:** Asher Kest, Esq.
**Cc:** Kevin Gartland; Rachel Aghassi, Esq.
**Subject:** RE: Garcia - discovery answers from LL Defendants

Asher,

Just left you a voicemail. Please call me to discuss. We have a deposition for the LL Defendants set for next week. If we get adequate documents and discovery answers maybe we can adjourn but we need the information one way or the other prior to the deadline to amend, as well as to meet the current discovery cut off.

To avoid the necessity of motion practice I need the following documents **today**, in order of importance the **contracts** (esp. RFP # 17)  (we discussed those a few times now), the **insurance** information (which should have been the initial disclosures) and the account notes and screen shots).

Account notes

3.        Your account notes, screen shots, and any other documentation regarding Plaintiff, the putative debt, or attempts to collect the putative debt.

Contracts.

5.        Any contracts or agreements that govern the collection of the putative debt.

20.        The contracts that would govern Attorney Defendants' representation of Landlord Defendants related to The Rent Seeking Documents.

21.        The contracts that govern the ownership of the Building, or the property management, accounting, or billing services related to the building.

17.        Documents sufficient to identify each person who has an ownership interest in the Building or who provides accounting, billing, and property management services for the Building.

The insurance document should mostly have already been produce

12.      Any insurance policies and declaration sheets, and renewals, that may cover the claims brought by way of this suit, regardless of whether you have forwarded this claim to your insurance carrier.

13.      The correspondence regarding insurance coverage for the claims brought in this suit, including the application for coverage and response from the carrier, if any.

Please call me to discuss. I would like to work this out

Please either provide the above documents today or give me a call today. Otherwise I need to file a motion to compel, which I would really not want to do. Those are pretty basic documents.

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Asher Kest, Esq. [mailto:akest@fkblaw.com]
**Sent:** Friday, March 20, 2026 2:38 PM
**To:** Ahmad Keshavarz
**Cc:** Kevin Gartland; Rachel Aghassi, Esq.
**Subject:** RE: Garcia - discovery answers from LL Defendants

Ahmad:

I am behind schedule given a number of mediations this week. I have a number of deadlines today but we will get discovery responses for you early next week, as soon as I have finished reviewing. I have also been advised that Abyssinian does indeed own Ransome.

Best Regards,
Asher

**Asher Kest, Esq.**
Wall Street Plaza
88 Pine Street, 32nd Floor
New York, NY 10005
Tel:212-867-4100 Ext. 348
Fax:212-867-4118

akest@fkblaw.com
Bio | Linkedin
www.fkblaw.com

CONFIDENTIALITY NOTICE: This email is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately by telephone, and return the original message to us at the above address. Thank you.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Thursday, March 19, 2026 5:45 PM

**To:** Asher Kest, Esq. <akest@fkblaw.com>
**Cc:** Kevin Gartland <kevin@newyorkconsumerattorney.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Subject:** RE: Garcia - discovery answers from LL Defendants

**[EXTERNAL]** This email originated from outside of **FKB.** Do not click links or open attachments unless you trust the sender and know the content is safe.

Hi Asher,

Still waiting for a return call regarding discovery. We still have not received the past due answers and I have been trying to reach out about it for a few days now. I thought we working well together, so I am concerned about what is going on. I do not want to have to file a motion to compel but if I do not hear back from you I am going to need to, especially given next week's deadline.

I am free tomorrow all morning to discuss. Say 10:00 AM?  (Or you could just preduce the discovery in the mroning).

Please LMK. Thanks.

---

**From:** Ahmad Keshavarz
**Sent:** Tuesday, March 17, 2026 4:24 PM
**To:** Asher Kest, Esq.
**Cc:** Kevin Gartland; Rachel Aghassi, Esq.
**Subject:** RE: Garcia - discovery answers from LL Defendants

Hi Asher,

I just let you a voicemail.

We still have not received the answers by the LL Defendants to the discovery demands that were due yesterday.

As I previously indicated, we need these documents now in order to consider our options on a motion to amend. That deadline is coming soon.

Please give me a call to discuss.

Thanks.

Ahmad

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Monday, March 16, 2026 5:43 PM
**To:** Asher Kest, Esq.
**Cc:** Kevin Gartland
**Subject:** Garcia - discovery answers from LL Defendants

Asher,

I believe the discovery answers of Landlord Defendants were due today.

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email:
ahmad@NewYorkConsumerAttorney.com

Asher,

I believe the discovery answers of Landlord Defendants were due today.

12