6:24

# Adam M. Marshall
## Call History

**Outgoing Call**
39 seconds
Yesterday · 1:26 PM

**Outgoing Call**
6 minutes
Yesterday · 12:45 PM

**Incoming Call**
10 minutes
4/9/26 · 5:05 PM

**Outgoing Call**
12 seconds
4/9/26 · 12:16 PM