**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LEONARDA GARCIA,

                          Plaintiff,

              -against-

ERIC H. KAHAN, *et al.,*

                      Defendants.
------------------------------------------------------------------------X

**25 Civ. No. 8489 (JGK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court conducted a discovery conference today that addressed issues raised by Plaintiff's letter motions to compel discovery responses dated April 1, 2026 (Dkt. No. 56) and April 15, 2026 (Dkt. No. 70).  For the reasons discussed at the conference:

1.  Defendant Prestige shall respond to Plaintiff's outstanding interrogatories and requests for production of documents by no later than April 30, 2026.

2.  The parties shall meet and confer between now and April 30, 2026 in an effort to resolve the remaining discovery issues set forth in Plaintiff's letters.  Such efforts must include verbal discussions (whether in person, via videoconference, or over the phone) and must not consist solely of emails or other written exchanges.

3.  By no later than May 7, 2025, the parties shall submit a joint status report advising the Court as to the status of discovery and whether the Court's intervention remains necessary and, if so, as to what issues.

4.  The deadlines in the Civil Scheduling Order (Dkt. No. 38) for Plaintiff to submit an amended complaint joining additional parties or asserting additional causes of action,

and for Defendants to assert additional defenses, are hereby extended to June 1, 2026

and June 15, 2026, respectively.

All other outstanding deadlines contained in the Civil Scheduling Order (Dkt. No. 38) are

hereby extended by 90 days.  As a result, the discovery deadline is now August 11, 2026.

**SO ORDERED.**

DATED:       New York, New York
             April 17, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge