# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

April 22, 2026

**<u>VIA ECF</u>**
The Honorable John G. Koeltl, District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    **Plaintiff's supplemental authority in support of their Opposition [Dkt. No. 54] to Defendant Prestige's Motion to Dismiss [Dkt. No. 44].**
>
> *Garcia v. Eric H. Kahan et al.,* Case 1:25-cv-08489-JGK-GS

Dear Judge Koeltl:

The undersigned represents Plaintiff Leonarda Garcia in the above-entitled action.

Plaintiff files this letter to bring to the Court's attention an important decision relevant to the pending Motion to Dismiss issued just days before the filing of her Opposition, *Wilson v. Selip & Stylianou, LLP*, No. 24-CV-4108 (ALC), 2026 WL 851338 (S.D.N.Y. Mar. 27, 2026).

Plaintiff will refrain from commenting on the decision unless requested to by the Court.

Sincerely,
/s/
Ahmad Keshavarz

Enclosures (Wilson decision)

cc: All Counsel via ECF

1