**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------

LEONARDA GARCIA,

                                        Plaintiff,

               - against -

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSES LP, and
PRESTIGE MANAGEMENT, INC.,

                               Defendants.

------------------------------------------------------------------------

**Case No. 1:25-cv-08489**

**DEFENDANT'S RULE 26 INITIAL DISCLOSURES**

Defendant, PRESTIGE MANAGEMENT, INC. ("Defendant" or "Prestige"), by their attorneys Furman Kornfeld & Brennan LLP, as and for its Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, respond as follows:

1.     **The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claim or defense, unless solely for impeachment, identifying the subjects of the information.**

Based upon information available to Defendants at this time, the following individuals may have knowledge or information relating to the claims and defenses in the above-referenced action:

- Plaintiff Leonarda Garcia – c/o the Law Office of Ahmad Keshavarz.

- Prestige Management, Inc. – c/o Furman Kornfeld & Brennan LLP.

- Eric H. Kahan – c/o Kaufman Dolowich LLP.

- Sperber Kahan Law Group PLLC – c/o Kaufman Dolowich LLP.

- Arthur Ransome Houses LP

- All persons identified in documents produced by the parties to this litigation.

- Individuals who are not yet known and who may be identified by all parties during the course of discovery.

- Individuals whose identities are not yet known or identified, who may be identified in the documents described in response to ¶ 2, *infra*, and/or in the pleadings in the within action.

2.    **A copy of, or a description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Based on information reasonably available to Defendant, Defendant may use the following documents and information which are in Defendant's possession, custody, or control, to support its claims or defenses, other than solely as impeachment evidence:

- All pleadings, documents referred to in Plaintiff's Complaint and exhibits attached thereto in the instant action.

- Documents and records relating to the management of the property located at 151 West 123rd St, New York, New York 10027, which are stored in paper copies at 1776 Eastchester Rd, Suite 210, Bronx, NY 10451.

- Electronically stored information in email communications by Prestige and its agents, including, but not limited to, employee Devon Kelly.

- Copies of relevant legal statutes, treatises and case law.

- Additional documents disclosed in discovery which are not yet known.

Nothing in these disclosures should be construed as a waiver of any privilege, including but not limited to the attorney-client privilege and work product doctrines. Further, Defendant

expressly reserves its right to supplement and/or amend the foregoing disclosures should additional information become available.

3.    **A computation of any category of damages claimed by the disclosing party.**

Defendant does not claim any damages. Defendant reserves its right to supplement and/or amend this computation or add other categories of damages upon the discovery of further pertinent information.

4.    **Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment, which may be entered in the action, or to indemnify or reimburse for payments made to satisfy the judgment.**

Defendant will provide insurance information under separate cover.

Defendant expressly reserves its right to supplement and/or amend the foregoing disclosures should additional information become available or by reason of change in circumstances.

Dated: April 30, 2026
       New York, NY

Yours, etc.,

FURMAN KORNFELD & BRENNAN LLP

By: Rachel Aghassi, Esq.
    Sarah Igarashi, Esq.
    *Attorneys for Defendants*
    PRESTIGE MANAGEMENT, INC.
    88 Pine Street, 32nd Floor
    New York, New York 10005
    (212) 867-4100
    FKB File No.: 314.064