**Ahmad Keshavarz**

| | |
|---|---|
| **From:** | Ahmad Keshavarz |
| **Sent:** | Friday, April 17, 2026 7:09 PM |
| **To:** | Sarah Igarashi (sigarashi@fkblaw.com); Asher Kest, Esq. |
| **Cc:** | Rachel Aghassi, Esq.; Kevin Gartland |
| **Subject:** | FW: Garcia v. Kahan, et al. - wrapping up items |
| **Attachments:** | 2026-02-13 notice of deposition - SERVED.pdf; 70-xx Our 2nd MTC.pdf |

Hi Sarah and Asher,

Good to speak with you. This is to confirm our call on the following points.

1.  Depositions: Please confirm if these people are employees of, or otherwise in the control of Prestige. If so, please let us know whether you will treat a notice of deposition as to them as a subpoena. If not please provide their last known home address. Please provide deposition dates for the persons below as well as for the corporate representative for Prestige. Attached is a deposition notice sent on February 13 as to topics.

    Detra Williams (signed the stip, forwarded case for collections)

    Devon Kelly (cc'ed on the email forwarding the case for collections)

    Rachael (last name undisclosed).  Listed as contact for Prestige on the account notes produced by Kahan.

    Arlyane McGlashan (registered managing agent representative, appears in the housing court pleadings)

    Joanne (last name unknown).   You referenced her by first name on our call but I can't seem to find her in our or their documents or responses.

2.  Please provide me with their titles and contact information (that should have been in the initial disclosure answers, but I do not believe we ever received them).

3.  We will take the deposition of the corporate representative and at least some of the above fact witnesses during the weeks of  us know their availability by close of business on Monday for deposition. When you provide their titles it would be helpful in us deciding which of them to depose. Arlyane McGlashan and Detra Williams are two we will definitely depose.

4.  Please identify who the corporate representative will be (topics listed in the deposition notice sent two months ago. If they are the same as one of the fact witnesses then confirm they can be deposed in a dual capacity.

5.  We will take the above depositions on dates within this range: May 5 – 8, 12 or 13.  Sarah indicated her availability in May except as to May 18, May 20 – June 2.  The deposition of Kahan is already set for May 15.

6.  We will send out the notices/subpoenas (as needed) after the COB on April 20.

1

7. Confirming the acknowledgement that we are at an impasse as to the RFA requests that were the subject of our second motion to compel. As such we reserve our right to compel on those forthwith.

8. You also indicated that would be treating certain interrogatories as separate subparts making some of the interrogatories, in your view, in excess of 25. As we discussed, we can (and have) listed those items requested in the RAFs and the interrogatories as deposition topics for the corporate representative, but it seems like an inefficient approach.

9. The property management company can download many documents regarding our client and her unit at www.nyc.gov/dtrownerportal , a portal they as the property management company has access to, but we do not.

Many thanks, and have a good weekend. Asher, good luck on your future endeavors!

Ahmad

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Friday, April 17, 2026 3:37 PM
**To:** Sarah Igarashi, Esq.; Asher Kest, Esq.
**Cc:** Rachel Aghassi, Esq.; Kevin Gartland
**Subject:** RE: Garcia v. Kahan, et al. - wrapping up items

a. documents from portal www.nyc.gov/dtrownerportal



THE LAW OFFICE OF
AHMAD KESHAVARZ

FDCPA Attorneys: Protecting consumers from
deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Sarah Igarashi, Esq. [mailto:sigarashi@fkblaw.com]
**Sent:** Friday, April 17, 2026 1:39 PM