**KAUFMAN|DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Adam M. Marshall**
amarshall@kaufmandolowich.com

May 15, 2026

**VIA ECF**
Honorable Gary Stein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   *Re: Garcia v. Sperber Kahan Law Group PLLC, et al.*
     *Case No. 1:25-cv-08489 (JGK)(GS)*

Dear Judge Stein:

  This firm represents Defendants Eric H. Kahan and Sperber Kahan Law Group PLLC ("SKLG") (collectively, the "Attorney Defendants") in the above matter.

  The Attorney Defendants take no position on the letter motion by Defendant Prestige Management, Inc. ("Prestige") for a stay of depositions other than to reiterate what we have already told Plaintiff's counsel: we will only be producing Mr. Kahan for a deposition once.[1]  No one is forcing Plaintiff to proceed with party depositions while significant paper discovery remains outstanding from Prestige.  The Attorney Defendants would vigorously oppose any future application by Plaintiff to continue or reopen Mr. Kahan's deposition based upon subsequent document productions.

  We thank the Court for its consideration.

      Very truly yours,

      Kaufman Dolowich LLP


    By: /s/ Adam M. Marshall
      Adam M. Marshall, Esq.


cc: All Counsel of Record via ECF

---

[1] Mr. Kahan will be testifying individually and as the Rule 30(b)(6) witness for SKLG.