# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

May 22, 2026

**VIA ECF**

Judge Gary Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:    Plaintiff's letter correcting record regarding email chain, Dkt. No. 86-1.**
> ***Garcia v. Sperber Kahan Law Group PLLC, et al.,* 1:25-cv-08489-JGK**

Dear Judge Stein:

The undersigned represents Plaintiff Leonarda Garcia in this action against Defendants Sperber Kahan Law Group PLLC, a debt collection law firm, and a principal Eric Kahan ("the Attorney Defendants"); and Arthur Ransome Houses L.P. ("Ransome") and its property management company Prestige Management, Inc. ("Prestige") (collectively "Landlord Defendants).

On May 19, 2026 Prestige filed a Reply contending Plaintiff "omits the rest of the email thread" [Dkt. No. 86] and attaching what it contends is the full email chain [Dkt. No. 86-1]. It is not. Plaintiff attaches as Exhibit A the full email chain. There are three subsequent emails that were omitted. The pertinent sections are highlighted.

Sincerely,

/s/
Ahmad Keshavarz

1