# AHMAD KESHAVARZ
## *Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (347) 308-4859
Fax: (877) 496-7809

June 4, 2026

**VIA ECF**

Magistrate Judge Gary Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:     Consent Request for Adjournment of June 10 Hearing.**
> *Garcia v. Sperber Kahan Law Group PLLC, et al.,* **1:25-cv-08489-JGK**

Dear Judge Stein:

The undersigned represents Plaintiff in this action.

Plaintiff files this letter, with the consent of all Defendants who have answered, to request adjournment of the June 10, 2026 hearing on Defendant Prestige's motion to stay depositions. The reason for this request is that Plaintiff's counsel has briefing due in two other cases, one on a Motion to Dismiss due that day, and a Second Circuit appellate brief due shortly thereafter. Plaintiff proposes the following alternative dates, with the consent of all Defendants: June 17 (at 4:00 pm), June 22 (at any time), and June 23 (in the afternoon). Plaintiff's counsel will subsequently be out of the country from June 24 to July 6. No previous requests have been made for the adjournment of this hearing.

Respectfully,
/s/
Ahmad Keshavarz

1