

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

June 12, 2026

**VIA ECF**
The Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Leonarda Garcia v. Eric H. Kahan Law Group PLLC, et al.*
   Case No.: 25-cv-08489
   FKB File No.: 314.064

Dear Judge Stein:

  We represent defendant Prestige Management, Inc. ("Prestige") in the above-referenced action.

  We write jointly on consent of all parties who have answered to respectfully request an extension of time to file a joint status letter as ordered in the Court's June 8, 2026 memo endorsement (Dkt. No. 91) until June 16, 2026.

  Thank you for your consideration herein.

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

/s/ Sarah Igarashi
Sarah Igarashi

cc: All counsel of record (via ECF)