

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

June 12, 2026

**VIA ECF**
The Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:       *Leonarda Garcia v. Eric H. Kahan Law Group PLLC, et al.*
          Case No.: 25-cv-08489
          FKB File No.: 314.064

Dear Judge Stein:

        We represent defendant Prestige Management, Inc. ("Prestige") in the above-referenced action.

        We write jointly on consent of all parties who have answered to respectfully request an extension of time to file a joint status letter as ordered in the Court's June 8, 2026 memo endorsement (Dkt. No. 91) until June 16, 2026.

        Thank you for your consideration herein.

                        Respectfully submitted,

                FURMAN KORNFELD & BRENNAN LLP

                        /s/ Sarah Igarashi
                        Sarah Igarashi

cc:      All counsel of record (via ECF)


Application granted.  The parties shall submit the joint status update by no later than 5:00 PM on June 16, 2026. SO ORDERED.

Dated: June 15, 2026
        New York, New York

SO ORDERED:

*Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE