

**Furman Kornfeld & Brennan LLP**

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

June 16, 2026

<u>**VIA ECF**</u>
The Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:     *Leonarda Garcia v. Eric H. Kahan Law Group PLLC, et al.*
        Case No.: 25-cv-08489
        FKB File No.: 314.064

Dear Judge Stein:

        Our firm represents defendant Prestige Management, Inc. ("Prestige") in the above-referenced action.

        The oral argument currently scheduled for June 17, 2026 was scheduled in the Court's Order with respect to Prestige's Letter Motion to Stay Depositions. *See* ECF Dkt. No. 88. Pursuant to the Order of the Honorable John G. Koeltl, dated June 13, 2026, however, Prestige has been dismissed from this action. **Exhibit A.** Prestige is a dismissed party and will not be taking part in any further discovery. Therefore, Prestige's Letter Motion to Stay is seemingly now moot. Accordingly, Prestige respectfully requests to be excused from the oral argument scheduled for June 17, 2026 as a party dismissed from the case.

        Thank you for your consideration herein.

                        Respectfully submitted,

                        FURMAN KORNFELD & BRENNAN LLP

                                /s/ Sarah Igarashi
                                Rachel Aghassi
                                Sarah Igarashi
cc:     All counsel of record (via ECF)