# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

June 22, 2026

**VIA ECF**
Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  **Plaintiff's motion to enforce subpoena of documents responsive Plaintiff's previous subpoena of March 25, 2026.**
> *Garcia v. Kahan et al.*, **1:25-cv-08489-JGK-GS**

Dear Judge Stein:

Plaintiff requests that the Court order the production by defaulting Defendant Ransome Houses L.P. and non-party Abyssinian Development Corporation of documents responsive to an earlier subpoena.

On March 12, 2026, Plaintiff issued a subpoena to Abyssinian Development Corporation, which was served personally at Abyssinian's Harlem office on March 26, 2026, at 10:15 AM on an Abyssinian employee, Renee Ricks, who stated she was authorized to accept service. This subpoena had a listed return date of March 26. However, in any event, this service provided notice to Abyssinian of Plaintiff's desire for documents.

On March 25, 2026, Plaintiff issued a subpoena to Arthur Ransome Houses L.P. and Abyssinian Development Corporation requesting documents in connection with Plaintiff, the eviction lawsuit which forms the basis for this federal case, and policies around the collection of rent and litigation of eviction actions with respect to Section 8 tenants. This subpoena had a return date of April 9, 2026. This second subpoena was served on Arthur Ransome Houses L.P. through the New York Secretary of State on April 1, 2026, as well as through electronic delivery to their registered agent, Prestige Management, Inc., and on Abyssinian Development Corporation through the New York Secretary of State on April 1, 2026.

The deadline to answer the subpoenas has long since passed, and Plaintiff's counsel has received no communications whatsoever from either Arthur Ransome Houses L.P. or from Abyssinian Development Corporation, much less any answers or responsive documents. The relevant subpoenas and affidavits of service are attached hereto.


Respectfully,

/s/

Ahmad Keshavarz

2

**CERTIFICATE OF CONFERENCE**

I attempted to resolve these matters without court involvement, but those efforts have been unsuccessful. I have been unable to contact Arthur Ransome Houses L.P. through any means throughout the course of this litigation. Prior to filing this motion, I attempted to call numerous phone numbers associated with Abyssinian Development Corporation, including the sole phone number listed on their website, and none were in service when I called. Those numbers were: (646) 442-6599; (212) 281-6869; and (212) 222-3381.

Dated: Brooklyn, New York
        June 22, 2026
        /s/
        Ahmad Keshavarz

cc:     all parties via ECF

        Arthur Ransome Houses LP
        via its registered agent
        Prestige Management, Inc.
        1776 Eastchester Road, Suite 210
        Bronx, NY 10461


        Abyssinian Development Corporation
        2283 Adam Clayton Powell Jr. Blvd
        New York, NY 10030