AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-08489-JGK**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for    **Abyssinian Development Corporation**

on    **3/19/2026:**

**X**   I served the subpoena by delivering a copy to the named person as follows: **Renee Ricks**, who is designated by law to accept service of process on behalf of **Abyssinian Development Corporation** at **2283 Adam Clayton Powell Jr Blvd, New York, NY 10030** on **03/26/2026 at 10:15 AM**

**I delivered the documents, SUBPOENA,  to Renee Ricks who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black female contact 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.  Renee Ricks stated she is the Administrator Coordinator and authorized to accept.**; or

☐   I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  03/26/2026

_____
*Server's signature*

**Luis Garcia Ortiz**
*Printed name and title*

**3603 Bainbridge Avenue**
**Suite 3**
**BRONX, NY 10467**

_____
*Server's address*

Additional information regarding attempted service, etc:





Tracking #: **0215329705**