ATTORNEY(S):
INDEX #: **1:25-cv-08489-jgk**
PURCHASED/FILED:
STATE OF: **NEW YORK**
COURT: U.S. District
COUNTY/DISTRICT: Southern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Leonarda Garcia

Plaintiff(s)

against

Eric H. Kahan, et al

Defendant(s)

| STATE OF NEW YORK )<br>COUNTY OF ALBANY  ) SS<br>CITY OF ALBANY     ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: __45 Yrs__ |
|---|---|---|

Weight: __160 lbs__  Height: __5'9"__  Gender: __Male__   Race: __Brown__

Hair color: __Black__   Other: _____

__**Robert Guyette**__ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on __**April 1, 2026**__ , at __**2:30 PM**__ , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

on

**Arthur Ransome Houses LP**

,

the Defendant in this action, by delivering to and leaving with __**Tahim Hafiz**__

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __$40__ dollars; That said service was made pursuant to Section __**PARTNERSHIP LAW §121-109(A) (LP'S).**__

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm this __**APRIL 1, 2026**__ , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
ROBERT GUYETTE

**Invoice·Work Order #** 2612712
Attorney File #