# A H M A D   K E S H A V A R Z

*Attorney at Law*

---

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

June 22, 2026

**VIA ECF**

Judge John G. Koeltl
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:     Plaintiff's consent application to enlarge time to amend from twenty-one to forty-five days.**
> ***Garcia. v. Sperber Kahan Law Group PLLC, et al.,* 1:25-cv-08489-JGK**

Dear Judge Koeltl:

The undersigned represents Plaintiff Leonarda Garcia in this action against Defendants Sperber Kahan Law Group PLLC, a debt collection law firm, and a principal Eric Kahan ("the Attorney Defendants"); and Arthur Ransome Houses L.P. ("Ransome"). The Complaint alleges Defendants have for years, through billing statements, threats of suit, three actual lawsuits, and a threatened fourth lawsuit, sought to collect rent from Ms. Garcia for rent they admit she does not owe. Plaintiff filed the instant case bringing FDCPA and Judiciary Law § 487 claims against the Attorney Defendants, and violations of GBL § 349 and gross negligence against all Defendants.

Plaintiff, with the consent of Attorney Defendants and dismissed former Defendant Prestige Management, seeks to enlarge the deadline to amend the complaint, pursuant to Your Honor's Order [Dkt. No. 94], from twenty-one days to forty-five days, moving the deadline from July 6 to July 30. Plaintiff requests this extension because the undersigned will be out of the country from June 24 to July 6, and the undersigned also has multiple court hearings scheduled throughout the month of July, including an oral argument on motions to dismiss in a multiparty case and a settlement conference, as well as multiple depositions.

For these reasons, Plaintiff requests an extension of the time to amend the complaint from July 6 to July 30. This is Plaintiff's first application for the extension of the deadline to amend pursuant to Your Honor's Order.

Sincerely,

/s/
Ahmad Keshavarz

1