**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
LEONARDA GARCIA,

                          Plaintiff,

              -against-

ERIC H. KAHAN, *et al.*,

                      Defendants.
------------------------------------------------------------------------X

**25 Civ. 8489 (JGK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter-motion to compel documents against defaulting Defendant Arthur Ransome Houses LP and non-party Abyssinian Development Corporation.  (Dkt. No. 97).  Pursuant to Local Civil Rule 6.1(b), any opposing or response papers must be served within 14 days after service of the moving papers, and any reply papers must be served within seven days after service of the answering papers.  Plaintiff has not filed proof of service of the letter-motion to compel as of the date of this Order.  Plaintiff shall file proof of service of both the letter-motion to compel and this Order by July 8, 2026.

       **SO ORDERED.**

DATED:     New York, New York
            July 1, 2026

                                   _____
                                   The Honorable Gary Stein
                                   United States Magistrate Judge