UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

LEONARDA GARCIA,

                                     **Case No.: 1:25-cv-08489-JGK**

                     Plaintiff,

        -against-

ERIC H. KAHAN, SPERBER KAHAN LAW
GROUP PLLC, ARTHUR RANSOME
HOUSES LP, and PRESTIGE
MANAGEMENT, INC.,

                     Defendants.

-----------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Pursuant to the Court's Order of July 1, 2026 [Dkt. No. 100], I hereby certify that on June 24, 2025, I served a copy of Plaintiff's Motion to Enforce [Dkt. No. 97] by certified mail, return receipt requested on Abyssinian Development Corporation and defaulting Defendant Arthur Ransome Houses LP at the following addresses: Abyssinian Development Corporation at 2283 Adam Clayton Powell Jr. Boulevard, New York, NY 10030; and Arthur Ransome Houses LP at 1776 Eastchester Road, Suite 210, Bronx, NY 10461 c/o Prestige Management. I also hereby certify that I served copies of the same via first-class mail to the same addresses on June 22, 2026, by depositing envelopes containing the same and bearing sufficient postage in a United States Postal Service mailbox.

Pursuant to the Court's Order of July 1, 2026 [Dkt. No. 100], I further served copies of the Court's Order by first-class mail and by certified mail, return receipt requested on Abyssinian Development Corporation and defaulting Defendant Arthur Ransome Houses LP at the above-listed addresses.

Attached hereto are proofs of mailing and USPS tracking pages.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       July 6, 2026

                                    /s/ Kevin Gartland

                                    _____

                                    Kevin Gartland
                                    Law Office of Ahmad Keshavarz
                                    16 Court St., 26th Floor
                                    Brooklyn, NY 11241-1026

1