**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10030

OFFICIAL USE

| Certified Mail Fee | $5.30 | 0354 |
|---|---|---|
| $ | $4.40 | 8 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here
JUN 24 2026

Postage   $2.44
$

Total Postage and Fees
$12.14

06/24/2026

Sent To
ABISSINIAN DEVELOPMENT CORPORATION
Street and Apt. No., or PO Box No.
2283 ADAM CLAYTON POWELL JR. BLVD
City, State, ZIP+4®
NEW YORK, NY 10030

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Bronx, NY 10461

OFFICIAL USE

| Certified Mail Fee | $5.30 | 0354 |
|---|---|---|
| $ | $4.40 | 8 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here
JUN 24 2026

Postage   $2.44
$

Total Postage and Fees
$12.14

06/24/2026

Sent To
ARTHUR RANSOME HOUSES LP C/O PRESTIGE MANAGEMENT
Street and Apt. No., or PO Box No.
1776 EASTCHESTER ROAD, SUITE 210
City, State, ZIP+4®
BRONX, NY 10461

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions