# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703805008483

Copy        Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 2:29 pm on June 29, 2026 in NEW YORK, NY 10030.

_____

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

NEW YORK, NY 10030
June 29, 2026 2:29 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates                    ⌄

USPS Tracking Plus®                      ⌄

Product Information                      ⌄

Feedback

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

| FAQs |
|---|

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703805008285

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 2:30 pm on June 27, 2026 in BRONX, NY 10461.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

BRONX, NY 10461
June 27, 2026 2:30 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

Feedback

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs