**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

| For delivery information, visit our website at *www.usps.com®*. |
|---|

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ _____ |
| ☐ Return Receipt (electronic) | $ _____ |
| ☐ Certified Mail Restricted Delivery | $ _____ |
| ☐ Adult Signature Required | $ _____ |
| ☐ Adult Signature Restricted Delivery | $ _____ |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Postmark
Here

Sent To
ABYSSINIAN DEVELOPMENT CORPORATION
Street and Apt. No., or PO Box No.
2253 ADAM CLAYTON POWELL JR. BOULEVARD
City, State, ZIP+4®
NEW YORK, NY 10030

**PS Form 3800, January 2023** PSN 7530-02-000-9047    **See Reverse for Instructions**

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

| For delivery information, visit our website at *www.usps.com*. |
|---|

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ _____ |
| ☐ Return Receipt (electronic) | $ _____ |
| ☐ Certified Mail Restricted Delivery | $ _____ |
| ☐ Adult Signature Required | $ _____ |
| ☐ Adult Signature Restricted Delivery | $ _____ |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Postmark
Here

Sent To
ARTHUR RANSOME HOUSES LP C/O PRESTIGE MANAGEMENT
Street and Apt. No., or PO Box No.
776 EASTCHESTER ROAD, SUITE 210
City, State, ZIP+4®
BRONX, NY 10461

**PS Form 3800, January 2023** PSN 7530-02-000-9047    **See Reverse for Instructions**