# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

July 20, 2026

**VIA ECF**

Judge John G. Koeltl
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** **Plaintiff's second consent application to enlarge time to amend from July 30 to August 31.**
> ***Garcia. v. Sperber Kahan Law Group PLLC, et al.,* 1:25-cv-08489-JGK**

Dear Judge Koeltl:

The undersigned represents Plaintiff Leonarda Garcia in this action against Defendants Sperber Kahan Law Group PLLC, a debt collection law firm, and a principal Eric Kahan ("the Attorney Defendants"); and Arthur Ransome Houses L.P. ("Ransome"). The Complaint alleges Defendants have for years, through billing statements, threats of suit, three actual lawsuits, and a threatened fourth lawsuit, sought to collect rent from Ms. Garcia for rent they admit she does not owe. Plaintiff filed the instant case bringing FDCPA and Judiciary Law § 487 claims against the Attorney Defendants, and violations of GBL § 349 and gross negligence against all Defendants.

Plaintiff, with the consent of Attorney Defendants and dismissed former Defendant Prestige Management, seeks to enlarge the deadline to amend the complaint pursuant to Your Honor's June 15 Order [Dkt. No. 94] dismissing Plaintiff's claim against Prestige Management without prejudice to amend. The original deadline established by the Order to file an amended complaint was July 6, twenty-one days from the date of the Order. On consent, Your Honor extended the deadline from twenty-one days to forty-five days from the date of the dismissal order, so from July 6 to July 30. The reason for the extension request was that the undersigned out of the country from June 24 to July 6, and had a number of depositions and other issues due upon my return.

Unfortunately, upon my return from vacation I lost my associate, greatly increasing my workload for the last two weeks and for the upcoming weeks. I have multiple depositions and deadlines in other cases over the next few weeks. Consequently, Plaintiff requests an extension of the deadline to amend from July 30 to Monday August 31. The Attorney Defendants and former Defendant Prestige Management consent to this request.

Sincerely,

/s/
Ahmad Keshavarz

1