# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

August 7, 2026

**VIA ECF**

Judge Gary Stein
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

> Re:    Consent application to enlarge time to complete discovery by 90 days, from
> August 10 to November 9.
> ***Garcia. v. Sperber Kahan Law Group PLLC, et al.,*** **1:25-cv-08489-JGK**

Dear Judge Stein:

The undersigned represents Plaintiff Leonarda Garcia. The remaining Defendants are Sperber Kahan Law Group PLLC, a debt collection law firm, and a principal Eric Kahan ("the Attorney Defendants"). Arthur Ransome Houses L.P. ("Arthur Ransome"), a landlord which retained, directly or through a servicer, the Attorney Defendants. Arthur Ransome has defaulted. Former defendant Prestige Management is no longer a party; they have been dismissed without prejudice.

Plaintiff seeks to enlarge the time to complete fact discovery from by 90 days, from August 10 to November 9. Attorney Defendants consent to the application.

There is good cause for this extension. Plaintiff has been diligent in seeking discovery, and makes the following assertions in support, for which Attorney Defendants take no position. Plaintiff has first propounded discovery on February 13. Plaintiff has had to file a motion compel, first on April 15 [Dkt. No. 70], and obtaining an Order on April 17 [Dkt. 72], respond on May 15 [Dkt. No. 84], to a May 7 and May 14 motions to stay depositions noticed weeks before [Dkt. 77, 82], a May 12 Status Report [Dkt. No. 81] reflecting continued discovery disputes and coming to certain stipulations.[1]  On June 22 Plaintiff has also moved to enforce

---

[1] Plaintiff's position, which the Attorney Defendants take no position on, is that Prestige has never complied with, and continues to refuse to comply with, items in the stipulation, including on Dkt. No. 81, p. 5:

> By May 21, Prestige will supplement its document production and will amend its production responses for which it indicates it **has** produced responsive documents to ***affirmatively state that, after a reasonable inquiry, Prestige has produced all documents responsive to the document production demand that is in possession, custody, or control***.(emphasis added).

Plaintiff asserts, and Attorney Defendants take no position on, that the Court indicated at the most recent hearing that it expected Prestige to do the above. Prestige continues to refuse to do so despite repeated emails over the weeks following the hearing to do so. Ultimately Prestige has taken the position that it does not have to comply with the above. Therefore, Plaintiff does not know if Prestige has produced all responsive documents given the failure to certify the above.  Given the paucity of documents Prestige has produced, Plaintiff can only conclude Prestige has responsive documents in its possession, custody, or control that it has not produced.

1

2

[Dkt. No. 97] document subpoenas to Arthur Ransome Houses LP and Abyssinian Development Corporation.

The Attorney Defendants have not yet taken the deposition of Plaintiff and Plaintiff has not yet taken the depositions of the Attorney Defendants. Plaintiff has yet to respond to the Attorney Defendants' document requests and interrogatories. This is the second request for extension.

We thank the Court for its consideration.

Sincerely,

/s/
Ahmad Keshavarz

Application granted.  Discovery shall be completed by no later than November 9, 2026.  The parties shall submit a joint update regarding the status of discovery by November 16, 2026.  The Court will be disinclined to grant further extensions absent extraordinary circumstances.  SO ORDERED.

Date:   August 11, 2026

Gary Stein
United States Magistate Judge
Southern District of New York