# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

August 12, 2026

**VIA ECF**

Judge John G. Koeltl
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    **Plaintiff's third consent application to enlarge time to amend from August 31 to September 30.**
> *Garcia. v. Sperber Kahan Law Group PLLC, et al.,* **1:25-cv-08489-JGK-GS**

Dear Judge Koeltl:

The undersigned represents Plaintiff Leonarda Garcia in this action against Defendants Sperber Kahan Law Group PLLC, a debt collection law firm, and a principal Eric Kahan ("the Attorney Defendants"); and Arthur Ransome Houses L.P. ("Ransome"). The Complaint alleges Defendants have for years, through billing statements, threats of suit, three actual lawsuits, and a threatened fourth lawsuit, sought to collect rent from Ms. Garcia for rent they admit she does not owe. Plaintiff filed the instant case bringing FDCPA and Judiciary Law § 487 claims against the Attorney Defendants, and violations of GBL § 349 and gross negligence against all Defendants.

Plaintiff, with the consent of Attorney Defendants and dismissed former Defendant Prestige Management, seeks to enlarge the deadline to amend the complaint pursuant to Your Honor's June 15 Order [Dkt. No. 94] dismissing Plaintiff's claim against Prestige Management without prejudice to amend.  The original deadline established by the Order to file an amended complaint was July 6, twenty-one days from the date of the Order. On July 20, on consent of the Parties, Your Honor extended the deadline from twenty-one days to forty-five days from the date of the dismissal order, so from July 6 to July 30. [Dkt. No. 99] The reason for the extension request was that the undersigned out of the country from June 24 to July 6, and upon return, unexpectedly lost his attorney, making the form a solo practice, which it remains for the time being. On July 21, again on consent of the Parties, Your Honor extended the deadline to amend from July 30 to August 31.

On consent of the Parties, Plaintiff respectfully requests one final extension of the deadline to amend by 30 days, from August 31 to September 30. The reason for the request in the interim period my solo office has been exceptionally busy with multiple depositions, a motion to dismiss opposition, and other professional obligation. Most immediately, I am leaving for a vacation for beginning Friday August 14 and do not return to the office until August 24, and to promptly be met with two additional depositions that week, and multiple depositions in the weeks following. Fortunately my office will begin onboarding a new associate on August 24. This will be Plaintiff's third and final extension request.

1

2

I am grateful for the consideration of the Court and the consent of opposing counsels.

Sincerely,

/s/

Ahmad Keshavarz