**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

LEONARDA GARCIA,

Plaintiff,

- against -

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSES LP, and
PRESTIGE MANAGEMENT, INC.,

Defendants.

-----------------------------------------------------------------------X

**Case No. 1:25-cv-08489**

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the Declaration of Rachel Aghassi, Esq., and the Accompanying Memorandum of Law, Defendant, PRESTIGE MANAGEMENT, INC., hereby moves this Court before the Honorable Gary Stein, at the Courthouse located at 500 Pearl St. New York, NY 10007 at the date and time determined by the Court, for an Order to Order quashing the non-party Subpoena ("Subpoena") served on the New York City Department of Housing Preservation and Development ("HPD") by Plaintiff LEONARDA GARCIA ("Plaintiff") and discovery sought from Defendant ARTHUR RANSOME HOUSES LP, in their entirety, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
August 24, 2026

FURMAN KORNFELD & BRENNAN LLP

By: /s/ Rachel Aghassi

Rachel Aghassi, Esq.
Sarah Igarashi, Esq.
*Attorneys for Defendant*
*Prestige Management, Inc.*
88 Pine St., 32nd Floor
New York, New York 10005
Tel: (212) 867-4100

FKB File No.: 314.064