**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

LEONARDA GARCIA, **Case No. 1:25-cv-08489**

Plaintiff,

- against -

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSES LP, and
PRESTIGE MANAGEMENT, INC.,

Defendants.

-----------------------------------------------------------------------X

**Rachel Aghassi**, an attorney duly admitted to practice law in the State of New York, declares the following to be true, under penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am associated with the law firm Furman Kornfeld & Brennan LLP, attorneys for Defendant Prestige Management Inc ("Defendant" or "Prestige") in the above referenced matter. As such, I am fully familiar with the facts and circumstances set forth herein based upon review of the file maintained by my office.

2. I submit this Declaration in support of Prestige's motion to quashing the non-party Subpoena ("Subpoena") served on the New York City Department of Housing Preservation and Development ("HPD") by Plaintiff LEONARDA GARCIA ("Plaintiff") and discovery sought from Defendant ARTHUR RANSOME HOUSES LP, and for such other and further relief as the Court deems just and proper.

3. Annexed hereto as Exhibit A is a true and complete copy of Plaintiff's Complaint.

4. Annexed hereto as Exhibit B is a true and complete copy of the transcript of the status conference hearing that was held on April 16, 2026.

5. Annexed hereto as Exhibit C is a true and correct copy of the Court's June 13, 2026 Memorandum and Order granting Prestige's motion to dismiss.

6. Annexed hereto as Exhibit D is a true and correct copy of an email thread between counsel.

7. Annexed hereto as Exhibit E is a true and correct copy of the August 14, 2026 subpoena served by Plaintiff on the New York City Department of Housing Preservation and Development.

8. I affirm under the penalties of perjury that the foregoing is true and correct.

Dated: New York, New York
August 24, 2026

Respectfully submitted,

FURMAN KORNFELD & BRENNAN LLP

By: /s/ Rachel Aghassi___________________

Rachel Aghassi, Esq.
Sarah Igarashi, Esq.
*Attorneys for Defendant*
*Prestige Management, Inc.*
88 Pine St., 32nd Floor
New York, New York 10005
Tel: (212) 867-4100
FKB File No.: 314.064