# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **LEONARDA GARCIA,**<br>**Plaintiff**<br><br>**v.** | §<br>§<br>§<br>§ | **Case No.:** 1:25-cv-08489-JGK |
| **SPERBER KAHAN LAW GROUP PLLC, ERIC H. KAHAN, ARTHUR RANSOME HOUSES L.P., and PRESTIGE MANAGEMENT, INC.,** | § | |
| <br><br><br><br>**Defendants.** | §<br>§<br>§<br>§ | |

**PLAINTIFF'S NOTICE OF SUBPOENA**

To: All Defendants, by and through their counsel as indicated in the certificate of service below. Enclosed please find the subpoena issued on this day to the entity whose name is listed in the subpoena.

Respectfully submitted,
/s/
Ahmad Keshavarz
THE LAW OFFICES OF AHMAD KESHAVARZ
16 Court Street, Suite 2600
Brooklyn, NY 11241
Phone: (347) 308-4859
Fax: (877) 496-7809 (toll-free)
Email: ahmad@newyorkconsumerattorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above referenced document to the parties listed below via email to:

***Attorneys for Defendants Sperber Kahan Law Group PLLC and Eric H. Kahan, Esq.***

Adam Marshall
Brett Scher
Kaufman Dolowich LLP
135 Crossways Park Dr, Suite 201
Woodbury, NY 11797
amarshall@kaufmandolowich.com

bscher@kdvlaw.com

Date: August 14, 2026
Brooklyn, NY
/s/
Ahmad Keshavarz
*Counsel for Plaintiff*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Leonarda Garcia
*Plaintiff*
v.
Eric H. Kahan, Sperber Kahan Law Group PLLC, Prestige Managment Inc., Arthur Ransome Houses LP
*Defendant*

Civil Action No. 1:25-cv-08489-JGK-GS

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: New York City Department of Housing Preservation and Development
100 Gold Street, New York, NY 10038

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached.

| Place: The Law Office of Ahmad Keshavarz<br>16 Court St, 26th Floor, Brooklyn, NY 11241<br>ahmad@newyorkconsumerattorney.com | Date and Time:<br>08/24/2026 5:00 pm |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/14/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

s/ Ahmad Keshavarz
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Leonarda Garcia , who issues or requests this subpoena, are:
Ahmad Keshavarz, 16 Court St, 26th Fl, Brooklyn, NY 11241, ahmad@newyorkconsumerattorney.com, 347-308-4859

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:25-cv-08489-JGK-GS

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ____________ .

❐ I served the subpoena by delivering a copy to the named person as follows: ______________________
______________________________________________ on *(date)* ____________ ; or

❐ I returned the subpoena unexecuted because: ______________________
______________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT A: DOCUMENTS TO BE PRODUCED

### Definitions/instructions:

1. **Time Period**: the time period for documents to be produced is from **January 1, 2021** to present.
2. **Tenant** means the persons identified in Exhibit B as Tenant Name in the attached Exhibit B.
3. **Landlord** means the entity identified as Property Owner in the attached Exhibit B.
4. The Tenants for whom documents are to be produced are the **persons listed as tenants in Exhibit B.**
5. **Apartment** means the Tenant Apartment Address in which the Tenant resides.
6. **Note** it is possible that documents sent to or received from the landlord may be sent "c/o" Prestige Management, Inc., 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

### Documents to produce (preferably by email)

1. Copies of all contracts between HPD Section 8 or NYCHA Section 8 and the Tenant.

2. Copies of all contracts between HPD Section 8 or NYCHA Section 8 and the Landlord to pay a rental subsidy for the Tenant at the Apartment;

3. Copies of any and all certifications for eligibility for Section 8 housing assistance, annual reexaminations, and housing quality standards completed from **January 1, 2021** to present for any residence in the Apartment;

4. Copies of any and all notices regarding housing quality standards sent to the Landlord from **January 1, 2021** to present on Tenant's behalf for the Apartment; and,

5. Copies of any and all payment histories for the Apartment from January 1, 2021 to present, including for the months and the amounts Section 8 paid.

