FKB Furman Kornfeld & Brennan LLP

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

**<u>VIA ECF</u>** September 10, 2026

Hon. Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Leonarda Garcia v. Eric H. Kahan Law Group PLLC, et al.*
<u>Case No.: 25-cv-08489</u>

Dear Judge Stein:

This office represents Defendant Prestige Management, Inc. in connection with the above-referenced matter. In accordance with your Honor's Individual Practice Rule (1)(G) we write to respectfully request a brief extension of time to reply to Plaintiff Leonarda Garcia's response to our motion to quash Plaintiff's improper discovery demands, ECF No. 114, until September 22, 2026.

The reason for our request is that counsel was on trial in the Southern District of New York when the reply was due, and due to an inadvertent calendaring error by the undersigned, the response deadline was not properly docketed. The undersigned counsel did not become aware of the oversight until the date of filing this letter. No hearing or conference is currently scheduled that would be affected by this extension.

This is our first request for an extension of time in this matter. We have contacted Plaintiff's counsel regarding this request for an extension but have not received a response.

We appreciate the Court's attention and consideration of this matter.

Respectfully submitted,

<u>/s/ Sarah Igarashi, Esq.</u>

Rachel Aghassi, Esq.
Sarah Igarashi, Esq.

FURMAN KORNFELD & BRENNAN, LLP

cc: All Parties (via ECF)