**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

LEONARDA GARCIA,

Plaintiff,

- against -

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSES LP, and
PRESTIGE MANAGEMENT, INC.,

Defendants.

-----------------------------------------------------------------------X

**Case No. 1:25-cv-08489**

**NOTICE OF MOTION TO QUASH**

**PLEASE TAKE NOTICE** that upon the Declaration of Rachel Aghassi, Esq., and the Accompanying Memorandum of Law, Defendant, PRESTIGE MANAGEMENT, INC., hereby moves this Court before the Honorable Gary Stein, at the Courthouse located at 500 Pearl St. New York, NY 10007 at the date and time determined by the Court, for an Order quashing the August 27, 2026 non-party Subpoena ("Subpoena") served on Abyssinian Development Corporation by Plaintiff LEONARDA GARCIA ("Plaintiff"), in its entirety, and barring Plaintiff from using surreptitiously obtained information irrelevant to the claims in the operative Complaint, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
September 11, 2026

FURMAN KORNFELD & BRENNAN LLP

By: /s/ Rachel Aghassi
Rachel Aghassi, Esq.
Sarah Igarashi, Esq.
*Attorneys for Defendant*
*Prestige Management, Inc.*
88 Pine St., 32nd Floor
New York, New York 10005
Tel: (212) 867-4100

FKB File No.: 314.064