# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Leonarda Garcia

**Plaintiff(s),**

**- against -**

Sperber Kahan Law Group PLLC et al.

**Defendant(s),**

-----------------------------------------------------------X

1:25 **Civ.** 08489 **(**JGK**)**

**CLERK'S CERTIFICATE OF DEFAULT**

**I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** October 14, 2025 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Arthur Ransome Houses L.P. **by personally serving** Alexander Jones, authorized agent at New York Office of the Secretary**,** ***and proof of service was therefore filed on*** October 24, 2025***, Doc. #(s)*** 5**.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

April 09 **, 20** 26

**TAMMI M. HELLWIG**
**Clerk of Court**

**By:** _______________
**Deputy Clerk**

SDNY Web 3/2015