CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART G

---------------------------------------------------------------x

ARTHUR RANSOME HOUSES LP, :

Petitioner (Landlord), :

-against- : **L&T Index No. 308781-23/NY**

LEONARDA GARCIA, :

Respondent (Tenant). : **NOTICE OF APPEARANCE**

Address of the Subject Premises: :
151 West 123rd Street. Apartment 6C
New York, NY 10027 :

---------------------------------------------------------------x

**PLEASE TAKE NOTICE** that LEONARDA GARCIA-RAMIREZ hereby appears in this proceeding by her attorney, Twyla Carter, Attorney-in-Chief, The Legal Aid Society, Eliza Chung, Of Counsel, and demand that you serve all papers in this proceeding upon the undersigned at the address stated below.

Dated: New York, New York
June 20, 2023

Respectfully submitted,

Eliza Chung. Of Counsel
Twyla Carter, Attorney-in-Chief
The Legal Aid Society
Harlem Community Law Office
2090 Adam Clayton Powell, Jr. Blvd, 3rd Fl.
New York, New York 10027
(347) 213-0179
echung@legal-aid.org
*Attorneys for Respondent*

To: SDL Heiberger LLP
205 East 42nd Street. 6th Floor
New York. NY 10017
(917) 351-1335
info@sdkhlaw.com

L&T Index No. 308781-23/NY
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART G

ARTHUR RANSOME HOUSES LP,

Petitioner (Landlord),

-against-

LEONARDA GARCIA,

Respondent (Tenant).

**NOTICE OF APPEARANCE**

Signature (Rule 130-1.1-a)

Eliza Chung, Of Counsel
Twyla Carter, Attorney-in-Chief
The Legal Aid Society, Civil Practice
Harlem Community Law Office
2090 Adam Clayton Powell, Jr. Blvd, 3rd Fl.
New York, New York 10027
(347) 213-0179
echung@legal-aid.org
*Attorneys for Respondent*

To: SDL Heiberger LLP
205 East 42nd Street. 6th Floor
New York. NY 10017
(917) 351-1335
info@sdkhlaw.com