CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART G

ARTHUR RANSOME HOUSES LP,

Petitioner (Landlord),

**L&T Index No. 308781-23/NY**

-against-

LEONARDA GARCIA,

**AFFIDAVIT**

Respondent (Tenant).

Address of the Subject Premises:
151 West 123rd Street, Apartment 6C
New York, NY 10027

**LEONARDA GARCIA-RAMIREZ** being duly sworn, deposes and says:

1. I am the Respondent in this proceeding. As such, I am familiar with the facts in this proceeding. I make this affidavit in support of a motion to amend the answer.

2. I have resided at 151 West 123rd Street, Apartment 6C, New York, NY 10027 for approximately 9 years.

3. I do not have any legal background or legal training that would have assisted me in drafting my *pro se* answer.

4. I recently retained The Legal Aid Society as counsel. My attorney explained to me that there are defenses and counterclaims that I was unaware of when I first appeared in court.

**WHEREFORE**, based on the foregoing, I respectfully ask that this Court enter an Order granting the relief I am seeking in this motion.

LEONARDA GARCIA-RAMIREZ

Sworn before me this
12 day of July, 2023

Notary Public

Eliza Chung
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Queens County
01CH6349545
MY COMMISSION EXPIRES 10/24/2024