CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART G

-----------------------------------------------------------x

ARTHUR RANSOME HOUSES LP, :

Petitioner (Landlord), :

-against- :

LEONARDA GARCIA, :

Respondent (Tenant). :

Address of the Subject Premises: :
151 West 123rd Street, Apartment 6C
New York, NY 10027 :

-----------------------------------------------------------x

**L&T Index No. 308781-23/NY**

**JUDICIAL SUBPOENA DUCES TECUM AND AD TESTIFICANDUM**

**CASE IS ON THE CALENDAR:**
***August 31, 2023***

TO: NYC Department of Housing Preservation and Development
100 Gold Street
New York, NY 10038

**GREETINGS: WE COMMAND YOU**, that all business and excuses being laid aside, you appear and attend before one of the judges of the Civil Court of the City of New York, County of New York, at **Part G, Room 581,** of said court to be held at the courthouse at **111 Centre Street, New York, New York, at 9:30 a.m. on the 31st day of August, 2023,** and at any recessed or adjourned date thereafter, to give testimony in this action on the part of respondent Cassandra Jacobs.

**AND WE FURTHER COMMAND THAT YOU** bring with you and produce. at the time and place aforementioned, original or certified copies of the following documents pertaining to the case of:

LEONARDA GARCIA
Tenant-participant in Section 8 Program
151 West 123rd Street, Apartment 6C
New York. NY 10027

a. Copies of all checks and/or vouchers (front and back) issued for shelter payments from **January 1, 2014 to the present** on Leonarda Garcia's behalf at the above-referenced apartment;

b. Copies of all contracts between HPD Section 8 and the landlord to pay a rental subsidy for Leonarda Garcia. at the above-referenced addressee. from **January 1, 2014 to the present**;

c. Copies of any and all certifications for eligibility for Section 8 housing assistance, annual reexaminations, and housing quality standards completed from **January 1, 2014 to present** on Leonarda Garcia's behalf for the above-referenced apartment;

d. Copies of any and all notices regarding housing quality standards sent to the landlord from **January 1, 2014 to present** on Leonarda Garcia's behalf for the above referenced apartment; and,

e. Any other documents which you have in your custody and/or control pertaining to shelter payments made by or on behalf of Leonarda Garcia from **January 1, 2014 to present** at the above referenced address.

Failure to comply with this subpoena is punishable as a contempt of court, and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

It is hereby ORDERED that the subpoena fee is waived.

WITNESS, Honorable ______________________________. one of the Judges of said court, at 111 Centre Street, New York, New York on the ____ day of August 2023.

Dated: August ____, 2023
New York, New York

SO ORDERED:

________________
HOUSING COURT JUDGE

Respectfully Submitted,
THE LEGAL AID SOCIETY

By: Eliza Chung. Of Counsel
2090 Adam Clayton Powell, Jr. Blvd., 3rd Floor
New York, New York 100027
Tel.: (347) 213-0179
EChung@legal-aid.org
*Attorneys for Respondent*

Pursuant to CLPR §2303(a), copy to:

SDK Heiberger LLP
205 East 42nd Street, 6th Floor
New York, NY 10017
(917) 351-1335
info@sdkhlaw.com
*Attorneys for Petitioner*

**L&T Index No. 308781-23/NY**
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART G

ARTHUR RANSOME HOUSES LP,

Petitioner-Landlord,

-against-

LEONARDA GARCIA
151 West 123rd Street, Apartment 6C
New York, NY 10027

Respondent-Tenant.

**JUDICIAL SUBPOENA DUCES TECUM AND AD TESTIFICANDUM**

Signature (Rule 130-1.1-a)

Eliza Chung, Of Counsel
Twyla Carter, Attorney-in-Chief
The Legal Aid Society
Harlem Community Law Office
2090 Adam Clayton Powell, Jr. Blvd, 3rd Fl.
New York, New York 10027
(347) 213-0179
Echung@legal-aid.org
*Attorneys for Respondent*

To: SDK Heiberger LLP
205 East 42nd Street, 6th Floor
New York, NY 10017
(917) 351-1335
info@sdkhlaw.com
*Attorneys for Petitioner*

NYC Department of Housing Preservation and Development
100 Gold Street
New York, NY 10038