**CIVIL COURT OF THE CITY OF NEW YORK**

**County of** NY
**Date** 12/17/24 **Part** F

**Index No. L&T:** 319223/24
**Page** 1 **of** 1
**Hon.** ___

ARTHUR RANSOME HOUSE
*Petitioner(s),*
*against*

Leonarda Garcia
*Respondent(s)*

2 ATTY
#50

**STIPULATION ~~OF SETTLEMENT~~**
***The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.***

| **Party** (please print) | | **Added/Amended *or* Deleted** | **Appearance** | **No Appearance** | **No Answer** |
|---|---|---|---|---|---|
| Petitioner | | | | | |
| Respondent 1 | Leonarda Garcia | | — | | |
| Respondent 2 | | | | | |
| Respondent 3 | | | | | |

Proceeding adjourned on consent to February 6, 2025 for all purposes at 10:30

James B. Fishman
Fishman Law Group PLLC
Atty for Resp.

SKH Heiberger LLP
Atty for Petitioner.

CIV-LT-30 page 1 (Revised 4/07)