**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK: Housing Part F**

---

**ARTHUR RANSOME HOUSES, LP** **Index No. L&T 319223/24**

**Petitioner,**

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**-against-**

SO ORDERED
DANIELE CHINEA
JUDGE, HOUSING COURT

**LEONARDA GARCIA,**

**Respondent.**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, represented by counsel, as follows:

1. Petitioner acknowledges that the rent sought in the Petition includes HPD's Section 8 share of rent for Respondent's tenancy at the subject apartment.
2. Petitioner acknowledges that Respondent has no legal obligation to pay the Section 8 share of rent for the subject apartment.
3. Petitioner acknowledges that Respondent had paid her share of the rent for the subject apartment at the time of commencement of this proceeding and has since paid her share of the rent through and including the date of this stipulation.
4. Petitioner hereby confirms that it has updated and corrected its records to reflect that Respondent does not personally owe any portion of the HPD Section 8 share of rent for the subject apartment.
5. The Petition is discontinued with prejudice.

6. Respondent alleges the following conditions which require repair/replacement in the subject apartment:

   a. Repair or Replace defective kitchen sink faucet;

   b. Repair Replace defective warped apartment front door;

   c. Repair or Replace defective vanities in both bathrooms;

   d. Plaster and paint entire apartment;

   e. Repair or replace defective radiators to provide adequate heat;

   f. Repair or replace defective toilet flushing mechanism in toilets in both bathrooms.

7. Respondent will provide access on January 27 and January 28, 2025 between 9am and 5pm, workers to arrive by 11am for inspection and repair as necessary and legally required. All required work to be completed within 30 days of first access. In the event Petitioner fails to timely complete all required repairs Respondent may restore this matter for all appropriate relief, including but not limited to contempt.

Signatures follow

Dated: New York, NY
January 27 , 2025

James Fishman

JAMES B. FISHMAN
**FISHMAN LAW GROUP, PLLC**
950 THIRD AVENUE SUITE2600
New York, NY 10022
(212) 897-5840
jfishman@fishmanlaw.nyc
*Attorneys for Respondent*

Eric Kahan

ERIC KAHAN
**SPERBER KAHAN LAW GROUP PLLC**
228 East 45th Street 14th Fl
New York, New York 10017
917 351 1287
eric@sklawpllc.com

*Attorney for Petitioner*

ARTHUR RANSOME HOUSES, LP

Petitioner

By: Detra Williams
Amt As Agent

So Ordered:

J.H.C.