# CERTIFICATION OF BASIS FOR EVICTION PROCEEDING AGAINST TENANT PARTICIPATING IN THE SECTION 8 HOUSING CHOICE VOUCHER PROGRAM

Tenant's Name: LEONARDA GARCIA
Tenant's Adress: 151 WEST 123 STREET APT# 6-C
NEW YORK, NY 10027

Date: 05/02/2025
Voucher #
Apt. #: 6-C

I The undersigned landlord intends to commence an eviction proceeding against you on the following grounds and certifies that the grounds constitute a lawful basis for eviction of a tenant-participant in the Section 8 Program

[X] Non-payment of the tenant's share of rent, at $512.98 per month, for the months of SEE RIDER ATTACHED, for a total of $12,478.43 plus additional charges (if any) in the amount of ________ The landlord does not seek to recover from the tenants the subsidy portion of the rent. Total Contract Rent for apartment is ______
*Explanation and itemization of rent demand and any additional charges (if necessary):*

[ ] Holdover proceedings related to termination or suspension of Section 8 assistance, as follows:

II. (FILL OUT THIS SECTION ONLY IF YOU HAVE A CLAIM AGAINST THE TENANT FOR THE TENANT'S SHARE OF THE RENT AND IF YOU ALSO INTEND TO SUE THE AUTHORITY FOR THE SUBSIDY PORTION OF OF THE CONTRACT RENT.) The undersigned intends to include in the eviction proceeding against the Housing Authority for non-payment of the subsidy portion of the contract rent, at ______ per month, for the months of ______ for a total of $ ______ The landlord will not seek recovery of this amount from the tenant.
*Explanation and itemization of rent demand (if necessary):*

SIGNED: ________
ERIC H. KAHAN, ESQ.
Landlord's Name
ARTHUR RANSOME HOUSES LP

Landlord's Vendor #: ________(required)

Landlord's Attorney: SPERBER KAHAN LAW GROUP PLLC
Attorney's Address 228 East 45th Street
14thTH Floor
New York, 10017
Attorney's Phone #: 917/351-1335

**THIS CERTIFICATION MUST BE EXECUTED BY SOMEONE WITH PERSONAL KNOWLEDGE OF THE RELEVANT FACTS, WHICH MAY BE BASED ON THE LANDLORD'S BOOKS AND RECORDS.**

*Please indicate where form is to be returned to:* [ ] *Landlord* [X] *Attorney* [ ] *Both*

---

**NEW YORK CITY HOUSING AUTHORITY'S REPLY TO CERTIFICATION OF BASIS FOR EVICTION PROCEEDING**

Tenant's Name: LEONARDA GARCIA Voucher #: ______
TO THE ABOVE-NAMED LANDLORD AND TENANT:

[ ] The Housing Authority ACCEPTS the Landlord's Certification on the grounds stated above.
[ ] A. The Housing Authority intends to participate in the eviction proceeding. Please advise the Housing Authority of the date, time and location of the hearing by telephoning (212)-306-8500.
[ ] B. The Tenant has requested a rent determination hearing and the hearing is being expidited by the Housing Authority.

[ ] The Housing Authority OBJECTS TO the Certification for the reason(s) checked below:
[ ] A. The Certification fails to state specific factual allegations regarding the basis for the proceeding.
[ ] B. Failure to allege facts which, if proven, would establish good cause to evict.
[ ] C. The proposed non-payment proceeding seeks to recover from the tenant more than the share of rent for which the tenant is responsible. The correct tenant's share of rent per month is $______ Explanation (if any): ______

[ ] D. The landlord has failed to comply with Section 8 procedures applicable to the tenant and unit at issue, as follows:
[ ] 1. Failure to include proof of mailing of Certification to tenant.
[ ] 2. Other violation(s): ______

[ ] E. The landlord is seeking to withdraw the tenant's unit from the Section 8 Program, in violation of the following applicable law: ______
[ ] This certification is not required for the Hold-over proceeding you seek to bring against this tenant.
[ ] Our records indicate that the above-named tenant is not a NYCHA Section 8 voucher holder.

File No.401089 BY: ______ Date: ______

## FURTHER INFORMATION REGARDING SECTION 8 EVICTION PROCEDURES

The procedures governing eviction proceedings involving tenants in the Section 8 Existing Housing Program are set forth in the Second Partial Consent Judgement in William v. New York City Housing Authority, 81 Civ. 1801(RJW)(1993).

**CALL THE HOUSING AUTHORITY AT (212) 306-8500 IF**

*you would like a copy of the Second Partial Consent Judgment;
*you have any questions or issues or;
*you want the Housing Authority to appear in court or provide additional information.

Before Commencing An Eviction Proceeding based on Non-Payment of Rent or the Termination or Suspension of Section 8 Assistance, a Section 8 Landlord:

*Shall deliver or mail a Certification of Basis for Eviction Proceeding to the tenant and the Authority;
*Shall wait a minimum of 25 days (30 days if the Certification is mailed) before commencing the proceeding, or until the landlord receives the Authority's Reply, whichever is earlier.

Upon Receipt of the Landlord's Certification the Authority Shall:

*Determine whether it ACCEPTS or OBJECTS TO the Certification;
*Provide a written Reply to the landlord and tenant of its determination.

A Section 8 Landlord Shall Not Maintain A Proceeding Where:

*The grounds are different from those stated in the Certification;
*The proceeding seeks a judgment against the tenant for the subsidy portion of the rent;
*The landlord has not waited 25 days (30 days if the Certification was mailed to the Authority), unless the landlord has already received the response from the Authority.

A Section 8 Landlord Who is Required to Certify the Basis for Eviction and Who Commences An Eviction Proceeding Shall:

*State in the petition, or attach to it, all notices showing:
--that the Authority and tenant were given the Certification;
--the reason for the eviction;
--the Authority's response;
--that the grounds are the same as in the Certification;
--that the landlord does not seek to recover the subsidy portion from the tenant;
*Join and serve the Authority, at the commencement of the proceeding, where the Authority OBJECTS or where the landlord seeks the subsidy portion from the Authority;
*Deliver or mail by overnight mail to the Authority, at the commencement of the proceeding, the petition where no Reply was received from the Authority.

The Authority Will Appear In Court:

*As a necessary party if the Authority OBJECTS to the Certification, if the Landlord is seeking the subsidy portion from the Authority, if the Landlord Certifies grounds for a holdover proceeding, or if the Landlord fails to comply with these procedures;
*As a witness or party where the Tenant previously requested that the Authority recalculate the rent but the Authority has not done so;
*In any other eviction proceeding, if subpoenaed either as a witness or to provide further information, or at the Court's request;

### ADDITIONAL NOTICES TO THE TENANT

**CALL THE HOUSING AUTHORITY AT (212) 306-8500** if you have any questions; if you would like additional information; if you want the Authority to appear in court as a witness or a party; or if you previously requested that the Authority recalculate the rent but the Authority has not done so.

YOU MUST ANSWER ALL COURT PAPERS AND APPEAR IN COURT ON ALL DATES. YOU MAY WISH TO OBTAIN LEGAL REPRESENTATION OR ADVICE FROM A LAWYER. WHEN YOU APPEAR IN COURT, TAKE THIS LETTER WITH YOU AND SHOW IT TO THE JUDGE.
**Unless the Housing Authority terminates you from the Section 8 program, YOU MAY REMAIN IN THE PROGRAM EVEN IF YOU ARE EVICTED.

**CERTIFICATION OF BASIS FOR EVICTION PROCEEDING AGAINST TENANT PARTICIPATING IN THE SECTION 8 HOUSING CHOICE VOUCHER PROGRAM**

Tenant's Name: LEONARDA GARCIA
Tenant's Adress: 151 WEST 123 STREET
NEW YORK, NY 10027

Date: 05/02/2025
Voucher #
Apt. #: 6-C

I The undersigned landlord intends to commence an eviction proceeding against you on the following grounds and certifies that the grounds constitute a lawful basis for eviction of a tenant-participant in the Section 8 Program.

[X] Non-payment of the tenant's share of rent, at **$512.98** per month, for the months of **SEE RIDER ATTACHED,** for a total of **$12,478.43** plus additional charges (if any) in the amount of ______ The landlord does not seek to recover from the tenants the subsidy portion of the rent. Total Contract Rent for apartment is **$0.00**
*Explanation and itemization of rent demand and any additional charges (if necessary):*

[ ] Holdover proceeding related to the alleged expiration of the Section 8 lease and assistance contract on________ based on good cause as folows:

II. (FILL OUT THIS SECTION ONLY IF YOU HAVE A CLAIM AGAINST THE TENANT FOR THE TENANT'S SHARE OF THE RENT AND IF YOU ALSO INTEND TO SUE THE AUTHORITY FOR THE SUBSIDY PORTION OF OF THE CONTRACT RENT.) The undersigned intends to include in the eviction proceeding against the Housing Authority for non-payment of the subsidy portion of the contract rent, at __________ per month, for the months of ____________ for a total of $ __________ The landlord will not seek recovery of this amount from the tenant.
*Explanation and itemization of rent demand (if necessary):*

SIGNED:________________.
ERIC H. KAHAN, ESQ.
Landlord's Name
ARTHUR RANSOME HOUSES LP

Landlord's Vendor #: ______________(required)

Landlord's Attorney: SPERBER KAHAN LAW GROUP PLLC
Attorney's Address 228 East 45th Street
14thTH Floor
New York, 10017
Attorney's Phone #: 917/351-1335

**THIS CERTIFICATION MUST BE EXECUTED BY SOMEONE WITH PERSONAL KNOWLEDGE OF THE RELEVANT FACTS, WHICH MAY BE BASED ON THE LANDLORD'S BOOKS AND RECORDS.**

*Please indicate where form is to be returned to:* [ ] *Landlord* [X] *Attorney* [ ] *Both*

---

**NOTICE TO TENANT**

PLEASE ADVISE THE HOUSING AUTHORITY WITHIN 10 DAYS OF THE DATE THIS CERTIFICATION IS MAILED OR DELIVERED OF ANY REASON WHY EVICTION PROCEEDING SHOULD NOT BE BROUGHT AGAINST YOU You may respond or object by calling (212) 306-8500 at the Housing Authority or by writing to:

**NEW YORK CITY HOUSING AUTHORITY**
**LEASED HOUSING DEPARTMENT, EVICTION REVIEW UNIT**
**90 CHURCH STREET, 9TH FLOOR**
**NEW YORK, NY 10007**

In approximately 20 days, the Housing Authority will send you a copy of its reply.
- Your landlord must prove in court that there is good cause to evict you.
- Your landlord may not sue you for the subsidy portion of the rent.

