ARTHUR RANSOME HOUSES, LP.
c/o PRESTIGE MANAGEMENT, INC
1776 Eastchester Road - Suite 210
Bronx, NY 10461

**Account No:** 058-151W123-6C

| Includes Payments Received As Of |
|---|
| 6/20/2025 |

4050000028 PRESORT PBPS001 <B>

058-151W123-6C
LEONARDA GARCIA
151 WEST 123RD STREET UNIT 6C
NEW YORK NY 10027-5697

**Name**

LEONARDA GARCIA
151 WEST 123RD STREET
Unit 6C
NEW YORK, NY 10027

| DATE | ITEM | CURRENT | BALANCE |
|---|---|---|---|
| | PREVIOUS BALANCE | | 12,724.39 |
| 07/01/25 | Rent | 1,025.06 | |
| 07/01/25 | Sec. 8 | -512.08 | |
| | Sub-Totals | 512.98 | 13,237.37 |
| | | ***Amount Due:*** | **$13,237.37** |

**GO GREEN. PAY ONLINE. GO TO WWW.PRESTIGEMGT.COM**

Please detach the remittance slip below and return it with your payment.

REMITTANCE

LEONARDA GARCIA
151 WEST 123RD STREET
Unit 6C
NEW YORK, NY 10027

STATEMENT DATE 6/20/2025

**Account No.** 058-151W123-6C

**DUE DATE** 07/1/25
**BALANCE DUE** $13,237.37

Please make checks payable to ARTHUR RANSOME HOUSES, LP. and mail to:

AMOUNT ENCLOSED

ARTHUR RANSOME HOUSES, LP.
c/o PRESTIGE MANAGEMENT, INC
P.O. BOX 319
EMERSON, NJ 07630

**Please write your Account number on your check.**

0 003 000970018200040 001323737 070125 1