# Prestige Management Inc.

## Resident Portal

**View Your Statements & PayOnline!**

Login/Register




HOME PAGE | ABOUT US | WHAT WE OFFER | SERVICES | ACCOMPLISHMENTS / AWARDS | FORMS | CONTACT US

**Are you searching for a reputable property management company?**

Prestige Management Inc. is an established, successful, result-oriented, and rapidly growing professional management company.



We are incorporated under the laws of the State of New York, as a licensed real estate company, specializing in residential and commercial property management. Prestige Management strives to provide the highest quality real estate management services for property owners and residents.

### Our Management Services include:

- Administration
- Accounting
- Maintenance
- Rent collection
- Inventory Control
- Union Negotiations
- Security Implementation

EQUAL HOUSING OPPORTUNITY

Prestige Management Inc does not discriminate based on race, color, religion, national origin, sex, disability, familial status, age (18 and older), sexual orientation, marital status, military status, lawful source of income (including housing voucher programs), gender identity or expression, arrest records, veteran status, and domestic violence victim status. We're an equal opportunity employer. All applicants will be considered for employment without attention to race, color, religion, sex, sexual orientation, gender identity, national origin, veteran or disability status.

1776 Eastchester Road - Suite 210 | Bronx, New York 10461 | Tel: 718-822-7377 | Fax: 718-822-7471 | info@prestigemgt.com

Copyright ï¿½ 2006, Prestige Management Inc. All Rights Reserved. Site by Chrein.com

# Prestige Management Inc.

HOME PAGE | ABOUT US | WHAT WE OFFER | SERVICES | ACCOMPLISHMENTS / AWARDS | FORMS | CONTACT US

Board Of Directors

Horace Henry
President

Arlyane McGlashan
General Manager

John Chen
General Manager

## About Prestige Management, Inc.

**Prestige Management Inc.** is an established, successful, result oriented, and rapidly growing professional management company. We are incorporated under the laws of the State of New York, as a licensed real estate company, specializing in residential and commercial property management. Prestige Management strives to provide the highest quality real estate management services for property owners and residents.

The owners of Prestige Management have more than 45 years of housing management experience in managing Condominiums, Cooperatives, properties supervised by the Department of HUD, DHCR and HPD agencies (Mitchell Lamas); in addition to Low Income Housing Tax Credit, Privately owned and commercial buildings. We manage assets of more than 200 million dollars and annual operating budget in excess of 70 million dollars.

As a mid-sized company, Prestige Management is able to provide the hands on service and personal care that is essential and necessary for all our developments, combined with the experience and technical ability one would expect from a large company. We employ our expertise in assessing the financial needs of each development and establish short and long term goals as needed.

We have been challenged by a myriad of problems during our many years of property management. However our experience has allowed us to resolve each one successfully. Prestige Management has, over the years, demonstrated the ability to manage the physical assets of a development, including, but not limited to marketing and leasing, rent collection, resolving cash flow problems, preparation of financial reporting and controls, budgets, as well as addressing other management concerns.

In addition, we employ a team of consultants and engineers who are on call; 5 landlord /tenant attorneys and a corporate attorney. We manage over 50 entities including 65 commercial stores. Our staff comprises of 73 Administrative and building maintenance staff of over 200.

Our company policy is to maintain a clean, healthy and safe environment for our residents at all times. Understanding the needs of the residents is an asset in getting the desired results for each building. Our management team is capable of getting the job done without loosing sight of the people aspect of our business.

While there are basic knowledge and services to good property management, we realize that quality management services comes from the correct combination of financial management, physical maintenance of the property and our relationship and interaction with the Owners and residents.

Prestige Management Inc. is the property management company that will “make a difference” for your development by providing unsurpassed property management services.

1776 Eastchester Road - Ste 210 | Bronx, New York 10461 | T: 718-822-7377 | F: 718-822-7471 | info@prestigemgt.com
Copyright © 2006, Prestige Management Inc. All Rights Reserved. Site by Chrein.com

# Prestige Management Inc.



**Board Of Directors**

Horace Henry
President

Arlyane McGlashan
General Manager

John Chen
General Manager

## ARLYANE McGLASHAN
## General Manager



In her capacity as General Manager, Ms. Arlyane McGlashan consistently demonstrates her many years experience in property management. While conducting site inspections; supervising maintenance operations; assisting managers with tenant relations; and supervising purchasing, she maintains Prestige Management's reputation as a caring, competent, "hands-on" management company that "makes a difference."

