April 4, 2023

Trevor A. Wilson
President
Prestige Management, Inc.
1200 Zerega Avenue
Bronx, NY 10462

Dear Mr. Wilson:

I have been a tenant in your building in Manhattan at 151 West 123rd Street, Apartment 6C since 2014. In all of this time, my rent has ALWAYS been paid on time – every single month. During my tenancy, I was blessed to begin to receive Section 8 assistance from HPD to help with my rent. There was never an issue.

But this changed last year. On March 4, 2022, an HPD inspector came and found some minor apartment issues. Rather than address them and submit the proper paperwork to HPD, your company decided the contrary. On May 20, 2022, I received a letter from HPD notifying me of their HAP abatement.

Over the ensuing months, I reached out continuously to Mr. Kelly of your office, who assured me repeatedly that the proper paperwork would be submitted to HPD to cure the abatement, because all work in the apartment was completed. That was not done.

Yesterday, I received a "Fourteen Day Notice" from your company.

I used to think that this was a good building, and that the landlord cared about its tenants. Your actions (and lack of in sending in the proper paperwork to HPD) clearly show otherwise.

I am requesting that you immediately remediate this issue and send in the necessary paperwork to HPD to fix the HAP abatement.

Thank you.

Sincerely,

Leonarda Garcia Ramirez