| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | February 2014 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 02/01/14 | 83062 | ADJ | 02/12/14 | Rent | 902.08 | | | 902.08 |
| 02/01/14 | 83062 | ADJ | 02/12/14 | Security Depos | 902.08 | | | 1,804.16 |
| | 83260A | PAID | 02/13/14 | | | 105981119332 | 902.00 | 902.16 |
| | 83260B | PAID | 02/13/14 | | | 105981119343 | 902.00 | 0.16 |
| | | | March 2014 | | | | | |
| Opening Balance | | | | | | | | 0.16 |
| 03/01/14 | SYS | BILL | 03/01/14 | Rent | 902.08 | | | 902.24 |
| | 85138 | PAID | 03/05/14 | | | 145 | 902.00 | 0.24 |
| | | | April 2014 | | | | | |
| Opening Balance | | | | | | | | 0.24 |
| 04/01/14 | SYS | BILL | 04/01/14 | Rent | 902.08 | | | 902.32 |
| | 89057 | PAID | 04/10/14 | | | 0 | 902.32 | 0.00 |
| | | | May 2014 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/14 | SYS | BILL | 05/01/14 | Rent | 902.08 | | | 902.08 |
| | 91401 | PAID | 05/07/14 | | | 148 | 902.08 | 0.00 |
| | | | June 2014 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 06/01/14 | SYS | BILL | 06/01/14 | Rent | 902.08 | | | 902.08 |
| | 94176 | PAID | 06/04/14 | | | 150 | 902.08 | 0.00 |
| | | | July 2014 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 07/01/14 | SYS | BILL | 07/01/14 | Rent | 902.08 | | | 902.08 |
| | 97477 | PAID | 07/09/14 | | | 152 | 902.00 | 0.08 |
| | | | August 2014 | | | | | |
| Opening Balance | | | | | | | | 0.08 |
| 08/01/14 | SYS | BILL | 08/01/14 | Rent | 902.08 | | | 902.16 |
| | 458 | PAID | 08/06/14 | | | 153 | 902.80 | -0.64 |
| | | | September 2014 | | | | | |
| Opening Balance | | | | | | | | -0.64 |
| 09/01/14 | SYS | BILL | 09/01/14 | Rent | 902.08 | | | 901.44 |
| | 3809 | PAID | 09/08/14 | | | 154 | 902.12 | -0.68 |
| | | | October 2014 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 10/01/14 | SYS | BILL | 10/01/14 | Rent | 902.08 | | | 901.40 |
| | 12627 | PAID | 10/06/14 | | | 157 | 902.08 | -0.68 |
| | | | November 2014 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 11/01/14 | SYS | BILL | 11/01/14 | Rent | 902.08 | | | 901.40 |
| | 16012 | PAID | 11/07/14 | | | 347111695 | 902.08 | -0.68 |
| | | | December 2014 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 12/01/14 | SYS | BILL | 12/01/14 | Rent | 902.08 | | | 901.40 |
| | 19170 | PAID | 12/10/14 | | | 352545942 | 902.08 | -0.68 |
| | | | January 2015 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 01/01/15 | SYS | BILL | 01/01/15 | Rent | 902.08 | | | 901.40 |
| | 21975 | PAID | 01/12/15 | | | 357811794 | 902.08 | -0.68 |
| | | | February 2015 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 02/01/15 | SYS | BILL | 02/01/15 | Rent | 902.08 | | | 901.40 |
| | 23949 | PAID | 02/04/15 | | | 362483403 | 902.08 | -0.68 |
| | | | March 2015 | | | | | |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | -0.68 |
| 03/01/15 | SYS | BILL | 03/01/15 | Rent | 902.08 | | | 901.40 |
| | 27479 | PAID | 03/10/15 | | | 368282407 | 902.08 | -0.68 |
| | | | April 2015 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 04/01/15 | SYS | BILL | 04/01/15 | Rent | 902.08 | | | 901.40 |
| | 30104 | PAID | 04/08/15 | | | 373499337 | 902.08 | -0.68 |
| | | | May 2015 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 05/01/15 | SYS | BILL | 05/01/15 | Rent | 902.08 | | | 901.40 |
| | 33523 | PAID | 05/13/15 | | | 379302626 | 902.08 | -0.68 |
| | | | June 2015 | | | | | |
| Opening Balance | | | | | | | | -0.68 |
| 06/01/15 | SYS | BILL | 06/01/15 | Rent | 902.08 | | | 901.40 |
| | 35803 | PAID | 06/09/15 | | | 384215376 | 902.00 | -0.60 |
| | | | July 2015 | | | | | |
| Opening Balance | | | | | | | | -0.60 |
| 07/01/15 | SYS | BILL | 07/01/15 | Rent | 902.08 | | | 901.48 |
| | 38456 | PAID | 07/09/15 | | | 389780769 | 902.08 | -0.60 |
| | | | August 2015 | | | | | |
