**Ahmad Keshavarz**

| | |
|---|---|
| **From:** | Eliza Chung <echung@legal-aid.org> |
| **Sent:** | Tuesday, November 21, 2023 4:30 PM |
| **To:** | Dtejada@sdkhlaw.com |
| **Cc:** | Meagan Potter |
| **Subject:** | Arthur Ransome Houses LP vs. Garcia, Leonarda (LT-308781-23/NY) |
| **Attachments:** | LT_308781_23 _NY_Arthur_Ransome_House_LP_v_Leonarda_Garcia_STIPULATION___OTHER_20.pdf |

Good Afternoon:

I hope this message finds you well.

Our stipulation (see enclosed) dated September 26, 2023 provides that Petitioner shall inspect and repair the HPD violations associated with the subject premises on October 19, 2023, October 20, 2023, and October 23, 2023 and that the repairs shall be made within 30 days of initial access. Today is November 21, 2023, over 30 days since the initial access date.

My client lost her Section 8 voucher because her apartment failed HQS as a result of the HPD violations. Moreover, she is paying her portion of the rent as any good tenant would. Please ensure that your client repairs the HPD violations.

**My client will provide access on Monday, November 27, 2023.**

**We intend to file a Motion for Contempt ahead of the next court date (12/7/2023 at 9:30 AM) if these repairs are not made.**

Thank you,
Eliza

--
Eliza Chung
Staff Attorney
The Legal Aid Society
Harlem Community Law Office
2090 Adam Clayton Powell, Jr. Blvd., 3rd Floor
New York, NY 10027
Email: echung@legal-aid.org
Tele: (347) 213-0179
*Pronouns: she/her*

THE LEGAL AID SOCIETY

This e-mail is sent by a law firm and contains information that may be privileged and confidential and may also be covered by the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient, do not disseminate; please delete the e-mail and notify us immediately.