# *EXHIBIT "B"*

Building Number: 1785WAL
Unit Number: 9B

Tenant Ledger
CRUZ, KATHERINE


Printed: 01/16/25 at 04:14pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | May 2018 | | | | | |
| Opening Balance | | | | | | | | 162.72 |
| 05/01/18 | SYS | BILL | 05/01/18 | Rent | 1,545.49 | | | 1,708.21 |
| 05/01/18 | SYS | BILL | 05/01/18 | Sec. 8 | -1,357.13 | | | 351.08 |
| | | | June 2018 | | | | | |
| Opening Balance | | | | | | | | 351.08 |
| 06/01/18 | SYS | BILL | 06/01/18 | Rent | 1,545.49 | | | 1,896.57 |
| 06/01/18 | SYS | BILL | 06/01/18 | Sec. 8 | -1,357.13 | | | 539.44 |
| | | | July 2018 | | | | | |
| Opening Balance | | | | | | | | 539.44 |
| 07/01/18 | SYS | BILL | 07/01/18 | Rent | 1,545.49 | | | 2,084.93 |
| 07/01/18 | SYS | BILL | 07/01/18 | Sec. 8 | -1,357.13 | | | 727.80 |
| | | | August 2018 | | | | | |
| Opening Balance | | | | | | | | 727.80 |
| 08/01/18 | SYS | BILL | 08/01/18 | Rent | 1,545.49 | | | 2,273.29 |
| 08/01/18 | SYS | BILL | 08/01/18 | Sec. 8 | -1,357.13 | | | 916.16 |
| | | | September 2018 | | | | | |
| Opening Balance | | | | | | | | 916.16 |
| 09/01/18 | SYS | BILL | 09/01/18 | Rent | 1,545.49 | | | 2,461.65 |
| 09/01/18 | SYS | BILL | 09/01/18 | Sec. 8 | -1,357.13 | | | 1,104.52 |
| | | | October 2018 | | | | | |
| Opening Balance | | | | | | | | 1,104.52 |
| 10/01/18 | SYS | BILL | 10/01/18 | Rent | 1,545.49 | | | 2,650.01 |
| 10/01/18 | SYS | BILL | 10/01/18 | Sec. 8 | -1,357.13 | | | 1,292.88 |
| | | | November 2018 | | | | | |
| Opening Balance | | | | | | | | 1,292.88 |
| 11/01/18 | SYS | BILL | 11/01/18 | Rent | 1,545.49 | | | 2,838.37 |
| 11/01/18 | SYS | BILL | 11/01/18 | Sec. 8 | -1,357.13 | | | 1,481.24 |
| 11/01/18 | SYS | BILL | 11/01/18 | Late Charge | 25.00 | | | 1,506.24 |
| | | | December 2018 | | | | | |
| Opening Balance | | | | | | | | 1,506.24 |
| 12/01/18 | SYS | BILL | 12/01/18 | Rent | 1,545.49 | | | 3,051.73 |
| 12/01/18 | SYS | BILL | 12/01/18 | Sec. 8 | -1,357.13 | | | 1,694.60 |
| 12/01/18 | SYS | BILL | 12/01/18 | Late Charge | 25.00 | | | 1,719.60 |
| | | | January 2019 | | | | | |
| Opening Balance | | | | | | | | 1,719.60 |
| 01/01/19 | SYS | BILL | 01/01/19 | Rent | 1,545.49 | | | 3,265.09 |
| 01/01/19 | SYS | BILL | 01/01/19 | Sec. 8 | -1,357.13 | | | 1,907.96 |
