# *EXHIBIT "B"*

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | December 2011 | | | | | |
| 'pening Balance | | | | | | | | 0.00 |
| 2/01/11 | 15101 | ADJ | 12/20/11 | Previous Bal. | 1,439.50 | | | 1,439.50 |
| 2/01/11 | 16827 | ADJ | 12/31/11 | Previous Bal. | -90.00 | | | 1,349.50 |
| | | | January 2012 | | | | | |
| 'pening Balance | | | | | | | | 1,349.50 |
| 1/01/12 | SYS | BILL | 01/01/12 | Rent | 858.99 | | | 2,208.49 |
| 1/01/12 | SYS | BILL | 01/01/12 | Sec. 8 | -750.99 | | | 1,457.50 |
| | | | February 2012 | | | | | |
| pening Balance | | | | | | | | 1,457.50 |
| 2/01/12 | SYS | BILL | 02/01/12 | Rent | 858.99 | | | 2,316.49 |
| 2/01/12 | SYS | BILL | 02/01/12 | Sec. 8 | -750.99 | | | 1,565.50 |
| | 18450 | PAID | 02/09/12 | | | 0 | 108.00 | 1,457.50 |
| | | | March 2012 | | | | | |
| pening Balance | | | | | | | | 1,457.50 |
| 3/01/12 | SYS | BILL | 03/01/12 | Rent | 858.99 | | | 2,316.49 |
| 3/01/12 | SYS | BILL | 03/01/12 | Sec. 8 | -750.99 | | | 1,565.50 |
| | 20846 | PAID | 03/12/12 | | | 0 | 108.00 | 1,457.50 |
| | | | April 2012 | | | | | |
| pening Balance | | | | | | | | 1,457.50 |
| 1/01/12 | SYS | BILL | 04/01/12 | Rent | 858.99 | | | 2,316.49 |
| 1/01/12 | SYS | BILL | 04/01/12 | Sec. 8 | -750.99 | | | 1,565.50 |
| | | | May 2012 | | | | | |
| pening Balance | | | | | | | | 1,565.50 |
| 5/01/12 | SYS | BILL | 05/01/12 | Rent | 858.99 | | | 2,424.49 |
| 5/01/12 | SYS | BILL | 05/01/12 | Sec. 8 | -750.99 | | | 1,673.50 |
| | 24563A | Reapplied | 05/03/12 | | | 14446793613 | 108.00 | 1,565.50 |
| | 24563B | Reapplied | 05/03/12 | | | 14446793612 | 108.00 | 1,457.50 |
| | 25115 | PAID | 05/09/12 | | | 0 | 108.00 | 1,349.50 |
| | | | June 2012 | | | | | |
| pening Balance | | | | | | | | 1,349.50 |
| /01/12 | SYS | BILL | 06/01/12 | Rent | 858.99 | | | 2,208.49 |
| /01/12 | SYS | BILL | 06/01/12 | Sec. 8 | -750.99 | | | 1,457.50 |
| | 27445 | PAID | 06/12/12 | | | 0 | 108.00 | 1,349.50 |
| | | | July 2012 | | | | | |
| pening Balance | | | | | | | | 1,349.50 |
| /01/12 | SYS | BILL | 07/01/12 | Rent | 858.99 | | | 2,208.49 |
| /01/12 | SYS | BILL | 07/01/12 | Sec. 8 | -750.99 | | | 1,457.50 |
| | 29622C | PAID | 07/12/12 | | | 14522188845 | 108.00 | 1,349.50 |
| | 29622D | PAID | 07/12/12 | | | 14522188846 | 108.00 | 1,241.50 |
| | 29622A | PAID | 07/12/12 | | | 14522188850 | 108.00 | 1,133.50 |
| | 29622B | PAID | 07/12/12 | | | 14522188849 | 100.00 | 1,033.50 |
| | | | August 2012 | | | | | |
| ening Balance | | | | | | | | 1,033.50 |
| '01/12 | SYS | BILL | 08/01/12 | Rent | 858.99 | | | 1,892.49 |
| '01/12 | SYS | BILL | 08/01/12 | Sec. 8 | -750.99 | | | 1,141.50 |
| | 33360A | PAID | 08/23/12 | | | 14582630245 | 550.00 | 591.50 |
| | 33360B | PAID | 08/23/12 | | | 14582630244 | 108.00 | 483.50 |
| | | | September 2012 | | | | | |
| ening Balance | | | | | | | | 483.50 |
| 01/12 | SYS | BILL | 09/01/12 | Rent | 858.99 | | | 1,342.49 |
| 01/12 | SYS | BILL | 09/01/12 | Sec. 8 | -750.99 | | | 591.50 |
| | 34445 | PAID | 09/11/12 | | | 14538264065 | 483.00 | 108.50 |
| | 36100 | PAID | 09/30/12 | | | 14556220019 | 130.00 | -21.50 |
| | | | October 2012 | | | | | |
| ening Balance | | | | | | | | -21.50 |
| 01/12 | SYS | BILL | 10/01/12 | Rent | 858.99 | | | 837.49 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | November 2012 | | | | | |
| 'pening Balance | | | | | | | | 86.50 |
| 1/01/12 | SYS | BILL | 11/01/12 | Rent | 858.99 | | | 945.49 |
| 1/01/12 | SYS | BILL | 11/01/12 | Sec. 8 | -750.99 | | | 194.50 |
| | 40558 | PAID | 11/21/12 | | | 14601387625 | 108.00 | 86.50 |
| 1/01/12 | 40988 | ADJ | 11/29/12 | Adj Db-Subsidy | 21.00 | | | 107.50 |
| | | | December 2012 | | | | | |
| 'pening Balance | | | | | | | | 107.50 |
| 2/01/12 | SYS | BILL | 12/01/12 | Rent | 858.99 | | | 966.49 |
| 2/01/12 | SYS | BILL | 12/01/12 | Sec. 8 | -750.99 | | | 215.50 |
| 2/01/12 | 41936 | ADJ | 12/10/12 | Adj Db-Subsidy | 42.00 | | | 257.50 |
| | 43765A | PAID | 12/31/12 | | | 14630455885 | 108.00 | 149.50 |
| | 43765B | PAID | 12/31/12 | | | 14630455886 | 108.00 | 41.50 |
| | | | January 2013 | | | | | |
| pening Balance | | | | | | | | 41.50 |
| 1/01/13 | SYS | BILL | 01/01/13 | Rent | 858.99 | | | 900.49 |
| 1/01/13 | SYS | BILL | 01/01/13 | Sec. 8 | -729.99 | | | 170.50 |
| | | | February 2013 | | | | | |
| pening Balance | | | | | | | | 170.50 |
| 2/01/13 | SYS | BILL | 02/01/13 | Rent | 858.99 | | | 1,029.49 |
| 2/01/13 | SYS | BILL | 02/01/13 | Sec. 8 | -729.99 | | | 299.50 |
| | | | March 2013 | | | | | |
| pening Balance | | | | | | | | 299.50 |
| 3/01/13 | SYS | BILL | 03/01/13 | Rent | 858.99 | | | 1,158.49 |
| 3/01/13 | SYS | BILL | 03/01/13 | Sec. 8 | -729.99 | | | 428.50 |
| /01/13 | SYS | BILL | 03/01/13 | Late Charge | 25.00 | | | 453.50 |
| | 50679 | PAID | 03/08/13 | | | 14636880960 | 150.00 | 303.50 |
| | | | April 2013 | | | | | |
| pening Balance | | | | | | | | 303.50 |
| /01/13 | SYS | BILL | 04/01/13 | Rent | 858.99 | | | 1,162.49 |
| /01/13 | SYS | BILL | 04/01/13 | Sec. 8 | -729.99 | | | 432.50 |
| | 53278A | PAID | 04/05/13 | | | 14655005177 | 129.00 | 303.50 |
| | 53278B | PAID | 04/05/13 | | | 14655005178 | 71.00 | 232.50 |
| | | | May 2013 | | | | | |
| pening Balance | | | | | | | | 232.50 |
| /01/13 | SYS | BILL | 05/01/13 | Rent | 858.99 | | | 1,091.49 |
