Case 1:25-cv-08489-JGK-GS Document 122-42 Filed 09/30/26 Page 1 of 1

CIVIL COURT OF THE CITY OF NEW YORK (22) DATE: 11/20/24
COUNTY OF Bronx : HOUSING PART C

INDEX NO.: 311073/24

HON.: Lutwak

1775-85 Walton Ave LP

Petitioner/Landlord,

- against -

Eduvijes Martinez

Respondent(s)/Tenant(s)

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following Stipulation in settlement of the issues in the matter.*

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES AS FOLLOWS :**

~~PETITIONER'S/RESPONDENT'S MOTION IS GRANTED AS FOLLOWS:~~

PETITION AMENDED TO INCLUDED ALL RENTS DUE THROUGH 11/30/24 FOR A TOTAL DUE OF $ 5117.00

RESPONDENT HAS BEEN PROVIDED WITH RENT HISTORY.

SO ORDERED HON. DIANE E. LUTWAK

~~FINAL JUDGMENT PETITIONER IN THE SUM OF $~~

~~☐ ISSUANCE ☐ EXECUTION OF THE WARRANT OF EVICTION SHALL BE ☐ FORTHWITH. ☐ EXECUTION STAYED FOR RESPONDENT TO PAY PETITIONER AS REFLECTED IN THIS AGREEMENT~~ :

UPON DEFAULT IN ANY PAYMENT DUE HEREUNDER, THE ENTIRE AMOUNT OUTSTANDING SHALL IMMEDIATELY BECOME DUE. ~~THE WARRANT OF EVICTION SHALL ☐ ISSUE ☐ EXECUTE~~. THE CASE MAY BE RESTORED ON 8 DAYS WRITTEN NOTICE FOR ENTRY OF JUDGEMENT ISSUANCE OF A WARRANT AND OTHER APPROPRIATE RELIEF.

ALL MONIES RECEIVED BY PETITIONER SHALL APPLY TO CURRENT RENT BEFORE ARREARS. PETITIONER MAY ACCEPT PARTIAL PAYMENTS WITHOUT PREJUDICE. RESPONDENT TO PAY AS FOLLOWS :

| | | |
|---|---|---|
| (A) $ 5117.00 by 1/10/25 | (D) $ ____ by / / | (G) $ ____ by / / |
| (B) $ ____ by / / | (E) $ ____ by / / | (H) $ ____ by / / |
| (C) $ ____ by / / | (F) $ ____ by / / | (I) $ ____ by / / |

ABOVE PAYMENTS DO NOT INDLUDE CURRENT MONTHLY RENT WHICH SHALL BE PAYABLE BY ~~THE~~ 1/10/25 OF EACH MONTH OR RESPONDENT SHALL BE IN BREACH OF THIS AGREEMENT. PETITIONER PRESERVES ALL CLAIMS TO LEGAL FEES IN THE EVENT OF DEFAULT. RESPONDENT ALLEGES ~~NO~~ REPAIRS AS FOLLOWS/A~~S PER HPD INSPECTION REPORT DATED / /~~

All HQS violations provided to Petitioner in court by HPD

ACCESS WILL BE PROVIDED FOR PETITIONER TO INSPECT AND REPAIR AS REQUIRED BY LAW ON 12/4/24 BETWEEN 9 AM AND 5 PM, WORKERS TO ARRIVE BY 12:00.
COMPLETION WITHIN 30 DAYS OF ACCESS.

RESPONDENT REPRESENTS THAT NO OCCUPANT OF THE SUBJECT PREMISES IS ELDERLY, DISABLED, OR A MEMBER OF THE U.S. ARMED FORCES OR DEPENDANT ON ANYONE IN THE U.S. ARMED FORCES.

~~E.E.D~~

Above arrears based on tenant share of the rent as per subpoenaed Section 8 records. Tenant current share is $196

# APS to be notified prior to eviction

[signature] [signature] BG PJ2 [signature]

SKH HEIBERGER, LLP. FKA SDK HEIBERGER, LLP. ATTORNEYS FOR PETITIONER 228 EAST 45TH STREET, 14TH FLOOR NEW YORK, NEW YORK 10017 (917) 351-1335 / (212) 532-0500

RESPONDENT