CIVIL COURT OF CITY OF NEW YORK
COUNTY OF NEW YORK HOUSING PART

HERITAGE HOUSES DEVELOPMENT L.P.
*Petitioner (Landlord),*

against

DJENEBOU CISSE
*Respondent (Tenant)*

Address:

56 EAST 131ST STREET
APT. 4-D
NEW YORK , NY 10037

Index No. L/T

**NON-PAYMENT**
**PETITION DWELLING**

Petitioner's Business Address:
1776 EASTCHESTER ROAD,
STE#210
BRONX, NY 10461

THE PETITION OF HERITAGE HOUSES DEVELOPMENT L.P., alleges, upon Information and Belief:

1. Petitioner(s) is(are) the landlord(s) of the premises.

2. Respondent(s) DJENEBOU CISSE, is(are) tenant(s) in possession of said premises pursuant to a(n) WRITTEN lease agreement wherein respondents promised to pay to landlord or landlord(s) predecessor as rent $1,602.08 each month in advance on the 1ST day of each month.

3. Respondent(s) are now in possession of said premises.

4. The premises are the residence of the tenant(s) and the undertenant(s) herein.

5. The premises for which removal is sought was rented for Dwelling purposes and are described as follows: All Rooms, Apartment # 4-D in the building known as 56 East 131st Street New York, NY 10037, situated within the territorial jurisdiction of this Court.

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of $5,737.07 in rent and additional

| | |
|---|---|
| **Jun 23** | **$1,602.08** |
| **May 23** | **$1,602.08** |
| **Apr 23** | **$1,602.08** |
| **Mar 23** | **$930.83** |

**7. THE PREMISES ARE SUBJECT TO THE RENT STABILIZATION LAW OF 1969 AS AMENDED AND HAVE BEEN DULY REGISTERED WITH N.Y.STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL -DHCR-. THE RENT DEMANDED HEREIN IS THE LAWFUL RENT AND DOES NOT EXCEED THE REGISTERED RENT.**

8. Said rent has been demanded from the tenant since same became due by fourteen day written-notice, a copy of which, with proof of service is annexed hereto.

9. Respondent(s) have defaulted in the payment thereof and continue in possession of premisess without permission after said default.

PR12 -173 -4-D FILE NO: 314809

10. The premises are a multiple dwelling a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

**Agent ARLYANE McGLASHAN 237 WEST 145TH STREET NEW YORK, NY 10039**
**Multiple Dweliling No. 143390**

WHEREFORE Petitioner requests a final judgment against respondents(s) for the rent demanded therein, awarding of the premises to the petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from premises together with the costs and disbursements of this proceeding.

HERITAGE HOUSES DEVELOPMENT L.P., **Dated October 5, 2023**

STATE OF NEW YORK, COUNTY OF NEW YORK
The Undersigned affirms under penalty of perjury that he is one of the attorneys for the petitioner, that he has read the foregoing petition and knows the contents thereof: that the same are true to his own knowledge except as to matters stated to be upon information and belief: and as to those matters he believes them to be true. The grounds of his belief as to matters not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the Attorney's office. Petitioner is not in the County in which Attorney's office is located. This verification is made pursuant to the provisions of RPAPL 741.

October 5, 2023

ERIC H. KAHAN
**SDK Heiberger LLP**
**Attorneys for Petitioner-Landlord**
**205 East 42nd Street**
**6th Floor**
**New York, NY 10017**
**Phone: (917) 351-1335**
**Email: info@sdkhlaw.com**

PR12 -173 -4-D FILE NO: 314809

# NOTICE TO RESPONDENT TENANT

DURING THE CORONAVIRUS EMERGENCY, YOU MIGHT BE ENTITLED BY LAW TO SPECIAL DEFENSES AND PROTECTIONS RELATING TO EVICTIONS.

PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY FOR MORE INFORMATION.

IF YOU DON'T HAVE AN ATTORNEY, PLEASE CALL

**718-557-1379**

OR VISIT

**www.nycourts.gov/evictions/nyc/**

# AVISO A INQUILINO DEMANDADO

DURANTE LA EMERGENCIA POR CORONA VIRUS, PUEDA QUE POR LEY USTED TENGA DERECHO A DEFENSAS Y PROTECCIONES ESPECIALES RELACIONADAS CON DESALOJOS.

POR FAVOR COMUNIQUESE CON SU ABOGADO INMEDIATAMENTE PARA OBTENER MAS INFORMACIÓN.

SI NO TIENE ABOGADO, LLAME AL

718-557-1379

O VISITE

www.nycourts.gov/evictions/nyc/

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF NEW YORK HOUSING PART

HERITAGE HOUSES DEVELOPMENT L.P.

