**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK: HOUSING PART U**

X

**HERITAGE HOUSES DEVELOPMENT L.P.,**

*Petitioner-Landlord,*

*- against -*

**DJENEBOU CISSE,**

*Respondent-Tenant.*

X

**Index No.: 301809/2023**

**JUDICIAL SUBPOENA DUCES TECUM**

# *The People of the State of New York*

*TO:* ***Department of Housing Preservation and Development of the City of New York***
***Attn: Division of Tenant Resources***
***100 Gold Street***
***New York, New York 10038***

***GREETING:***

***WE COMMAND YOU,*** that all business excuses being laid aside, you and each of you appear and attend before one of the judges in Part U, Room 844 of the Civil Court of the City of New York, at the Civil Court Building at ***111 Centre Street, New York, New York, on the 24th day of September, 2024, at 9:30 o'clock*** in the forenoon, and at any recessed or adjourned date to give testimony in this action on the part of the Petitioner and that you bring with you, and produce at the time and place aforesaid:

> Complete certified copies of all documentation and/or payments in connection with the Section 8 subsidy for Respondent Djenebou Cisse residing at the address 56 East 131st Street, Apartment 4-D, New York, New York 10037 for the period from January 2022 through present. The requested documents include but are not limited to re-certifications, inspection reports, cancelled checks, payments made by HPD to Petitioner, notices of Respondent's share of the rent sent to Respondent and all other documents that indicate the Respondent's share of the rent from January 2022 to present at the subject premises

now in your custody, and all other deeds, evidences and writing, which you have in your custody and power, concerning the above-mentioned Section 8 subsidy.

Failure to comply with this Subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this Subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

***WITNESS, Honorable*** ________________________ one of the Judges of said Court, at ***111 Centre Street, New York, New York,*** the _______ day of ***August, 2024.***

By: ____________________________________
**SKH HEIBERGER, LLP.**
***Paul Croce, Esq.***
*Attorneys for Petitioner*
228 East 45th Street, 14th Floor
New York, New York 10017

***"SO-ORDERED":***

________________________________
***J.H.C.***