NYSCEF
Harlem Community Justice Center - Civil

# Document List

**Case # LT-301809-23/HA**

Created on:09/29/2026 11:24 PM

Case Caption: **Heritage Houses Development L.P. v. Djenebou Cisse**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | PETITION | Processed | 10/17/2023 | Kahan, E. - filed by SDK Heiberger, LLP |
| 2 | NOTICE OF PETITION- | Processed | 10/17/2023 | Kahan, E. - filed by SDK Heiberger, LLP |
| 3 | RENT DEMAND | Processed | 10/17/2023 | Kahan, E. - filed by SDK Heiberger, LLP |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 10/17/2023 | Kahan, E. - filed by SDK Heiberger, LLP |
| 5 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 10/17/2023 | Kahan, E. - filed by SDK Heiberger, LLP |
| 6 | AFFIDAVIT/AFFIRMATION OF SERVICE OF PETITION/NOTICE OF PETITION | Processed | 10/28/2023 | Gilmore, R. - filed by SPERBER KAHAN LAW GROUP PLLC |
| 7 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 10/28/2023 | Gilmore, R. - filed by SPERBER KAHAN LAW GROUP PLLC |
| 8 | ANSWER (SELF-REPRESENTED)<br>D. Cisse | Processed | 11/03/2023 | Court User |
| 9 | DECISION/ORDER | Processed | 12/11/2023 | Court User |
| 10 | SUBPOENA - REQUEST<br>Judicial Subpoena Request | Processed | 07/31/2024 | Kahan, E. |
| 11 | SUBPOENA - SO ORDERED | Processed | 08/01/2024 | Court User |
| 12 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>Affirmation of Service of Judicial Subpoena with Witness Check | Processed | 08/01/2024 | Kahan, E. |
| 13 | SUBPOENA - REQUEST<br>Subpoena for DHPD | Processed | 09/25/2024 | Croce, P. |
| 14 | SUBPOENA - SO ORDERED | Processed | 10/16/2024 | Court User |
| 15 | STIPULATION - SO ORDERED | Processed | 11/12/2024 | Court User |