**CIVIL COURT OF THE CITY OF NEW YORK**

**Index No. L&T:** 301809-23

**County of** NY

**Page** 1 **of** 1

**Date** 11/12/24 **Part** U

**Hon.** Ferdinand

HP Action #44

Heritage Houses Development LP

*Petitioner(s),*

*against*

Djonbou Cisse *Respondent(s)*

**STIPULATION OF SETTLEMENT** Discontinuance

***The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.***

| **Party** (please print) | | **Added/Amended** *or* **Deleted** | **Appearance** | **No Appearance** | **No Answer** |
|---|---|---|---|---|---|
| Petitioner | by counsel SKH Heiberger LLP | | ✓ | | |
| Respondent 1 | Djonbou Cisse. | | ✓ | | |
| Respondent 2 | | | / | | |
| Respondent 3 | | | | | |

SO ORDERED
HON. TRACY FERDINAND, J.H.C.

Matter is hereby discontinued without prejudice to any outstanding arrears. Petition satisfied.
P. to Inspect and Repair as necessary and as Required By law ; Resp alleges the following Conditions: ✱

SKH Heiberger LLP
Atty for Petitioner

RESPONDENT

WT.

✱ Leak in Bathroom - Source + Abate; Paint Plaster
Repair/Replace Kitchen Sink
Exterminate for mice.
L/R Door Lock Broken - Repair/Replace.
Paint throughout apt. access:
9-5 workers By 11:00 am on 11/19/24.

CIV-LT-30 page 1(Revised 4/07)