AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Leonarda Garcia

*Plaintiff(s)*

v.

Eric H. Kahan, Sperber Kahan Law Group PLLC, Arthur Ransome Houses LP, Prestige Management, Inc., and Arthur Ransome Housing Corporation

*Defendant(s)*

Civil Action No. 1:25-cv-08489-JGK-GS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Law Office of Ahmad Keshavarz
16 Court Street, Suite 2600
Brooklyn, NY 11241

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-08489-JGK-GS

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________

was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**-----------------------------------------------------------------X**

**LEONARDA GARCIA,**

**Case No.: 1:25-cv-08489-JGK-GS**

**Plaintiff,**

**-against-**

**ERIC H. KAKAH, SPERBER KAHAN LAW GROUP PLLC, ARTHUR RANSOME HOUSES, LP, PRESTIGE MANAGEMENT, INC., and ARTHUR RANSOME HOUSING CORPORATION,**

**Defendants.**

**-----------------------------------------------------------------X**

**Named Defendants:**

Arthur Ransome Houses, LP – 2283 Adam Clayton Powell Jr. Boulevard, New York, NY 10030

Prestige Management, Inc. – by and through the New York Secretary of State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231