FKB Furman Kornfeld & Brennan LLP

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

**VIA ECF** November 2, 2026

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Leonarda Garcia v. Eric H. Kahan Law Group PLLC, et al.*
Case No.: 25-cv-08489

Dear Judge Koeltl:

This office represents Defendant Prestige Management, Inc. ("Defendant") in connection with the above-referenced matter. In accordance with your Honor's Individual Practice Rule (1)(C) we write to respectfully request a brief extension of time to respond to Plaintiff Leonarda Garcia's Amended Complaint (ECF No. 30) until December 11, 2026. Defendant was previously ordered to respond to the Amended Complaint by November 4, 2026.

Defendant has not requested any previous adjournments. Plaintiff has consented to this request.

We appreciate the Court's attention and consideration of this matter.

Respectfully submitted,

/s/ Sarah Igarashi, Esq.

Rachel Aghassi, Esq.
Sarah Igarashi, Esq.

FURMAN KORNFELD & BRENNAN, LLP

cc: All Parties (via ECF)