# EXHIBIT C

**From:** Ahmad Keshavarz
**To:** Rachel Aghassi, Esq.
**Cc:** Adam M. Marshall; Sarah Igarashi, Esq.
**Subject:** RE: Garcia - 30 days consent
**Date:** Monday, July 20, 2026 5:45:46 PM
**Attachments:** image001.png

---

**[EXTERNAL]** This email originated from outside of **FKB.** Do not click links or open attachments unless you trust the sender and know the content is safe.

Of course. Thank you.

logo

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859 Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Sent:** Monday, July 20, 2026 5:45 PM
**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Cc:** Adam M. Marshall <amarshall@kaufmandolowich.com>; Sarah Igarashi, Esq. <sigarashi@fkblaw.com>
**Subject:** Re: Garcia - 30 days consent

That's fine as long as we can obtain adjournments as needed as well.

**Rachel Aghassi, Esq.**
Wall Street Plaza
88 Pine Street, 32nd Floor
New York, NY 10005
Tel:212-867-4100 Ext. 341
Direct:212-293-7341
Fax:212-867-4118

raghassi@fkblaw.com
Bio | LinkedIn

www.fkblaw.com

CONFIDENTIALITY NOTICE: This email is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately by telephone, and return the original message to us at the above address. Thank you.

On Jul 20, 2026, at 1:49 PM, Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

**[EXTERNAL]** This email originated from outside of **FKB.** Do not click links or open attachments unless you trust the sender and know the content is safe.

That would be August 31 (as 30 days falls on a Saturday).

Thanks.

<image001.png>

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859 Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Monday, July 20, 2026 1:47 PM
**To:** Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Cc:** Adam M. Marshall <amarshall@kaufmandolowich.com>; Sarah Igarashi, Esq. <sigarashi@fkblaw.com>
**Subject:** Garcia - 30 days consent

Hi Rachel,

Will you consent to a thirty-day extension of Judge Koeltl’s deadline to amend. Kevin left my office earlier this month and I have been playing catchup. Would appreciate it. Adam has consented. Please let me know. Thanks.

<image001.png>

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859 Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com Email: ahmad@NewYorkConsumerAttorney.com