# EXHIBIT D

**From:** Ahmad Keshavarz
**To:** Sarah Igarashi, Esq.; Rachel Aghassi, Esq.
**Cc:** Adam M. Marshall
**Subject:** RE: Garcia - consent to enlarge time to amend complaint
**Date:** Wednesday, August 12, 2026 3:40:53 PM
**Attachments:** image002.png

**[EXTERNAL]** This email originated from outside of **FKB.** Do not click links or open attachments unless you trust the sender and know the content is safe.

Thank you. I will file.

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859 Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com Email: ahmad@NewYorkConsumerAttorney.com

**From:** Sarah Igarashi, Esq. <sigarashi@fkblaw.com>
**Sent:** Wednesday, August 12, 2026 3:39 PM
**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Cc:** Adam M. Marshall <amarshall@kaufmandolowich.com>
**Subject:** RE: Garcia - consent to enlarge time to amend complaint

Ahmad – our clients have agreed to a third 30-day extension of time, in exchange for reciprocal courtesies.

Regards,
Sarah

**Sarah Igarashi, Esq.**
Wall Street Plaza
88 Pine Street, 32nd Floor
New York, NY 10005
Tel:212-867-4100 Ext. 339
Direct:212-293-7339
Fax:212-867-4118

sigarashi@fkblaw.com
www.fkblaw.com

CONFIDENTIALITY NOTICE: This email is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for

delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately by telephone, and return the original message to us at the above address. Thank you.

**From:** Sarah Igarashi, Esq.
**Sent:** Wednesday, August 12, 2026 3:12 PM
**To:** 'Ahmad Keshavarz' <ahmad@newyorkconsumerattorney.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Cc:** Adam M. Marshall <amarshall@kaufmandolowich.com>
**Subject:** RE: Garcia - consent to enlarge time to amend complaint

Ahmad – will you address our previous email, especially the first paragraph?

Thanks.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Wednesday, August 12, 2026 3:05 PM
**To:** Sarah Igarashi, Esq. <sigarashi@fkblaw.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Cc:** Adam M. Marshall <amarshall@kaufmandolowich.com>
**Subject:** RE: Garcia - consent to enlarge time to amend complaint

**[EXTERNAL]** This email originated from outside of **FKB.** Do not click links or open attachments unless you trust the sender and know the content is safe.

Specific question: will you agree to an unconditional extension from August 31 to September 9, the day after Labor day.

I just need a yes or no response. As I indicated on our call I have a MTD Opposition due tomorrow, a deposition on Friday morning I need to prepare for, I need to pack and fly out Friday evening for my family vacation in Italy, I am not in the office until Monday August 24; August 27, and 28 I have deposition, and need to prepare on August 24 and 27. I have a deposition on September 2, and in person hearing on September 2, an in person settlement conference on September 3, am out for a personal matter on Friday. This leaves me working over the Labor Day weekend on the Amended Complaint (if I file one) to file on Tuesday, the day before depositions on September 9 and September 10. I am a solo practitioner, my prior associate leaving unexpectedly in July, and my new associate, a recent law graduate, not starting until August 24, when I need to begin to onboarding him to the firm.

Now I cannot make you grant an unconditional extension until September 9, so I only have to work over the Labor day weekend and (hopefully) not during my family vacation in Italy stating Friday evening. A 30 days extension or at least a 14 day would be preferable, but I will take what I can get.

Again, please let me know if you will provide an unconditional 7 days extension from August 31 to September 8 (the 7th being Labor day) or whether you will not. (14 or 30 would be preferable).

I need to get back to this motion to dismiss; please let me know by 3:30 today.

Thanks.

---

**From:** Sarah Igarashi, Esq. <sigarashi@fkblaw.com>
**Sent:** Wednesday, August 12, 2026 2:43 PM
**To:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Cc:** Adam M. Marshall <amarshall@kaufmandolowich.com>
**Subject:** RE: Garcia - consent to enlarge time to amend complaint

Ahmad,

We will address your request below, but first, we want to note that on our call today, you implied that you would not grant us any extensions of time to respond to an amended complaint even though you had previously agreed to do so in exchange for the two prior extensions that we granted. Please confirm that you will uphold your prior agreement regardless of our decision on this extension. We also note that we have provide many other extensions to you in this case besides the two extensions for the amended complaint.

Regarding this renewed extension request, we don't typically deny requests for extensions, and we want to grant you the professional courtesy. We appreciate your workload and the fact that you are going on vacation. However, Judge Stein made clear at our previous hearing that you are not entitled to a fishing expedition for information or documentation on other tenants of the subject property. We are therefore concerned that this request for an extension will be used to seek material you are not entitled to in order to use the discovery to draft the new complaint. We also note that you have not always granted us extensions with respect to discovery. We are not trying to interfere with your vacation or unnecessarily make your workload more difficult, but we are alarmed by your requests for these materials.

We are open to further discussing an extension, but unless you can agree not to use such materials in the manner described above, we have serious reservations about your request.

If you do ultimately write to the court, please include that we have raised this issue. If you do not, we will respond accordingly with our above concerns. Our response will also raise our prior two agreements to extend time in exchange for the same courtesies, which you now threaten not to honor.

