UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
LEONARDA GARCIA, Civil Action No. 1:25-cv-08489-JGK-GS
Plaintiff,

-against-

ERIC H. KAHAN,
SPERBER KAHAN LAW GROUP PLLC,
ARTHUR RANSOME HOUSES LP,
PRESTIGE MANAGEMENT, INC., and
ARTHUR RANSOME HOUSING CORPORATION,
Defendants.
-------------------------------------------------------x

**DECLARATION OF AHMAD KESHAVARZ IN OPPOSITION TO PRESTIGE MANAGEMENT, INC.'S MOTION TO QUASH**

Ahmad Keshavarz declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted to practice before this Court and counsel for Plaintiff Leonarda Garcia. I submit this declaration in opposition to the motion of Defendant Prestige Management, Inc. ("Prestige") to quash Plaintiff's October 20, 2026 subpoena for Prestige's Rule 30(b)(6) deposition (Dkt. Nos. 130–132). I have personal knowledge of the facts stated here, and the emails annexed below were sent or received by my office in the ordinary course of this litigation.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Plaintiff's First Amended Notice of Deposition to Prestige.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the email from my office dated April 23, 2026, sent at 6:54 PM, serving Plaintiff's Third Amended Notice of Deposition to Defendants, together with that notice.

4. Annexed hereto as Exhibit 3 is a true and correct copy of my email to Prestige's counsel dated April 30, 2026, sent at 6:02 PM, with the preceding thread.

5. Annexed hereto as Exhibit 4 is a true and correct copy of Prestige's Notice to Take Deposition Upon Oral Examination of Plaintiff, Demand for Documents, and Interrogatories, each dated May 4, 2026

6. Annexed hereto as Exhibit 5 is a true and correct copy of the undated, unsworn "Affidavit" of Devon Kelly that Prestige provided to my office on or about August 31, 2026.

7. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
November 9, 2026

*/s/ Ahmad Keshavarz*

______________________

Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
*Attorney for Plaintiff*
16 Court St., 26th Floor
Brooklyn, NY 11241
Tel: (347) 308-4859
Fax: (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com