UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARDA GARCIA,

Plaintiff,

-against-

ERIC H. KAHAN, SPERBER KAHAN LAW GROUP PLLC, ARTHUR RANSOME HOUSES LP, and PRESTIGE MANAGEMENT, INC.

Defendants.

Case No. 1:25-cv-08489

**AFFIDAVIT**

**DEVON KELLY** says:

1. I have been employed as a **Senior Property Manager at Prestige Management, Inc. ("Prestige")** for over 9 years. As such, I am fully familiar with this case and have personal knowledge of the facts stated herein.

2. In or around May 2026, I conducted a further search for true and correct copies of any records demanded in Plaintiff's First Set of Discovery Demands ("Plaintiff's Demands"), dated February 13, 2026.

3. A diligent search was conducted for records responsive to Plaintiff's Demands relating to the facts alleged in Plaintiff's Complaint.

4. The search included review of Prestige's physical files and electronic records located at the premises.

5. To the extent responsive records were located, these were turned over to Prestige's Counsel.

6. No other responsive records were located. Upon information and belief, Prestige is not in possession of any further responsive records related to this incident.

7. In the event that any documents relating to repair records are found, should they exist, I will promptly provide the same to my attorneys for service to Plaintiff's attorney.

8. I make this Affidavit voluntarily and understand that the parties and their insurers may rely upon the representations contained herein in connection with this litigation.

ACKNOWLEDGED AND
AGREED TO:

**DEVON KELLY**