FKB Furman Kornfeld & Brennan LLP

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

**VIA ECF** November 11, 2026

Hon. Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Leonarda Garcia v. Eric H. Kahan Law Group PLLC, et al.*
Case No.: 25-cv-08489

Dear Judge Stein:

This office represents Defendant Prestige Management, Inc. in connection with the above-referenced matter. In accordance with your Honor's Individual Practice Rule (1)(G) we write to respectfully request a brief extension of time to reply to Plaintiff Leonarda Garcia's response to our motion to quash the Subpoena to Prestige, ECF No. 138, until November 18, 2026, due to the press of business. The original deadline to respond is today, November 11, 2026. No hearing or conference is currently scheduled that would be affected by this extension.

This is our first request for an extension of time in this matter. We attempted to reach Plaintiff's counsel regarding this request for an extension but were unable to get in touch with their office.

We appreciate the Court's attention and consideration of this matter.

Respectfully submitted,

/s/ Sarah Igarashi, Esq.

Rachel Aghassi, Esq.
Sarah Igarashi, Esq.

FURMAN KORNFELD & BRENNAN, LLP

cc: All Parties (via ECF)