FKB Furman Kornfeld & Brennan LLP

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

**VIA ECF** November 11, 2026

Hon. Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Leonarda Garcia v. Eric H. Kahan Law Group PLLC, et al.*
Case No.: 25-cv-08489

Dear Judge Stein:

This office represents Defendant Prestige Management, Inc. in connection with the above-referenced matter. We write to inform the Court that Plaintiff has consented to our request for an extension of time to reply to Plaintiff Leonarda Garcia's response to our motion to quash the Subpoena to Prestige, ECF No. 138, as we outlined in our previous letter motion, ECF No. 141.

We appreciate the Court's attention and consideration of this matter.

Respectfully submitted,

/s/ Sarah Igarashi, Esq.
Sarah Igarashi, Esq.

FURMAN KORNFELD & BRENNAN, LLP

cc: All Parties (via ECF)