DLS DEMOVSKY LAWYER SERVICE
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
LEONARDA GARCIA,
Plaintiff,
-vs-

ERIC H. KAHAN, et al.,
Defendants.
-------------------------------------------------------X

Civil Action No. 1:25-cv-08489-JGK-GS
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
S.S.
COUNTY OF NEW YORK)

**FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 3rd day of November, 2026, at approximately the time of 10:40am, deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL ACTION AND FIRST-AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** upon **ARTHUR RANSOME HOUSING CORPORATION** at 2283 Adam Clayton Powell Jr. Boulevard, New York, NY 10030, by personally delivering and leaving the same with **GERNETTA DOE (REFUSED TO GIVE SUR NAME),** who informed deponent that he is an employee and is authorized by appointment to receive service at that address.

**GERNETTA DOE (REFUSED TO GIVE SUR NAME)** is a black male, approximately 60-65 years of age, stands approximately 5 feet 4 to 5 feet 7 inches tall, weighs approximately 120-150 pounds with black and white hair and brown eyes.

**FREDERICK PRINGLE, #2067891**

Sworn to before me this
9th day of November, 2026

NOTARY PUBLIC

Howard Daniel Goldman
Notary Public State of New York
Qualified in New York County
Registration Number 01GO5062405
My Commission Expires 7/1/2030

#320076

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com