**ATTORNEY(S) :** Law Offices of Ahmad Keshavarz
**INDEX # :** 1:25-cv-08489-JGK-GS
**PURCHASED/FILED :**
**STATE OF : NEW YORK**
**COURT :** U.S. District
**COUNTY/DISTRICT :** Southern Dist.

# AFFIRMATION OF SERVICE - SECRETARY OF STATE

Leonarda Garcia

Plaintiff(s)

against

Eric H. Kahan, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 35 Yrs

Weight: 150 lbs Height: 5'4" Gender: Female Race: Black

Hair color: Black Other:

**Kyle Warner**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **October 20, 2026**, at **3:28 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**AMENDED SUMMONS IN A CIVIL ACTION WITH FIRST-AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

on

**Prestige Management, Inc.**,

the Defendant in this action, by delivering to and leaving with **Shayla Davis** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm this **OCTOBER 20, 2026**, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X

KYLE WARNER

**Invoice•Work Order #** 2648310
Attorney File # **Garcia vs Kahan**