6. Print out of the HAP Register Payments Report for the Apartment from January 1, 2021 to present.

**Note**, if possible, please send a single pdf for each Tenant.

**EXHIBIT B:**

**LIST OF TENANTS FOR WHOM RECORDS ARE REQUESTED**

**Tenant Name: Crystal Carambot**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 8-B BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Eduviges Martinez**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 2-A BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Katherine Cruz**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 9-B BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Latoya O'Neal**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 3-B BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Cherif Diallo**

Tenant Apartment Address: 263 WEST 153RD STREET APT. 6-D NEW YORK , NY 10039

Property Owner: 263 West 153rd Street LP

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Tiffany Lopez**

Tenant Apartment Address: 263 WEST 153RD STREET APT. 3-E NEW YORK , NY 10039

Property Owner: 263 West 153rd Street LP

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Mamadou Bah**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 4-A BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Nefeteria Jones**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 1-B BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Tiffany Jacinthe**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 6-A BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Jonathan Alvarez**

Tenant Apartment Address: 263 WEST 153RD STREET APT. 7-D NEW YORK, NY 10039

Property Owner: 263 West 153rd Street LP

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Laurien Rivera**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 5-A BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: YVONNE WADLEY**

Tenant Apartment Address: 263 WEST 153RD STREET APT. 5-A NEW YORK , NY 10039

Property Owner: 263 West 153rd Street LP

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Ronald Wright-Norman**

Tenant Apartment Address: 263 WEST 153RD STREET APT. 6-C NEW YORK , NY 10039

Property Owner: 263 West 153rd Street LP
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Crystal Carambot**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 8-B BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: ROSEMARIE SEJOUR**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 1-H, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: EDNA SOSA**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 7-F BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: MARILYN THOMPSON**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 4-J, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: SHIRLEY MCFADZEN**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 1-J BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: BARBARA MATTHEWS**

Tenant Owner Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 2-C, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: KARU DANIELS**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 1-E BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Pamela Byrd**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 3-J BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Lashonda Holmes**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 5-B BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Lorena Ortiz**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 5-J BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: SODIAT OLAWALE**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 6-C, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: BRANDON THOMPSON**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 4-J, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: MICHELLE JOHNSON**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 5-A BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: TIFFANY DUBOSE**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 5-J, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: CARLOS GOODRICH**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 6-G BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: LARRY OGLEN JR.**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 6-A BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: KIM CLARK-PAULETTE**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 2-O BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Lena Natt**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 1-B, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Lorena Ortiz**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 5-J BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **LEONARDA GARCIA,**<br>**Plaintiff**<br><br>**v.**<br><br>**SPERBER KAHAN LAW GROUP PLLC, ERIC H. KAHAN, ARTHUR RANSOME HOUSES L.P., and PRESTIGE MANAGEMENT, INC.,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No.:** 1:25-cv-08489-JGK |

**PLAINTIFF'S NOTICE OF SUBPOENA**

To: All Defendants, by and through their counsel as indicated in the certificate of service below. Enclosed please find the subpoena issued on this day to the entity whose name is listed in the subpoena.

Respectfully submitted,
/s/
Ahmad Keshavarz
THE LAW OFFICES OF AHMAD KESHAVARZ
16 Court Street, Suite 2600
Brooklyn, NY 11241
Phone: (347) 308-4859
Fax: (877) 496-7809 (toll-free)
Email: ahmad@newyorkconsumerattorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above referenced document to the parties listed below via email to:

***Attorneys for Defendants Sperber Kahan Law Group PLLC and Eric H. Kahan, Esq.***

Adam Marshall
Brett Scher
Kaufman Dolowich LLP
135 Crossways Park Dr, Suite 201
Woodbury, NY 11797
amarshall@kaufmandolowich.com

bscher@kdvlaw.com

Date: August 14, 2026
Brooklyn, NY
/s/
Ahmad Keshavarz
*Counsel for Plaintiff*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Leonarda Garcia
*Plaintiff*
v.
Eric H. Kahan, Sperber Kahan Law Group PLLC, Prestige Managment Inc., Arthur Ransome Houses LP
*Defendant*

Civil Action No. 1:25-cv-08489-JGK-GS

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: New York City Housing Authority, NYCHA Law Department
90 Church St 11th Fl. ATTN: Attn: Law Department/Service ; ServiceECF@nycha.nyc.gov

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached.

| Place: The Law Office of Ahmad Keshavarz<br>16 Court St, 26th Floor, Brooklyn, NY 11241<br>ahmad@newyorkconsumerattorney.com | Date and Time:<br>08/24/2026 5:00 pm |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/14/2026

*CLERK OF COURT*

OR

s/ Ahmad Keshavarz

*Signature of Clerk or Deputy Clerk* — *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Leonarda Garcia , who issues or requests this subpoena, are:
Ahmad Keshavarz, 16 Court St, 26th Fl, Brooklyn, NY 11241, ahmad@newyorkconsumerattorney.com, 347-308-4859

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:25-cv-08489-JGK-GS

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ____________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________________
______________________________________________ on *(date)* ____________ ; or

❒ I returned the subpoena unexecuted because: ______________________
______________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT A: DOCUMENTS TO BE PRODUCED