IF YOUR LANDLORD TAKES YOU TO COURT, YOU MUST ANSWER ALL COURT PAPERS AND APPEAR IN COURT ON ALL DATES. YOU MAY RAISE IN COURT ANY DEFENSES THAT YOU HAVE.
- Your landlord must prove in court that there is good cause to evict you.
- Your landlord may not sue you for the subsidy portion of the rent.

YOU MAY WISH TO OBTAIN LEGAL REPRESENTATION OR ADVICE FROM A LAWYER. WHEN YOU APPEAR IN COURT, TAKE THIS LETTER WITH YOU AND SHOW IT TO THE JUDGE. CALL THE HOUSING AUTHORITY AT (212) 306-8500 IF YOU HAVE ANY QUESTIONS.

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | February 2014 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 02/01/14 | 83062 | ADJ | 02/12/14 | Rent | 902.08 | | | 902.08 |
| 02/01/14 | 83062 | ADJ | 02/12/14 | Security Depos | 902.08 | | | 1,804.16 |
| | 83260A | PAID | 02/13/14 | | | 105981119332 | 902.00 | 902.16 |
| | 83260B | PAID | 02/13/14 | | | 105981119343 | 902.00 | 0.16 |
| | | | March 2014 | | | | | |
| Opening Balance | | | | | | | | 0.16 |
| 03/01/14 | SYS | BILL | 03/01/14 | Rent | 902.08 | | | 902.24 |
| | 85138 | PAID | 03/05/14 | | | 145 | 902.00 | 0.24 |
| | | | April 2014 | | | | | |
| Opening Balance | | | | | | | | 0.24 |
| 04/01/14 | SYS | BILL | 04/01/14 | Rent | 902.08 | | | 902.32 |
| | 89057 | PAID | 04/10/14 | | | 0 | 902.32 | 0.00 |
| | | | May 2014 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/14 | SYS | BILL | 05/01/14 | Rent | 902.08 | | | 902.08 |
| | 91401 | PAID | 05/07/14 | | | 148 | 902.08 | 0.00 |
| | | | June 2014 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 06/01/14 | SYS | BILL | 06/01/14 | Rent | 902.08 | | | 902.08 |
| | 94176 | PAID | 06/04/14 | | | 150 | 902.08 | 0.00 |
| | | | July 2014 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 07/01/14 | SYS | BILL | 07/01/14 | Rent | 902.08 | | | 902.08 |
| | 97477 | PAID | 07/09/14 | | | 152 | 902.00 | 0.08 |
| | | | August 2014 | | | | | |
| Opening Balance | | | | | | | | 0.08 |
| 08/01/14 | SYS | BILL | 08/01/14 | Rent | 902.08 | | | 902.16 |
| | 458 | PAID | 08/06/14 | | | 153 | 902.80 | -0.64 |
| | | | September 2014 | | | | | |
| Opening Balance | | | | | | | | -0.64 |
| 09/01/14 | SYS | BILL | 09/01/14 | Rent | 902.08 | | | 901.44 |
| | 3809 | PAID | 09/08/14 | | | 154 | 902.12 | -0.68 |
| | | | October 2014 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 10/01/14 | SYS | BILL | 10/01/14 | Rent | 902.08 | | | 901.40 |
| | 12627 | PAID | 10/06/14 | | | 157 | 902.08 | -0.68 |
| | | | November 2014 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 11/01/14 | SYS | BILL | 11/01/14 | Rent | 902.08 | | | 901.40 |
| | 16012 | PAID | 11/07/14 | | | 347111695 | 902.08 | -0.68 |
| | | | December 2014 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 12/01/14 | SYS | BILL | 12/01/14 | Rent | 902.08 | | | 901.40 |
| | 19170 | PAID | 12/10/14 | | | 352545942 | 902.08 | -0.68 |
| | | | January 2015 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 01/01/15 | SYS | BILL | 01/01/15 | Rent | 902.08 | | | 901.40 |
| | 21975 | PAID | 01/12/15 | | | 357811794 | 902.08 | -0.68 |
| | | | February 2015 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 02/01/15 | SYS | BILL | 02/01/15 | Rent | 902.08 | | | 901.40 |
| | 23949 | PAID | 02/04/15 | | | 362483403 | 902.08 | -0.68 |
| | | | March 2015 | | | | | |