With a staff of over 15 administrative and over 100 maintenance employees, Ms. McGlashan ensures that the standards set by Prestige Management are met on a daily basis. She combines her knowledge with her experience to enhance the performance of her staff and the company as a whole.

Using her expertise and extensive knowledge of the Housing Court System, and Landlord and Tenant legal issues, Ms. McGlashan also aggressively monitors rent collection and legal cases to ensure our goal of zero tolerance for rent arrears.

Ms. McGlashan is a graduate of Herbert H. Lehman College, where she received a Bachelor of Science degree in Business Management. She is a Certified Property Manager and also a member of the Associated Builders and Owners of Greater New York, Inc.

1776 Eastchester Road - Ste 210 | Bronx, New York 10461 | T: 718-822-7377 | F: 718-822-7471 | info@prestigemgt.com
Copyright © 2006, Prestige Management Inc. All Rights Reserved. Site by Chrein.com

# Prestige Management Inc.



Board Of Directors

Horace Henry
President

Arlyane McGlashan
General Manager

John Chen
General Manager

## What We Offer

The objective of Prestige Management is to provide the best possible real estate management service. In achieving this goal, we follow some basic guidelines as indicated below:

**Qualified Staff**
Prestige Management's **Executive Staff** has accumulated many years of experience in Accounting, Finance and Business Management which allows us to be very creative with cash flow management.

**Our Property Managers** are required to attend monthly managers meetings and seminars in order to receive ongoing training in concepts and skills. In addition, our managers and support staff are also required to be certified by the relevant organizations in order to effectively perform their job.

Prestige Management's staff is comprised of a team of technically experienced and dedicated **field supervisors, site managers, construction project manager, accountants, bookkeepers, data processing clerks and expeditors**. The diversity of our clients allows us to adapt our services to suit the needs of each development.

**Provision for the residents**
Understanding the resident and the needs of the property is an asset in getting the desired results for your development. Our management team is capable of getting the job done without loosing sight of the people aspect of our business. Gaining the trust and confidence of the residents is essential to Prestige Management achieving the success of its contractual obligations. Keeping residents informed on issues, policies, procedures and showing concern for the development will enable us to be the managing agent that "makes a difference"

A managing agent who cares, is passionate about maintaining the development at the highest standards, and has a staff that serves the residents with respect, will foster the attitude of working together for the betterment of your housing company.

**Maintenance/Curb Appeal**
Curb appeal is of utmost importance to maintaining the viability of a development. The appearance of the property instills pride in the residents and increases the appeal of the property to prospective residents. Essential to maintaining the value and curb appeal of the property is continued upkeep of the development. This will eliminate untimely deterioration of the structure and equipment, and helps to eliminate the high costs involved in replacing defective or damaged items. Prestige has successfully implemented various maintenance programs to prevent deterioration of the buildings we manage.

**Community Involvement**
Part of our dedication to the developments we serve is our community involvement in several organizations that provide services in the areas we manage. We regularly conduct monthly Community Improvement Group (CIG) meetings with various public service officials including sanitation, police and parks departments, district attorney's office and representatives from houses of worship throughout the areas to discuss and resolve issues affecting the communities.

Our engineers and housing consultants are available on call when needed. In addition we have an operations center that includes a 24 hour, 7 days a week service where emergencies are attended to immediately through our communications system.

1776 Eastchester Road - Ste 210 | Bronx, New York 10461 | T: 718-822-7377 | F: 718-822-7471 | info@prestigemgt.com
Copyright © 2006, Prestige Management Inc. All Rights Reserved. Site by Chrein.com

# Prestige Management Inc.



Board Of Directors
Horace Henry
President

Arlyane McGlashan
General Manager

John Chen
General Manager

## Services

The following are some of the services we provide in trying to achieve our goal of excellence in property management.