| Opening Balance | | | | | | | | -0.60 |
| 08/01/15 | SYS | BILL | 08/01/15 | Rent | 902.08 | | | 901.48 |
| | 40636 | PAID | 08/05/15 | | | CP_ACH | 901.48 | 0.00 |
| | | | September 2015 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 09/01/15 | SYS | BILL | 09/01/15 | Rent | 902.08 | | | 902.08 |
| | 43820 | PAID | 09/03/15 | | | CP_ACH | 902.08 | 0.00 |
| | | | October 2015 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 10/01/15 | SYS | BILL | 10/01/15 | Rent | 902.08 | | | 902.08 |
| | 47053 | PAID | 10/02/15 | | | CP_ACH | 902.08 | 0.00 |
| | 50193 | PAID | 10/30/15 | | | 159 | 18.04 | -18.04 |
| | | | November 2015 | | | | | |
| Opening Balance | | | | | | | | -18.04 |
| 11/01/15 | SYS | BILL | 11/01/15 | Rent | 902.08 | | | 884.04 |
| | 50640 | PAID | 11/05/15 | | | CP_ACH | 902.08 | -18.04 |
| | | | December 2015 | | | | | |
| Opening Balance | | | | | | | | -18.04 |
| 12/01/15 | SYS | BILL | 12/01/15 | Rent | 902.08 | | | 884.04 |
| 12/01/15 | SYS | BILL | 12/01/15 | Security Depos | 18.04 | | | 902.08 |
| | 53408 | PAID | 12/04/15 | | | CP_ACH | 884.04 | 18.04 |
| | | | January 2016 | | | | | |
| Opening Balance | | | | | | | | 18.04 |
| 01/01/16 | SYS | BILL | 01/01/16 | Rent | 902.08 | | | 920.12 |
| | | | February 2016 | | | | | |
| Opening Balance | | | | | | | | 920.12 |
| 02/01/16 | SYS | BILL | 02/01/16 | Rent | 920.12 | | | 1,840.24 |
| | 62308 | PAID | 02/26/16 | | | CP_ACH | 920.00 | 920.24 |
| | | | March 2016 | | | | | |
| Opening Balance | | | | | | | | 920.24 |
| 03/01/16 | SYS | BILL | 03/01/16 | Rent | 920.12 | | | 1,840.36 |
| 03/01/16 | 65122B | ADJ | 03/21/16 | Rent | -18.04 | | | 1,822.32 |
| 12/01/15 | 64541 | ADJ | 03/15/16 | Adj Db-Subsidy | -1,872.32 | | | -50.00 |
| 02/01/16 | 65122B | ADJ | 03/21/16 | Rent | -18.04 | | | -68.04 |
| | 64541 | Reapplied | 03/15/16 | | | | 0.00 | -68.04 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 65122A | Reapplied | 03/21/16 | | | | -1,872.32 | 1,804.28 |
| | 65122B | Reapplied | 03/21/16 | | | | 1,872.32 | -68.04 |
| | 65809 | PAID | 03/31/16 | | | CP_ACH | 365.96 | -434.00 |
| | | | April 2016 | | | | | |
| Opening Balance | | | | | | | | -434.00 |
| 04/01/16 | SYS | BILL | 04/01/16 | Rent | 902.08 | | | 468.08 |
| 04/01/16 | SYS | BILL | 04/01/16 | Sec. 8 | -468.08 | | | 0.00 |
| | | | May 2016 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/16 | SYS | BILL | 05/01/16 | Rent | 902.08 | | | 902.08 |
| 05/01/16 | SYS | BILL | 05/01/16 | Sec. 8 | -468.08 | | | 434.00 |
| | 68975 | PAID | 05/05/16 | | | CP_ACH | 434.00 | 0.00 |
| | | | June 2016 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 06/01/16 | SYS | BILL | 06/01/16 | Rent | 902.08 | | | 902.08 |
| 06/01/16 | SYS | BILL | 06/01/16 | Sec. 8 | -468.08 | | | 434.00 |
| 06/00/16 | 75515 | ADJ | 06/30/16 | Adj Db-Subsidy | -340.00 | | | 94.00 |
| | 71813 | PAID | 06/03/16 | | | CP_ACH | 434.00 | -340.00 |
| | 73332 | PAID | 06/17/16 | | | 90 | 260.00 | -600.00 |
| | | | July 2016 | | | | | |
| Opening Balance | | | | | | | | -600.00 |
| 07/01/16 | SYS | BILL | 07/01/16 | Rent | 902.08 | | | 302.08 |
| 07/01/16 | SYS | BILL | 07/01/16 | Sec. 8 | -468.08 | | | -166.00 |
| 06/00/16 | 76624 | ADJ | 07/21/16 | Adj Db-Subsidy | -170.00 | | | -336.00 |
| | | | August 2016 | | | | | |
| Opening Balance | | | | | | | | -336.00 |
| 08/01/16 | SYS | BILL | 08/01/16 | Rent | 902.08 | | | 566.08 |
| 08/01/16 | SYS | BILL | 08/01/16 | Sec. 8 | -638.08 | | | -72.00 |
| | 77828 | PAID | 08/02/16 | | | CP_ACH | 188.00 | -260.00 |
| | | | September 2016 | | | | | |
| Opening Balance | | | | | | | | -260.00 |
| 09/01/16 | SYS | BILL | 09/01/16 | Rent | 902.08 | | | 642.08 |
| 09/01/16 | SYS | BILL | 09/01/16 | Sec. 8 | -638.08 | | | 4.00 |
| | | | October 2016 | | | | | |
| Opening Balance | | | | | | | | 4.00 |