| 01/01/19 | SYS | BILL | 01/01/19 | Late Charge | 25.00 | | | 1,932.96 |
| 01/01/19 | 75230 | ADJ | 01/17/19 | Adj Db-Subsidy | 271.43 | | | 2,204.39 |
| | | | February 2019 | | | | | |
| Opening Balance | | | | | | | | 2,204.39 |
| 02/01/19 | SYS | BILL | 02/01/19 | Rent | 1,545.49 | | | 3,749.88 |
| 02/01/19 | SYS | BILL | 02/01/19 | Sec. 8 | -1,357.13 | | | 2,392.75 |
| 02/01/19 | SYS | BILL | 02/01/19 | Late Charge | 25.00 | | | 2,417.75 |
| | | | March 2019 | | | | | |
| Opening Balance | | | | | | | | 2,417.75 |
| 03/01/19 | SYS | BILL | 03/01/19 | Rent | 1,545.49 | | | 3,963.24 |
| 03/01/19 | SYS | BILL | 03/01/19 | Sec. 8 | -1,357.13 | | | 2,606.11 |
| 03/01/19 | SYS | BILL | 03/01/19 | Late Charge | 25.00 | | | 2,631.11 |
| | | | April 2019 | | | | | |
| Opening Balance | | | | | | | | 2,631.11 |
| 04/01/19 | SYS | BILL | 04/01/19 | Rent | 1,545.49 | | | 4,176.60 |
| 04/01/19 | SYS | BILL | 04/01/19 | Sec. 8 | -1,357.13 | | | 2,819.47 |
| 04/01/19 | SYS | BILL | 04/01/19 | Late Charge | 25.00 | | | 2,844.47 |
| 04/01/19 | 78961 | ADJ | 04/18/19 | Adj Db-Subsidy | 11.00 | | | 2,855.47 |
| 03/01/19 | 80247 | ADJ | 04/29/19 | Adj Db-Subsidy | 11.00 | | | 2,866.47 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | May 2019 | | | | | |
| Opening Balance | | | | | | | | 2,866.47 |
| 05/01/19 | SYS | BILL | 05/01/19 | Rent | 1,545.49 | | | 4,411.96 |
| 05/01/19 | SYS | BILL | 05/01/19 | Late Charge | 25.00 | | | 4,436.96 |
| 05/01/19 | SYS | BILL | 05/01/19 | Sec. 8 | -1,346.13 | | | 3,090.83 |
| | | | June 2019 | | | | | |
| Opening Balance | | | | | | | | 3,090.83 |
| 06/01/19 | SYS | BILL | 06/01/19 | Rent | 1,545.49 | | | 4,636.32 |
| 06/01/19 | SYS | BILL | 06/01/19 | Sec. 8 | -1,346.13 | | | 3,290.19 |
| | | | July 2019 | | | | | |
| Opening Balance | | | | | | | | 3,290.19 |
| 07/01/19 | SYS | BILL | 07/01/19 | Rent | 1,545.49 | | | 4,835.68 |
| 07/01/19 | SYS | BILL | 07/01/19 | Sec. 8 | -1,346.13 | | | 3,489.55 |
| | | | August 2019 | | | | | |
| Opening Balance | | | | | | | | 3,489.55 |
| 08/01/19 | SYS | BILL | 08/01/19 | Rent | 1,545.49 | | | 5,035.04 |
| 08/01/19 | SYS | BILL | 08/01/19 | Sec. 8 | -1,346.13 | | | 3,688.91 |