| /01/13 | SYS | BILL | 05/01/13 | Sec. 8 | -729.99 | | | 361.50 |
| | 56317 | PAID | 05/07/13 | | | 14691891825 | 150.00 | 211.50 |
| | | | June 2013 | | | | | |
| ening Balance | | | | | | | | 211.50 |
| '01/13 | SYS | BILL | 06/01/13 | Rent | 876.17 | | | 1,087.67 |
| '01/13 | SYS | BILL | 06/01/13 | Sec. 8 | -729.99 | | | 357.68 |
| '01/13 | SYS | BILL | 06/01/13 | Security Depos | 34.36 | | | 392.04 |
| | 59765 | PAID | 06/11/13 | | | 14713592506 | 150.00 | 242.04 |
| | | | July 2013 | | | | | |
| ening Balance | | | | | | | | 242.04 |
| 01/13 | SYS | BILL | 07/01/13 | Rent | 876.17 | | | 1,118.21 |
| 01/13 | SYS | BILL | 07/01/13 | Sec. 8 | -729.99 | | | 388.22 |
| 01/13 | SYS | BILL | 07/01/13 | Late Charge | 25.00 | | | 413.22 |
| | 62416 | PAID | 07/11/13 | | | 14691893037 | 230.00 | 183.22 |
| | | | August 2013 | | | | | |
| ening Balance | | | | | | | | 183.22 |
| 01/13 | SYS | BILL | 08/01/13 | Rent | 876.17 | | | 1,059.39 |
| 01/13 | SYS | BILL | 08/01/13 | Sec. 8 | -729.99 | | | 329.40 |
| 01/13 | SYS | BILL | 08/01/13 | Late Charge | 25.00 | | | 354.40 |
| | 65287 | PAID | 08/08/13 | | | 14735987381 | 150.00 | 204.40 |
| | | | September 2013 | | | | | |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 9/01/13 | SYS | BILL | 09/01/13 | Rent | 876.17 | | | 1,080.57 |
| 9/01/13 | SYS | BILL | 09/01/13 | Sec. 8 | -729.99 | | | 350.58 |
| | 68343 | PAID | 09/11/13 | | | 14749795445 | 200.00 | 150.58 |
| | | | October 2013 | | | | | |
| pening Balance | | | | | | | | 150.58 |
| 0/01/13 | SYS | BILL | 10/01/13 | Rent | 876.17 | | | 1,026.75 |
| 0/01/13 | SYS | BILL | 10/01/13 | Sec. 8 | -729.99 | | | 296.76 |
| | | | November 2013 | | | | | |
| pening Balance | | | | | | | | 296.76 |
| 1/01/13 | SYS | BILL | 11/01/13 | Rent | 876.17 | | | 1,172.93 |
| 1/01/13 | SYS | BILL | 11/01/13 | Sec. 8 | -729.99 | | | 442.94 |
| | | | December 2013 | | | | | |
| pening Balance | | | | | | | | 442.94 |
| 2/01/13 | SYS | BILL | 12/01/13 | Rent | 876.17 | | | 1,319.11 |
| 2/01/13 | SYS | BILL | 12/01/13 | Sec. 8 | -729.99 | | | 589.12 |
| | 77114 | PAID | 12/11/13 | | | 14780150739 | 300.00 | 289.12 |
| | | | January 2014 | | | | | |
| pening Balance | | | | | | | | 289.12 |
| 1/01/14 | SYS | BILL | 01/01/14 | Rent | 876.17 | | | 1,165.29 |
| 1/01/14 | SYS | BILL | 01/01/14 | Sec. 8 | -729.99 | | | 435.30 |
| 1/01/14 | 82108 | ADJ | 01/30/14 | Adj Db-Subsidy | 4.00 | | | 439.30 |
| | | | February 2014 | | | | | |
| pening Balance | | | | | | | | 439.30 |
| 2/01/14 | SYS | BILL | 02/01/14 | Rent | 876.17 | | | 1,315.47 |
| 2/01/14 | SYS | BILL | 02/01/14 | Sec. 8 | -729.99 | | | 585.48 |
| 2/01/14 | SYS | BILL | 02/01/14 | Late Charge | 25.00 | | | 610.48 |
| 2/01/14 | 82935 | ADJ | 02/11/14 | Adj Db-Subsidy | 4.00 | | | 614.48 |
| | | | March 2014 | | | | | |
| pening Balance | | | | | | | | 614.48 |
| /01/14 | SYS | BILL | 03/01/14 | Rent | 876.17 | | | 1,490.65 |
| /01/14 | SYS | BILL | 03/01/14 | Sec. 8 | -725.99 | | | 764.66 |
| /01/14 | SYS | BILL | 03/01/14 | Late Charge | 25.00 | | | 789.66 |
| | | | April 2014 | | | | | |
| pening Balance | | | | | | | | 789.66 |
| /01/14 | SYS | BILL | 04/01/14 | Rent | 876.17 | | | 1,665.83 |
| /01/14 | SYS | BILL | 04/01/14 | Sec. 8 | -725.99 | | | 939.84 |
| /01/14 | SYS | BILL | 04/01/14 | Late Charge | 25.00 | | | 964.84 |
| | 91119 | PAID | 04/30/14 | | | 14848902810 | 300.00 | 664.84 |
| | | | May 2014 | | | | | |
| ening Balance | | | | | | | | 664.84 |
| /01/14 | SYS | BILL | 05/01/14 | Rent | 876.17 | | | 1,541.01 |
| /01/14 | SYS | BILL | 05/01/14 | Sec. 8 | -725.99 | | | 815.02 |
| /01/14 | SYS | BILL | 05/01/14 | Late Charge | 25.00 | | | 840.02 |
| | | | June 2014 | | | | | |
| ening Balance | | | | | | | | 840.02 |
| /01/14 | SYS | BILL | 06/01/14 | Rent | 911.22 | | | 1,751.24 |
| /01/14 | SYS | BILL | 06/01/14 | Sec. 8 | -725.99 | | | 1,025.25 |
| /01/14 | SYS | BILL | 06/01/14 | Late Charge | 25.00 | | | 1,050.25 |
| /01/14 | SYS | BILL | 06/01/14 | Security Depos | 35.05 | | | 1,085.30 |
| | 94333 | PAID | 06/05/14 | | | 14865793239 | 300.00 | 785.30 |
| | | | July 2014 | | | | | |
| ening Balance | | | | | | | | 785.30 |
| '01/14 | SYS | BILL | 07/01/14 | Rent | 911.22 | | | 1,696.52 |
| '01/14 | SYS | BILL | 07/01/14 | Sec. 8 | -725.99 | | | 970.53 |
| '01/14 | SYS | BILL | 07/01/14 | Late Charge | 25.00 | | | 995.53 |
| | | | August 2014 | | | | | |
| ening Balance | | | | | | | | 995.53 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 8/01/14 | SYS | BILL | 08/01/14 | Sec. 8 | -725.99 | | | 1,180.76 |
| 8/01/14 | SYS | BILL | 08/01/14 | Late Charge | 25.00 | | | 1,205.76 |
| | 260 | PAID | 08/05/14 | | | 17065154416 | 300.00 | 905.76 |
| | | | September 2014 | | | | | |
| pening Balance | | | | | | | | 905.76 |
| 9/01/14 | SYS | BILL | 09/01/14 | Rent | 911.22 | | | 1,816.98 |
| 9/01/14 | SYS | BILL | 09/01/14 | Sec. 8 | -725.99 | | | 1,090.99 |
| 9/01/14 | SYS | BILL | 09/01/14 | Late Charge | 25.00 | | | 1,115.99 |
| | 12316 | PAID | 09/30/14 | | | 17095913521 | 300.00 | 815.99 |
| | | | October 2014 | | | | | |
| pening Balance | | | | | | | | 815.99 |
| )/01/14 | SYS | BILL | 10/01/14 | Rent | 911.22 | | | 1,727.21 |
| )/01/14 | SYS | BILL | 10/01/14 | Sec. 8 | -725.99 | | | 1,001.22 |
| )/01/14 | SYS | BILL | 10/01/14 | Late Charge | 25.00 | | | 1,026.22 |
| | | | November 2014 | | | | | |