*Petitioner (Landlord),*

Index No. L/T

against

DJENEBOU CISSE

*Respondent (Tenant)*

Address:

56 EAST 131ST STREET
APT. 4-D
NEW YORK , NY 10037

**NOTICE OF ELECTRONIC FILING**
**(Consensual Case)**
(Uniform Rule § 208.4-a)

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York Courts e-filing system, and
- You are a defendant/Respondent (a party) in this case.

**If you are represented by an attorney:** give this Notice to your attorney (Attorneys: see "Information for Attorneys" pg 2).

**If you are not represented by an attorney: you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

**Benefits of E-Filing**

You can:

- serve and file your documents electronically
- view your case file on-line
- limit the number of trips to the courthouse
- pay any court fees on-line

There are no additional fees to file, view, or print you case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit www.nycourts.gov/efile-unrepresented or
- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact NYSCEF Resource Center (phone: 646 386-3033; email: efile@nycourts.gov).

Dated: October 5, 2023

| | |
|---|---|
| Name | ERIC H. KAHAN |
| Firm Name | SDK Heiberger LLP |
| Address: | 205 East 42nd Street<br>6th Floor<br>New York, NY 10017 |
| Phone | (917) 351-1335 |
| Email | info@sdkhlaw.com |

TO: DJENEBOU CISSE
56 EAST 131ST STREET
APT. 4-D
NEW YORK , NY 10037

7/19/19

Index #
PR12 -173 -4-D FILE NO: 314809

Page 2 of 2

EFCIV-3

TRIBUNAL CIVIL DE LA CIUDAD DE NUEVA YORK
CONDADO DE NEW YORK: PARTE DE LA VIVIENDA

HERITAGE HOUSES DEVELOPMENT L.P.
*Parte Demandante,*

contra

DJENEBOU CISSE

*Parte Demandada*
Dirección

56 EAST 131ST STREET
APT. 4-D
NEW YORK , NY 10037

Numero de Indice L/T

**Aviso Presentación Electrónica**
**(Causa mutuo acuerdo)**
(Regla Uniforme §208.4-a)

**Ha recibido este aviso porque:**

- La parte demandante anteriormente nombrada ha iniciado este caso utilizando el sistema de presentación electrónica de demandas (e-filing) de los Tribunales del estado de Nueva York, y
- Usted es una de las partes demandadas en esta causa

**Si cuenta con representación legal:** entréguele este aviso a su abogado(a) (Abogados: véase "Información para Abogados" en la segunda página.)

**Si no cuenta con representación legal:** no se le requiere presentar su demanda por medios electrónicos. Podrá presentar y entregar sus documentos impresos. No obstante como una de las partes del caso podrá presentar su causa por medios electrónicos.

**Beneficios de la presentación electrónica (e-filing)**

Puede:

- entregar y presentar sus documentos por medios electrónicos
- ver su caso en línea
- limitar sus viajes al tribunal
- pagar costos judiciales en línea

No hay cobros adicionales para presentar, ver o imprimir el expediente judicial.

Para inscribirse en la presentación electrónica (e-filing) o para más información sobre cómo funciona:

- visite www.nycourts.gov/efile-unrepresented o
- Preséntese al centro de ayuda o a la secretaría del tribunal. Para información legal para litigantes por derecho proprio visite: www.nycourthelp.gov

## Información Para Abogados(as)

El(la) abogado(a) que represente a una de las partes de una demanda ya notificada de este aviso debe aceptar o rechazar la presentación y la entrega electrónica de los documentos a través del sistema de presentación electrónica de demandas (e-filing) de los Tribunales del estado de NY (NYSCEF).

Los/las abogados(as) registrados(as) con NYSCEF pueden dar su consentimiento por medio electrónico según las directivas dadas en el sitio web del NYSCEF. Los/las abogados(as) que non están registrados(as) con el NYSCEF con intenciones de participar en la presentación electrónica deberán crear una cuenta y obtener una identificación de usario y contraseña en www.nycourts.gov/efile antes de dar su consentimiento.

Los/las abogados(as) que se nieguen a dar su consentimiento de entrega deben presentar al tribunal y a todo participante un aviso de la declinación de consentimiento.

Para más información sobre la presentación electrónica de demandas o sobre cómo crear una cuenta NYSCEF, visite el sitio web www.nycourts.gov/efile o comuníquese con el Centro de Recursos del NYSCEF (teléfono: 646-386-3033; correo electrónico: efile@nycourts.gov).