Regards,
Rachel and Sarah

**Sarah Igarashi, Esq.**
Wall Street Plaza
88 Pine Street, 32nd Floor
New York, NY 10005
Tel:212-867-4100 Ext. 339
Direct:212-293-7339
Fax:212-867-4118

sigarashi@fkblaw.com
www.fkblaw.com

CONFIDENTIALITY NOTICE: This email is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately by telephone, and return the original message to us at the above address. Thank you.

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Wednesday, August 12, 2026 10:29 AM
**To:** Sarah Igarashi, Esq. <sigarashi@fkblaw.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Cc:** Adam M. Marshall <amarshall@kaufmandolowich.com>
**Subject:** RE: Garcia - consent to enlarge time to amend complaint

**[EXTERNAL]** This email originated from outside of **FKB.** Do not click links or open attachments unless you trust the sender and know the content is safe.

Sarah and Rachel,

I am flying out on vacation on Friday and need to resolve this before I leave so I know how much I need to work while I am overseas on my family vacation and over the next weekend after I get back.

1. I need a definitive answer: will you consent to an extension without preconditions?
2. If so, will you consent to 30 days?

3. If not, how many days will you consent to.

I need to file something early this afternoon. Please provide a definitive answer by 1:00 PM today or I will file an application and note your position.

I would appreciate the professional courtesy.

Thank you.

---

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Tuesday, August 11, 2026 5:14 PM
**To:** Sarah Igarashi, Esq. <sigarashi@fkblaw.com>; Adam M. Marshall <amarshall@kaufmandolowich.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Subject:** RE: Garcia - consent to enlarge time to amend complaint

Counsel,

I do not believe this is reasonable.

I am asking for a professional courtesy for the reasons stated below. You are asking for substantive concessions. I do not believe that is proper or professional.

I ask that you reconsider.

Thank you.

Can I have consent to enlarge the time to amend by 30 days? I am out of the country all next week for a family vacation. This month am having to respond to a motion to amend, have taken multiple deposition, and have additional depositions coming up, and have had a settlement conference, all without an associate. My new associate does not start until August 24.

logo

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859 Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com Email: ahmad@NewYorkConsumerAttorney.com

**From:** Sarah Igarashi, Esq. [mailto:sigarashi@fkblaw.com]
**Sent:** Tuesday, August 11, 2026 4:53 PM
**To:** Ahmad Keshavarz; Adam M. Marshall; Rachel Aghassi, Esq.
**Subject:** RE: Garcia - consent to enlarge time to amend complaint

Ahmad – in the alternative, we will also be amenable to an extension if you wait to seek the referenced materials until our motion responding to the amended complaint is fully determined.

Best regards,
Rachel and Sarah

**Sarah Igarashi, Esq.**
Wall Street Plaza
88 Pine Street, 32nd Floor
New York, NY 10005
Tel:212-867-4100 Ext. 339
Direct:212-293-7339
Fax:212-867-4118

sigarashi@fkblaw.com
www.fkblaw.com

CONFIDENTIALITY NOTICE: This email is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited, and you are requested to please notify us immediately by telephone, and return the original message to us at the above address. Thank you.

**From:** Sarah Igarashi, Esq.
**Sent:** Tuesday, August 11, 2026 4:47 PM
**To:** 'Ahmad Keshavarz' <ahmad@newyorkconsumerattorney.com>; Adam M. Marshall <amarshall@kaufmandolowich.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>
**Subject:** RE: Garcia - consent to enlarge time to amend complaint

Counsel,

We are concerned about this extension request because we have come to understand that you have been improperly seeking non-relevant materials relating to other tenants of the subject building from unrepresented parties that have been subpoenaed in this action in a fishing expedition. If you agree not to seek these materials, we will agree to an extension of time for an amended complaint.

Best regards,
Rachel and Sarah

---

**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**Sent:** Tuesday, August 11, 2026 3:31 PM
**To:** Adam M. Marshall <amarshall@kaufmandolowich.com>; Rachel Aghassi, Esq. <raghassi@fkblaw.com>; Sarah Igarashi, Esq. <sigarashi@fkblaw.com>
**Subject:** RE: Garcia - consent to enlarge time to amend complaint

**[EXTERNAL]** This email originated from outside of **FKB.** Do not click links or open attachments unless you trust the sender and know the content is safe.

Counsel?

---

**From:** Ahmad Keshavarz
**Sent:** Monday, August 10, 2026 11:49 AM
**To:** Adam M. Marshall; Rachel Aghassi, Esq.; Sarah Igarashi, Esq.
**Subject:** Garcia - consent to enlarge time to amend complaint

Counsel,

Can I have consent to enlarge the time to amend by 30 days? I am out of the country all next week for a family vacation. This month am having to respond to a motion to amend, have taken multiple deposition, and have additional depositions coming up, and have had a settlement conference, all without an associate. My new associate does not start until August 24.

The 30 day extension would move the deadline from August 31 to September 30. I would appreciate the courtesy and of course will extend such courtesies myself.

Please let me know.

Thanks.

logo

**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859 Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com Email: ahmad@NewYorkConsumerAttorney.com