### Definitions/instructions:

1. **Time Period**: the time period for documents to be produced is from **January 1, 2021** to present.
2. **Tenant** means the persons identified in Exhibit B as Tenant Name in the attached Exhibit B.
3. **Landlord** means the entity identified as Property Owner in the attached Exhibit B.
4. The Tenants for whom documents are to be produced are the **persons listed as tenants in Exhibit B.**
5. **Apartment** means the Tenant Apartment Address in which the Tenant resides.
6. **Note** it is possible that documents sent to or received from the landlord may be sent "c/o" Prestige Management, Inc., 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

### Documents to produce (preferably by email)

1. Copies of all contracts between HPD Section 8 or NYCHA Section 8 and the Tenant.

2. Copies of all contracts between HPD Section 8 or NYCHA Section 8 and the Landlord to pay a rental subsidy for the Tenant at the Apartment;

3. Copies of any and all certifications for eligibility for Section 8 housing assistance, annual reexaminations, and housing quality standards completed from **January 1, 2021** to present for any residence in the Apartment;

4. Copies of any and all notices regarding housing quality standards sent to the Landlord from **January 1, 2021** to present on Tenant's behalf for the Apartment; and,

5. Copies of any and all payment histories for the Apartment from January 1, 2021 to present, including for the months and the amounts Section 8 paid.

6. Print out of the HAP Register Payments Report for the Apartment from January 1, 2021 to present.

**Note**, if possible, please send a single pdf for each Tenant.

**EXHIBIT B:**

**LIST OF TENANTS FOR WHOM RECORDS ARE REQUESTED**

**Tenant Name: Crystal Carambot**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 8-B BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Eduviges Martinez**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 2-A BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Katherine Cruz**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 9-B BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Latoya O'Neal**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 3-B BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Cherif Diallo**

Tenant Apartment Address: 263 WEST 153RD STREET APT. 6-D NEW YORK , NY 10039

Property Owner: 263 West 153rd Street LP

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Tiffany Lopez**

Tenant Apartment Address: 263 WEST 153RD STREET APT. 3-E NEW YORK , NY 10039

Property Owner: 263 West 153rd Street LP

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Mamadou Bah**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 4-A BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Nefeteria Jones**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 1-B BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Tiffany Jacinthe**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 6-A BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Jonathan Alvarez**

Tenant Apartment Address: 263 WEST 153RD STREET APT. 7-D NEW YORK, NY 10039

Property Owner: 263 West 153rd Street LP

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Laurien Rivera**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 5-A BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: YVONNE WADLEY**

Tenant Apartment Address: 263 WEST 153RD STREET APT. 5-A NEW YORK , NY 10039

Property Owner: 263 West 153rd Street LP
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Ronald Wright-Norman**

Tenant Apartment Address: 263 WEST 153RD STREET APT. 6-C NEW YORK , NY 10039

Property Owner: 263 West 153rd Street LP

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Crystal Carambot**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 8-B BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: ROSEMARIE SEJOUR**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 1-H, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: EDNA SOSA**

Tenant Apartment Address: 1785 WALTON AVENUE A/K/A 1775-1785 WALTON AVENUE APT. 7-F BRONX , NY 10453

Property Owner: 1775-85 WALTON AVENUE LP.

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: MARILYN THOMPSON**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 4-J, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: SHIRLEY MCFADZEN**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 1-J BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: BARBARA MATTHEWS**

Tenant Owner Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 2-C, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: KARU DANIELS**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 1-E BROOKLYN, NY 11207
Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461
Property Management Company: Prestige Management, Inc.

**Tenant Name: Pamela Byrd**
Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 3-J BROOKLYN, NY 11207
Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461
Property Management Company: Prestige Management, Inc.

**Tenant Name: Lashonda Holmes**
Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 5-B BROOKLYN, NY 11207
Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461
Property Management Company: Prestige Management, Inc.

**Tenant Name: Lorena Ortiz**
Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 5-J BROOKLYN, NY 11207
Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION
Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461
Property Management Company: Prestige Management, Inc.

**Tenant Name: SODIAT OLAWALE**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 6-C, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: BRANDON THOMPSON**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 4-J, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: MICHELLE JOHNSON**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 5-A BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: TIFFANY DUBOSE**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 5-J, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: CARLOS GOODRICH**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 6-G BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: LARRY OGLEN JR.**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 6-A BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: KIM CLARK-PAULETTE**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 2-O BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Lena Natt**

Tenant Apartment Address: 420 GEORGIA AVENUE A/K/A 587 DUMONT AVENUE APT 1-B, BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.

**Tenant Name: Lorena Ortiz**

Tenant Apartment Address: 405 WILLIAMS AVENUE APT. 5-J BROOKLYN, NY 11207

Property Owner: WILLIAMS AND GEORGIA TOWERS HOUSING DEVELOPMENT FUND CORPORATION

Property Owner Business Address: 1776 EASTCHESTER ROAD, STE #210 BRONX, NY 10461

Property Management Company: Prestige Management, Inc.