Building Number: 151W123
Unit Number: 6C

Tenant Ledger
GARCIA, LEONARDA



| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | -0.68 |
| 03/01/15 | SYS | BILL | 03/01/15 | Rent | 902.08 | | | 901.40 |
| | 27479 | PAID | 03/10/15 | | | 368282407 | 902.08 | -0.68 |
| | | | April 2015 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 04/01/15 | SYS | BILL | 04/01/15 | Rent | 902.08 | | | 901.40 |
| | 30104 | PAID | 04/08/15 | | | 373499337 | 902.08 | -0.68 |
| | | | May 2015 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 05/01/15 | SYS | BILL | 05/01/15 | Rent | 902.08 | | | 901.40 |
| | 33523 | PAID | 05/13/15 | | | 379302626 | 902.08 | -0.68 |
| | | | June 2015 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 06/01/15 | SYS | BILL | 06/01/15 | Rent | 902.08 | | | 901.40 |
| | 35803 | PAID | 06/09/15 | | | 384215376 | 902.00 | -0.60 |
| | | | July 2015 | | | | | |
| Opening Balance | | | | | | | | -0.60 |
| 07/01/15 | SYS | BILL | 07/01/15 | Rent | 902.08 | | | 901.48 |
| | 38456 | PAID | 07/09/15 | | | 389780769 | 902.08 | -0.60 |
| | | | August 2015 | | | | | |
| Opening Balance | | | | | | | | -0.60 |
| 08/01/15 | SYS | BILL | 08/01/15 | Rent | 902.08 | | | 901.48 |
| | 40636 | PAID | 08/05/15 | | | CP_ACH | 901.48 | 0.00 |
| | | | September 2015 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 09/01/15 | SYS | BILL | 09/01/15 | Rent | 902.08 | | | 902.08 |
| | 43820 | PAID | 09/03/15 | | | CP_ACH | 902.08 | 0.00 |
| | | | October 2015 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 10/01/15 | SYS | BILL | 10/01/15 | Rent | 902.08 | | | 902.08 |
| | 47053 | PAID | 10/02/15 | | | CP_ACH | 902.08 | 0.00 |
| | 50193 | PAID | 10/30/15 | | | 159 | 18.04 | -18.04 |
| | | | November 2015 | | | | | |
| Opening Balance | | | | | | | | -18.04 |
| 11/01/15 | SYS | BILL | 11/01/15 | Rent | 902.08 | | | 884.04 |
| | 50640 | PAID | 11/05/15 | | | CP_ACH | 902.08 | -18.04 |
| | | | December 2015 | | | | | |
| Opening Balance | | | | | | | | -18.04 |
| 12/01/15 | SYS | BILL | 12/01/15 | Rent | 902.08 | | | 884.04 |
| 12/01/15 | SYS | BILL | 12/01/15 | Security Depos | 18.04 | | | 902.08 |
| | 53408 | PAID | 12/04/15 | | | CP_ACH | 884.04 | 18.04 |
| | | | January 2016 | | | | | |
| Opening Balance | | | | | | | | 18.04 |
| 01/01/16 | SYS | BILL | 01/01/16 | Rent | 902.08 | | | 920.12 |
| | | | February 2016 | | | | | |
| Opening Balance | | | | | | | | 920.12 |
| 02/01/16 | SYS | BILL | 02/01/16 | Rent | 920.12 | | | 1,840.24 |
| | 62308 | PAID | 02/26/16 | | | CP_ACH | 920.00 | 920.24 |
| | | | March 2016 | | | | | |
| Opening Balance | | | | | | | | 920.24 |
| 03/01/16 | SYS | BILL | 03/01/16 | Rent | 920.12 | | | 1,840.36 |
| 12/01/15 | 64541 | ADJ | 03/15/16 | Adj Db-Subsidy | -1,872.32 | | | -31.96 |
| | 64541 | Reapplied | 03/15/16 | | | | 0.00 | -31.96 |
| 03/01/16 | 65122B | ADJ | 03/21/16 | Rent | -18.04 | | | -50.00 |
| 02/01/16 | 65122B | ADJ | 03/21/16 | Rent | -18.04 | | | -68.04 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 65122A | Reapplied | 03/21/16 | | | | -1,872.32 | 1,804.28 |
| | 65122B | Reapplied | 03/21/16 | | | | 1,872.32 | -68.04 |
| | 65809 | PAID | 03/31/16 | | | CP_ACH | 365.96 | -434.00 |
| | | | April 2016 | | | | | |
| Opening Balance | | | | | | | | -434.00 |
| 04/01/16 | SYS | BILL | 04/01/16 | Rent | 902.08 | | | 468.08 |
| 04/01/16 | SYS | BILL | 04/01/16 | Sec. 8 | -468.08 | | | 0.00 |
| | | | May 2016 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/16 | SYS | BILL | 05/01/16 | Rent | 902.08 | | | 902.08 |
| 05/01/16 | SYS | BILL | 05/01/16 | Sec. 8 | -468.08 | | | 434.00 |
| | 68975 | PAID | 05/05/16 | | | CP_ACH | 434.00 | 0.00 |
| | | | June 2016 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 06/01/16 | SYS | BILL | 06/01/16 | Rent | 902.08 | | | 902.08 |
| 06/01/16 | SYS | BILL | 06/01/16 | Sec. 8 | -468.08 | | | 434.00 |
| | 71813 | PAID | 06/03/16 | | | CP_ACH | 434.00 | 0.00 |
| | 73332 | PAID | 06/17/16 | | | 90 | 260.00 | -260.00 |
| 06/00/16 | 75515 | ADJ | 06/30/16 | Adj Db-Subsidy | -340.00 | | | -600.00 |
| | | | July 2016 | | | | | |
| Opening Balance | | | | | | | | -600.00 |
| 07/01/16 | SYS | BILL | 07/01/16 | Rent | 902.08 | | | 302.08 |
| 07/01/16 | SYS | BILL | 07/01/16 | Sec. 8 | -468.08 | | | -166.00 |
| 06/00/16 | 76624 | ADJ | 07/21/16 | Adj Db-Subsidy | -170.00 | | | -336.00 |
| | | | August 2016 | | | | | |
| Opening Balance | | | | | | | | -336.00 |
| 08/01/16 | SYS | BILL | 08/01/16 | Rent | 902.08 | | | 566.08 |
| 08/01/16 | SYS | BILL | 08/01/16 | Sec. 8 | -638.08 | | | -72.00 |
| | 77828 | PAID | 08/02/16 | | | CP_ACH | 188.00 | -260.00 |
| | | | September 2016 | | | | | |
| Opening Balance | | | | | | | | -260.00 |
| 09/01/16 | SYS | BILL | 09/01/16 | Rent | 902.08 | | | 642.08 |
| 09/01/16 | SYS | BILL | 09/01/16 | Sec. 8 | -638.08 | | | 4.00 |
| | | | October 2016 | | | | | |
| Opening Balance | | | | | | | | 4.00 |
| 10/01/16 | SYS | BILL | 10/01/16 | Rent | 902.08 | | | 906.08 |
| 10/01/16 | SYS | BILL | 10/01/16 | Sec. 8 | -638.08 | | | 268.00 |
| | 84637 | PAID | 10/06/16 | | | CP_ACH | 268.00 | 0.00 |
| | | | November 2016 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/16 | SYS | BILL | 11/01/16 | Rent | 902.08 | | | 902.08 |
| 11/01/16 | SYS | BILL | 11/01/16 | Sec. 8 | -638.08 | | | 264.00 |
| | 87440 | PAID | 11/03/16 | | | CP_ACH | 264.00 | 0.00 |
| | | | December 2016 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/16 | SYS | BILL | 12/01/16 | Rent | 902.08 | | | 902.08 |
| 12/01/16 | SYS | BILL | 12/01/16 | Sec. 8 | -638.08 | | | 264.00 |
| | 91389 | PAID | 12/01/16 | | | CP_ACH | 264.00 | 0.00 |
| | 93820 | PAID | 12/30/16 | | | CP_ACH | 264.00 | -264.00 |
| | | | January 2017 | | | | | |
| Opening Balance | | | | | | | | -264.00 |
| 01/01/17 | SYS | BILL | 01/01/17 | Rent | 902.08 | | | 638.08 |
| 01/01/17 | SYS | BILL | 01/01/17 | Sec. 8 | -638.08 | | | 0.00 |
| 01/01/17 | 96410 | ADJ | 01/25/17 | Adj Db-Subsidy | 69.00 | | | 69.00 |
| | 96410 | Reapplied | 01/25/17 | | | | 0.00 | 69.00 |
| | | | February 2017 | | | | | |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | 69.00 |
| 02/01/17 | SYS | BILL | 02/01/17 | Rent | 902.08 | | | 971.08 |
| 02/01/17 | SYS | BILL | 02/01/17 | Sec. 8 | -569.08 | | | 402.00 |
| | 97222 | PAID | 02/02/17 | | | CP_ACH | 264.00 | 138.00 |
| | | | March 2017 | | | | | |
| Opening Balance | | | | | | | | 138.00 |
| 03/01/17 | SYS | BILL | 03/01/17 | Rent | 902.08 | | | 1,040.08 |
| 03/01/17 | SYS | BILL | 03/01/17 | Sec. 8 | -569.08 | | | 471.00 |
| | 14 | PAID | 03/02/17 | | | CP_ACH | 471.00 | 0.00 |
| | | | April 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/17 | SYS | BILL | 04/01/17 | Rent | 902.08 | | | 902.08 |
| 04/01/17 | SYS | BILL | 04/01/17 | Sec. 8 | -569.08 | | | 333.00 |
| | 3401 | PAID | 04/05/17 | | | CP_ACH | 333.00 | 0.00 |
| | | | May 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/17 | SYS | BILL | 05/01/17 | Rent | 902.08 | | | 902.08 |
| 05/01/17 | SYS | BILL | 05/01/17 | Sec. 8 | -569.08 | | | 333.00 |
| | 6254 | PAID | 05/04/17 | | | CP_ACH | 333.00 | 0.00 |
| | | | June 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 06/01/17 | SYS | BILL | 06/01/17 | Rent | 902.08 | | | 902.08 |
| 06/01/17 | SYS | BILL | 06/01/17 | Sec. 8 | -569.08 | | | 333.00 |
| | 9337 | PAID | 06/06/17 | | | CP_ACH | 333.00 | 0.00 |
| | | | July 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 07/01/17 | SYS | BILL | 07/01/17 | Rent | 902.08 | | | 902.08 |
| 07/01/17 | SYS | BILL | 07/01/17 | Sec. 8 | -569.08 | | | 333.00 |
| | 12574 | PAID | 07/07/17 | | | CP_ACH | 333.00 | 0.00 |
| | | | August 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 08/01/17 | SYS | BILL | 08/01/17 | Rent | 902.08 | | | 902.08 |
| 08/01/17 | SYS | BILL | 08/01/17 | Sec. 8 | -569.08 | | | 333.00 |
| | 15488 | PAID | 08/04/17 | | | CP_ACH | 288.00 | 45.00 |
| 08/01/17 | 16975 | ADJ | 08/17/17 | Adj Db-Subsidy | -90.00 | | | -45.00 |
| | 16975 | Reapplied | 08/17/17 | | | | 0.00 | -45.00 |
| | | | September 2017 | | | | | |
| Opening Balance | | | | | | | | -45.00 |
| 09/01/17 | SYS | BILL | 09/01/17 | Rent | 902.08 | | | 857.08 |
| 09/01/17 | SYS | BILL | 09/01/17 | Sec. 8 | -614.08 | | | 243.00 |
| | 18472 | PAID | 09/06/17 | | | CP_ACH | 243.00 | 0.00 |
| | | | October 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 10/01/17 | SYS | BILL | 10/01/17 | Rent | 902.08 | | | 902.08 |
| 10/01/17 | SYS | BILL | 10/01/17 | Sec. 8 | -614.08 | | | 288.00 |
| | 21632 | PAID | 10/05/17 | | | CP_ACH | 288.00 | 0.00 |
| | | | November 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/17 | SYS | BILL | 11/01/17 | Rent | 902.08 | | | 902.08 |
| 11/01/17 | SYS | BILL | 11/01/17 | Sec. 8 | -614.08 | | | 288.00 |
| | 25670 | PAID | 11/13/17 | | | CP_ACH | 288.00 | 0.00 |
| | | | December 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/17 | SYS | BILL | 12/01/17 | Rent | 902.08 | | | 902.08 |
| 12/01/17 | SYS | BILL | 12/01/17 | Sec. 8 | -614.08 | | | 288.00 |
| | 28175 | PAID | 12/08/17 | | | CP_ACH | 288.00 | 0.00 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | January 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 01/01/18 | SYS | BILL | 01/01/18 | Rent | 902.08 | | | 902.08 |
| 01/01/18 | SYS | BILL | 01/01/18 | Sec. 8 | -614.08 | | | 288.00 |
| | 30513 | PAID | 01/02/18 | | | CP_ACH | 288.00 | 0.00 |
| | 33692 | PAID | 01/31/18 | | | CP_ACH | 288.00 | -288.00 |
| | | | February 2018 | | | | | |
| Opening Balance | | | | | | | | -288.00 |
| 02/01/18 | SYS | BILL | 02/01/18 | Rent | 902.08 | | | 614.08 |
| 02/01/18 | SYS | BILL | 02/01/18 | Sec. 8 | -614.08 | | | 0.00 |
| | | | March 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/18 | SYS | BILL | 03/01/18 | Rent | 902.08 | | | 902.08 |
| 03/01/18 | SYS | BILL | 03/01/18 | Sec. 8 | -614.08 | | | 288.00 |
| | 37178 | PAID | 03/01/18 | | | CP_ACH | 576.00 | -288.00 |
| 03/01/18 | 38938 | ADJ | 03/14/18 | Adj Db-Subsidy | 288.00 | | | 0.00 |
| | | | April 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/18 | SYS | BILL | 04/01/18 | Rent | 902.08 | | | 902.08 |
| 04/01/18 | SYS | BILL | 04/01/18 | Sec. 8 | -326.08 | | | 576.00 |
| | 41762 | PAID | 04/10/18 | | | CP_ACH | 576.00 | 0.00 |
| | 43584 | PAID | 04/30/18 | | | CP_ACH | 576.00 | -576.00 |
| | | | May 2018 | | | | | |
| Opening Balance | | | | | | | | -576.00 |
| 05/01/18 | SYS | BILL | 05/01/18 | Rent | 920.12 | | | 344.12 |
| 05/01/18 | SYS | BILL | 05/01/18 | Sec. 8 | -326.08 | | | 18.04 |
| | | | June 2018 | | | | | |
| Opening Balance | | | | | | | | 18.04 |
| 06/01/18 | SYS | BILL | 06/01/18 | Rent | 920.12 | | | 938.16 |
| 06/01/18 | SYS | BILL | 06/01/18 | Sec. 8 | -326.08 | | | 612.08 |
| | 47133 | PAID | 06/05/18 | | | CP_ACH | 612.08 | 0.00 |
| | | | July 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 07/01/18 | SYS | BILL | 07/01/18 | Rent | 920.12 | | | 920.12 |
| 07/01/18 | SYS | BILL | 07/01/18 | Sec. 8 | -326.08 | | | 594.04 |
| | 50573 | PAID | 07/09/18 | | | CP_ACH | 594.04 | 0.00 |
| | | | August 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 08/01/18 | SYS | BILL | 08/01/18 | Rent | 920.12 | | | 920.12 |
| 08/01/18 | SYS | BILL | 08/01/18 | Sec. 8 | -326.08 | | | 594.04 |
| 08/01/18 | 55896B | ADJ | 08/27/18 | Adj Cr-Subsidy | -220.00 | | | 374.04 |
| 07/01/18 | 55896B | ADJ | 08/27/18 | Adj Cr-Subsidy | -440.00 | | | -65.96 |
| | 55896C | Reapplied | 08/27/18 | | | CP_ACH | 594.04 | -660.00 |
| | 55896A | Reapplied | 08/27/18 | | | CP_ACH | -594.04 | -65.96 |
| | | | September 2018 | | | | | |
| Opening Balance | | | | | | | | -65.96 |
| 09/01/18 | SYS | BILL | 09/01/18 | Rent | 920.12 | | | 854.16 |
| 09/01/18 | SYS | BILL | 09/01/18 | Sec. 8 | -326.08 | | | 528.08 |
| | 56603 | PAID | 09/06/18 | | | CP_ACH | 308.08 | 220.00 |
| | | | October 2018 | | | | | |
| Opening Balance | | | | | | | | 220.00 |
| 10/01/18 | SYS | BILL | 10/01/18 | Rent | 920.12 | | | 1,140.12 |
| 10/01/18 | SYS | BILL | 10/01/18 | Sec. 8 | -326.08 | | | 814.04 |
| | 59414 | PAID | 10/04/18 | | | CP_ACH | 374.04 | 440.00 |
| 10/01/18 | 61166 | ADJ | 10/17/18 | Adj Cr-Subsidy | -220.00 | | | 220.00 |
| 10/00/18 | 63889 | ADJ | 10/30/18 | Adj Db-Subsidy | -220.00 | | | 0.00 |