**FINANCE/ACCOUNTING**



- Establishing bank accounts for depository of funds
- Collection of rent and or other charges and receivables
- Disbursements e.g. vendors, mortgagee, City, State and Federal agencies
- Budget preparation and administration
- Bank account reconciliation
- Preparation of monthly financial reports
- Payroll administration
- Purchasing and inventory control
- Reserve fund transactions
- Procuring cost effective insurance policies

**MAINTENANCE AND OPERATION**

- Staff supervision: assessment, training, motivation
- Preventive maintenance
- Labor relations and negotiation (Union)
- Supervision of work orders
- Determine and provide for security needs

**ADMINISTRATION**



- Maintaining applicable files and records
- Maintenance of applicant waiting list
- Preparation of residential leases
- Conducting income reviews and certification for government subsidy programs
- Negotiation and administration of vendor service contracts

**SPECIAL SERVICES**

- Capital improvement planning and monitoring
- Property re-financing
- Obtaining grants
- Negotiation and preparation of commercial leases
- Marketing and rent-up
- Co-op/condo unit sale
- "Back-office"

1776 Eastchester Road - Ste 210 | Bronx, New York 10461 | T: 718-822-7377 | F: 718-822-7471 | info@prestigemgt.com
Copyright © 2006, Prestige Management Inc. All Rights Reserved. Site by Chrein.com

# Prestige Management Inc.



**Board Of Directors**

Horace Henry
President

Arlyane McGlashan
General Manager

John Chen
General Manager

## Accomplishments / Awards



The company's track record reflects a strong commitment to effective property management. Within twelve months after taking over a financially troubled 320-unit development, Prestige was able to meet our goal of improving the quality of life for the residents of the development while solving the development's chronic cash flow problem.

**Some problems inherited include:**

- Maintenance arrearage of over five Hundred Thousand Dollars ($500,000), drastically reduced by improving prompt payment of current monthly charges and collecting outstanding balances.
- High vacancy rate, reduced with the rental of all vacant units.
- Existing roof leaks affecting apartments, repaired.
- Damaged vacant apartments deemed un-rentable, rehabilitated and rented.

**Other accomplishments include:**

- Implementing needed capital improvement: i.e. roof fans, emergency lights facade work, and elevator modernization that was delayed and or neglected for several years.
- Obtaining grants and other funding for capital improvement.



Within eighteen months Prestige Management Inc. was able to make a difference for the residents of a financially troubled 900-unit development. The successful "turnaround" of this development was accomplished through the implementation of our sound management techniques.

**Some problems inherited were:**

- Rent arrearage of approximately Seven Hundred Thousand Dollars ($700,000) reduced to less than Ninety Thousand Dollars ($90,000 in less than 18 months).
- Accounts payable of approximately 1.2 Million Dollars ($1,200,000) due to vendors, reduced to less than One Hundred Twenty Five Thousand Dollars ($125,000), while maintaining current operations.
- 45 vacant apartments that were successfully rented.

**Other accomplishments at that development include:**

- Improving the relationship between management and the residents.

**AWARDS**

Prestige Management has been recognized in the property management industry as indicated by a few of the numerous awards received over the years, e.g.

- **June 2005:** Awarded the "Registered Apartment Manager" of the Year for Affordable Housing;
- **November 2004:** Prestige Management was awarded the Emma Lazarus Award of "Stars to the Stars" by the Associated Builders and Owners of Greater New York;
- **August 2004:** Prestige was awarded the "Community Service Award" by the Jackie Robinson Park Conservancy;
- **June 2004:** Prestige Management was recognized for excellence in management by the RAM Board of the Associated Builders and Owners of New York and also as an

"Outstanding Management Company;"

- **June 2001:** Prestige Management Inc., was recognized by the RAM Board of the Associated Builders and Owners of New York, as an "Outstanding Management Company of 2001";
- **September 1999:** Local Initiatives Support Corporation recognized our organization as being "a large part of" the "Second Harlem Renaissance."

1776 Eastchester Road - Ste 210 | Bronx, New York 10461 | T: 718-822-7377 | F: 718-822-7471 | info@prestigemgt.com
Copyright © 2006, Prestige Management Inc. All Rights Reserved. Site by Chrein.com