| 10/01/16 | SYS | BILL | 10/01/16 | Rent | 902.08 | | | 906.08 |
| 10/01/16 | SYS | BILL | 10/01/16 | Sec. 8 | -638.08 | | | 268.00 |
| | 84637 | PAID | 10/06/16 | | | CP_ACH | 268.00 | 0.00 |
| | | | November 2016 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/16 | SYS | BILL | 11/01/16 | Rent | 902.08 | | | 902.08 |
| 11/01/16 | SYS | BILL | 11/01/16 | Sec. 8 | -638.08 | | | 264.00 |
| | 87440 | PAID | 11/03/16 | | | CP_ACH | 264.00 | 0.00 |
| | | | December 2016 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/16 | SYS | BILL | 12/01/16 | Rent | 902.08 | | | 902.08 |
| 12/01/16 | SYS | BILL | 12/01/16 | Sec. 8 | -638.08 | | | 264.00 |
| | 91389 | PAID | 12/01/16 | | | CP_ACH | 264.00 | 0.00 |
| | 93820 | PAID | 12/30/16 | | | CP_ACH | 264.00 | -264.00 |
| | | | January 2017 | | | | | |
| Opening Balance | | | | | | | | -264.00 |
| 01/01/17 | SYS | BILL | 01/01/17 | Rent | 902.08 | | | 638.08 |
| 01/01/17 | SYS | BILL | 01/01/17 | Sec. 8 | -638.08 | | | 0.00 |
| 01/01/17 | 96410 | ADJ | 01/25/17 | Adj Db-Subsidy | 69.00 | | | 69.00 |
| | 96410 | Reapplied | 01/25/17 | | | | 0.00 | 69.00 |
| | | | February 2017 | | | | | |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | 69.00 |
| 02/01/17 | SYS | BILL | 02/01/17 | Rent | 902.08 | | | 971.08 |
| 02/01/17 | SYS | BILL | 02/01/17 | Sec. 8 | -569.08 | | | 402.00 |
| | 97222 | PAID | 02/02/17 | | | CP_ACH | 264.00 | 138.00 |
| | | | March 2017 | | | | | |
| Opening Balance | | | | | | | | 138.00 |
| 03/01/17 | SYS | BILL | 03/01/17 | Rent | 902.08 | | | 1,040.08 |
| 03/01/17 | SYS | BILL | 03/01/17 | Sec. 8 | -569.08 | | | 471.00 |
| | 14 | PAID | 03/02/17 | | | CP_ACH | 471.00 | 0.00 |
| | | | April 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/17 | SYS | BILL | 04/01/17 | Rent | 902.08 | | | 902.08 |
| 04/01/17 | SYS | BILL | 04/01/17 | Sec. 8 | -569.08 | | | 333.00 |
| | 3401 | PAID | 04/05/17 | | | CP_ACH | 333.00 | 0.00 |
| | | | May 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/17 | SYS | BILL | 05/01/17 | Rent | 902.08 | | | 902.08 |
| 05/01/17 | SYS | BILL | 05/01/17 | Sec. 8 | -569.08 | | | 333.00 |
| | 6254 | PAID | 05/04/17 | | | CP_ACH | 333.00 | 0.00 |
| | | | June 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 06/01/17 | SYS | BILL | 06/01/17 | Rent | 902.08 | | | 902.08 |
| 06/01/17 | SYS | BILL | 06/01/17 | Sec. 8 | -569.08 | | | 333.00 |
| | 9337 | PAID | 06/06/17 | | | CP_ACH | 333.00 | 0.00 |
| | | | July 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 07/01/17 | SYS | BILL | 07/01/17 | Rent | 902.08 | | | 902.08 |
| 07/01/17 | SYS | BILL | 07/01/17 | Sec. 8 | -569.08 | | | 333.00 |
| | 12574 | PAID | 07/07/17 | | | CP_ACH | 333.00 | 0.00 |
| | | | August 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 08/01/17 | SYS | BILL | 08/01/17 | Rent | 902.08 | | | 902.08 |
| 08/01/17 | SYS | BILL | 08/01/17 | Sec. 8 | -569.08 | | | 333.00 |
| 08/01/17 | 16975 | ADJ | 08/17/17 | Adj Db-Subsidy | -90.00 | | | 243.00 |
| | 15488 | PAID | 08/04/17 | | | CP_ACH | 288.00 | -45.00 |
| | 16975 | Reapplied | 08/17/17 | | | | 0.00 | -45.00 |
| | | | September 2017 | | | | | |
| Opening Balance | | | | | | | | -45.00 |
| 09/01/17 | SYS | BILL | 09/01/17 | Rent | 902.08 | | | 857.08 |
| 09/01/17 | SYS | BILL | 09/01/17 | Sec. 8 | -614.08 | | | 243.00 |
| | 18472 | PAID | 09/06/17 | | | CP_ACH | 243.00 | 0.00 |
| | | | October 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 10/01/17 | SYS | BILL | 10/01/17 | Rent | 902.08 | | | 902.08 |
| 10/01/17 | SYS | BILL | 10/01/17 | Sec. 8 | -614.08 | | | 288.00 |
| | 21632 | PAID | 10/05/17 | | | CP_ACH | 288.00 | 0.00 |
| | | | November 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/17 | SYS | BILL | 11/01/17 | Rent | 902.08 | | | 902.08 |
| 11/01/17 | SYS | BILL | 11/01/17 | Sec. 8 | -614.08 | | | 288.00 |