| 08/01/19 | SYS | BILL | 08/01/19 | Late Charge | 25.00 | | | 3,713.91 |
| | | | September 2019 | | | | | |
| Opening Balance | | | | | | | | 3,713.91 |
| 09/01/19 | SYS | BILL | 09/01/19 | Rent | 1,545.49 | | | 5,259.40 |
| 09/01/19 | SYS | BILL | 09/01/19 | Sec. 8 | -1,346.13 | | | 3,913.27 |
| | | | October 2019 | | | | | |
| Opening Balance | | | | | | | | 3,913.27 |
| 10/01/19 | SYS | BILL | 10/01/19 | Rent | 1,545.49 | | | 5,458.76 |
| 10/01/19 | SYS | BILL | 10/01/19 | Sec. 8 | -1,346.13 | | | 4,112.63 |
| | | | November 2019 | | | | | |
| Opening Balance | | | | | | | | 4,112.63 |
| 11/01/19 | SYS | BILL | 11/01/19 | Rent | 1,545.49 | | | 5,658.12 |
| 11/01/19 | SYS | BILL | 11/01/19 | Sec. 8 | -1,346.13 | | | 4,311.99 |
| | | | December 2019 | | | | | |
| Opening Balance | | | | | | | | 4,311.99 |
| 12/01/19 | SYS | BILL | 12/01/19 | Rent | 1,545.49 | | | 5,857.48 |
| 12/01/19 | SYS | BILL | 12/01/19 | Sec. 8 | -1,346.13 | | | 4,511.35 |
| | | | January 2020 | | | | | |
| Opening Balance | | | | | | | | 4,511.35 |
| 01/01/20 | SYS | BILL | 01/01/20 | Rent | 1,545.49 | | | 6,056.84 |
| 01/01/20 | SYS | BILL | 01/01/20 | Sec. 8 | -1,346.13 | | | 4,710.71 |
| | | | February 2020 | | | | | |
| Opening Balance | | | | | | | | 4,710.71 |
| 02/01/20 | SYS | BILL | 02/01/20 | Rent | 1,545.49 | | | 6,256.20 |
| 02/01/20 | SYS | BILL | 02/01/20 | Sec. 8 | -1,346.13 | | | 4,910.07 |
| | | | March 2020 | | | | | |
| Opening Balance | | | | | | | | 4,910.07 |
| 03/01/20 | SYS | BILL | 03/01/20 | Rent | 1,576.40 | | | 6,486.47 |
| 03/01/20 | SYS | BILL | 03/01/20 | Sec. 8 | -1,346.13 | | | 5,140.34 |
| 03/01/20 | SYS | BILL | 03/01/20 | Security Depos | 30.91 | | | 5,171.25 |
| | 7764 | PAID | 03/03/20 | | | 7383 | 1,000.00 | 4,171.25 |
| | | | April 2020 | | | | | |
| Opening Balance | | | | | | | | 4,171.25 |
| 04/01/20 | SYS | BILL | 04/01/20 | Rent | 1,576.40 | | | 5,747.65 |
| 04/01/20 | SYS | BILL | 04/01/20 | Sec. 8 | -1,346.13 | | | 4,401.52 |
| 04/01/20 | 11961 | ADJ | 04/12/20 | Adj Db-Subsidy | 245.00 | | | 4,646.52 |
| | | | May 2020 | | | | | |
| Opening Balance | | | | | | | | 4,646.52 |
| 05/01/20 | SYS | BILL | 05/01/20 | Rent | 1,576.40 | | | 6,222.92 |
| 05/01/20 | SYS | BILL | 05/01/20 | Sec. 8 | -1,101.13 | | | 5,121.79 |