| pening Balance | | | | | | | | 1,026.22 |
| l/01/14 | SYS | BILL | 11/01/14 | Rent | 911.22 | | | 1,937.44 |
| l/01/14 | SYS | BILL | 11/01/14 | Sec. 8 | -725.99 | | | 1,211.45 |
| l/01/14 | SYS | BILL | 11/01/14 | Late Charge | 25.00 | | | 1,236.45 |
| | 15572 | PAID | 11/05/14 | | | 17103062630 | 200.00 | 1,036.45 |
| | | | December 2014 | | | | | |
| pening Balance | | | | | | | | 1,036.45 |
| :/01/14 | SYS | BILL | 12/01/14 | Rent | 911.22 | | | 1,947.67 |
| :/01/14 | SYS | BILL | 12/01/14 | Sec. 8 | -725.99 | | | 1,221.68 |
| :/01/14 | SYS | BILL | 12/01/14 | Late Charge | 25.00 | | | 1,246.68 |
| | 18763 | PAID | 12/08/14 | | | 17130143993 | 200.00 | 1,046.68 |
| | | | January 2015 | | | | | |
| ɔening Balance | | | | | | | | 1,046.68 |
| /01/15 | SYS | BILL | 01/01/15 | Rent | 911.22 | | | 1,957.90 |
| /01/15 | SYS | BILL | 01/01/15 | Late Charge | 25.00 | | | 1,982.90 |
| | 21847 | PAID | 01/12/15 | | | 17010213939 | 200.00 | 1,782.90 |
| /01/15 | 23433 | ADJ | 01/29/15 | Adj Cr-Subsidy | -725.99 | | | 1,056.91 |
| | | | February 2015 | | | | | |
| ɔening Balance | | | | | | | | 1,056.91 |
| /01/15 | SYS | BILL | 02/01/15 | Rent | 911.22 | | | 1,968.13 |
| /01/15 | SYS | BILL | 02/01/15 | Late Charge | 25.00 | | | 1,993.13 |
| | 24315 | PAID | 02/09/15 | | | 17146430020 | 200.00 | 1,793.13 |
| | | | March 2015 | | | | | |
| ɔening Balance | | | | | | | | 1,793.13 |
| /01/15 | SYS | BILL | 03/01/15 | Rent | 911.22 | | | 2,704.35 |
| /01/15 | SYS | BILL | 03/01/15 | Late Charge | 25.00 | | | 2,729.35 |
| /01/15 | 27591 | ADJ | 03/11/15 | Adj Db-Subsidy | -1,451.98 | | | 1,277.37 |
| | 27591 | Reapplied | 03/11/15 | | | | 0.00 | 1,277.37 |
| | 27600 | PAID | 03/11/15 | | | 17095914355 | 200.00 | 1,077.37 |
| | | | April 2015 | | | | | |
| ening Balance | | | | | | | | 1,077.37 |
| '01/15 | SYS | BILL | 04/01/15 | Rent | 911.22 | | | 1,988.59 |
| '01/15 | SYS | BILL | 04/01/15 | Late Charge | 25.00 | | | 2,013.59 |
| | 30174 | PAID | 04/09/15 | | | 17196077659 | 200.00 | 1,813.59 |
| '01/15 | 30886 | ADJ | 04/15/15 | Adj Db-Subsidy | -725.99 | | | 1,087.60 |
| | 30886 | Reapplied | 04/15/15 | | | | 0.00 | 1,087.60 |
| | | | May 2015 | | | | | |
| ening Balance | | | | | | | | 1,087.60 |
| 01/15 | SYS | BILL | 05/01/15 | Rent | 911.22 | | | 1,998.82 |
| 01/15 | SYS | BILL | 05/01/15 | Sec. 8 | -725.99 | | | 1,272.83 |
| 01/15 | SYS | BILL | 05/01/15 | Late Charge | 25.00 | | | 1,297.83 |
| | | | June 2015 | | | | | |
| [illegible] | | | | | | | | [illegible] |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 5/01/15 | SYS | BILL | 06/01/15 | Rent | 911.22 | | | 2,209.05 |
| 5/01/15 | SYS | BILL | 06/01/15 | Sec. 8 | -725.99 | | | 1,483.06 |
| 5/01/15 | SYS | BILL | 06/01/15 | Late Charge | 25.00 | | | 1,508.06 |
| | | | July 2015 | | | | | |
| pening Balance | | | | | | | | 1,508.06 |
| 7/01/15 | SYS | BILL | 07/01/15 | Rent | 911.22 | | | 2,419.28 |
| 7/01/15 | SYS | BILL | 07/01/15 | Sec. 8 | -725.99 | | | 1,693.29 |
| 7/01/15 | SYS | BILL | 07/01/15 | Late Charge | 25.00 | | | 1,718.29 |
| | | | August 2015 | | | | | |
| pening Balance | | | | | | | | 1,718.29 |
| /01/15 | SYS | BILL | 08/01/15 | Rent | 911.22 | | | 2,629.51 |
| /01/15 | SYS | BILL | 08/01/15 | Sec. 8 | -725.99 | | | 1,903.52 |
| /01/15 | SYS | BILL | 08/01/15 | Late Charge | 25.00 | | | 1,928.52 |
| /01/15 | 41880 | ADJ | 08/14/15 | Adj Db-Subsidy | 402.00 | | | 2,330.52 |
| | | | September 2015 | | | | | |
| pening Balance | | | | | | | | 2,330.52 |
| /01/15 | SYS | BILL | 09/01/15 | Rent | 911.22 | | | 3,241.74 |
| /01/15 | SYS | BILL | 09/01/15 | Sec. 8 | -323.99 | | | 2,917.75 |
| /01/15 | SYS | BILL | 09/01/15 | Late Charge | 25.00 | | | 2,942.75 |
| | | | October 2015 | | | | | |
| pening Balance | | | | | | | | 2,942.75 |
| /01/15 | SYS | BILL | 10/01/15 | Rent | 936.28 | | | 3,879.03 |
| /01/15 | SYS | BILL | 10/01/15 | Sec. 8 | -323.99 | | | 3,555.04 |
| /01/15 | SYS | BILL | 10/01/15 | Late Charge | 25.00 | | | 3,580.04 |
| /01/15 | SYS | BILL | 10/01/15 | Security Depos | 25.06 | | | 3,605.10 |
| | | | November 2015 | | | | | |
| pening Balance | | | | | | | | 3,605.10 |
| /01/15 | SYS | BILL | 11/01/15 | Rent | 936.28 | | | 4,541.38 |
| /01/15 | SYS | BILL | 11/01/15 | Sec. 8 | -323.99 | | | 4,217.39 |
| /01/15 | SYS | BILL | 11/01/15 | Late Charge | 25.00 | | | 4,242.39 |
| | | | December 2015 | | | | | |
| pening Balance | | | | | | | | 4,242.39 |
| /01/15 | SYS | BILL | 12/01/15 | Rent | 936.28 | | | 5,178.67 |
| /01/15 | SYS | BILL | 12/01/15 | Sec. 8 | -323.99 | | | 4,854.68 |
| /01/15 | SYS | BILL | 12/01/15 | Late Charge | 25.00 | | | 4,879.68 |
| | | | January 2016 | | | | | |
| pening Balance | | | | | | | | 4,879.68 |
| /01/16 | SYS | BILL | 01/01/16 | Rent | 936.28 | | | 5,815.96 |
| /01/16 | SYS | BILL | 01/01/16 | Sec. 8 | -323.99 | | | 5,491.97 |
| /01/16 | SYS | BILL | 01/01/16 | Late Charge | 25.00 | | | 5,516.97 |
| | | | February 2016 | | | | | |
| pening Balance | | | | | | | | 5,516.97 |
| /01/16 | SYS | BILL | 02/01/16 | Rent | 936.28 | | | 6,453.25 |
| /01/16 | SYS | BILL | 02/01/16 | Sec. 8 | -323.99 | | | 6,129.26 |
| /01/16 | SYS | BILL | 02/01/16 | Late Charge | 25.00 | | | 6,154.26 |
| | 61030A | PAID | 02/11/16 | | | 43457611 | 1,290.00 | 4,864.26 |
| | 61030B | PAID | 02/11/16 | | | 43457612 | 2,181.00 | 2,683.26 |