Fechado: Octubre 5, 2023

| | |
|---|---|
| Nombre | ERIC H. KAHAN |
| Nombre del Bufete de Abogados | SDK Heiberger LLP |
| Dirección: | 205 East 42nd Street<br>6th Floor<br>New York, NY 10017 |
| Telefono: | (917) 351-1335 |
| Correo Electrónico: | info@sdkhlaw.com |

Para: DJENEBOU CISSE
56 EAST 131ST STREET
APT. 4-D
NEW YORK , NY 10037

Numero de Indice: Página 2 de 2 7/21/20

PR12 -173 -4-D FILE NO: 314809

Case 1:25-cv-08489-JGK-GS Document 122-44 Filed 09/30/26 Page 9 of 10

**FOURTEEN DAY NOTICE**

TO: DJENEBOU CISSE
56 EAST 131ST STREET
APT. 4-D
NEW YORK, NY 10037

PLEASE TAKE NOTICE that you are hereby required by your tenancy to pay HERITAGE HOUSES DEVELOPMENT L.P. landlord of the above described premises, the sum of $5,737.07 for rent of the premises.

| | |
|---|---|
| JUN23 | $1602.08 |
| MAY23 | $1602.08 |
| APR23 | $1602.08 |
| MAR23 | $930.83 |

You are required to pay within fourteen days from the day of service of this notice. If you fail to pay, the landlord will commence summary proceedings against you to recover possession of the premises.

**NOTA DE CATORCE DIAS**

POR FAVOR SIRVASE TOMAR NOTA de que usted es requerido, por este medio, de pagar a HERITAGE HOUSES DEVELOPMENT L.P. duena de las propiedades arriba descritas por la suma de $5,737.07 por renta de la propiedades.

| | |
|---|---|
| JUN23 | $1602.08 |
| MAY23 | $1602.08 |
| APR23 | $1602.08 |
| MAR23 | $930.83 |

Usted es requerido de pagar dentro de 14 dias a continuacion de recibir esta nota. Si usted falla en pagar la duena de las propiedades se vera obligada a proceder legalmente para recuperar la posesion de dichas propiedades.

HERITAGE HOUSES DEVELOPMENT L.P., LANDLORD

Date: 07/05/2023 PR12 -173 -4-D Case No. 314809

HERITAGE HOUSES DEVELOPMENT L.P.

Index #:

**AFFIDAVIT OF** ***Conspicuous*** **SERVICE**

Faisal Taher
Lic # 1475177
Brooklyn NY

State of New York, County of Queens ss:

I **Faisal Taher** Being duly sworn, deposes and says that deponent is not party to this proceeding, is over 18 years of age and resides in Brooklyn , New York That on **July 06, 2023** at **10:00 AM** Apt# **4-D**

At the property sought to be recovered at: **56 EAST 131ST STREET NEW YORK NY 10037**

The: **FOURTEEN (14) DAY NOTICE**
Was served on: **DJENEBOU CISSE**

☐ Personal service on Individual: Individually served the within-named person with true copy(ies) of the paper(s) aforementioned.

☐ Deponent was unable to serve:

Additional respondents by personal delivery but by gaining admittance to said property and delivering and leaving a true copy thereof for each respondent personally with aforementioned respondent who was willing to accept same and was of suitable age and discretion who thereat ...thereby completing service to all respondents.

☐ Suitable age person: substitute served by delivering thereat a true copy for each respondent personally with , a person of suitable age and discretion, who was willing to receive same and who at said property deponent as said therein

☒ Posted on door: By affixing a true copy thereof for each respondent on a conspicuous part to wit: the entrance door of said property, premises is recipients *dwelling* within state. Deponent was unable to find respondent(s) or to find a person of suitable age and discretion who *resided* thereat during either of the two service attempts made on the following dates...

Prior Attempt Made On: **July 05, 2023** at: **07:06 PM**

Second Attempt Made On: **July 06, 2023** at: **10:00 AM**

Approx. Description: Sex: Skin color: Age: Height: Weight: Hair:
other identifying features / comments:

☒ State of New York, County of Queens, being duly sworn and says that I am not a party to this action and I am over 18 years of age.
On **July 07, 2023** I mailed a true copy to each respondent of the above mentioned notification properly enclosed, addressed, and mailed in postpaid envelopes by regular first class and certified mail **(marked personal and confidential)** within New York State to each respondent at the address sought to be recovered which is respondents residence or corporate respondent(s) principal office or principal place of business.

Additional copies mailed regular and certified to:

Faisal Taher
Lic # 1475177
Brooklyn NY

**Sworn to before me on:**

**July 07, 2023**

Yasodra Seenarine
Notary Public State of New York
No 01SE6163476
Qualified in Queens County Commission expiration 03/26/27

314809 SP

A&M ACCUSERVICE INC
LIC# 2033461
2444 78TH STREET FL 1
EAST ELMHURST, NY, 11370