Building Number: 151W123
Unit Number: 6C

Tenant Ledger
GARCIA, LEONARDA



| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | November 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/18 | SYS | BILL | 11/01/18 | Rent | 920.12 | | | 920.12 |
| 11/01/18 | SYS | BILL | 11/01/18 | Sec. 8 | -546.08 | | | 374.04 |
| | 62572 | PAID | 11/02/18 | | | CP_ACH | 374.04 | 0.00 |
| | | | December 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/18 | SYS | BILL | 12/01/18 | Rent | 920.12 | | | 920.12 |
| 12/01/18 | SYS | BILL | 12/01/18 | Sec. 8 | -546.08 | | | 374.04 |
| | 65432 | PAID | 12/06/18 | | | CP_ACH | 374.04 | 0.00 |
| | | | January 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 01/01/19 | SYS | BILL | 01/01/19 | Rent | 920.12 | | | 920.12 |
| 01/01/19 | SYS | BILL | 01/01/19 | Sec. 8 | -546.08 | | | 374.04 |
| | 68068 | PAID | 01/04/19 | | | CP_ACH | 374.04 | 0.00 |
| | 70747 | PAID | 01/31/19 | | | CP_ACH | 374.04 | -374.04 |
| | | | February 2019 | | | | | |
| Opening Balance | | | | | | | | -374.04 |
| 02/01/19 | SYS | BILL | 02/01/19 | Rent | 920.12 | | | 546.08 |
| 02/01/19 | SYS | BILL | 02/01/19 | Sec. 8 | -546.08 | | | 0.00 |
| | | | March 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/19 | SYS | BILL | 03/01/19 | Rent | 920.12 | | | 920.12 |
| 03/01/19 | SYS | BILL | 03/01/19 | Sec. 8 | -546.08 | | | 374.04 |
| | 74014 | PAID | 03/07/19 | | | CP_ACH | 374.04 | 0.00 |
| | | | April 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/19 | SYS | BILL | 04/01/19 | Rent | 920.12 | | | 920.12 |
| 04/01/19 | SYS | BILL | 04/01/19 | Sec. 8 | -546.08 | | | 374.04 |
| | 76540 | PAID | 04/04/19 | | | CP_ACH | 374.04 | 0.00 |
| | | | May 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/19 | SYS | BILL | 05/01/19 | Rent | 920.12 | | | 920.12 |
| 05/01/19 | SYS | BILL | 05/01/19 | Sec. 8 | -546.08 | | | 374.04 |
| | 79404 | PAID | 05/03/19 | | | CP_ACH | 471.04 | -97.00 |
| | 81880 | Reapplied | 05/30/19 | | | | 0.00 | -97.00 |
| | | | June 2019 | | | | | |
| Opening Balance | | | | | | | | -97.00 |
| 06/01/19 | SYS | BILL | 06/01/19 | Rent | 920.12 | | | 823.12 |
| 06/01/19 | SYS | BILL | 06/01/19 | Sec. 8 | -546.08 | | | 277.04 |
| | 82265 | PAID | 06/06/19 | | | CP_ACH | 471.04 | -194.00 |
| 06/01/19 | 84105 | ADJ | 06/21/19 | Adj Db-Subsidy | 97.00 | | | -97.00 |
| 05/01/19 | 84105 | ADJ | 06/21/19 | Adj Db-Subsidy | 97.00 | | | 0.00 |
| | 84105 | Reapplied | 06/21/19 | | | | 0.00 | 0.00 |
| | | | July 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 07/01/19 | SYS | BILL | 07/01/19 | Rent | 920.12 | | | 920.12 |
| 07/01/19 | SYS | BILL | 07/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 84757 | PAID | 07/05/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | August 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 08/01/19 | SYS | BILL | 08/01/19 | Rent | 920.12 | | | 920.12 |
| 08/01/19 | SYS | BILL | 08/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 87608 | PAID | 08/01/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | September 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 09/01/19 | SYS | BILL | 09/01/19 | Rent | 920.12 | | | 920.12 |
| 09/01/19 | SYS | BILL | 09/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 90830 | PAID | 09/06/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | October 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 10/01/19 | SYS | BILL | 10/01/19 | Rent | 920.12 | | | 920.12 |
| 10/01/19 | SYS | BILL | 10/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 93501 | PAID | 10/04/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | November 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/19 | SYS | BILL | 11/01/19 | Rent | 920.12 | | | 920.12 |
| 11/01/19 | SYS | BILL | 11/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 96695 | PAID | 11/07/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | December 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/19 | SYS | BILL | 12/01/19 | Rent | 920.12 | | | 920.12 |
| 12/01/19 | SYS | BILL | 12/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 98788 | PAID | 12/03/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | January 2020 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 01/01/20 | SYS | BILL | 01/01/20 | Rent | 920.12 | | | 920.12 |
| 01/01/20 | SYS | BILL | 01/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 1791 | PAID | 01/03/20 | | | CP_ACH | 471.04 | 0.00 |
| | | | February 2020 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 02/01/20 | SYS | BILL | 02/01/20 | Rent | 920.12 | | | 920.12 |
| 02/01/20 | SYS | BILL | 02/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 4767 | PAID | 02/05/20 | | | CP_ACH | 471.04 | 0.00 |
| | | | March 2020 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/20 | SYS | BILL | 03/01/20 | Rent | 920.12 | | | 920.12 |
| 03/01/20 | SYS | BILL | 03/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 7482 | PAID | 03/02/20 | | | CP_ACH | 471.04 | 0.00 |
| | | | April 2020 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/20 | SYS | BILL | 04/01/20 | Rent | 920.12 | | | 920.12 |
| 04/01/20 | SYS | BILL | 04/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 10575 | PAID | 04/01/20 | | | CP_ACH | 494.04 | -23.00 |
| | | | May 2020 | | | | | |
| Opening Balance | | | | | | | | -23.00 |
| 05/01/20 | SYS | BILL | 05/01/20 | Rent | 920.12 | | | 897.12 |
| 05/01/20 | SYS | BILL | 05/01/20 | Sec. 8 | -449.08 | | | 448.04 |
| | 13861 | PAID | 05/05/20 | | | CP_ACH | 494.04 | -46.00 |
| | | | June 2020 | | | | | |
| Opening Balance | | | | | | | | -46.00 |
| 06/01/20 | SYS | BILL | 06/01/20 | Rent | 943.12 | | | 897.12 |
| 06/01/20 | SYS | BILL | 06/01/20 | Sec. 8 | -449.08 | | | 448.04 |
| 06/01/20 | SYS | BILL | 06/01/20 | Security Depos | 23.00 | | | 471.04 |
| | 16485 | PAID | 06/03/20 | | | CP_ACH | 494.04 | -23.00 |
| | | | July 2020 | | | | | |
| Opening Balance | | | | | | | | -23.00 |
| 07/01/20 | SYS | BILL | 07/01/20 | Rent | 943.12 | | | 920.12 |
| 07/01/20 | SYS | BILL | 07/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 19356 | PAID | 07/01/20 | | | CP_ACH | 471.04 | 0.00 |
| | 22034 | PAID | 07/30/20 | | | CP_ACH | 494.04 | -494.04 |
| | | | August 2020 | | | | | |