| | 25670 | PAID | 11/13/17 | | | CP_ACH | 288.00 | 0.00 |
| | | | December 2017 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/17 | SYS | BILL | 12/01/17 | Rent | 902.08 | | | 902.08 |
| 12/01/17 | SYS | BILL | 12/01/17 | Sec. 8 | -614.08 | | | 288.00 |
| | 28175 | PAID | 12/08/17 | | | CP_ACH | 288.00 | 0.00 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | January 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 01/01/18 | SYS | BILL | 01/01/18 | Rent | 902.08 | | | 902.08 |
| 01/01/18 | SYS | BILL | 01/01/18 | Sec. 8 | -614.08 | | | 288.00 |
| | 30513 | PAID | 01/02/18 | | | CP_ACH | 288.00 | 0.00 |
| | 33692 | PAID | 01/31/18 | | | CP_ACH | 288.00 | -288.00 |
| | | | February 2018 | | | | | |
| Opening Balance | | | | | | | | -288.00 |
| 02/01/18 | SYS | BILL | 02/01/18 | Rent | 902.08 | | | 614.08 |
| 02/01/18 | SYS | BILL | 02/01/18 | Sec. 8 | -614.08 | | | 0.00 |
| | | | March 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/18 | SYS | BILL | 03/01/18 | Rent | 902.08 | | | 902.08 |
| 03/01/18 | SYS | BILL | 03/01/18 | Sec. 8 | -614.08 | | | 288.00 |
| 03/01/18 | 38938 | ADJ | 03/14/18 | Adj Db-Subsidy | 288.00 | | | 576.00 |
| | 37178 | PAID | 03/01/18 | | | CP_ACH | 576.00 | 0.00 |
| | | | April 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/18 | SYS | BILL | 04/01/18 | Rent | 902.08 | | | 902.08 |
| 04/01/18 | SYS | BILL | 04/01/18 | Sec. 8 | -326.08 | | | 576.00 |
| | 41762 | PAID | 04/10/18 | | | CP_ACH | 576.00 | 0.00 |
| | 43584 | PAID | 04/30/18 | | | CP_ACH | 576.00 | -576.00 |
| | | | May 2018 | | | | | |
| Opening Balance | | | | | | | | -576.00 |
| 05/01/18 | SYS | BILL | 05/01/18 | Rent | 920.12 | | | 344.12 |
| 05/01/18 | SYS | BILL | 05/01/18 | Sec. 8 | -326.08 | | | 18.04 |
| | | | June 2018 | | | | | |
| Opening Balance | | | | | | | | 18.04 |
| 06/01/18 | SYS | BILL | 06/01/18 | Rent | 920.12 | | | 938.16 |
| 06/01/18 | SYS | BILL | 06/01/18 | Sec. 8 | -326.08 | | | 612.08 |
| | 47133 | PAID | 06/05/18 | | | CP_ACH | 612.08 | 0.00 |
| | | | July 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 07/01/18 | SYS | BILL | 07/01/18 | Rent | 920.12 | | | 920.12 |
| 07/01/18 | SYS | BILL | 07/01/18 | Sec. 8 | -326.08 | | | 594.04 |
| | 50573 | PAID | 07/09/18 | | | CP_ACH | 594.04 | 0.00 |
| | | | August 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 08/01/18 | SYS | BILL | 08/01/18 | Rent | 920.12 | | | 920.12 |
| 08/01/18 | SYS | BILL | 08/01/18 | Sec. 8 | -326.08 | | | 594.04 |
| 08/01/18 | 55896B | ADJ | 08/27/18 | Adj Cr-Subsidy | -220.00 | | | 374.04 |
| 07/01/18 | 55896B | ADJ | 08/27/18 | Adj Cr-Subsidy | -440.00 | | | -65.96 |
| | 55896C | Reapplied | 08/27/18 | | | CP_ACH | 594.04 | -660.00 |
| | 55896A | Reapplied | 08/27/18 | | | CP_ACH | -594.04 | -65.96 |
| | | | September 2018 | | | | | |
| Opening Balance | | | | | | | | -65.96 |
| 09/01/18 | SYS | BILL | 09/01/18 | Rent | 920.12 | | | 854.16 |
| 09/01/18 | SYS | BILL | 09/01/18 | Sec. 8 | -326.08 | | | 528.08 |
| | 56603 | PAID | 09/06/18 | | | CP_ACH | 308.08 | 220.00 |
| | | | October 2018 | | | | | |
| Opening Balance | | | | | | | | 220.00 |
| 10/01/18 | SYS | BILL | 10/01/18 | Rent | 920.12 | | | 1,140.12 |
| 10/01/18 | SYS | BILL | 10/01/18 | Sec. 8 | -326.08 | | | 814.04 |
| 10/01/18 | 61166 | ADJ | 10/17/18 | Adj Cr-Subsidy | -220.00 | | | 594.04 |
| 10/00/18 | 63889 | ADJ | 10/30/18 | Adj Db-Subsidy | -220.00 | | | 374.04 |
| | 59414 | PAID | 10/04/18 | | | CP_ACH | 374.04 | 0.00 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | November 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/18 | SYS | BILL | 11/01/18 | Rent | 920.12 | | | 920.12 |
| 11/01/18 | SYS | BILL | 11/01/18 | Sec. 8 | -546.08 | | | 374.04 |
| | 62572 | PAID | 11/02/18 | | | CP_ACH | 374.04 | 0.00 |