Building Number: 1785WAL
Unit Number: 9B

Tenant Ledger
CRUZ, KATHERINE


Printed: 01/16/25 at 04:14pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | June 2020 | | | | | |
| Opening Balance | | | | | | | | 5,121.79 |
| 06/01/20 | SYS | BILL | 06/01/20 | Rent | 1,576.40 | | | 6,698.19 |
| 06/01/20 | SYS | BILL | 06/01/20 | Sec. 8 | -1,101.13 | | | 5,597.06 |
| | | | July 2020 | | | | | |
| Opening Balance | | | | | | | | 5,597.06 |
| 07/01/20 | SYS | BILL | 07/01/20 | Rent | 1,576.40 | | | 7,173.46 |
| 07/01/20 | SYS | BILL | 07/01/20 | Sec. 8 | -1,101.13 | | | 6,072.33 |
| | | | August 2020 | | | | | |
| Opening Balance | | | | | | | | 6,072.33 |
| 08/01/20 | SYS | BILL | 08/01/20 | Rent | 1,576.40 | | | 7,648.73 |
| 08/01/20 | SYS | BILL | 08/01/20 | Sec. 8 | -1,101.13 | | | 6,547.60 |
| | | | September 2020 | | | | | |
| Opening Balance | | | | | | | | 6,547.60 |
| 09/01/20 | SYS | BILL | 09/01/20 | Rent | 1,576.40 | | | 8,124.00 |
| 09/01/20 | SYS | BILL | 09/01/20 | Sec. 8 | -1,101.13 | | | 7,022.87 |
| | | | October 2020 | | | | | |
| Opening Balance | | | | | | | | 7,022.87 |
| 10/01/20 | SYS | BILL | 10/01/20 | Rent | 1,576.40 | | | 8,599.27 |
| 10/01/20 | SYS | BILL | 10/01/20 | Sec. 8 | -1,101.13 | | | 7,498.14 |
| | | | November 2020 | | | | | |
| Opening Balance | | | | | | | | 7,498.14 |
| 11/01/20 | SYS | BILL | 11/01/20 | Rent | 1,576.40 | | | 9,074.54 |
| 11/01/20 | SYS | BILL | 11/01/20 | Sec. 8 | -1,101.13 | | | 7,973.41 |
| | | | December 2020 | | | | | |
| Opening Balance | | | | | | | | 7,973.41 |
| 12/01/20 | SYS | BILL | 12/01/20 | Rent | 1,576.40 | | | 9,549.81 |
| 12/01/20 | SYS | BILL | 12/01/20 | Sec. 8 | -1,101.13 | | | 8,448.68 |
| | | | January 2021 | | | | | |
| Opening Balance | | | | | | | | 8,448.68 |
| 01/01/21 | SYS | BILL | 01/01/21 | Rent | 1,576.40 | | | 10,025.08 |
| 01/01/21 | SYS | BILL | 01/01/21 | Sec. 8 | -1,101.13 | | | 8,923.95 |
| | | | February 2021 | | | | | |
| Opening Balance | | | | | | | | 8,923.95 |
| 02/01/21 | SYS | BILL | 02/01/21 | Rent | 1,576.40 | | | 10,500.35 |
| 02/01/21 | SYS | BILL | 02/01/21 | Sec. 8 | -1,101.13 | | | 9,399.22 |
| | | | March 2021 | | | | | |
| Opening Balance | | | | | | | | 9,399.22 |
| 03/01/21 | SYS | BILL | 03/01/21 | Rent | 1,576.40 | | | 10,975.62 |
| 03/01/21 | SYS | BILL | 03/01/21 | Sec. 8 | -1,101.13 | | | 9,874.49 |
| | | | April 2021 | | | | | |
| Opening Balance | | | | | | | | 9,874.49 |
| 04/01/21 | SYS | BILL | 04/01/21 | Rent | 1,576.40 | | | 11,450.89 |
| 04/01/21 | SYS | BILL | 04/01/21 | Sec. 8 | -1,101.13 | | | 10,349.76 |
| | 46914 | PAID | 04/14/21 | | | CP_CC | 2,000.00 | 8,349.76 |
| | | | May 2021 | | | | | |
| Opening Balance | | | | | | | | 8,349.76 |
| 05/01/21 | SYS | BILL | 05/01/21 | Rent | 1,576.40 | | | 9,926.16 |
| 05/01/21 | SYS | BILL | 05/01/21 | Sec. 8 | -1,101.13 | | | 8,825.03 |
| | | | June 2021 | | | | | |
| Opening Balance | | | | | | | | 8,825.03 |
| 06/01/21 | SYS | BILL | 06/01/21 | Rent | 1,576.40 | | | 10,401.43 |
| 06/01/21 | SYS | BILL | 06/01/21 | Sec. 8 | -1,101.13 | | | 9,300.30 |
| | | | July 2021 | | | | | |
| Opening Balance | | | | | | | | 9,300.30 |
| 07/01/21 | SYS | BILL | 07/01/21 | Rent | 1,576.40 | | | 10,876.70 |
| 07/01/21 | SYS | BILL | 07/01/21 | Sec. 8 | -1,101.13 | | | 9,775.57 |