| | | | March 2016 | | | | | |
| ening Balance | | | | | | | | 2,683.26 |
| '01/16 | SYS | BILL | 03/01/16 | Rent | 936.28 | | | 3,619.54 |
| '01/16 | SYS | BILL | 03/01/16 | Sec. 8 | -323.99 | | | 3,295.55 |
| '01/16 | SYS | BILL | 03/01/16 | Late Charge | 25.00 | | | 3,320.55 |
| | 65073A | PAID | 03/21/16 | | | | 400.00 | 2,920.55 |
| | 65073B | PAID | 03/21/16 | | | 2739 | 612.00 | 2,308.55 |
| | | | April 2016 | | | | | |
| ening Balance | | | | | | | | 2,308.55 |
| '01/16 | SYS | BILL | 04/01/16 | Rent | 936.28 | | | 3,244.83 |
| '01/16 | SYS | BILL | 04/01/16 | Sec. 8 | -323.99 | | | 2,920.84 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 4/01/16 | SYS | BILL | 04/01/16 | Late Charge | 25.00 | | | 2,945.84 |
| | 67763 | PAID | 04/19/16 | | | 18029 | 632.29 | 2,313.55 |
| | | | May 2016 | | | | | |
| pening Balance | | | | | | | | 2,313.55 |
| 5/01/16 | SYS | BILL | 05/01/16 | Rent | 936.28 | | | 3,249.83 |
| 5/01/16 | SYS | BILL | 05/01/16 | Sec. 8 | -323.99 | | | 2,925.84 |
| 5/01/16 | SYS | BILL | 05/01/16 | Late Charge | 25.00 | | | 2,950.84 |
| | | | June 2016 | | | | | |
| pening Balance | | | | | | | | 2,950.84 |
| 6/01/16 | SYS | BILL | 06/01/16 | Rent | 936.28 | | | 3,887.12 |
| 6/01/16 | SYS | BILL | 06/01/16 | Sec. 8 | -323.99 | | | 3,563.13 |
| | 71978 | PAID | 06/06/16 | | | 1854 | 500.00 | 3,063.13 |
| | | | July 2016 | | | | | |
| pening Balance | | | | | | | | 3,063.13 |
| 7/01/16 | SYS | BILL | 07/01/16 | Rent | 936.28 | | | 3,999.41 |
| 7/01/16 | SYS | BILL | 07/01/16 | Sec. 8 | -323.99 | | | 3,675.42 |
| 7/01/16 | SYS | BILL | 07/01/16 | Late Charge | 25.00 | | | 3,700.42 |
| | | | August 2016 | | | | | |
| pening Balance | | | | | | | | 3,700.42 |
| /01/16 | SYS | BILL | 08/01/16 | Rent | 936.28 | | | 4,636.70 |
| /01/16 | SYS | BILL | 08/01/16 | Sec. 8 | -323.99 | | | 4,312.71 |
| /01/16 | SYS | BILL | 08/01/16 | Late Charge | 25.00 | | | 4,337.71 |
| | 77990 | PAID | 08/05/16 | | | 4071 | 400.00 | 3,937.71 |
| /01/15 | 80352 | ADJ | 08/25/16 | Late Charge | -25.00 | | | 3,912.71 |
| /01/16 | 80352 | ADJ | 08/25/16 | Court Judgemen | -2,025.97 | | | 1,886.74 |
| | 80352 | Reapplied | 08/25/16 | | | | 0.00 | 1,886.74 |
| | | | September 2016 | | | | | |
| ening Balance | | | | | | | | 1,886.74 |
| /01/16 | SYS | BILL | 09/01/16 | Rent | 936.28 | | | 2,823.02 |
| /01/16 | SYS | BILL | 09/01/16 | Sec. 8 | -323.99 | | | 2,499.03 |
| /01/16 | SYS | BILL | 09/01/16 | Late Charge | 25.00 | | | 2,524.03 |
| | | | October 2016 | | | | | |
| ening Balance | | | | | | | | 2,524.03 |
| /01/16 | SYS | BILL | 10/01/16 | Rent | 936.28 | | | 3,460.31 |
| /01/16 | SYS | BILL | 10/01/16 | Sec. 8 | -323.99 | | | 3,136.32 |
| /01/16 | SYS | BILL | 10/01/16 | Late Charge | 25.00 | | | 3,161.32 |
| | | | November 2016 | | | | | |
| ening Balance | | | | | | | | 3,161.32 |
| /01/16 | SYS | BILL | 11/01/16 | Rent | 936.28 | | | 4,097.60 |
| /01/16 | SYS | BILL | 11/01/16 | Sec. 8 | -323.99 | | | 3,773.61 |
| /01/16 | SYS | BILL | 11/01/16 | Late Charge | 25.00 | | | 3,798.61 |
| | | | December 2016 | | | | | |
| ening Balance | | | | | | | | 3,798.61 |
| /01/16 | SYS | BILL | 12/01/16 | Rent | 936.28 | | | 4,734.89 |
| /01/16 | SYS | BILL | 12/01/16 | Sec. 8 | -323.99 | | | 4,410.90 |
| | | | January 2017 | | | | | |
| ening Balance | | | | | | | | 4,410.90 |
| 01/17 | SYS | BILL | 01/01/17 | Rent | 936.28 | | | 5,347.18 |
| 01/17 | SYS | BILL | 01/01/17 | Sec. 8 | -323.99 | | | 5,023.19 |
| | | | February 2017 | | | | | |
| ening Balance | | | | | | | | 5,023.19 |
| 01/17 | SYS | BILL | 02/01/17 | Rent | 936.28 | | | 5,959.47 |
| 01/17 | SYS | BILL | 02/01/17 | Sec. 8 | -323.99 | | | 5,635.48 |
| 01/17 | 98139 | ADJ | 02/09/17 | Adj Cr-Subsidy | -371.00 | | | 5,264.48 |
| | | | March 2017 | | | | | |
| ening Balance | | | | | | | | 5,264.48 |
| 01/17 | SYS | BILL | 03/01/17 | Rent | 936.28 | | | 6,200.76 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 3/01/17 | SYS | BILL | 03/01/17 | Late Charge | 25.00 | | | 5,530.77 |
| | 2334C | PAID | 03/22/17 | | | 44001020 | 1,720.00 | 3,810.77 |
| | 2334A | PAID | 03/22/17 | | | 44001021 | 3,263.19 | 547.58 |
| | 2334B | PAID | 03/22/17 | | | 2913 | 168.00 | 379.58 |
| | | | April 2017 | | | | | |
| pening Balance | | | | | | | | 379.58 |
| /01/17 | SYS | BILL | 04/01/17 | Rent | 936.28 | | | 1,315.86 |
| /01/17 | SYS | BILL | 04/01/17 | Sec. 8 | -694.99 | | | 620.87 |
| /01/17 | SYS | BILL | 04/01/17 | Late Charge | 25.00 | | | 645.87 |
| | 5292 | PAID | 04/20/17 | | | 4507 | 170.00 | 475.87 |
| | | | May 2017 | | | | | |
| pening Balance | | | | | | | | 475.87 |
| /01/17 | SYS | BILL | 05/01/17 | Rent | 936.28 | | | 1,412.15 |
| /01/17 | SYS | BILL | 05/01/17 | Sec. 8 | -694.99 | | | 717.16 |
| | | | June 2017 | | | | | |
| pening Balance | | | | | | | | 717.16 |
| /01/17 | SYS | BILL | 06/01/17 | Rent | 936.28 | | | 1,653.44 |
| /01/17 | SYS | BILL | 06/01/17 | Sec. 8 | -694.99 | | | 958.45 |
| /01/17 | 10898 | ADJ | 06/15/17 | Court Judgemen | -645.87 | | | 312.58 |
| | 10898 | Reapplied | 06/15/17 | | | | 0.00 | 312.58 |
| | | | July 2017 | | | | | |
| pening Balance | | | | | | | | 312.58 |
| /01/17 | SYS | BILL | 07/01/17 | Rent | 936.28 | | | 1,248.86 |
| /01/17 | SYS | BILL | 07/01/17 | Sec. 8 | -694.99 | | | 553.87 |
| | | | August 2017 | | | | | |