Building Number: 151W123
Unit Number: 6C

Tenant Ledger
GARCIA, LEONARDA


Printed: 05/02/25 at 12:16pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | -494.04 |
| 08/01/20 | SYS | BILL | 08/01/20 | Rent | 943.12 | | | 449.08 |
| 08/01/20 | SYS | BILL | 08/01/20 | Sec. 8 | -449.08 | | | 0.00 |
| | | | September 2020 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 09/01/20 | SYS | BILL | 09/01/20 | Rent | 943.12 | | | 943.12 |
| 09/01/20 | SYS | BILL | 09/01/20 | Sec. 8 | -449.08 | | | 494.04 |
| 09/01/20 | 29110A | ADJ | 09/18/20 | Adj Cr-Subsidy | -119.00 | | | 375.04 |
| 09/00/20 | 29110B | ADJ | 09/18/20 | Adj Db-Subsidy | -476.00 | | | -100.96 |
| | 27928 | PAID | 09/30/20 | | | CP_ACH | 297.08 | -398.04 |
| | | | October 2020 | | | | | |
| Opening Balance | | | | | | | | -398.04 |
| 10/01/20 | SYS | BILL | 10/01/20 | Rent | 943.12 | | | 545.08 |
| 10/01/20 | SYS | BILL | 10/01/20 | Sec. 8 | -449.08 | | | 96.00 |
| 10/01/20 | 32604 | ADJ | 10/22/20 | Adj Cr-Subsidy | -119.00 | | | -23.00 |
| | | | November 2020 | | | | | |
| Opening Balance | | | | | | | | -23.00 |
| 11/01/20 | SYS | BILL | 11/01/20 | Rent | 943.12 | | | 920.12 |
| 11/01/20 | SYS | BILL | 11/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 31257 | PAID | 11/04/20 | | | CP_ACH | 375.04 | 96.00 |
| 11/01/20 | 35607 | ADJ | 11/27/20 | Adj Cr-Subsidy | -119.00 | | | -23.00 |
| | | | December 2020 | | | | | |
| Opening Balance | | | | | | | | -23.00 |
| 12/01/20 | SYS | BILL | 12/01/20 | Rent | 943.12 | | | 920.12 |
| 12/01/20 | SYS | BILL | 12/01/20 | Sec. 8 | -568.08 | | | 352.04 |
| | 33988 | PAID | 12/03/20 | | | CP_ACH | 375.04 | -23.00 |
| | | | January 2021 | | | | | |
| Opening Balance | | | | | | | | -23.00 |
| 01/01/21 | SYS | BILL | 01/01/21 | Rent | 943.12 | | | 920.12 |
| 01/01/21 | SYS | BILL | 01/01/21 | Sec. 8 | -568.08 | | | 352.04 |
| | 36747 | PAID | 01/04/21 | | | CP_ACH | 375.04 | -23.00 |
| | 39168 | PAID | 01/29/21 | | | CP_ACH | 352.04 | -375.04 |
| | | | February 2021 | | | | | |
| Opening Balance | | | | | | | | -375.04 |
| 02/01/21 | SYS | BILL | 02/01/21 | Rent | 943.12 | | | 568.08 |
| 02/01/21 | SYS | BILL | 02/01/21 | Sec. 8 | -568.08 | | | 0.00 |
| | | | March 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/21 | SYS | BILL | 03/01/21 | Rent | 943.12 | | | 943.12 |
| 03/01/21 | SYS | BILL | 03/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 42167 | PAID | 03/02/21 | | | CP_ACH | [illegible] | 0.00 |
| | 45220 | PAID | 03/31/21 | | | CP_ACH | 375.04 | -375.04 |
| | | | April 2021 | | | | | |
| Opening Balance | | | | | | | | -375.04 |
| 04/01/21 | SYS | BILL | 04/01/21 | Rent | 943.12 | | | 568.08 |
| 04/01/21 | SYS | BILL | 04/01/21 | Sec. 8 | -568.08 | | | 0.00 |
| | | | May 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/21 | SYS | BILL | 05/01/21 | Rent | 943.12 | | | 943.12 |
| 05/01/21 | SYS | BILL | 05/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 48888 | PAID | 05/06/21 | | | CP_ACH | 375.04 | 0.00 |
| | 50951 | PAID | 05/28/21 | | | CP_ACH | 375.04 | -375.04 |
| | | | June 2021 | | | | | |
| Opening Balance | | | | | | | | -375.04 |
| 06/01/21 | SYS | BILL | 06/01/21 | Rent | 943.12 | | | 568.08 |
| 06/01/21 | SYS | BILL | 06/01/21 | Sec. 8 | -568.08 | | | 0.00 |