| | | | December 2018 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/18 | SYS | BILL | 12/01/18 | Rent | 920.12 | | | 920.12 |
| 12/01/18 | SYS | BILL | 12/01/18 | Sec. 8 | -546.08 | | | 374.04 |
| | 65432 | PAID | 12/06/18 | | | CP_ACH | 374.04 | 0.00 |
| | | | January 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 01/01/19 | SYS | BILL | 01/01/19 | Rent | 920.12 | | | 920.12 |
| 01/01/19 | SYS | BILL | 01/01/19 | Sec. 8 | -546.08 | | | 374.04 |
| | 68068 | PAID | 01/04/19 | | | CP_ACH | 374.04 | 0.00 |
| | 70747 | PAID | 01/31/19 | | | CP_ACH | 374.04 | -374.04 |
| | | | February 2019 | | | | | |
| Opening Balance | | | | | | | | -374.04 |
| 02/01/19 | SYS | BILL | 02/01/19 | Rent | 920.12 | | | 546.08 |
| 02/01/19 | SYS | BILL | 02/01/19 | Sec. 8 | -546.08 | | | 0.00 |
| | | | March 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/19 | SYS | BILL | 03/01/19 | Rent | 920.12 | | | 920.12 |
| 03/01/19 | SYS | BILL | 03/01/19 | Sec. 8 | -546.08 | | | 374.04 |
| | 74014 | PAID | 03/07/19 | | | CP_ACH | 374.04 | 0.00 |
| | | | April 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/19 | SYS | BILL | 04/01/19 | Rent | 920.12 | | | 920.12 |
| 04/01/19 | SYS | BILL | 04/01/19 | Sec. 8 | -546.08 | | | 374.04 |
| | 76540 | PAID | 04/04/19 | | | CP_ACH | 374.04 | 0.00 |
| | | | May 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/19 | SYS | BILL | 05/01/19 | Rent | 920.12 | | | 920.12 |
| 05/01/19 | SYS | BILL | 05/01/19 | Sec. 8 | -546.08 | | | 374.04 |
| | 79404 | PAID | 05/03/19 | | | CP_ACH | 471.04 | -97.00 |
| | 81880 | Reapplied | 05/30/19 | | | | 0.00 | -97.00 |
| | | | June 2019 | | | | | |
| Opening Balance | | | | | | | | -97.00 |
| 06/01/19 | SYS | BILL | 06/01/19 | Rent | 920.12 | | | 823.12 |
| 06/01/19 | SYS | BILL | 06/01/19 | Sec. 8 | -546.08 | | | 277.04 |
| 06/01/19 | 84105 | ADJ | 06/21/19 | Adj Db-Subsidy | 97.00 | | | 374.04 |
| 05/01/19 | 84105 | ADJ | 06/21/19 | Adj Db-Subsidy | 97.00 | | | 471.04 |
| | 82265 | PAID | 06/06/19 | | | CP_ACH | 471.04 | 0.00 |
| | 84105 | Reapplied | 06/21/19 | | | | 0.00 | 0.00 |
| | | | July 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 07/01/19 | SYS | BILL | 07/01/19 | Rent | 920.12 | | | 920.12 |
| 07/01/19 | SYS | BILL | 07/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 84757 | PAID | 07/05/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | August 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 08/01/19 | SYS | BILL | 08/01/19 | Rent | 920.12 | | | 920.12 |
| 08/01/19 | SYS | BILL | 08/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 87608 | PAID | 08/01/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | September 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 09/01/19 | SYS | BILL | 09/01/19 | Rent | 920.12 | | | 920.12 |
| 09/01/19 | SYS | BILL | 09/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 90830 | PAID | 09/06/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | October 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 10/01/19 | SYS | BILL | 10/01/19 | Rent | 920.12 | | | 920.12 |
| 10/01/19 | SYS | BILL | 10/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 93501 | PAID | 10/04/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | November 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/19 | SYS | BILL | 11/01/19 | Rent | 920.12 | | | 920.12 |
| 11/01/19 | SYS | BILL | 11/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 96695 | PAID | 11/07/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | December 2019 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/19 | SYS | BILL | 12/01/19 | Rent | 920.12 | | | 920.12 |
| 12/01/19 | SYS | BILL | 12/01/19 | Sec. 8 | -449.08 | | | 471.04 |
| | 98788 | PAID | 12/03/19 | | | CP_ACH | 471.04 | 0.00 |
| | | | January 2020 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 01/01/20 | SYS | BILL | 01/01/20 | Rent | 920.12 | | | 920.12 |