Building Number: 1785WAL
Unit Number: 9B

Tenant Ledger
CRUZ, KATHERINE



| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | **August 2021** | | | | | |
| Opening Balance | | | | | | | | 9,775.57 |
| 08/01/21 | SYS | BILL | 08/01/21 | Rent | 1,576.40 | | | 11,351.97 |
| 08/01/21 | SYS | BILL | 08/01/21 | Sec. 8 | -1,101.13 | | | 10,250.84 |
| | | | **September 2021** | | | | | |
| Opening Balance | | | | | | | | 10,250.84 |
| 09/01/21 | SYS | BILL | 09/01/21 | Rent | 1,576.40 | | | 11,827.24 |
| 09/01/21 | SYS | BILL | 09/01/21 | Sec. 8 | -1,101.13 | | | 10,726.11 |
| | | | **October 2021** | | | | | |
| Opening Balance | | | | | | | | 10,726.11 |
| 10/01/21 | SYS | BILL | 10/01/21 | Rent | 1,576.40 | | | 12,302.51 |
| 10/01/21 | SYS | BILL | 10/01/21 | Sec. 8 | -1,101.13 | | | 11,201.38 |
| | | | **November 2021** | | | | | |
| Opening Balance | | | | | | | | 11,201.38 |
| 11/01/21 | SYS | BILL | 11/01/21 | Rent | 1,576.40 | | | 12,777.78 |
| 11/01/21 | SYS | BILL | 11/01/21 | Sec. 8 | -1,101.13 | | | 11,676.65 |
| | | | **December 2021** | | | | | |
| Opening Balance | | | | | | | | 11,676.65 |
| 12/01/21 | SYS | BILL | 12/01/21 | Rent | 1,576.40 | | | 13,253.05 |
| 12/01/21 | SYS | BILL | 12/01/21 | Sec. 8 | -1,101.13 | | | 12,151.92 |
| | | | **January 2022** | | | | | |
| Opening Balance | | | | | | | | 12,151.92 |
| 01/01/22 | SYS | BILL | 01/01/22 | Rent | 1,576.40 | | | 13,728.32 |
| 01/01/22 | SYS | BILL | 01/01/22 | Sec. 8 | -1,101.13 | | | 12,627.19 |
| | | | **February 2022** | | | | | |
| Opening Balance | | | | | | | | 12,627.19 |
| 02/01/22 | SYS | BILL | 02/01/22 | Rent | 1,615.04 | | | 14,242.23 |
| 02/01/22 | SYS | BILL | 02/01/22 | Sec. 8 | -1,101.13 | | | 13,141.10 |
| | | | **March 2022** | | | | | |
| Opening Balance | | | | | | | | 13,141.10 |
| 03/01/22 | SYS | BILL | 03/01/22 | Rent | 1,615.04 | | | 14,756.14 |
| 03/01/22 | SYS | BILL | 03/01/22 | Sec. 8 | -1,101.13 | | | 13,655.01 |
| | | | **April 2022** | | | | | |
| Opening Balance | | | | | | | | 13,655.01 |
| 04/01/22 | SYS | BILL | 04/01/22 | Rent | 1,615.04 | | | 15,270.05 |
| 04/01/22 | SYS | BILL | 04/01/22 | Sec. 8 | -1,101.13 | | | 14,168.92 |
| | | | **May 2022** | | | | | |
| Opening Balance | | | | | | | | 14,168.92 |
| 05/01/22 | SYS | BILL | 05/01/22 | Rent | 1,615.04 | | | 15,783.96 |
| 05/01/22 | SYS | BILL | 05/01/22 | Sec. 8 | -1,101.13 | | | 14,682.83 |
| | | | **June 2022** | | | | | |
| Opening Balance | | | | | | | | 14,682.83 |
| 06/01/22 | SYS | BILL | 06/01/22 | Rent | 1,615.04 | | | 16,297.87 |
| 06/01/22 | SYS | BILL | 06/01/22 | Sec. 8 | -1,101.13 | | | 15,196.74 |
| | | | **July 2022** | | | | | |
| Opening Balance | | | | | | | | 15,196.74 |
| 07/01/22 | SYS | BILL | 07/01/22 | Rent | 1,615.04 | | | 16,811.78 |
| 07/01/22 | SYS | BILL | 07/01/22 | Sec. 8 | -1,101.13 | | | 15,710.65 |
| 03/01/22 | 93049 | ADJ | 07/29/22 | Adj Db-Subsidy | 1,101.13 | | | 16,811.78 |
| 04/01/22 | 93049 | ADJ | 07/29/22 | Adj Db-Subsidy | 1,101.13 | | | 17,912.91 |
| 05/01/22 | 93048 | ADJ | 07/29/22 | Adj Db-Subsidy | 1,008.48 | | | 18,921.39 |
| 05/01/22 | 93049 | ADJ | 07/29/22 | Adj Db-Subsidy | 92.65 | | | 19,014.04 |
| | | | **August 2022** | | | | | |
| Opening Balance | | | | | | | | 19,014.04 |
| 08/01/22 | SYS | BILL | 08/01/22 | Rent | 1,615.04 | | | 20,629.08 |
| 08/01/22 | SYS | BILL | 08/01/22 | Sec. 8 | -1,101.13 | | | 19,527.95 |
| | | | **September 2022** | | | | | |