| pening Balance | | | | | | | | 553.87 |
| /01/17 | SYS | BILL | 08/01/17 | Rent | 936.28 | | | 1,490.15 |
| /01/17 | SYS | BILL | 08/01/17 | Sec. 8 | -694.99 | | | 795.16 |
| | | | September 2017 | | | | | |
| ening Balance | | | | | | | | 795.16 |
| /01/17 | SYS | BILL | 09/01/17 | Rent | 936.28 | | | 1,731.44 |
| /01/17 | SYS | BILL | 09/01/17 | Sec. 8 | -694.99 | | | 1,036.45 |
| | | | October 2017 | | | | | |
| ening Balance | | | | | | | | 1,036.45 |
| /01/17 | SYS | BILL | 10/01/17 | Rent | 936.28 | | | 1,972.73 |
| /01/17 | SYS | BILL | 10/01/17 | Sec. 8 | -694.99 | | | 1,277.74 |
| | 22070 | PAID | 10/10/17 | | | 6314 | 170.00 | 1,107.74 |
| | | | November 2017 | | | | | |
| ening Balance | | | | | | | | 1,107.74 |
| '01/17 | SYS | BILL | 11/01/17 | Rent | 936.28 | | | 2,044.02 |
| '01/17 | SYS | BILL | 11/01/17 | Sec. 8 | -694.99 | | | 1,349.03 |
| | 25408 | PAID | 11/09/17 | | | 6991 | 180.00 | 1,169.03 |
| | | | December 2017 | | | | | |
| ening Balance | | | | | | | | 1,169.03 |
| 01/17 | SYS | BILL | 12/01/17 | Rent | 936.28 | | | 2,105.31 |
| 01/17 | SYS | BILL | 12/01/17 | Sec. 8 | -694.99 | | | 1,410.32 |
| 01/17 | SYS | BILL | 12/01/17 | Late Charge | 25.00 | | | 1,435.32 |
| | | | January 2018 | | | | | |
| ening Balance | | | | | | | | 1,435.32 |
| 01/18 | SYS | BILL | 01/01/18 | Rent | 936.28 | | | 2,371.60 |
| 01/18 | SYS | BILL | 01/01/18 | Sec. 8 | -694.99 | | | 1,676.61 |
| 01/18 | SYS | BILL | 01/01/18 | Late Charge | 25.00 | | | 1,701.61 |
| | | | February 2018 | | | | | |
| ening Balance | | | | | | | | 1,701.61 |
| 01/18 | SYS | BILL | 02/01/18 | Rent | 936.28 | | | 2,637.89 |
| 01/18 | SYS | BILL | 02/01/18 | Sec. 8 | -694.99 | | | 1,942.90 |
| 01/18 | SYS | BILL | 02/01/18 | Late Charge | 25.00 | | | 1,967.90 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | March 2018 | | | | | |
| pening Balance | | | | | | | | 1,967.90 |
| 3/01/18 | SYS | BILL | 03/01/18 | Rent | 936.28 | | | 2,904.18 |
| 3/01/18 | SYS | BILL | 03/01/18 | Sec. 8 | -694.99 | | | 2,209.19 |
| 3/01/18 | SYS | BILL | 03/01/18 | Late Charge | 25.00 | | | 2,234.19 |
| | | | April 2018 | | | | | |
| pening Balance | | | | | | | | 2,234.19 |
| 4/01/18 | SYS | BILL | 04/01/18 | Rent | 936.28 | | | 3,170.47 |
| 4/01/18 | SYS | BILL | 04/01/18 | Sec. 8 | -694.99 | | | 2,475.48 |
| 4/01/18 | SYS | BILL | 04/01/18 | Late Charge | 25.00 | | | 2,500.48 |
| | 42353 | PAID | 04/13/18 | | | 2005 | 162.00 | 2,338.48 |
| | | | May 2018 | | | | | |
| pening Balance | | | | | | | | 2,338.48 |
| 5/01/18 | SYS | BILL | 05/01/18 | Rent | 936.28 | | | 3,274.76 |
| 5/01/18 | SYS | BILL | 05/01/18 | Sec. 8 | -694.99 | | | 2,579.77 |
| | 45454 | PAID | 05/14/18 | | | 9716 | 164.00 | 2,415.77 |
| | 45646A | PAID | 05/15/18 | | | 71047568 | 800.00 | 1,615.77 |
| | 45646B | PAID | 05/15/18 | | | 71047567 | 241.29 | 1,374.48 |
| | | | June 2018 | | | | | |
| pening Balance | | | | | | | | 1,374.48 |
| 6/01/18 | SYS | BILL | 06/01/18 | Rent | 936.28 | | | 2,310.76 |
| 6/01/18 | SYS | BILL | 06/01/18 | Sec. 8 | -694.99 | | | 1,615.77 |
| | | | July 2018 | | | | | |
| pening Balance | | | | | | | | 1,615.77 |
| 7/01/18 | SYS | BILL | 07/01/18 | Rent | 936.28 | | | 2,552.05 |
| 7/01/18 | SYS | BILL | 07/01/18 | Sec. 8 | -694.99 | | | 1,857.06 |
| | 50363 | PAID | 07/03/18 | | | 2882 | 260.00 | 1,597.06 |
| | | | August 2018 | | | | | |
| pening Balance | | | | | | | | 1,597.06 |
| /01/18 | SYS | BILL | 08/01/18 | Rent | 947.98 | | | 2,545.04 |
| /01/18 | SYS | BILL | 08/01/18 | Sec. 8 | -694.99 | | | 1,850.05 |
| /01/18 | SYS | BILL | 08/01/18 | Security Depos | 11.70 | | | 1,861.75 |
| | | | September 2018 | | | | | |
| pening Balance | | | | | | | | 1,861.75 |
| /01/18 | SYS | BILL | 09/01/18 | Rent | 947.98 | | | 2,809.73 |
| /01/18 | SYS | BILL | 09/01/18 | Sec. 8 | -694.99 | | | 2,114.74 |
| | | | October 2018 | | | | | |
| pening Balance | | | | | | | | 2,114.74 |
| /01/18 | SYS | BILL | 10/01/18 | Rent | 947.98 | | | 3,062.72 |
| /01/18 | SYS | BILL | 10/01/18 | Sec. 8 | -694.99 | | | 2,367.73 |
| | 60490 | PAID | 10/11/18 | | | 4204 | 150.00 | 2,217.73 |
| | | | November 2018 | | | | | |
| ening Balance | | | | | | | | 2,217.73 |
| /01/18 | SYS | BILL | 11/01/18 | Rent | 947.98 | | | 3,165.71 |
| /01/18 | SYS | BILL | 11/01/18 | Sec. 8 | -694.99 | | | 2,470.72 |
| /01/18 | SYS | BILL | 11/01/18 | Late Charge | 25.00 | | | 2,495.72 |
| | 63220A | PAID | 11/08/18 | | | 619 | 165.00 | 2,330.72 |
| | 63220B | PAID | 11/08/18 | | | 620 | 165.00 | 2,165.72 |
| | | | December 2018 | | | | | |
| ening Balance | | | | | | | | 2,165.72 |
| 01/18 | SYS | BILL | 12/01/18 | Rent | 947.98 | | | 3,113.70 |
| 01/18 | SYS | BILL | 12/01/18 | Sec. 8 | -694.99 | | | 2,418.71 |
| 01/18 | SYS | BILL | 12/01/18 | Late Charge | 25.00 | | | 2,443.71 |
| 00/18 | 69047 | ADJ | 12/19/18 | Adj Db-Subsidy | -1,249.18 | | | 1,194.53 |
| | | | January 2019 | | | | | |
| ening Balance | | | | | | | | 1,194.53 |
| 01/19 | SYS | BILL | 01/01/19 | Rent | 947.98 | | | 2,142.51 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 1/01/19 | SYS | BILL | 01/01/19 | Late Charge | 25.00 | | | 1,472.52 |
| 1/01/19 | 75230B | ADJ | 01/17/19 | Adj Db-Subsidy | 1.00 | | | 1,473.52 |
| | | | February 2019 | | | | | |
| pening Balance | | | | | | | | 1,473.52 |
| 2/01/19 | SYS | BILL | 02/01/19 | Rent | 947.98 | | | 2,421.50 |