Building Number: 151W123
Unit Number: 6C

Tenant Ledger
GARCIA, LEONARDA



| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | July 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 07/01/21 | SYS | BILL | 07/01/21 | Rent | 943.12 | | | 943.12 |
| 07/01/21 | SYS | BILL | 07/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 54007 | PAID | 07/01/21 | | | CP_ACH | 375.04 | 0.00 |
| | 56510 | PAID | 07/29/21 | | | CP_ACH | 375.04 | -375.04 |
| | | | August 2021 | | | | | |
| Opening Balance | | | | | | | | -375.04 |
| 08/01/21 | SYS | BILL | 08/01/21 | Rent | 943.12 | | | 568.08 |
| 08/01/21 | SYS | BILL | 08/01/21 | Sec. 8 | -568.08 | | | 0.00 |
| | | | September 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 09/01/21 | SYS | BILL | 09/01/21 | Rent | 943.12 | | | 943.12 |
| 09/01/21 | SYS | BILL | 09/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 59895 | PAID | 09/02/21 | | | CP_ACH | 375.04 | 0.00 |
| | | | October 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 10/01/21 | SYS | BILL | 10/01/21 | Rent | 943.12 | | | 943.12 |
| 10/01/21 | SYS | BILL | 10/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 62780 | PAID | 10/01/21 | | | CP_ACH | 375.04 | 0.00 |
| | | | November 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/21 | SYS | BILL | 11/01/21 | Rent | 943.12 | | | 943.12 |
| 11/01/21 | SYS | BILL | 11/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 65755 | PAID | 11/02/21 | | | CP_ACH | 375.04 | 0.00 |
| | | | December 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/21 | SYS | BILL | 12/01/21 | Rent | 943.12 | | | 943.12 |
| 12/01/21 | SYS | BILL | 12/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| 12/01/21 | SYS | BILL | 12/01/21 | Security Depos | 23.58 | | | 398.62 |
| | 68562 | PAID | 12/02/21 | | | CP_ACH | 375.04 | 23.58 |
| | | | January 2022 | | | | | |
| Opening Balance | | | | | | | | 23.58 |
| 01/01/22 | SYS | BILL | 01/01/22 | Rent | 943.12 | | | 966.70 |
| 01/01/22 | SYS | BILL | 01/01/22 | Sec. 8 | -568.08 | | | 398.62 |
| | 71649 | PAID | 01/05/22 | | | CP_ACH | 375.04 | 23.58 |
| | 72539 | PAID | 01/12/22 | | | 966074310 | 23.58 | 0.00 |
| | | | February 2022 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 02/01/22 | SYS | BILL | 02/01/22 | Rent | 966.70 | | | 966.70 |
| 02/01/22 | SYS | BILL | 02/01/22 | Sec. 8 | -568.08 | | | 398.62 |
| | 74497 | PAID | 02/02/22 | | | CP_ACH | 398.62 | 0.00 |
| | | | March 2022 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/22 | SYS | BILL | 03/01/22 | Rent | 966.70 | | | 966.70 |
| 03/01/22 | SYS | BILL | 03/01/22 | Sec. 8 | -568.08 | | | 398.62 |
| | 77311 | PAID | 03/03/22 | | | CP_ACH | 398.62 | 0.00 |
| | | | April 2022 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/22 | SYS | BILL | 04/01/22 | Rent | 966.70 | | | 966.70 |
| 04/01/22 | SYS | BILL | 04/01/22 | Sec. 8 | -568.08 | | | 398.62 |
| | 80336 | PAID | 04/01/22 | | | CP_ACH | 398.62 | 0.00 |
| | | | May 2022 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/22 | SYS | BILL | 05/01/22 | Rent | 966.70 | | | 966.70 |
| 05/01/22 | SYS | BILL | 05/01/22 | Sec. 8 | -568.08 | | | 398.62 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 83001 | PAID | 05/02/22 | | | CP_ACH | 398.62 | 0.00 |
| | | | June 2022 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 06/01/22 | SYS | BILL | 06/01/22 | Rent | 966.70 | | | 966.70 |
| 06/01/22 | SYS | BILL | 06/01/22 | Sec. 8 | -568.08 | | | 398.62 |
| | 85940 | PAID | 06/01/22 | | | CP_ACH | 398.62 | 0.00 |
| | 88404 | PAID | 06/30/22 | | | CP_ACH | 398.62 | -398.62 |
| | | | July 2022 | | | | | |
| Opening Balance | | | | | | | | -398.62 |
| 07/01/22 | SYS | BILL | 07/01/22 | Rent | 966.70 | | | 568.08 |
| 07/01/22 | SYS | BILL | 07/01/22 | Sec. 8 | -568.08 | | | 0.00 |
| 05/01/22 | 90653 | ADJ | 07/22/22 | Adj Db-Subsidy | 568.08 | | | 568.08 |
| | 90918 | PAID | 07/29/22 | | | CP_ACH | 398.62 | 169.46 |
| | | | August 2022 | | | | | |
| Opening Balance | | | | | | | | 169.46 |
| 08/01/22 | SYS | BILL | 08/01/22 | Rent | 966.70 | | | 1,136.16 |
| | | | September 2022 | | | | | |
| Opening Balance | | | | | | | | 1,136.16 |
| 09/01/22 | SYS | BILL | 09/01/22 | Rent | 966.70 | | | 2,102.86 |
| | 94471 | PAID | 09/06/22 | | | CP_ACH | 398.62 | 1,704.24 |
| | | | October 2022 | | | | | |
| Opening Balance | | | | | | | | 1,704.24 |
| 10/01/22 | SYS | BILL | 10/01/22 | Rent | 966.70 | | | 2,670.94 |
| | 97121 | PAID | 10/04/22 | | | CP_ACH | 398.62 | 2,272.32 |
| | | | November 2022 | | | | | |
| Opening Balance | | | | | | | | 2,272.32 |
| 11/01/22 | SYS | BILL | 11/01/22 | Rent | 966.70 | | | 3,239.02 |
| | 99804 | PAID | 11/01/22 | | | CP_ACH | 398.62 | 2,840.40 |
| | | | December 2022 | | | | | |
| Opening Balance | | | | | | | | 2,840.40 |
| 12/01/22 | SYS | BILL | 12/01/22 | Rent | 966.70 | | | 3,807.10 |
| | 2825 | PAID | 12/06/22 | | | CP_ACH | 398.62 | 3,408.48 |
| | | | January 2023 | | | | | |
| Opening Balance | | | | | | | | 3,408.48 |
| 01/01/23 | SYS | BILL | 01/01/23 | Rent | 966.70 | | | 4,375.18 |
| | 5090 | PAID | 01/03/23 | | | CP_ACH | 398.62 | 3,976.56 |
| | 7733 | PAID | 01/31/23 | | | CP_ACH | 398.62 | 3,577.94 |
| | | | February 2023 | | | | | |
| Opening Balance | | | | | | | | 3,577.94 |
| 02/01/23 | SYS | BILL | 02/01/23 | Rent | 966.70 | | | 4,544.64 |
| | 10662 | PAID | 02/28/23 | | | CP_ACH | 398.62 | 4,146.02 |
| | | | March 2023 | | | | | |
| Opening Balance | | | | | | | | 4,146.02 |
| 03/01/23 | SYS | BILL | 03/01/23 | Rent | 966.70 | | | 5,112.72 |
| | | | April 2023 | | | | | |
| Opening Balance | | | | | | | | 5,112.72 |
| 04/01/23 | SYS | BILL | 04/01/23 | Rent | 966.70 | | | 6,079.42 |
| | 14316 | PAID | 04/04/23 | | | CP_ACH | 398.62 | 5,680.80 |
| | | | May 2023 | | | | | |
| Opening Balance | | | | | | | | 5,680.80 |
| 05/01/23 | SYS | BILL | 05/01/23 | Rent | 966.70 | | | 6,647.50 |
| | 17224 | PAID | 05/02/23 | | | CP_ACH | 398.62 | 6,248.88 |
| | | | June 2023 | | | | | |
| Opening Balance | | | | | | | | 6,248.88 |
| 06/01/23 | SYS | BILL | 06/01/23 | Rent | 966.70 | | | 7,215.58 |

Building Number: 151W123
Unit Number: 6C

Tenant Ledger
GARCIA, LEONARDA



| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 20408 | PAID | 06/06/23 | | | CP_ACH | 398.62 | 6,816.96 |
| | | | July 2023 | | | | | |
| Opening Balance | | | | | | | | 6,816.96 |
| 07/01/23 | SYS | BILL | 07/01/23 | Rent | 966.70 | | | 7,783.66 |
| | 23099 | PAID | 07/05/23 | | | CP_ACH | 398.62 | 7,385.04 |
| | 25857 | PAID | 07/31/23 | | | CP_ACH | 398.62 | 6,986.42 |
| | | | August 2023 | | | | | |
| Opening Balance | | | | | | | | 6,986.42 |
| 08/01/23 | SYS | BILL | 08/01/23 | Rent | 966.70 | | | 7,953.12 |
| | | | September 2023 | | | | | |
| Opening Balance | | | | | | | | 7,953.12 |
| 09/01/23 | SYS | BILL | 09/01/23 | Rent | 966.70 | | | 8,919.82 |
| | 29278 | PAID | 09/01/23 | | | CP_ACH | 398.62 | 8,521.20 |
| | | | October 2023 | | | | | |
| Opening Balance | | | | | | | | 8,521.20 |
| 10/01/23 | SYS | BILL | 10/01/23 | Rent | 966.70 | | | 9,487.90 |
| | 32098 | PAID | 10/03/23 | | | CP_ACH | 398.62 | 9,089.28 |
| | | | November 2023 | | | | | |
| Opening Balance | | | | | | | | 9,089.28 |
| 11/01/23 | SYS | BILL | 11/01/23 | Rent | 966.70 | | | 10,055.98 |
| | 35030 | PAID | 11/01/23 | | | CP_ACH | 398.62 | 9,657.36 |
| | | | December 2023 | | | | | |
| Opening Balance | | | | | | | | 9,657.36 |
| 12/01/23 | SYS | BILL | 12/01/23 | Rent | 966.70 | | | 10,624.06 |
| | 38248 | PAID | 12/05/23 | | | CP_ACH | 398.62 | 10,225.44 |
| | | | January 2024 | | | | | |
| Opening Balance | | | | | | | | 10,225.44 |
| 01/01/24 | SYS | BILL | 01/01/24 | Rent | 966.70 | | | 11,192.14 |
| 01/01/24 | SYS | BILL | 01/01/24 | Security Depos | 26.58 | | | 11,218.72 |
| | 40496 | PAID | 01/03/24 | | | CP_ACH | 398.62 | 10,820.10 |
| | 41608 | PAID | 01/12/24 | | | 8641 | 26.58 | 10,793.52 |
| | | | February 2024 | | | | | |
| Opening Balance | | | | | | | | 10,793.52 |
| 02/01/24 | SYS | BILL | 02/01/24 | Rent | 993.28 | | | 11,786.80 |
| | 43158 | PAID | 02/01/24 | | | CP_ACH | 425.20 | 11,361.60 |
| | 44837 | PAID | 02/27/24 | | | CP_ACH | 425.20 | 10,936.40 |
| | | | March 2024 | | | | | |
| Opening Balance | | | | | | | | 10,936.40 |
| 03/01/24 | SYS | BILL | 03/01/24 | Rent | 993.28 | | | 11,929.68 |
| 03/01/24 | 48730 | ADJ | 03/20/24 | Adj Cr-Subsidy | -568.08 | | | 11,361.60 |
| 02/01/24 | 48730 | ADJ | 03/20/24 | Adj Cr-Subsidy | -195.89 | | | 11,165.71 |
| | 47321 | PAID | 03/28/24 | | | CP_ACH | 334.00 | 10,831.71 |
| | | | April 2024 | | | | | |
| Opening Balance | | | | | | | | 10,831.71 |
| 04/01/24 | SYS | BILL | 04/01/24 | Rent | 993.28 | | | 11,824.99 |
| 04/01/24 | 50979 | ADJ | 04/08/24 | Adj Cr-Subsidy | -568.08 | | | 11,256.91 |
| | 49762 | PAID | 04/30/24 | | | CP_ACH | 390.00 | 10,866.91 |
| | | | May 2024 | | | | | |
| Opening Balance | | | | | | | | 10,866.91 |
| 05/01/24 | SYS | BILL | 05/01/24 | Rent | 993.28 | | | 11,860.19 |
| 05/01/24 | 50982 | ADJ | 05/10/24 | Adj Cr-Subsidy | -512.08 | | | 11,348.11 |
| | | | June 2024 | | | | | |
| Opening Balance | | | | | | | | 11,348.11 |
| 06/01/24 | SYS | BILL | 06/01/24 | Rent | 993.28 | | | 12,341.39 |
| 06/01/24 | SYS | BILL | 06/01/24 | Sec. 8 | -512.08 | | | 11,829.31 |