| 01/01/20 | SYS | BILL | 01/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 1791 | PAID | 01/03/20 | | | CP_ACH | 471.04 | 0.00 |
| | | | February 2020 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 02/01/20 | SYS | BILL | 02/01/20 | Rent | 920.12 | | | 920.12 |
| 02/01/20 | SYS | BILL | 02/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 4767 | PAID | 02/05/20 | | | CP_ACH | 471.04 | 0.00 |
| | | | March 2020 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/20 | SYS | BILL | 03/01/20 | Rent | 920.12 | | | 920.12 |
| 03/01/20 | SYS | BILL | 03/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 7482 | PAID | 03/02/20 | | | CP_ACH | 471.04 | 0.00 |
| | | | April 2020 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/20 | SYS | BILL | 04/01/20 | Rent | 920.12 | | | 920.12 |
| 04/01/20 | SYS | BILL | 04/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 10575 | PAID | 04/01/20 | | | CP_ACH | 494.04 | -23.00 |
| | | | May 2020 | | | | | |
| Opening Balance | | | | | | | | -23.00 |
| 05/01/20 | SYS | BILL | 05/01/20 | Rent | 920.12 | | | 897.12 |
| 05/01/20 | SYS | BILL | 05/01/20 | Sec. 8 | -449.08 | | | 448.04 |
| | 13861 | PAID | 05/05/20 | | | CP_ACH | 494.04 | -46.00 |
| | | | June 2020 | | | | | |
| Opening Balance | | | | | | | | -46.00 |
| 06/01/20 | SYS | BILL | 06/01/20 | Rent | 943.12 | | | 897.12 |
| 06/01/20 | SYS | BILL | 06/01/20 | Sec. 8 | -449.08 | | | 448.04 |
| 06/01/20 | SYS | BILL | 06/01/20 | Security Depos | 23.00 | | | 471.04 |
| | 16485 | PAID | 06/03/20 | | | CP_ACH | 494.04 | -23.00 |
| | | | July 2020 | | | | | |
| Opening Balance | | | | | | | | -23.00 |
| 07/01/20 | SYS | BILL | 07/01/20 | Rent | 943.12 | | | 920.12 |
| 07/01/20 | SYS | BILL | 07/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| | 19356 | PAID | 07/01/20 | | | CP_ACH | 471.04 | 0.00 |
| | 22034 | PAID | 07/30/20 | | | CP_ACH | 494.04 | -494.04 |
| | | | August 2020 | | | | | |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | -494.04 |
| 08/01/20 | SYS | BILL | 08/01/20 | Rent | 943.12 | | | 449.08 |
| 08/01/20 | SYS | BILL | 08/01/20 | Sec. 8 | -449.08 | | | 0.00 |
| | | | September 2020 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 09/01/20 | SYS | BILL | 09/01/20 | Rent | 943.12 | | | 943.12 |
| 09/01/20 | SYS | BILL | 09/01/20 | Sec. 8 | -449.08 | | | 494.04 |
| 09/01/20 | 29110A | ADJ | 09/18/20 | Adj Cr-Subsidy | -119.00 | | | 375.04 |
| 09/00/20 | 29110B | ADJ | 09/18/20 | Adj Db-Subsidy | -476.00 | | | -100.96 |
| | 27928 | PAID | 09/30/20 | | | CP_ACH | 297.08 | -398.04 |
| | | | October 2020 | | | | | |
| Opening Balance | | | | | | | | -398.04 |
| 10/01/20 | SYS | BILL | 10/01/20 | Rent | 943.12 | | | 545.08 |
| 10/01/20 | SYS | BILL | 10/01/20 | Sec. 8 | -449.08 | | | 96.00 |
| 10/01/20 | 32604 | ADJ | 10/22/20 | Adj Cr-Subsidy | -119.00 | | | -23.00 |
| | | | November 2020 | | | | | |
| Opening Balance | | | | | | | | -23.00 |
| 11/01/20 | SYS | BILL | 11/01/20 | Rent | 943.12 | | | 920.12 |
| 11/01/20 | SYS | BILL | 11/01/20 | Sec. 8 | -449.08 | | | 471.04 |
| 11/01/20 | 35607 | ADJ | 11/27/20 | Adj Cr-Subsidy | -119.00 | | | 352.04 |
| | 31257 | PAID | 11/04/20 | | | CP_ACH | 375.04 | -23.00 |
| | | | December 2020 | | | | | |
| Opening Balance | | | | | | | | -23.00 |
| 12/01/20 | SYS | BILL | 12/01/20 | Rent | 943.12 | | | 920.12 |
| 12/01/20 | SYS | BILL | 12/01/20 | Sec. 8 | -568.08 | | | 352.04 |
| | 33988 | PAID | 12/03/20 | | | CP_ACH | 375.04 | -23.00 |
| | | | January 2021 | | | | | |
| Opening Balance | | | | | | | | -23.00 |
| 01/01/21 | SYS | BILL | 01/01/21 | Rent | 943.12 | | | 920.12 |
| 01/01/21 | SYS | BILL | 01/01/21 | Sec. 8 | -568.08 | | | 352.04 |
| | 36747 | PAID | 01/04/21 | | | CP_ACH | 375.04 | -23.00 |
| | 39168 | PAID | 01/29/21 | | | CP_ACH | 352.04 | -375.04 |