Building Number: 1785WAL
Unit Number: 9B

Tenant Ledger
CRUZ, KATHERINE


Printed: 01/16/25 at 04:14pm

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | 19,527.95 |
| 09/01/22 | SYS | BILL | 09/01/22 | Rent | 1,615.04 | | | 21,142.99 |
| | | | October 2022 | | | | | |
| Opening Balance | | | | | | | | 21,142.99 |
| 10/01/22 | SYS | BILL | 10/01/22 | Rent | 1,615.04 | | | 22,758.03 |
| | 97949A | PAID | 10/11/22 | | | 7035 | 1,000.00 | 21,758.03 |
| | 97949B | PAID | 10/11/22 | | | 7036 | 1,000.00 | 20,758.03 |
| | | | November 2022 | | | | | |
| Opening Balance | | | | | | | | 20,758.03 |
| 11/01/22 | SYS | BILL | 11/01/22 | Rent | 1,615.04 | | | 22,373.07 |
| | | | December 2022 | | | | | |
| Opening Balance | | | | | | | | 22,373.07 |
| 12/01/22 | SYS | BILL | 12/01/22 | Rent | 1,615.04 | | | 23,988.11 |
| | | | January 2023 | | | | | |
| Opening Balance | | | | | | | | 23,988.11 |
| 01/01/23 | SYS | BILL | 01/01/23 | Rent | 1,615.04 | | | 25,603.15 |
| | | | February 2023 | | | | | |
| Opening Balance | | | | | | | | 25,603.15 |
| 02/01/23 | SYS | BILL | 02/01/23 | Rent | 1,615.04 | | | 27,218.19 |
| | | | March 2023 | | | | | |
| Opening Balance | | | | | | | | 27,218.19 |
| 03/01/23 | SYS | BILL | 03/01/23 | Rent | 1,615.04 | | | 28,833.23 |
| | | | April 2023 | | | | | |
| Opening Balance | | | | | | | | 28,833.23 |
| 04/01/23 | SYS | BILL | 04/01/23 | Rent | 1,615.04 | | | 30,448.27 |
| | | | May 2023 | | | | | |
| Opening Balance | | | | | | | | 30,448.27 |
| 05/01/23 | SYS | BILL | 05/01/23 | Rent | 1,615.04 | | | 32,063.31 |
| | | | June 2023 | | | | | |
| Opening Balance | | | | | | | | 32,063.31 |
| 06/01/23 | SYS | BILL | 06/01/23 | Rent | 1,615.04 | | | 33,678.35 |
| | | | July 2023 | | | | | |
| Opening Balance | | | | | | | | 33,678.35 |
| 07/01/23 | SYS | BILL | 07/01/23 | Rent | 1,615.04 | | | 35,293.39 |
| | | | August 2023 | | | | | |
| Opening Balance | | | | | | | | 35,293.39 |
| 08/01/23 | SYS | BILL | 08/01/23 | Rent | 1,615.04 | | | 36,908.43 |
| | | | September 2023 | | | | | |
| Opening Balance | | | | | | | | 36,908.43 |
| 09/01/23 | SYS | BILL | 09/01/23 | Rent | 1,615.04 | | | 38,523.47 |
| | 30203 | PAID | 09/12/23 | | | 43855470 | 752.50 | 37,770.97 |
| | 31058 | PAID | 09/20/23 | | | 34884635 | 107.50 | 37,663.47 |
| | | | October 2023 | | | | | |
| Opening Balance | | | | | | | | 37,663.47 |
| 10/01/23 | SYS | BILL | 10/01/23 | Rent | 1,615.04 | | | 39,278.51 |
| | 32326 | PAID | 10/04/23 | | | 35024843 | 107.50 | 39,171.01 |
| | 33793 | PAID | 10/18/23 | | | 35167936 | 107.50 | 39,063.51 |
| | | | November 2023 | | | | | |
| Opening Balance | | | | | | | | 39,063.51 |
| 11/01/23 | SYS | BILL | 11/01/23 | Rent | 1,615.04 | | | 40,678.55 |
| | 35558 | PAID | 11/06/23 | | | 35307892 | 107.50 | 40,571.05 |
| | 37169 | PAID | 11/21/23 | | | 35448540 | 107.50 | 40,463.55 |
| | | | December 2023 | | | | | |
| Opening Balance | | | | | | | | 40,463.55 |
| 12/01/23 | SYS | BILL | 12/01/23 | Rent | 1,615.04 | | | 42,078.59 |
| | 38423 | PAID | 12/06/23 | | | 35586453 | 107.50 | 41,971.09 |
| | 39723 | PAID | 12/20/23 | | | 35728141 | 107.50 | 41,863.59 |