| 2/01/19 | SYS | BILL | 02/01/19 | Sec. 8 | -694.99 | | | 1,726.51 |
| 2/01/19 | SYS | BILL | 02/01/19 | Late Charge | 25.00 | | | 1,751.51 |
| 2/01/19 | 75232 | ADJ | 02/11/19 | Adj Db-Subsidy | 1.00 | | | 1,752.51 |
| 1/01/19 | 75232 | ADJ | 02/11/19 | Adj Db-Subsidy | 1.00 | | | 1,753.51 |
| | | | March 2019 | | | | | |
| pening Balance | | | | | | | | 1,753.51 |
| 3/01/19 | SYS | BILL | 03/01/19 | Rent | 947.98 | | | 2,701.49 |
| 3/01/19 | SYS | BILL | 03/01/19 | Sec. 8 | -694.99 | | | 2,006.50 |
| 3/01/19 | SYS | BILL | 03/01/19 | Late Charge | 25.00 | | | 2,031.50 |
| | | | April 2019 | | | | | |
| pening Balance | | | | | | | | 2,031.50 |
| 4/01/19 | SYS | BILL | 04/01/19 | Rent | 947.98 | | | 2,979.48 |
| 4/01/19 | SYS | BILL | 04/01/19 | Sec. 8 | -694.99 | | | 2,284.49 |
| 4/01/19 | SYS | BILL | 04/01/19 | Late Charge | 25.00 | | | 2,309.49 |
| | 76781 | PAID | 04/04/19 | | | 2816 | 400.00 | 1,909.49 |
| | | | May 2019 | | | | | |
| pening Balance | | | | | | | | 1,909.49 |
| 5/01/19 | SYS | BILL | 05/01/19 | Rent | 947.98 | | | 2,857.47 |
| 5/01/19 | SYS | BILL | 05/01/19 | Sec. 8 | -694.99 | | | 2,162.48 |
| 5/01/19 | SYS | BILL | 05/01/19 | Late Charge | 25.00 | | | 2,187.48 |
| | | | June 2019 | | | | | |
| pening Balance | | | | | | | | 2,187.48 |
| /01/19 | SYS | BILL | 06/01/19 | Rent | 947.98 | | | 3,135.46 |
| /01/19 | SYS | BILL | 06/01/19 | Sec. 8 | -694.99 | | | 2,440.47 |
| /01/19 | 84171 | ADJ | 06/24/19 | Adj Db-Subsidy | 4.00 | | | 2,444.47 |
| | 84531 | Reapplied | 06/28/19 | | | | 0.00 | 2,444.47 |
| | | | July 2019 | | | | | |
| pening Balance | | | | | | | | 2,444.47 |
| /01/19 | SYS | BILL | 07/01/19 | Rent | 962.20 | | | 3,406.67 |
| /01/19 | SYS | BILL | 07/01/19 | Sec. 8 | -694.99 | | | 2,711.68 |
| /01/19 | SYS | BILL | 07/01/19 | Security Depos | 14.22 | | | 2,725.90 |
| | | | August 2019 | | | | | |
| pening Balance | | | | | | | | 2,725.90 |
| /01/19 | SYS | BILL | 08/01/19 | Rent | 962.20 | | | 3,688.10 |
| /01/19 | SYS | BILL | 08/01/19 | Sec. 8 | -694.99 | | | 2,993.11 |
| /01/19 | SYS | BILL | 08/01/19 | Late Charge | 25.00 | | | 3,018.11 |
| /01/19 | 89663 | ADJ | 08/21/19 | Adj Db-Subsidy | 1.00 | | | 3,019.11 |
| | 89732 | PAID | 08/22/19 | | | 1805 | 200.00 | 2,819.11 |
| | | | September 2019 | | | | | |
| ening Balance | | | | | | | | 2,819.11 |
| /01/19 | SYS | BILL | 09/01/19 | Rent | 962.20 | | | 3,781.31 |
| /01/19 | SYS | BILL | 09/01/19 | Sec. 8 | -693.99 | | | 3,087.32 |
| | 91081 | PAID | 09/09/19 | | | 2343 | 250.00 | 2,837.32 |
| | | | October 2019 | | | | | |
| ening Balance | | | | | | | | 2,837.32 |
| 01/19 | SYS | BILL | 10/01/19 | Rent | 962.20 | | | 3,799.52 |
| 01/19 | SYS | BILL | 10/01/19 | Sec. 8 | -693.99 | | | 3,105.53 |
| 01/19 | 95260 | ADJ | 10/21/19 | Adj Db-Subsidy | 1.00 | | | 3,106.53 |
| | | | November 2019 | | | | | |
| ening Balance | | | | | | | | 3,106.53 |
| 01/19 | SYS | BILL | 11/01/19 | Rent | 962.20 | | | 4,068.73 |
| 01/19 | SYS | BILL | 11/01/19 | Sec. 8 | -693.99 | | | 3,374.74 |
| | | | [illegible] | | | | | |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| pening Balance | | | | | | | | 3,374.74 |
| 2/01/19 | SYS | BILL | 12/01/19 | Rent | 962.20 | | | 4,336.94 |
| 2/01/19 | SYS | BILL | 12/01/19 | Sec. 8 | -693.99 | | | 3,642.95 |
| | 222 | PAID | 12/13/19 | | | 6792 | 300.00 | 3,342.95 |
| | | | January 2020 | | | | | |
| pening Balance | | | | | | | | 3,342.95 |
| 1/01/20 | SYS | BILL | 01/01/20 | Rent | 962.20 | | | 4,305.15 |
| 1/01/20 | SYS | BILL | 01/01/20 | Sec. 8 | -693.99 | | | 3,611.16 |
| | | | February 2020 | | | | | |
| pening Balance | | | | | | | | 3,611.16 |
| 2/01/20 | SYS | BILL | 02/01/20 | Rent | 962.20 | | | 4,573.36 |
| 2/01/20 | SYS | BILL | 02/01/20 | Sec. 8 | -693.99 | | | 3,879.37 |
| | | | March 2020 | | | | | |
| pening Balance | | | | | | | | 3,879.37 |
| 3/01/20 | SYS | BILL | 03/01/20 | Rent | 962.20 | | | 4,841.57 |
| 3/01/20 | SYS | BILL | 03/01/20 | Sec. 8 | -693.99 | | | 4,147.58 |
| | 9278 | PAID | 03/17/20 | | | 7728 | 265.00 | 3,882.58 |
| | | | April 2020 | | | | | |
| pening Balance | | | | | | | | 3,882.58 |
| 4/01/20 | SYS | BILL | 04/01/20 | Rent | 962.20 | | | 4,844.78 |
| 4/01/20 | SYS | BILL | 04/01/20 | Sec. 8 | -693.99 | | | 4,150.79 |
| | | | May 2020 | | | | | |
| pening Balance | | | | | | | | 4,150.79 |
| 5/01/20 | SYS | BILL | 05/01/20 | Rent | 962.20 | | | 5,112.99 |
| 5/01/20 | SYS | BILL | 05/01/20 | Sec. 8 | -693.99 | | | 4,419.00 |
| | | | June 2020 | | | | | |
| pening Balance | | | | | | | | 4,419.00 |
| /01/20 | SYS | BILL | 06/01/20 | Rent | 962.20 | | | 5,381.20 |
| /01/20 | SYS | BILL | 06/01/20 | Sec. 8 | -693.99 | | | 4,687.21 |
| | | | July 2020 | | | | | |
| pening Balance | | | | | | | | 4,687.21 |
| /01/20 | SYS | BILL | 07/01/20 | Rent | 962.20 | | | 5,649.41 |
| /01/20 | SYS | BILL | 07/01/20 | Sec. 8 | -693.99 | | | 4,955.42 |
| | | | August 2020 | | | | | |
| pening Balance | | | | | | | | 4,955.42 |
| /01/20 | SYS | BILL | 08/01/20 | Rent | 962.20 | | | 5,917.62 |
| /01/20 | SYS | BILL | 08/01/20 | Sec. 8 | -693.99 | | | 5,223.63 |
| | | | September 2020 | | | | | |
| pening Balance | | | | | | | | 5,223.63 |
| /01/20 | SYS | BILL | 09/01/20 | Rent | 962.20 | | | 6,185.83 |
| /01/20 | SYS | BILL | 09/01/20 | Sec. 8 | -693.99 | | | 5,491.84 |