Building Number: 151W123
Unit Number: 6C

Tenant Ledger
GARCIA, LEONARDA



| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 52550 | PAID | 06/04/24 | | | CP_ACH | 390.00 | 11,439.31 |
| | 54428 | PAID | 06/27/24 | | | CP_ACH | 390.00 | 11,049.31 |
| | | | July 2024 | | | | | |
| Opening Balance | | | | | | | | 11,049.31 |
| 07/01/24 | SYS | BILL | 07/01/24 | Rent | 993.28 | | | 12,042.59 |
| 07/01/24 | SYS | BILL | 07/01/24 | Sec. 8 | -512.08 | | | 11,530.51 |
| | 56783 | PAID | 07/30/24 | | | CP_ACH | 390.00 | 11,140.51 |
| | | | August 2024 | | | | | |
| Opening Balance | | | | | | | | 11,140.51 |
| 08/01/24 | SYS | BILL | 08/01/24 | Rent | 993.28 | | | 12,133.79 |
| 08/01/24 | SYS | BILL | 08/01/24 | Sec. 8 | -512.08 | | | 11,621.71 |
| | 59501 | PAID | 08/30/24 | | | CP_ACH | 390.00 | 11,231.71 |
| | | | September 2024 | | | | | |
| Opening Balance | | | | | | | | 11,231.71 |
| 09/01/24 | SYS | BILL | 09/01/24 | Rent | 993.28 | | | 12,224.99 |
| 09/01/24 | SYS | BILL | 09/01/24 | Sec. 8 | -512.08 | | | 11,712.91 |
| | | | October 2024 | | | | | |
| Opening Balance | | | | | | | | 11,712.91 |
| 10/01/24 | SYS | BILL | 10/01/24 | Rent | 993.28 | | | 12,706.19 |
| 10/01/24 | SYS | BILL | 10/01/24 | Sec. 8 | -512.08 | | | 12,194.11 |
| | 61918 | PAID | 10/02/24 | | | CP_ACH | 390.00 | 11,804.11 |
| | | | November 2024 | | | | | |
| Opening Balance | | | | | | | | 11,804.11 |
| 11/01/24 | SYS | BILL | 11/01/24 | Rent | 993.28 | | | 12,797.39 |
| 11/01/24 | SYS | BILL | 11/01/24 | Sec. 8 | -512.08 | | | 12,285.31 |
| | 64651 | PAID | 11/01/24 | | | CP_ACH | 390.00 | 11,895.31 |
| | | | December 2024 | | | | | |
| Opening Balance | | | | | | | | 11,895.31 |
| 12/01/24 | SYS | BILL | 12/01/24 | Rent | 993.28 | | | 12,888.59 |
| 12/01/24 | SYS | BILL | 12/01/24 | Sec. 8 | -512.08 | | | 12,376.51 |
| | 67038 | PAID | 12/03/24 | | | CP_ACH | 390.00 | 11,986.51 |
| | 69181 | PAID | 12/31/24 | | | CP_ACH | 390.00 | 11,596.51 |
| | | | January 2025 | | | | | |
| Opening Balance | | | | | | | | 11,596.51 |
| 01/01/25 | SYS | BILL | 01/01/25 | Rent | 993.28 | | | 12,589.79 |
| 01/01/25 | SYS | BILL | 01/01/25 | Sec. 8 | -512.08 | | | 12,077.71 |
| 01/01/25 | SYS | BILL | 01/01/25 | Security Depos | 31.78 | | | 12,109.49 |
| | | | February 2025 | | | | | |
| Opening Balance | | | | | | | | 12,109.49 |
| 02/01/25 | SYS | BILL | 02/01/25 | Rent | 1,025.06 | | | 13,134.55 |
| 02/01/25 | SYS | BILL | 02/01/25 | Sec. 8 | -512.08 | | | 12,622.47 |
| | 71925 | PAID | 02/04/25 | | | CP_ACH | 390.00 | 12,232.47 |
| | | | March 2025 | | | | | |
| Opening Balance | | | | | | | | 12,232.47 |
| 03/01/25 | SYS | BILL | 03/01/25 | Rent | 1,025.06 | | | 13,257.53 |
| 03/01/25 | SYS | BILL | 03/01/25 | Sec. 8 | -512.08 | | | 12,745.45 |
| | 74305 | PAID | 03/04/25 | | | CP_ACH | 390.00 | 12,355.45 |
| | 76309 | PAID | 03/27/25 | | | CP_ACH | 390.00 | 11,965.45 |
| | | | April 2025 | | | | | |
| Opening Balance | | | | | | | | 11,965.45 |
| 04/01/25 | SYS | BILL | 04/01/25 | Rent | 1,025.06 | | | 12,990.51 |
| 04/01/25 | SYS | BILL | 04/01/25 | Sec. 8 | -512.08 | | | 12,478.43 |
| | 78868 | PAID | 04/30/25 | | | CP_ACH | 390.00 | 12,088.43 |
| | | | May 2025 | | | | | |
| Opening Balance | | | | | | | | 12,088.43 |
| 05/01/25 | SYS | BILL | 05/01/25 | Rent | 1,025.06 | | | 13,113.49 |

Building Number: 151W123
Unit Number: 6C

Tenant Ledger
GARCIA, LEONARDA


Printed: 05/02/25 at 12:16pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 05/01/25 | SYS | BILL | 05/01/25 | Sec. 8 | -512.08 | | | 12,601.41 |

# ARTHUR RANSOME HOUSES LP[1]

## Notice of Occupancy Rights under the Violence Against Women Act[2]

### To all Tenants and Applicants

The Violence Against Women Act (VAWA) provides protections for victims of domestic violence, dating violence, sexual assault, or stalking. VAWA protections are not only available to women, but are available equally to all individuals regardless of sex, gender identity, or sexual orientation.[3] The U.S. Department of Housing and Urban Development (HUD) is the Federal agency that oversees that **Project Based Section 8 and/or Section 8 of Federal Rent subsidies** is in compliance with VAWA. This notice explains your rights under VAWA. A HUD-approved certification form is attached to this notice. You can fill out this form to show that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking, and that you wish to use your rights under VAWA."

### Protections for Applicants

If you otherwise qualify for assistance under **Project Based Section 8 and/or Section 8 of Federal Rent subsidies** you cannot be denied admission or denied assistance because you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

### Protections for Tenants

---

[1] The notice uses HP for housing provider but the housing provider should insert its name where HP is used HUD's program-specific regulations identify the individual or entity responsible for providing the notice of occupancy rights.

[2] Despite the name of this law, VAWA protection is available regardless of sex, gender identity, or sexual orientation.

[3] Housing providers cannot discriminate on the basis of any protected characteristic, including race, color, national origin, religion, sex, familial status, disability, or age. HUD-assisted and HUD-insured housing must be made available to all otherwise eligible individuals regardless of actual or perceived sexual orientation, gender identity, or marital status.

If you are receiving assistance under **Project Based Section 8 and/or Section 8 of Federal Rent subsidies** you may not be denied assistance, terminated from participation, or be evicted from your rental housing because you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

Also, if you or an affiliated individual of yours is or has been the victim of domestic violence, dating violence, sexual assault, or stalking by a member of your household or any guest, you may not be denied rental assistance or occupancy rights under **Project Based Section 8 and/or Section 8 of Federal Rent subsidies** solely on the basis of criminal activity directly relating to that domestic violence, dating violence, sexual assault, or stalking.

Affiliated individual means your spouse, parent, brother, sister, or child, or a person to whom you stand in the place of a parent or guardian (for example, the affiliated individual is in your care, custody, or control); or any individual, tenant, or lawful occupant living in your household.

**Removing the Abuser or Perpetrator from the Household**

HP may divide (bifurcate) your lease in order to evict the individual or terminate the assistance of the individual who has engaged in criminal activity (the abuser or perpetrator) directly relating to domestic violence, dating violence, sexual assault, or stalking.

If HP chooses to remove the abuser or perpetrator, HP may not take away the rights of eligible tenants to the unit or otherwise punish the remaining tenants. If the evicted abuser or perpetrator was the sole tenant to have established eligibility for assistance under the program, HP must allow the tenant who is or has been a victim and other household members to remain in the unit for a period of time, in order to establish eligibility under the program or under another HUD housing program covered by VAWA, or, find alternative housing.

In removing the abuser or perpetrator from the household, HP must follow Federal, State, and local eviction procedures. In order to divide a lease, HP may, but is not required to, ask you for documentation or certification of the incidences of domestic violence, dating violence, sexual assault, or stalking.

**Moving to Another Unit**

Upon your request, HP may permit you to move to another unit, subject to the availability of other units, and still keep your assistance. In order to approve a request, HP may ask you to provide documentation that you are requesting to move because of an incidence of domestic violence, dating violence, sexual assault, or stalking. If the request is a request for emergency transfer, the housing provider may ask you to submit a written request or fill out a form where you certify that you meet the criteria for an emergency transfer under VAWA. The criteria are:

**(1) You are a victim of domestic violence, dating violence, sexual assault, or stalking.** If your housing provider does not already have documentation that you are a victim of domestic violence, dating violence, sexual assault, or stalking, your housing provider may ask you for such documentation, as described in the documentation section below.

**(2) You expressly request the emergency transfer.** Your housing provider may choose to require that you submit a form, or may accept another written or oral request.

**(3) You reasonably believe you are threatened with imminent harm from further violence if you remain in your current unit.** This means you have a reason to fear that if you do not receive a transfer you would suffer violence in the very near future.

**OR**

**You are a victim of sexual assault and the assault occurred on the premises during the 90-calendar-day period before you request a transfer.** If you are a victim of sexual assault, then in addition to qualifying for an emergency transfer because you reasonably believe you are threatened with imminent harm from further violence if you remain in your unit, you may qualify for an emergency transfer if the sexual assault occurred on the premises of the property from which you are seeking your transfer, and that assault happened within the 90-calendar-day period before you expressly request the transfer.

HP will keep confidential requests for emergency transfers by victims of domestic violence, dating violence, sexual assault, or stalking, and the location of any move by such victims and their families.

HP's emergency transfer plan provides further information on emergency transfers, and HP must make a copy of its emergency transfer plan available to you if you ask to see it.