| | | | February 2021 | | | | | |
| Opening Balance | | | | | | | | -375.04 |
| 02/01/21 | SYS | BILL | 02/01/21 | Rent | 943.12 | | | 568.08 |
| 02/01/21 | SYS | BILL | 02/01/21 | Sec. 8 | -568.08 | | | 0.00 |
| | | | March 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/21 | SYS | BILL | 03/01/21 | Rent | 943.12 | | | 943.12 |
| 03/01/21 | SYS | BILL | 03/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 42167 | PAID | 03/02/21 | | | CP_ACH | 375.04 | 0.00 |
| | 45220 | PAID | 03/31/21 | | | CP_ACH | 375.04 | -375.04 |
| | | | April 2021 | | | | | |
| Opening Balance | | | | | | | | -375.04 |
| 04/01/21 | SYS | BILL | 04/01/21 | Rent | 943.12 | | | 568.08 |
| 04/01/21 | SYS | BILL | 04/01/21 | Sec. 8 | -568.08 | | | 0.00 |
| | | | May 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/21 | SYS | BILL | 05/01/21 | Rent | 943.12 | | | 943.12 |
| 05/01/21 | SYS | BILL | 05/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 48888 | PAID | 05/06/21 | | | CP_ACH | 375.04 | 0.00 |
| | 50951 | PAID | 05/28/21 | | | CP_ACH | 375.04 | -375.04 |
| | | | June 2021 | | | | | |
| Opening Balance | | | | | | | | -375.04 |
| 06/01/21 | SYS | BILL | 06/01/21 | Rent | 943.12 | | | 568.08 |
| 06/01/21 | SYS | BILL | 06/01/21 | Sec. 8 | -568.08 | | | 0.00 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | July 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 07/01/21 | SYS | BILL | 07/01/21 | Rent | 943.12 | | | 943.12 |
| 07/01/21 | SYS | BILL | 07/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 54007 | PAID | 07/01/21 | | | CP_ACH | 375.04 | 0.00 |
| | 56510 | PAID | 07/29/21 | | | CP_ACH | 375.04 | -375.04 |
| | | | August 2021 | | | | | |
| Opening Balance | | | | | | | | -375.04 |
| 08/01/21 | SYS | BILL | 08/01/21 | Rent | 943.12 | | | 568.08 |
| 08/01/21 | SYS | BILL | 08/01/21 | Sec. 8 | -568.08 | | | 0.00 |
| | | | September 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 09/01/21 | SYS | BILL | 09/01/21 | Rent | 943.12 | | | 943.12 |
| 09/01/21 | SYS | BILL | 09/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 59895 | PAID | 09/02/21 | | | CP_ACH | 375.04 | 0.00 |
| | | | October 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 10/01/21 | SYS | BILL | 10/01/21 | Rent | 943.12 | | | 943.12 |
| 10/01/21 | SYS | BILL | 10/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 62780 | PAID | 10/01/21 | | | CP_ACH | 375.04 | 0.00 |
| | | | November 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 11/01/21 | SYS | BILL | 11/01/21 | Rent | 943.12 | | | 943.12 |
| 11/01/21 | SYS | BILL | 11/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| | 65755 | PAID | 11/02/21 | | | CP_ACH | 375.04 | 0.00 |
| | | | December 2021 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 12/01/21 | SYS | BILL | 12/01/21 | Rent | 943.12 | | | 943.12 |
| 12/01/21 | SYS | BILL | 12/01/21 | Sec. 8 | -568.08 | | | 375.04 |
| 12/01/21 | SYS | BILL | 12/01/21 | Security Depos | 23.58 | | | 398.62 |
| | 68562 | PAID | 12/02/21 | | | CP_ACH | 375.04 | 23.58 |
| | | | January 2022 | | | | | |
| Opening Balance | | | | | | | | 23.58 |
| 01/01/22 | SYS | BILL | 01/01/22 | Rent | 943.12 | | | 966.70 |
| 01/01/22 | SYS | BILL | 01/01/22 | Sec. 8 | -568.08 | | | 398.62 |
| | 71649 | PAID | 01/05/22 | | | CP_ACH | 375.04 | 23.58 |
| | 72539 | PAID | 01/12/22 | | | 966074310 | 23.58 | 0.00 |
| | | | February 2022 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 02/01/22 | SYS | BILL | 02/01/22 | Rent | 966.70 | | | 966.70 |
| 02/01/22 | SYS | BILL | 02/01/22 | Sec. 8 | -568.08 | | | 398.62 |
| | 74497 | PAID | 02/02/22 | | | CP_ACH | 398.62 | 0.00 |
| | | | March 2022 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 03/01/22 | SYS | BILL | 03/01/22 | Rent | 966.70 | | | 966.70 |
| 03/01/22 | SYS | BILL | 03/01/22 | Sec. 8 | -568.08 | | | 398.62 |