Building Number: 1785WAL
Unit Number: 9B

Tenant Ledger
CRUZ, KATHERINE



| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | January 2024 | | | | | |
| Opening Balance | | | | | | | | 41,863.59 |
| 01/01/24 | SYS | BILL | 01/01/24 | Rent | 1,615.04 | | | 43,478.63 |
| | 40775 | PAID | 01/04/24 | | | 35870921 | 107.50 | 43,371.13 |
| | 42126 | PAID | 01/22/24 | | | 36017577 | 107.50 | 43,263.63 |
| | | | February 2024 | | | | | |
| Opening Balance | | | | | | | | 43,263.63 |
| 02/01/24 | SYS | BILL | 02/01/24 | Rent | 1,615.04 | | | 44,878.67 |
| | 43539 | PAID | 02/06/24 | | | 36160623 | 107.50 | 44,771.17 |
| | 44594 | PAID | 02/22/24 | | | 36310831 | 107.50 | 44,663.67 |
| | | | March 2024 | | | | | |
| Opening Balance | | | | | | | | 44,663.67 |
| 03/01/24 | SYS | BILL | 03/01/24 | Rent | 1,615.04 | | | 46,278.71 |
| | 45256 | PAID | 03/05/24 | | | 36456982 | 107.50 | 46,171.21 |
| | 46886 | PAID | 03/21/24 | | | 36607953 | 107.50 | 46,063.71 |
| | | | April 2024 | | | | | |
| Opening Balance | | | | | | | | 46,063.71 |
| 04/01/24 | SYS | BILL | 04/01/24 | Rent | 1,615.04 | | | 47,678.75 |
| | 48072 | PAID | 04/05/24 | | | 36760449 | 107.50 | 47,571.25 |
| 04/01/24 | 51706 | ADJ | 04/09/24 | Adj Cr-Subsidy | -1,101.13 | | | 46,470.12 |
| | 49284 | PAID | 04/19/24 | | | 36913861 | 107.50 | 46,362.62 |
| | | | May 2024 | | | | | |
| Opening Balance | | | | | | | | 46,362.62 |
| 05/01/24 | SYS | BILL | 05/01/24 | Rent | 1,615.04 | | | 47,977.66 |
| | 50526 | PAID | 05/07/24 | | | 37067978 | 107.50 | 47,870.16 |
| 05/01/24 | 51708 | ADJ | 05/15/24 | Adj Cr-Subsidy | -1,101.13 | | | 46,769.03 |
| 02/01/24 | 51593 | ADJ | 05/15/24 | Adj Cr-Subsidy | -75.94 | | | 46,693.09 |
| 03/01/24 | 51593 | ADJ | 05/15/24 | Adj Cr-Subsidy | -1,101.13 | | | 45,591.96 |
| 04/01/24 | 51593 | ADJ | 05/15/24 | Adj Cr-Subsidy | -1,101.13 | | | 44,490.83 |
| 04/01/24 | 51708 | ADJ | 05/15/24 | Adj Cr-Subsidy | 1,101.13 | | | 45,591.96 |
| | 51755 | PAID | 05/21/24 | | | 37223318 | 107.50 | 45,484.46 |
| | | | June 2024 | | | | | |
| Opening Balance | | | | | | | | 45,484.46 |
| 06/01/24 | SYS | BILL | 06/01/24 | Rent | 1,615.04 | | | 47,099.50 |
| | 53152 | PAID | 06/10/24 | | | 37379444 | 107.50 | 46,992.00 |
| | 54045 | PAID | 06/20/24 | | | 37536643 | 107.50 | 46,884.50 |
| | | | July 2024 | | | | | |
| Opening Balance | | | | | | | | 46,884.50 |
| 07/01/24 | SYS | BILL | 07/01/24 | Rent | 1,615.04 | | | 48,499.54 |