| | | | October 2020 | | | | | |
| ening Balance | | | | | | | | 5,491.84 |
| /01/20 | SYS | BILL | 10/01/20 | Rent | 962.20 | | | 6,454.04 |
| /01/20 | SYS | BILL | 10/01/20 | Sec. 8 | -693.99 | | | 5,760.05 |
| | 29854 | PAID | 10/16/20 | | | 4000 | 20.00 | 5,740.05 |
| | | | November 2020 | | | | | |
| ening Balance | | | | | | | | 5,740.05 |
| 01/20 | SYS | BILL | 11/01/20 | Rent | 962.20 | | | 6,702.25 |
| 01/20 | SYS | BILL | 11/01/20 | Sec. 8 | -693.99 | | | 6,008.26 |
| | | | December 2020 | | | | | |
| ening Balance | | | | | | | | 6,008.26 |
| 01/20 | SYS | BILL | 12/01/20 | Rent | 962.20 | | | 6,970.46 |
| 01/20 | SYS | BILL | 12/01/20 | Sec. 8 | -693.99 | | | 6,276.47 |
| | | | January 2021 | | | | | |
| ening Balance | | | | | | | | 6,276.47 |
| 01/21 | SYS | BILL | 01/01/21 | Rent | 962.20 | | | 7,238.67 |

nit Number: 2A MARTINEZ, EDUVIGES Printed: 02/14/25 at 08:57a

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 1/01/21 | SYS | BILL | 01/01/21 | Sec. 8 | -693.99 | | | 6,544.68 |
| | 37629 | PAID | 01/12/21 | | | CP_ACH | 800.00 | 5,744.68 |
| | | | February 2021 | | | | | |
| pening Balance | | | | | | | | 5,744.68 |
| /01/21 | SYS | BILL | 02/01/21 | Rent | 976.63 | | | 6,721.31 |
| /01/21 | SYS | BILL | 02/01/21 | Sec. 8 | -693.99 | | | 6,027.32 |
| /01/21 | SYS | BILL | 02/01/21 | Security Depos | 14.65 | | | 6,041.97 |
| | | | March 2021 | | | | | |
| pening Balance | | | | | | | | 6,041.97 |
| /01/21 | SYS | BILL | 03/01/21 | Rent | 976.63 | | | 7,018.60 |
| /01/21 | SYS | BILL | 03/01/21 | Sec. 8 | -693.99 | | | 6,324.61 |
| | | | April 2021 | | | | | |
| pening Balance | | | | | | | | 6,324.61 |
| /01/21 | SYS | BILL | 04/01/21 | Rent | 976.63 | | | 7,301.24 |
| /01/21 | SYS | BILL | 04/01/21 | Sec. 8 | -693.99 | | | 6,607.25 |
| | | | May 2021 | | | | | |
| pening Balance | | | | | | | | 6,607.25 |
| /01/21 | SYS | BILL | 05/01/21 | Rent | 976.63 | | | 7,583.88 |
| /01/21 | SYS | BILL | 05/01/21 | Sec. 8 | -693.99 | | | 6,889.89 |
| | 49855A | PAID | 05/14/21 | | | 44334768 | 107.50 | 6,782.39 |
| | 49855B | PAID | 05/14/21 | | | 44334767 | 2,902.50 | 3,879.89 |
| | 49855C | PAID | 05/14/21 | | | 44334769 | 223.63 | 3,656.26 |
| | 49855D | PAID | 05/14/21 | | | 44334766 | 2,907.58 | 748.68 |
| | | | June 2021 | | | | | |
| pening Balance | | | | | | | | 748.68 |
| /01/21 | SYS | BILL | 06/01/21 | Rent | 976.63 | | | 1,725.31 |
| /01/21 | SYS | BILL | 06/01/21 | Sec. 8 | -693.99 | | | 1,031.32 |
| | | | July 2021 | | | | | |
| pening Balance | | | | | | | | 1,031.32 |
| /01/21 | SYS | BILL | 07/01/21 | Rent | 976.63 | | | 2,007.95 |
| /01/21 | SYS | BILL | 07/01/21 | Sec. 8 | -693.99 | | | 1,313.96 |
| | | | August 2021 | | | | | |
| pening Balance | | | | | | | | 1,313.96 |
| /01/21 | SYS | BILL | 08/01/21 | Rent | 976.63 | | | 2,290.59 |
| /01/21 | SYS | BILL | 08/01/21 | Sec. 8 | -693.99 | | | 1,596.60 |
| | | | September 2021 | | | | | |
| pening Balance | | | | | | | | 1,596.60 |
| /01/21 | SYS | BILL | 09/01/21 | Rent | 976.63 | | | 2,573.23 |
| /01/21 | SYS | BILL | 09/01/21 | Sec. 8 | -693.99 | | | 1,879.24 |
| | | | October 2021 | | | | | |
| ening Balance | | | | | | | | 1,879.24 |
| /01/21 | SYS | BILL | 10/01/21 | Rent | 976.63 | | | 2,855.87 |
| /01/21 | SYS | BILL | 10/01/21 | Sec. 8 | -693.99 | | | 2,161.88 |
| | | | November 2021 | | | | | |
| ening Balance | | | | | | | | 2,161.88 |
| /01/21 | SYS | BILL | 11/01/21 | Rent | 976.63 | | | 3,138.51 |
| /01/21 | SYS | BILL | 11/01/21 | Sec. 8 | -693.99 | | | 2,444.52 |
| /01/21 | 70414 | ADJ | 11/24/21 | Adj Cr-Subsidy | -2.00 | | | 2,442.52 |
| | | | December 2021 | | | | | |
| ening Balance | | | | | | | | 2,442.52 |
| 01/21 | SYS | BILL | 12/01/21 | Rent | 976.63 | | | 3,419.15 |
| 01/21 | SYS | BILL | 12/01/21 | Sec. 8 | -693.99 | | | 2,725.16 |
| 01/21 | 70416 | ADJ | 12/16/21 | Adj Cr-Subsidy | -2.00 | | | 2,723.16 |
| | | | January 2022 | | | | | |
| ening Balance | | | | | | | | 2,723.16 |
| 01/22 | SYS | BILL | 01/01/22 | Rent | 976.63 | | | 3,699.79 |
| 01/22 | SYS | BILL | 01/01/22 | Sec. 8 | -693.99 | | | 3,005.80 |

nit Number: 2A MARTINEZ, EDUVIGES Printed: 02/14/25 at 08:57a

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 1/01/22 | 74383 | ADJ | 01/31/22 | Adj Cr-Subsidy | -2.00 | | | 3,003.80 |
| | | | February 2022 | | | | | |
| pening Balance | | | | | | | | 3,003.80 |
| 2/01/22 | SYS | BILL | 02/01/22 | Rent | 976.63 | | | 3,980.43 |
| 2/01/22 | SYS | BILL | 02/01/22 | Sec. 8 | -693.99 | | | 3,286.44 |
| 2/01/22 | 75445 | ADJ | 02/09/22 | Adj Cr-Subsidy | -2.00 | | | 3,284.44 |
| | | | March 2022 | | | | | |
| pening Balance | | | | | | | | 3,284.44 |
| 3/01/22 | SYS | BILL | 03/01/22 | Rent | 976.63 | | | 4,261.07 |
| 3/01/22 | SYS | BILL | 03/01/22 | Sec. 8 | -695.99 | | | 3,565.08 |
| | 78558 | PAID | 03/14/22 | | | CP_ACH | 400.00 | 3,165.08 |
| | | | April 2022 | | | | | |
| pening Balance | | | | | | | | 3,165.08 |
| 4/01/22 | SYS | BILL | 04/01/22 | Rent | 976.63 | | | 4,141.71 |
| 4/01/22 | SYS | BILL | 04/01/22 | Sec. 8 | -695.99 | | | 3,445.72 |
| | 81131 | PAID | 04/08/22 | | | 23134 | 3,565.08 | -119.36 |
| | | | May 2022 | | | | | |
| pening Balance | | | | | | | | -119.36 |
| 5/01/22 | SYS | BILL | 05/01/22 | Rent | 976.63 | | | 857.27 |
| 5/01/22 | SYS | BILL | 05/01/22 | Sec. 8 | -695.99 | | | 161.28 |