**Documenting You Are or Have Been a Victim of Domestic Violence, Dating Violence, Sexual Assault or Stalking**

HP can, but is not required to, ask you to provide documentation to "certify" that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking. Such request from HP must be in writing, and HP must give you at least 14 business days (Saturdays, Sundays, and Federal holidays do not count) from the day you receive the request to provide the documentation. HP may, but does not have to, extend the deadline for the submission of documentation upon your request.

You can provide one of the following to HP as documentation. It is your choice which of the following to submit if HP asks you to provide documentation that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

- A complete HUD-approved certification form given to you by HP with this notice, that documents an incident of domestic violence, dating violence, sexual assault, or stalking. The form will ask for your name, the date, time, and location of the incident of domestic violence, dating violence, sexual assault, or stalking, and a description of the incident. The certification form provides for including the name of the abuser or perpetrator if the name of the abuser or perpetrator is known and is safe to provide.
- A record of a Federal, State, tribal, territorial, or local law enforcement agency, court, or administrative agency that documents the incident of domestic violence, dating violence, sexual assault, or stalking. Examples of such records include police reports, protective orders, and restraining orders, among others.
- A statement, which you must sign, along with the signature of an employee, agent, or volunteer of a victim service provider, an attorney, a medical professional or a mental health professional (collectively, "professional") from whom you sought assistance in addressing domestic violence, dating violence, sexual assault, or stalking, or the effects of abuse, and with the professional selected by you attesting under penalty of perjury that he or she believes that the incident or incidents of domestic violence, dating violence, sexual assault, or stalking are grounds for protection.
- Any other statement or evidence that HP has agreed to accept.

If you fail or refuse to provide one of these documents within the 14 business days, HP does not have to provide you with the protections contained in this notice.

If HP receives conflicting evidence that an incident of domestic violence, dating violence, sexual assault, or stalking has been committed (such as certification forms from two or more members of a household each claiming to be a victim and naming one or more of the other petitioning household members as the abuser or perpetrator), HP has the right to request that you provide third-party documentation within thirty 30 calendar days in order to resolve the conflict. If you fail or refuse to provide third-party documentation where there is conflicting evidence, HP does not have to provide you with the protections contained in this notice.

**Confidentiality**

HP must keep confidential any information you provide related to the exercise of your rights under VAWA, including the fact that you are exercising your rights under VAWA.

HP must not allow any individual administering assistance or other services on behalf of HP (for example, employees and contractors) to have access to confidential information unless for reasons that specifically call for these individuals to have access to this information under applicable Federal, State, or local law.

HP must not enter your information into any shared database or disclose your information to any other entity or individual. HP, however, may disclose the information provided if:

- You give written permission to HP to release the information on a time limited basis.
- HP needs to use the information in an eviction or termination proceeding, such as to evict your abuser or perpetrator or terminate your abuser or perpetrator from assistance under this program.
- A law requires HP or your landlord to release the information.

VAWA does not limit HP's duty to honor court orders about access to or control of the property. This includes orders issued to protect a victim and orders dividing property among household members in cases where a family breaks up.

**Reasons a Tenant Eligible for Occupancy Rights under VAWA May Be Evicted or Assistance May Be Terminated**

You can be evicted and your assistance can be terminated for serious or repeated lease violations that are not related to domestic violence, dating violence, sexual assault, or stalking committed against you. However, HP cannot hold tenants who have been victims of domestic violence, dating violence, sexual assault, or stalking to a more demanding set of rules than it applies to tenants who have not been victims of domestic violence, dating violence, sexual assault, or stalking.

The protections described in this notice might not apply, and you could be evicted and your assistance terminated, if HP can demonstrate that not evicting you or terminating your assistance would present a real physical danger that:

1) Would occur within an immediate time frame, and

2) Could result in death or serious bodily harm to other tenants or those who work on the property.

If HP can demonstrate the above, HP should only terminate your assistance or evict you if there are no other actions that could be taken to reduce or eliminate the threat.

**Other Laws**

VAWA does not replace any Federal, State, or local law that provides greater protection for victims of domestic violence, dating violence, sexual assault, or stalking. You may be entitled to

additional housing protections for victims of domestic violence, dating violence, sexual assault, or stalking under other Federal laws, as well as under State and local laws.

**Non-Compliance with The Requirements of This Notice**

You may report a covered housing provider's violations of these rights and seek additional assistance, if needed, by contacting or filing a complaint with **the HUD Field office** at 26 Federal Plaza #3541, New York, NY 10278

**For Additional Information**

You may view a copy of HUD's final VAWA rule https://www.hud.gov/states/new_york/offices Additionally, HP must make a copy of HUD's VAWA regulations available to you if you ask to see them.

For questions regarding VAWA, please contact 311 or 212-NEW-YORK (212-639-9675)

For help regarding an abusive relationship, you may call the National Domestic Violence Hotline at 1-800-799-7233 or, for persons with hearing impairments, 1-800-787-3224 (TTY). You may also contact

For tenants who are or have been victims of stalking seeking help may visit the National Center for Victims of Crime's Stalking Resource Center at https://www.victimsofcrime.org/our-programs/stalking-resource-center.

For help regarding sexual assault, you may contact **the local police or authorities of 911 or 311**

Victims of stalking seeking help may contact **the local police or authorities of 911 or 311**

**Attachment:** Certification form HUD-5382 **[form approved for this program to be included]**

**CERTIFICATION OF DOMESTIC VIOLENCE, DATING VIOLENCE, SEXUAL ASSAULT, OR STALKING, AND ALTERNATE DOCUMENTATION**

**U.S. Department of Housing and Urban Development**

OMB Approval No. 2577-0286
Exp. 06/30/2017

**Purpose of Form:** The Violence Against Women Act ("VAWA") protects applicants, tenants, and program participants in certain HUD programs from being evicted, denied housing assistance, or terminated from housing assistance based on acts of domestic violence, dating violence, sexual assault, or stalking against them. Despite the name of this law, VAWA protection is available to victims of domestic violence, dating violence, sexual assault, and stalking, regardless of sex, gender identity, or sexual orientation.

**Use of This Optional Form:** If you are seeking VAWA protections from your housing provider, your housing provider may give you a written request that asks you to submit documentation about the incident or incidents of domestic violence, dating violence, sexual assault, or stalking.

In response to this request, you or someone on your behalf may complete this optional form and submit it to your housing provider, or you may submit one of the following types of third-party documentation:

(1) A document signed by you and an employee, agent, or volunteer of a victim service provider, an attorney, or medical professional, or a mental health professional (collectively, "professional") from whom you have sought assistance relating to domestic violence, dating violence, sexual assault, or stalking, or the effects of abuse. The document must specify, under penalty of perjury, that the professional believes the incident or incidents of domestic violence, dating violence, sexual assault, or stalking occurred and meet the definition of "domestic violence," "dating violence," "sexual assault," or "stalking" in HUD's regulations at 24 CFR 5.2003.

(2) A record of a Federal, State, tribal, territorial or local law enforcement agency, court, or administrative agency; or

(3) At the discretion of the housing provider, a statement or other evidence provided by the applicant or tenant.

**Submission of Documentation:** The time period to submit documentation is 14 business days from the date that you receive a written request from your housing provider asking that you provide documentation of the occurrence of domestic violence, dating violence, sexual assault, or stalking. Your housing provider may, but is not required to, extend the time period to submit the documentation, if you request an extension of the time period. If the requested information is not received within 14 business days of when you received the request for the documentation, or any extension of the date provided by your housing provider, your housing provider does not need to grant you any of the VAWA protections. Distribution or issuance of this form does not serve as a written request for certification.

**Confidentiality:** All information provided to your housing provider concerning the incident(s) of domestic violence, dating violence, sexual assault, or stalking shall be kept confidential and such details shall not be entered into any shared database. Employees of your housing provider are not to have access to these details unless to grant or deny VAWA protections to you, and such employees may not disclose this information to any other entity or individual, except to the extent that disclosure is: (i) consented to by you in writing in a time-limited release; (ii) required for use in an eviction proceeding or hearing regarding termination of assistance; or (iii) otherwise required by applicable law.

**TO BE COMPLETED BY OR ON BEHALF OF THE VICTIM OF DOMESTIC VIOLENCE, DATING VIOLENCE, SEXUAL ASSAULT, OR STALKING**

1. **Date the written request is received by victim:** ______________________________

2. **Name of victim:** ______________________________

3. **Your name (if different from victim's):** ______________________________

4. **Name(s) of other family member(s) listed on the lease:** ______________________________

______________________________

5. **Residence of victim:** ______________________________

6. **Name of the accused perpetrator (if known and can be safely disclosed):** ______________________________

______________________________

7. **Relationship of the accused perpetrator to the victim:** ______________________________

8. **Date(s) and times(s) of incident(s) (if known):** ______________________________

______________________________

10. **Location of incident(s):** ______________________________

In your own words, briefly describe the incident(s):

______________________________

______________________________

______________________________

______________________________

This is to certify that the information provided on this form is true and correct to the best of my knowledge and recollection, and that the individual named above in Item 2 is or has been a victim of domestic violence, dating violence, sexual assault, or stalking. I acknowledge that submission of false information could jeopardize program eligibility and could be the basis for denial of admission, termination of assistance, or eviction.

Signature ______________________ Signed on (Date) ______________________

**Public Reporting Burden:** The public reporting burden for this collection of information is estimated to average 1 hour per response. This includes the time for collecting, reviewing, and reporting the data. The information provided is to be used by the housing provider to request certification that the applicant or tenant is a victim of domestic violence, dating violence, sexual assault, or stalking. The information is subject to the confidentiality requirements of VAWA. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid Office of Management and Budget control number.