| | 77311 | PAID | 03/03/22 | | | CP_ACH | 398.62 | 0.00 |
| | | | April 2022 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 04/01/22 | SYS | BILL | 04/01/22 | Rent | 966.70 | | | 966.70 |
| 04/01/22 | SYS | BILL | 04/01/22 | Sec. 8 | -568.08 | | | 398.62 |
| | 80336 | PAID | 04/01/22 | | | CP_ACH | 398.62 | 0.00 |
| | | | May 2022 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 05/01/22 | SYS | BILL | 05/01/22 | Rent | 966.70 | | | 966.70 |
| 05/01/22 | SYS | BILL | 05/01/22 | Sec. 8 | -568.08 | | | 398.62 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 83001 | PAID | 05/02/22 | | | CP_ACH | 398.62 | 0.00 |
| | | | June 2022 | | | | | |
| Opening Balance | | | | | | | | 0.00 |
| 06/01/22 | SYS | BILL | 06/01/22 | Rent | 966.70 | | | 966.70 |
| 06/01/22 | SYS | BILL | 06/01/22 | Sec. 8 | -568.08 | | | 398.62 |
| | 85940 | PAID | 06/01/22 | | | CP_ACH | 398.62 | 0.00 |
| | 88404 | PAID | 06/30/22 | | | CP_ACH | 398.62 | -398.62 |
| | | | July 2022 | | | | | |
| Opening Balance | | | | | | | | -398.62 |
| 07/01/22 | SYS | BILL | 07/01/22 | Rent | 966.70 | | | 568.08 |
| 07/01/22 | SYS | BILL | 07/01/22 | Sec. 8 | -568.08 | | | 0.00 |
| 05/01/22 | 90653 | ADJ | 07/22/22 | Adj Db-Subsidy | 568.08 | | | 568.08 |
| | 90918 | PAID | 07/29/22 | | | CP_ACH | 398.62 | 169.46 |
| | | | August 2022 | | | | | |
| Opening Balance | | | | | | | | 169.46 |
| 08/01/22 | SYS | BILL | 08/01/22 | Rent | 966.70 | | | 1,136.16 |
| | | | September 2022 | | | | | |
| Opening Balance | | | | | | | | 1,136.16 |
| 09/01/22 | SYS | BILL | 09/01/22 | Rent | 966.70 | | | 2,102.86 |
| | 94471 | PAID | 09/06/22 | | | CP_ACH | 398.62 | 1,704.24 |
| | | | October 2022 | | | | | |
| Opening Balance | | | | | | | | 1,704.24 |
| 10/01/22 | SYS | BILL | 10/01/22 | Rent | 966.70 | | | 2,670.94 |
| | 97121 | PAID | 10/04/22 | | | CP_ACH | 398.62 | 2,272.32 |
| | | | November 2022 | | | | | |
| Opening Balance | | | | | | | | 2,272.32 |
| 11/01/22 | SYS | BILL | 11/01/22 | Rent | 966.70 | | | 3,239.02 |
| | 99804 | PAID | 11/01/22 | | | CP_ACH | 398.62 | 2,840.40 |
| | | | December 2022 | | | | | |
| Opening Balance | | | | | | | | 2,840.40 |
| 12/01/22 | SYS | BILL | 12/01/22 | Rent | 966.70 | | | 3,807.10 |
| | 2825 | PAID | 12/06/22 | | | CP_ACH | 398.62 | 3,408.48 |
| | | | January 2023 | | | | | |
| Opening Balance | | | | | | | | 3,408.48 |
| 01/01/23 | SYS | BILL | 01/01/23 | Rent | 966.70 | | | 4,375.18 |
| | 5090 | PAID | 01/03/23 | | | CP_ACH | 398.62 | 3,976.56 |
| | 7733 | PAID | 01/31/23 | | | CP_ACH | 398.62 | 3,577.94 |
| | | | February 2023 | | | | | |
| Opening Balance | | | | | | | | 3,577.94 |
| 02/01/23 | SYS | BILL | 02/01/23 | Rent | 966.70 | | | 4,544.64 |
| | 10662 | PAID | 02/28/23 | | | CP_ACH | 398.62 | 4,146.02 |
| | | | March 2023 | | | | | |
| Opening Balance | | | | | | | | 4,146.02 |
| 03/01/23 | SYS | BILL | 03/01/23 | Rent | 966.70 | | | 5,112.72 |
| | | | April 2023 | | | | | |
| Opening Balance | | | | | | | | 5,112.72 |
| 04/01/23 | SYS | BILL | 04/01/23 | Rent | 966.70 | | | 6,079.42 |
| | 14316 | PAID | 04/04/23 | | | CP_ACH | 398.62 | 5,680.80 |
| | | | May 2023 | | | | | |
| Opening Balance | | | | | | | | 5,680.80 |
| 05/01/23 | SYS | BILL | 05/01/23 | Rent | 966.70 | | | 6,647.50 |
| | 17224 | PAID | 05/02/23 | | | CP_ACH | 398.62 | 6,248.88 |
| | | | June 2023 | | | | | |
| Opening Balance | | | | | | | | 6,248.88 |
| 06/01/23 | SYS | BILL | 06/01/23 | Rent | 966.70 | | | 7,215.58 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | 20408 | PAID | 06/06/23 | | | CP_ACH | 398.62 | 6,816.96 |
| | | | **July 2023** | | | | | |
| Opening Balance | | | | | | | | 6,816.96 |
| 07/01/23 | SYS | BILL | 07/01/23 | Rent | 966.70 | | | 7,783.66 |
| | 23099 | PAID | 07/05/23 | | | CP_ACH | 398.62 | 7,385.04 |