| | 54900 | PAID | 07/03/24 | | | 37694280 | 107.50 | 48,392.04 |
| | 56136 | PAID | 07/19/24 | | | 37853146 | 107.50 | 48,284.54 |
| | | | August 2024 | | | | | |
| Opening Balance | | | | | | | | 48,284.54 |
| 08/01/24 | SYS | BILL | 08/01/24 | Rent | 1,615.04 | | | 49,899.58 |
| | 57547 | PAID | 08/06/24 | | | 38012747 | 107.50 | 49,792.08 |
| | 58936 | PAID | 08/21/24 | | | 38172430 | 107.50 | 49,684.58 |
| 08/01/24 | 59312 | ADJ | 08/28/24 | Adj Cr-Subsidy | -272.00 | | | 49,412.58 |
| 06/01/24 | 59312 | ADJ | 08/28/24 | Adj Cr-Subsidy | -272.00 | | | 49,140.58 |
| 07/01/24 | 59312 | ADJ | 08/28/24 | Adj Cr-Subsidy | -272.00 | | | 48,868.58 |
| | | | September 2024 | | | | | |
| Opening Balance | | | | | | | | 48,868.58 |
| 09/01/24 | SYS | BILL | 09/01/24 | Rent | 1,615.04 | | | 50,483.62 |
| 09/01/24 | SYS | BILL | 09/01/24 | Sec. 8 | -1,101.13 | | | 49,382.49 |
| 09/01/24 | 59957 | ADJ | 09/05/24 | Adj Cr-Subsidy | -272.00 | | | 49,110.49 |
| | 60044 | PAID | 09/06/24 | | | 38332318 | 107.50 | 49,002.99 |
| | | | October 2024 | | | | | |
| Opening Balance | | | | | | | | 49,002.99 |
| 10/01/24 | SYS | BILL | 10/01/24 | Rent | 1,615.04 | | | 50,618.03 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 10/01/24 | SYS | BILL | 10/01/24 | Sec. 8 | -1,373.13 | | | 49,244.90 |
| | 62736 | PAID | 10/09/24 | | | 38492824 | 107.50 | 49,137.40 |
| | 62862 | PAID | 10/10/24 | | | 38655324 | 107.50 | 49,029.90 |
| | 64150 | PAID | 10/25/24 | | | 38813014 | 107.50 | 48,922.40 |
| | | | November 2024 | | | | | |
| Opening Balance | | | | | | | | 48,922.40 |
| 11/01/24 | SYS | BILL | 11/01/24 | Rent | 1,615.04 | | | 50,537.44 |
| 11/01/24 | SYS | BILL | 11/01/24 | Sec. 8 | -1,373.13 | | | 49,164.31 |
| | 65538 | PAID | 11/13/24 | | | 38973895 | 107.50 | 49,056.81 |
| | 66350 | PAID | 11/21/24 | | | 39135423 | 107.50 | 48,949.31 |
| | | | December 2024 | | | | | |
| Opening Balance | | | | | | | | 48,949.31 |
| 12/01/24 | SYS | BILL | 12/01/24 | Rent | 1,615.04 | | | 50,564.35 |
| 12/01/24 | SYS | BILL | 12/01/24 | Sec. 8 | -1,373.13 | | | 49,191.22 |
| | | | January 2025 | | | | | |
| Opening Balance | | | | | | | | 49,191.22 |
| 01/01/25 | SYS | BILL | 01/01/25 | Rent | 1,615.04 | | | 50,806.26 |
| 01/01/25 | SYS | BILL | 01/01/25 | Sec. 8 | -1,373.13 | | | 49,433.13 |
| | 69431A | PAID | 01/03/25 | | | 39297016 | 107.50 | 49,325.63 |
| | 69431B | PAID | 01/03/25 | | | 39459413 | 107.50 | 49,218.13 |
| | 70189 | PAID | 01/10/25 | | | 39622231 | 65.50 | 49,152.63 |