| | | | June 2022 | | | | | |
| pening Balance | | | | | | | | 161.28 |
| /01/22 | SYS | BILL | 06/01/22 | Rent | 976.63 | | | 1,137.91 |
| /01/22 | SYS | BILL | 06/01/22 | Sec. 8 | -695.99 | | | 441.92 |
| | | | July 2022 | | | | | |
| pening Balance | | | | | | | | 441.92 |
| /01/22 | SYS | BILL | 07/01/22 | Rent | 976.63 | | | 1,418.55 |
| /01/22 | SYS | BILL | 07/01/22 | Sec. 8 | -695.99 | | | 722.56 |
| | | | August 2022 | | | | | |
| pening Balance | | | | | | | | 722.56 |
| /01/22 | SYS | BILL | 08/01/22 | Rent | 976.63 | | | 1,699.19 |
| /01/22 | SYS | BILL | 08/01/22 | Sec. 8 | -695.99 | | | 1,003.20 |
| /01/22 | 93052 | ADJ | 08/12/22 | Adj Db-Subsidy | 590.12 | | | 1,593.32 |
| | | | September 2022 | | | | | |
| pening Balance | | | | | | | | 1,593.32 |
| /01/22 | SYS | BILL | 09/01/22 | Rent | 976.63 | | | 2,569.95 |
| | | | October 2022 | | | | | |
| ening Balance | | | | | | | | 2,569.95 |
| /01/22 | SYS | BILL | 10/01/22 | Rent | 976.63 | | | 3,546.58 |
| | 97899 | PAID | 10/07/22 | | | 4183 | 200.00 | 3,346.58 |
| | | | November 2022 | | | | | |
| ening Balance | | | | | | | | 3,346.58 |
| '01/22 | SYS | BILL | 11/01/22 | Rent | 976.63 | | | 4,323.21 |
| | | | December 2022 | | | | | |
| ening Balance | | | | | | | | 4,323.21 |
| '01/22 | SYS | BILL | 12/01/22 | Rent | 976.63 | | | 5,299.84 |
| | | | January 2023 | | | | | |
| ening Balance | | | | | | | | 5,299.84 |
| 01/23 | SYS | BILL | 01/01/23 | Rent | 976.63 | | | 6,276.47 |
| | | | February 2023 | | | | | |
| ening Balance | | | | | | | | 6,276.47 |
| 01/23 | SYS | BILL | 02/01/23 | Rent | 1,001.05 | | | 7,277.52 |
| | | | March 2023 | | | | | |
| ening Balance | | | | | | | | 7,277.52 |
| 01/23 | SYS | BILL | 03/01/23 | Rent | 1,001.05 | | | 8,278.57 |
| | | | April 2023 | | | | | |
| pening Balance | | | | | | | | 8,278.57 |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| 4/01/23 | SYS | BILL | 04/01/23 | Rent | 1,001.05 | | | 9,279.62 |
| | | | May 2023 | | | | | |
| pening Balance | | | | | | | | 9,279.62 |
| /01/23 | SYS | BILL | 05/01/23 | Rent | 1,001.05 | | | 10,280.67 |
| | | | June 2023 | | | | | |
| pening Balance | | | | | | | | 10,280.67 |
| /01/23 | SYS | BILL | 06/01/23 | Rent | 1,001.05 | | | 11,281.72 |
| | | | July 2023 | | | | | |
| pening Balance | | | | | | | | 11,281.72 |
| /01/23 | SYS | BILL | 07/01/23 | Rent | 1,001.05 | | | 12,282.77 |
| | | | August 2023 | | | | | |
| pening Balance | | | | | | | | 12,282.77 |
| /01/23 | SYS | BILL | 08/01/23 | Rent | 1,001.05 | | | 13,283.82 |
| | | | September 2023 | | | | | |
| pening Balance | | | | | | | | 13,283.82 |
| /01/23 | SYS | BILL | 09/01/23 | Rent | 1,001.05 | | | 14,284.87 |
| | | | October 2023 | | | | | |
| pening Balance | | | | | | | | 14,284.87 |
| /01/23 | SYS | BILL | 10/01/23 | Rent | 1,001.05 | | | 15,285.92 |
| | | | November 2023 | | | | | |
| pening Balance | | | | | | | | 15,285.92 |
| /01/23 | SYS | BILL | 11/01/23 | Rent | 1,001.05 | | | 16,286.97 |
| | | | December 2023 | | | | | |
| pening Balance | | | | | | | | 16,286.97 |
| /01/23 | SYS | BILL | 12/01/23 | Rent | 1,001.05 | | | 17,288.02 |
| | | | January 2024 | | | | | |
| pening Balance | | | | | | | | 17,288.02 |
| /01/24 | SYS | BILL | 01/01/24 | Rent | 1,001.05 | | | 18,289.07 |
| | | | February 2024 | | | | | |
| pening Balance | | | | | | | | 18,289.07 |
| /01/24 | SYS | BILL | 02/01/24 | Rent | 1,001.05 | | | 19,290.12 |
| | | | March 2024 | | | | | |
| pening Balance | | | | | | | | 19,290.12 |
| /01/24 | SYS | BILL | 03/01/24 | Rent | 1,001.05 | | | 20,291.17 |
| | | | April 2024 | | | | | |
| pening Balance | | | | | | | | 20,291.17 |
| /01/24 | SYS | BILL | 04/01/24 | Rent | 1,001.05 | | | 21,292.22 |
| | | | May 2024 | | | | | |
| ening Balance | | | | | | | | 21,292.22 |
| /01/24 | SYS | BILL | 05/01/24 | Rent | 1,001.05 | | | 22,293.27 |
| | | | June 2024 | | | | | |
| ening Balance | | | | | | | | 22,293.27 |
| /01/24 | SYS | BILL | 06/01/24 | Rent | 1,001.05 | | | 23,294.32 |
| | | | July 2024 | | | | | |
| ening Balance | | | | | | | | 23,294.32 |
| /01/24 | SYS | BILL | 07/01/24 | Rent | 1,001.05 | | | 24,295.37 |
| | | | August 2024 | | | | | |
| ening Balance | | | | | | | | 24,295.37 |
| 01/24 | SYS | BILL | 08/01/24 | Rent | 1,001.05 | | | 25,296.42 |
| | | | September 2024 | | | | | |
| ening Balance | | | | | | | | 25,296.42 |
| 01/24 | SYS | BILL | 09/01/24 | Rent | 1,001.05 | | | 26,297.47 |
| | | | October 2024 | | | | | |
| ening Balance | | | | | | | | 26,297.47 |
| 01/24 | SYS | BILL | 10/01/24 | Rent | 1,001.05 | | | 27,298.52 |
| | | | November 2024 | | | | | |

| Billing Period | Batch Number | Type | Trans Date | Charge Description | Billing/ Adjustment | Check Number | Payments | Running Balance |
|---|---|---|---|---|---|---|---|---|
| pening Balance | | | | | | | | 27,298.52 |
| /01/24 | SYS | BILL | 11/01/24 | Rent | 1,001.05 | | | 28,299.57 |
| | | | December 2024 | | | | | |
| pening Balance | | | | | | | | 28,299.57 |
| :/01/24 | SYS | BILL | 12/01/24 | Rent | 1,001.05 | | | 29,300.62 |
| | | | January 2025 | | | | | |
| pening Balance | | | | | | | | 29,300.62 |
| /01/25 | SYS | BILL | 01/01/25 | Rent | 1,001.05 | | | 30,301.67 |
| | | | February 2025 | | | | | |
| pening Balance | | | | | | | | 30,301.67 |
| :/01/25 | SYS | BILL | 02/01/25 | Rent | 1,001.05 | | | 31,302.72 |